No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

———————————

LEILA GREEN LITTLE; JEANNE PURYEAR; KATHY KENNEDY; REBECCA JONES; RICHARD DAY; CYNTHIA WARING; DIANE MOSTER,

*Plaintiffs-Appellees*,

v.

LLANO COUNTY; RON CUNNINGHAM, in his official capacity as LLANO COUNTY JUDGE; JERRY DON MOSS, in his official capacity as LLANO COUNTY COMMISSIONER; PETER JONES, in his official capacity as LLANO COUNTY COMMISSIONER; MIKE SANDOVAL, in his official capacity as LLANO COUNTY COMMISSIONER; LINDA RASCHKE, in her official capacity as LLANO COUNTY COMMISSIONER; AMBER MILUM, in her official capacity as LLANO COUNTY LIBRARY SYSTEM DIRECTOR; BONNIE WALLACE, in her official capacity as LLANO COUNTY LIBRARY BOARD MEMBER; ROCHELLE WELLS, in her official capacity as LLANO COUNTY LIBRARY BOARD MEMBER; RHODA SCHNEIDER, in her official capacity as LLANO COUNTY LIBRARY BOARD MEMBER; GAY BASKIN, in her official capacity as LLANO COUNTY LIBRARY BOARD MEMBER,

*Defendants-Appellants*.

———————————

On Appeal from the United States District Court
for the Western District of Texas
Case No. 1:22-cv-424-RP

———————————

## APPENDIX TO MOTION FOR STAY OF PRELIMINARY INJUNCTION PENDING APPEAL AND MOTION TO EXPEDITE APPEAL (VOL. 1)

———————————

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

## Table Of Contents

Complaint, ECF No. 1 ........................................................................... App. 1

Pls.' Mot. for Prelim. Inj., ECF No. 22 ........................................... App. 34

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 5:22-cv-400 |
| Plaintiffs, | § § § | **COMPLAINT** |
| v. | § § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## <u>INTRODUCTION</u>

1.     Plaintiffs are adult residents of Llano County and visitors, users, card-carrying members, and ardent supporters of Llano County's public libraries. More than a gathering space

1

for topical lectures, group meetings, and crafting projects, Llano County's public libraries provide Plaintiffs and other community members with a quiet and contemplative space to explore the marketplace of ideas and pursue the knowledge contained within the books on library shelves. Though Plaintiffs differ in their ages, professions, and individual religious and political beliefs, they are fiercely united in their love for reading public library books and in their belief that the government cannot dictate which books they can and cannot read.

2.  Defendants are Llano County public officials who control which books are available at Llano County public libraries. Notwithstanding Llano County's library collection policy, which provides that "in no case should any book be excluded because of race or nationality or the political or religious views of the writer," and that "there should be the fullest practicable provision of material presenting all points of view concerning the problems and issues of our times," Defendants have been systematically removing award-winning books from library shelves because they disagree with the ideas within them. Defendants have also permanently terminated access to over 17,000 digital books because they could not censor and ban two specific ebooks that they disliked from the County's digital book collection.

3.  The censorship that Defendants have imposed on Llano County public libraries is offensive to the First Amendment and strikes at the core of democracy. The right to publish and receive ideas—even politically unpopular ideas or ones that some find offensive or distasteful— is enshrined in our Constitution. As the Supreme Court has said, "freedom of thought and speech 'is the matrix, the indispensable condition, of nearly every other form of freedom.'" *Fed. Election Comm'n v. Mass. Citizens for Life, Inc.*, 479 U.S. 238, 264 (1986) (citation omitted).

4.  Publicly, Defendants claim to be on a hunt to eradicate "pornographic" materials. This is a pretext; none of the books Defendants have targeted is pornographic. Many of these books have received prestigious literary awards and national acclaim, and many involve contemporary political issues. Such books include, for example, *Caste: The Origins of Our Discontent*, by Pulitzer Prize winning journalist Isabel Wilkerson, *They Called Themselves the K.K.K.: The Birth of an American Terrorist Group*, by Susan Campbell Bartoletti, and *Spinning*,

by Eisner Award winner Tillie Walden. Privately, Defendants have admitted that they are banning books because they disagree with their political viewpoints and dislike their subject matter.

5.      But even books that are not nationally acclaimed should not be banned because of their content or viewpoint. The First Amendment exists "to protect unpopular individuals from retaliation—and their ideas from suppression—at the hand of an intolerant society." *McIntyre v. Ohio Elections Comm'n*, 514 U.S. 334, 357 (1995). "If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion[.]" *West Virginia State Board of Education v. Barnette*, 319 U.S. 624, 642 (1943). Unfortunately, Defendants have done just that—prescribed which public library books Llano County residents can and cannot read based on the viewpoints and ideas contained within those books.

6.      Public libraries are not places of government indoctrination. They are not places where the people in power can dictate what their citizens are permitted to read about and learn. When government actors target public library books because they disagree with and intend to suppress the ideas contained within them, it jeopardizes the freedoms of everyone.

7.      Each day that Defendants are censoring books at Llano County public libraries, Plaintiffs are suffering irreparable injury. Plaintiffs bring this action for prospective injunctive relief to end Defendants' efforts to monopolize the marketplace of ideas, and to ensure that once again there will "be the fullest practicable provision of material presenting all points of view concerning the problems and issues of our times," for all Llano County library patrons.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action is brought under 42 U.S.C. § 1983 and seeks to vindicate rights protected by the First and Fourteenth Amendments to the United States Constitution.

9.      This Court also has jurisdiction under 28 U.S.C. §§ 2201 and 2202 to grant declaratory relief.

10.     Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendants reside within and/or perform official duties within the Western District of Texas. This Court, accordingly, has personal jurisdiction over Defendants.

## THE PARTIES

### A.     Plaintiffs

11.     Plaintiffs read library books for their personal and professional enrichment and enjoyment. They are also members of social book clubs as well as non-profit community groups dedicated to fundraising for and supporting Llano County's public libraries. Plaintiffs check out and read books on a wide variety of topics, including both fiction and nonfiction titles, and at various reading levels, including adult, young adult, and children's books. Some Plaintiffs also check out children's books to read to and with their children and grandchildren.

12.     Plaintiff Leila Green Little resides in Llano County and comes from generations of Llano County public library patrons and enthusiasts. As a result, public libraries have been an extremely important part of her life, from childhood throughout college, during her career, and especially now as a parent. She takes her children to activities at all branches of the Llano County Library System, reads to and with her children daily, and has a current penchant for nonfiction books.

13.     Plaintiff Jeanne Puryear has resided in Llano County for two decades and has been a card-carrying member of the Llano County Library System ever since. When she moved to Llano County in the early 2000s, she quickly found community in the County's public libraries. She has been a faithful patron of libraries since childhood and was pleasantly surprised to learn that Llano County's public libraries offered even more opportunities for reading and social engagement than the libraries she patronized before arriving here. She considers the public library her home away from home and reads an assortment of books.

14.     Plaintiff Kathy Kennedy has been a resident of Llano County for fifteen years, and obtained her Llano County public library card shortly after arriving. She has been a book lover since her childhood, and has fond memories of reading classics such as *1984*, *Fahrenheit*

*451*, *To Kill a Mockingbird*, and *Brave New World* with a very special teacher who encouraged her to read all kinds of books. She continues to be an avid reader and lover of books.

15. Plaintiff Rebecca Jones has lived in Llano County for over two decades. Shortly after moving to Llano, she met her first local friends at and became a card-carrying member of the Llano County public library. She was raised in a home where no book was forbidden, and her mom would express interest in and initiate frequent discussions about her book selections from the local public library. As a voracious reader of both fiction and nonfiction, she takes her out-of-town visitors to experience Llano County's public libraries along with her.

16. Plaintiff Richard Day is a retired physician. He has resided in Llano County for seven years and checks out books in the Llano County Library System. Before attending medical school, he received a master's degree in Library and Information Science from the University of Texas at Austin. He previously worked as a rare book cataloger at the Moody Medical Library at the University of Texas Medical Branch in Galveston. He also worked at the University of Texas Health Sciences Center at San Antonio as the head of cataloging, a reference librarian, and as medical liaison librarian to the pediatrics department.

17. Plaintiff Cynthia Waring toured Llano County's public libraries even before moving there. Eight years ago, she got her Llano County library card promptly after closing on her house. She was seven years old when she discovered that libraries, books, and kind librarians were a refuge from the storm of her home life, and has carried this regard for libraries ever since. She is an active patron of the public libraries in Llano County and supports several local organizations that help fundraise for Llano County's public libraries.

18. Plaintiff Diane Moster moved to Llano County five years ago, and one of the first things she did was join the public library. She is an avid reader, and checks out library books on a variety of subjects, including gardening, cooking, history, and fiction. She takes her grandchildren to the public libraries every time they visit her in Llano County.

**B.    Defendants**

19.    Defendants are (i) Llano County; (ii) the members of the Llano County
Commissioners Court, which is the municipal entity that controls, among other things, which
books are available in Llano County libraries; (iii) the Llano County Library System Director,
who is also responsible for which books are provided in Llano County's public libraries; and (iv)
members of the Llano County Library Board, an entity created by the Commissioners Court to,
among other things, effectuate the Commissioners Court's policies. Defendants are being sued in
their official capacities.

20.    In particular, Defendant Ron Cunningham is an elected official and final
policymaker that serves as the head of the Llano County Commissioners Court. He is being sued
in his official capacity as Llano County Judge.

21.    Defendants Jerry Don Moss, Peter Jones, Mike Sandoval, and Linda Raschke are
elected officials and final policymakers that serve on the Llano County Commissioners Court.
They are each being sued in their official capacities as Llano County Commissioners.

22.    Under Texas law, the Llano County Library System is under the general
supervision of the Commissioners Court, and therefore, the general supervision of Defendants
Cunningham, Moss, Jones, Sandoval, and Raschke. *See* Tex. Loc. Gov't Code § 323.006.

23.    Defendant Amber Milum is the Llano County Library System Director. Under
Texas law, Defendant Milum is a final policymaker required to "develop and manage the library
in accordance with accepted rules of library management and [] determine which books and
library equipment will be purchased." Tex. Loc. Gov't Code § 323.005. She is being sued in her
official capacity as the Llano County Library System Director.

24.    Defendants Bonnie Wallace, Rochelle Wells, Gay Baskin, and Rhonda Schneider
are appointed members of the County Library Board, which was created by the Commissioners
Court to create and effectuate County policy. Defendants Wallace, Wells, and Baskin do not
have degrees or prior professional experience in library sciences. Defendant Schneider

previously worked as the teen librarian at the County's Llano Library Branch until mid-2021. They are each being sued in their official capacities as Llano County Library Board members.

25.     Defendants acted under color of state law to engage in viewpoint discrimination in violation of the First Amendment by ordering the restriction and removal of library books that they subjectively disagreed with or disliked.

26.     Defendants also acted under color of state law to deprive Llano County citizens of procedural due process in violation of the Fourteenth Amendment by, among other things, intentionally blocking public access to Library Board meetings, adopting and implementing library collection and reconsideration policies without final approval of the Commissioners Court or the Llano County Library System Director, and denying the public of proper notice and the opportunity to be heard before restricting and removing library books.

## FACTUAL BACKGROUND

### A.     The Llano County Library System

27.     The public libraries in Llano County are the cultural heart of the Llano community. These libraries provide spaces for residents of all different ages, professions, income levels, values, beliefs, religions, and political affiliations to come together in quiet pursuit of knowledge and the exploration of ideas.

28.     The Llano County Library System has three libraries in three physical locations: the Llano Library Branch (the main branch), the Kingsland Library Branch, and the Lakeshore Library Branch.

29.     Prior to the events giving rise to this lawsuit, the Llano County Library System provided library cardholders with a digital catalog called "OverDrive," which gave library patrons access to a curated collection of over 17,000 digital ebooks and audiobook titles. This service was widely and heavily used by the Llano community, particularly by elderly patrons who struggle to read books in print and listen to audiobooks instead, as well as by patrons with physical disabilities that make accessing a physical library location difficult.

30.     Plaintiffs are card-carrying members and visitors of all three Llano County public library branches. Many Plaintiffs also checked out ebooks and audiobooks on OverDrive before Defendants permanently terminated access to it.

**B.      The Llano County Library System's Materials Selection and Removal Policies Are Viewpoint Neutral and Require a Breadth and Balance of Books**

31.     In August 2006, the Commissioners Court adopted the Llano County Library System's Materials Selection Policy ("Materials Policy"), which governs the process by which librarians are to curate the books in the County's library collection.

32.     The stated goal of the Materials Policy is "maintain[ing] a well-balanced and broad collection of materials for information, reference, research, and enjoyment" and "support[ing] the democratic process by providing materials for the education and enlightenment of the community."

33.     The Materials Policy also incorporates the American Library Association's Library Bill of Rights, which states, in part:

> "In no case should any book be excluded because of race or nationality or the political or religious views of the writer. There should be the fullest practicable provision of material presenting all points of view concerning the problem and issues of our times ... international, national and local; and media or other reading material of sound factual authority should not be proscribed or removed from the library shelves because of partisan or doctrinal disapproval."

34.     Pursuant to the Materials Policy, "[r]esponsibility for the reading of children rests with their parents or legal guardians. Selection should not be inhibited by the possibility that media may inadvertently come into possession of children." It continues that "[m]aterials with an emphasis on sex, or containing profane language should not be automatically rejected. Selection should be made on the basis of whether the media presents life in its true proportions, whether characters and situations are realistically presented, and whether the media has literary value."

35.     In accordance with the Materials Policy, the Llano County Library System does not and cannot select pornographic materials for its collection.

36.     The Materials Policy also contains a provision governing requests to remove particular library materials from Llano County's collection. This provision states that a "patron's

choice of library materials for personal use will be an individual matter," and "[w]hile a person may reject materials for himself or herself and for his or her children, he or she shall not exercise censorship to restrict access to the materials by others."

### C. Defendants Embark on a Campaign of Censorship and Viewpoint Discrimination

37.     In or about the summer of 2021, Defendants initiated a coordinated censorship campaign to remove and restrict access to a wide array of books—many of which have received numerous national and international awards—in Llano County Library System's physical and digital collection in contravention of the County's existing Materials Policy and Plaintiffs' First Amendment rights.

38.     Defendants' censorship campaign targeted books that conflicted with Defendants' subjective opinions, as well as their political and religious views.

39.     Defendants claimed that the goal of their censorship campaign was to protect the community's children from graphic sexual and "pornographic" materials. In reality, none of the books targeted by Defendants is pornographic or obscene.

40.     Before each of the books targeted by Defendants was made available to the general public, it was assessed and vetted by a trained librarian in accordance with Llano County Library System's Materials Selection Policy and other professional standards created by the American Library Association and the Texas Library Association. All of these standards and policies prohibit the collection or distribution of pornographic or obscene materials.

41.     Further evidence that Defendants' actions were undertaken to censor ideas and viewpoints with which they disagreed—and had nothing to do with protecting children from nudity and "pornography"—lies in the many books that Defendants chose to leave on library shelves, including books with: (i) depictions of nudity, such as the *Art of Rembrandt*, a reference book in the Llano Library Branch that sits on a table in plain sight for public viewing; (ii) sexual references, such as *My Teen Has Had Sex, Now What Do I Do?*; and (iii) graphic sex scenes,

such as *A Game of Thrones*, *The Canterbury Tales*, *Lady Chatterley's Lover*, and books in the *Outlander* series by Diana Gabaldon, including *Outlander*, *Voyager*, and *The Fiery Cross*.

42.     Defendants implemented their censorship campaign by employing the following tactics:

- removing books they disapproved of from library shelves;

- moving young adult and children's books they disapproved of to the adult section of the library;

- restricting access to books by hiding them out of sight behind the front desk or in County employees' offices;

- terminating OverDrive access permanently;[1]

- issuing an indefinite moratorium on all new book purchases;

- firing previous library board members and replacing them with ideologically and politically aligned appointees (the "New Library Board");

- tasking the ideologically motivated New Library Board with creating amended collection and removal policies, and requiring the New Library Board to pre-approve all future book purchases proposed by librarians;

- referring to the New Library Board as "advisory" in an attempt to evade compliance with the Texas Open Meetings Act ("TOMA") and Texas Public Information Act ("TPIA");

- banning Llano County's librarians from attending meetings of the New Library Board;

- directing the New Library Board to operate behind closed doors outside of public scrutiny;

---

[1] Hereafter, all print titles that Defendants physically removed from library shelves, as well as the two digital titles that resulted in Defendants' permanent termination of OverDrive, will be collectively referred to as the "Banned Books."

- refusing to produce records related to their censorship campaign in response to a properly served TPIA request; and

- firing the head librarian of Kingsland Library, Suzette Baker, for "insubordination" after she questioned and refused to comply with Defendants' censorship requests.

### D.    Defendants Target and Remove Children's Books

43.    In or about August 2021, Defendants Amber Milum, Jerry Don Moss, and Ron Cunningham removed several children's picture books about bodily functions and depicting nudity from the library's collection in response to complaints from a group of community members that these books were "inappropriate." Among those who complained about the children's picture books were Defendants Rochelle Wells, Rhonda Schneider, and Bonnie Wallace, who had not, at that time, been appointed to the New Library Board.

44.    Children's books that Defendants removed from the library include, for example, Maurice Sendak's *In the Night Kitchen* and Robie H. Harris's *It's Perfectly Normal: Changing Bodies, Growing Up, Sex, and Sexual Health*.

45.    *In the Night Kitchen* is a picture book featuring a boy's dream journey through a baker's kitchen, where he helps bake a cake that must be ready by morning. He appears nude in the book after falling out of his clothes and into a bowl of cake batter. The book has received numerous awards, including the 1971 Caldecott Honor Book, the American Library Association's Notable Children's Books of 1940-1970, and the Outstanding Children's Books of 1970, and Best Illustrated Children's Books of 1970 by the *New York Times*.

46.    *It's Perfectly Normal* is a well-known and award-winning sex education book with color illustrations of the human body, designed for parents and children ages ten and older. It is the product of the author's extensive research and interviews with experts in the fields of medicine, psychiatry, child development, education, and parenting. It deals with biological subjects of immediate importance and concern to pre-teens and teenagers in an accurate,

thorough, balanced, and honest manner. It has received starred reviews[2] from publications such as <u>School Library Journal</u>, <u>The Bulletin for the Center of Children's Books</u>, and <u>Booklist</u>, and has won many awards, including an American Library Association Notable Book, a *New York Times* Best Book of the Year, and a *Boston Globe* Horn Award for a non-fiction title. In 1997, the *Philadelphia Inquirer* published an article in its Sunday Magazine about a ten-year-old girl who was able to discover and report that she was being sexually abused after reading *It's Perfectly Normal*.

47.     In or about the fall of 2021, some Plaintiffs attempted to check out these two books from the library but were told by Defendant Milum that they were in Defendant Cunningham's office and could not be checked out.

48.     On January 19, 2022, after being appointed to the New Library Board, Defendant Rochelle Wells sent Defendant Jerry Don Moss an email referring to these children's books as "disgusting" and thanked Defendant Moss for removing them.

49.     Defendants also censored several popular read-aloud picture books aimed at amusing kids, including, for example, *My Butt Is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!*, and four seasonal books for children, including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* (the "Health Education Picture Books").

50.     These books are highly rated and include silly themes and rhymes to make reading appealing for young children and to teach them about their bodies. For example, *Freddie the Farting Snowman* has 4.8 stars and over 1,900 reviews on Amazon.com, many of which explain the important purpose of the series. As one such reviewer wrote in mid-2021: "If you

---

[2] A "starred" review is given by a literary publisher, editor, or industry reviewer that denotes a book of distinction or particularly high quality. <u>School Library Journal</u>, for example, describes its starred reviews as given to "a book that is either outstanding and unlike anything we've seen before OR it's an excellent example of that particular genre or format. When we give something a star, it means that we believe that \*almost\* every library should have it in their collection–or at least seriously consider it for purchase."

have a kiddo who is struggling to find interest or motivation to read, these are SUCH a great series to make reading FUN! Our 6yr old is a perfectionist, so when she wasn't quite meeting her [reading] standards we really struggled to find how to motivate her and it broke my heart. This series was IT!!"

51.     Defendant Milum stated in an email to Defendant Moss that, given the community complaints and controversy surrounding other children's books, she independently decided to remove the Health Education Picture Books from library shelves and hide them in her office filing cabinet—after she had already purchased and entered them into the library's catalog.

52.     Plaintiffs had no notice or opportunity to be heard before these books were removed and censored. Defendant Milum simply took them off library shelves and deleted them from the collection catalog.

### E.     Defendants Move Children's Books to the Adult Section of the Library

53.     In or about October 2021, the pro-censorship faction of the community—which included many people who would later be appointed as members of the New Library Board, such as Defendants Schneider, Wallace, and Wells—asked Llano County's librarians to move certain books intended for children and teens into a segregated shelf in the adult section of the library because they believed these books were "inappropriate."

54.     In or about mid-October 2021, Suzette Baker, the then-head librarian of the Kingsland Library Branch, emailed Defendant Amber Milum opposing this request, explaining that she believed the librarians should instead "counter [this request] with information on how to effectively see what their children are doing and on how to choose books." The pro-censorship group was undeterred.

55.     A few weeks later, Defendant Wallace (who had not yet been appointed to the New Library Board) sent Defendant Ron Cunningham and others an email repeating this pro-censorship request to hide children's books in the adult section of the library. In the email, Defendant Wallace claimed that certain children's books in Llano County public libraries contained "pornographic filth" and should "be RELOCATED to the ADULT section where a

child would need to get their parent's approval to check out." Defendant Wallace stated that

relocating those books into the adult section of the library was "the only way that I can think of

to prohibit future censorship of books I do agree with, mainly the Bible, if more radicals come to

town and want to use the fact that we censored these books against us."

56.     In or about November 2021, Defendant Milum directed Llano County librarians

to move certain "inappropriate" books out of the room designated for children and teens, and

onto a shelf in the adult section.

### F.     Defendants Censor Books Based on Representative Matt Krause's List

57.     Emboldened by their successful attack on children's books, Defendants began to

broaden the scope of their censorship campaign.

58.     On October 25, 2021, Texas State Representative Matt Krause issued a letter to

the Texas Education Agency and various school district superintendents identifying 850 books

that Mr. Krause disliked for personal or political reasons (the "Krause List"). Mr. Krause asked

the school superintendents to identify whether any of the books on his list appeared on the

shelves of their school libraries, and how much money was spent on any such books.

59.     The 850 books on the Krause List include famous and award-winning titles such

as *Between the World and Me* and *We Were Eight Years in Power* by Ta-Nehisi Coates, and *The

New Jim Crow: Mass Incarceration in the Age of Colorblindness* by Michelle Alexander, as well

as other fiction and nonfiction books related to sexuality, sex education, gender identity, racial

equality, abortion, and teen pregnancy.

60.     On October 28, 2021, three days after the Krause List was issued, Defendant

Milum sent Defendant Cunningham an email entitled, "Critical race theory book." In the body of

the email, Defendant Milum wrote:

> I wanted to let you know before it came up in any of your meetings the Kingsland
> library does have the book. The book is still in the system but it is behind the front
> desk. If anyone wants to check it out they have to ask a librarian. It is no longer
> on the shelf.

61.     In or about early November 2021, a group of pro-censorship community members including Defendants Wallace and Wells reviewed Llano County's print and digital library collection to determine which titles on the Krause List were available in Llano County's public libraries. In an email to Defendant Wallace and others describing this review process, Defendant Wells referred to the Krause List not as the "pornographic" or "obscene" books, but as the "16-page list of CRT and LGBTQ book[s]."

62.     On November 10, 2021, Defendant Wallace sent Defendant Cunningham and others an email entitled "Pornographic Filth at the Llano Public Libraries." Attached to Defendant Wallace's email was a spreadsheet of all of the books on the Krause List that were also in Llano County's library collection, referring to the County's book selection process as "atrocious." Defendant Wallace also commented that she would "like all the pastors to get involved in this. Perhaps they can organize a weekly prayer vigil on this specific issue. . . . May God protect our children from this FILTH."

63.     Later that same day, Defendant Cunningham forwarded Defendant Wallace's email to Defendant Milum, copying Defendant Moss and directing Defendant Milum to immediately remove "all books that depict any type of sexual activity or questionable nudity," including books in the library's digital collection. Defendant Cunningham told Defendant Milum to let him and Defendant Moss know when she completed the task.

64.     At or around the same time, Defendant Cunningham also ordered the indefinite suspension of new book purchases. No books have been ordered for the Llano County Library System or put on library shelves since October 2021.

65.     On November 11, 2021, Defendant Wells sent an email to Defendant Wallace and others, copying Defendant Moss and stating:

> Commissioner Moss and Judge Cunningham have instructed Amber [Milum], the head librarian, to remove certain books, both physical books and ebooks (via the LIBBY app). There will also be no new books coming in until this is settled. If you go into the library you will see Amber and Tina (Children's librarian) are currently going through the Children's section, labeling books, and I am assuming also removing the books Commissioner Moss has told them to remove. . . .

Commissioner Moss, we are very grateful for your help in this situation and all you have done to begin to remedy it!

66.     Working off Defendant Wallace's derivative list of Krause List books available in Llano County's collection, Defendant Milum compiled an Excel spreadsheet entitled, "Bonnie Wallace book list 2021.11.12," which listed additional information next to each Krause List book on Llano County shelves, including its call number, its library branch location, and which librarian purchased the book (the "Bonnie Wallace Spreadsheet").

67.     On November 12, 2021—the same date listed on the spreadsheet that Defendant Milum compiled—Defendants removed several books on the Bonnie Wallace Spreadsheet from the Llano Library Branch shelves, including, for example, *Caste: The Origins of Our Discontents*, *They Called Themselves the K.K.K.: The Birth of an American Terrorist Group*, *Being Jazz: My Life as a (Transgender) Teen*, and *Spinning*. None of these books contain any obscenity or pornography.

68.     *Caste* was written by Pulitzer Prize winning journalist Isabel Wilkerson. *Caste* posits that throughout its history, America has been shaped by a hidden caste system, a rigid hierarchy of human rankings, that influences people's lives and behavior. Wilkerson links this system in America to the caste systems of India and Nazi Germany, and explores common features of caste systems across civilizations. She also points forward to ways America can move beyond the artificial and destructive separations of human divisions, and toward hope in our common humanity. *Caste* has received starred reviews from Kirkus Reviews, Publisher's Weekly, Library Journal, and Booklist, and won numerous literary awards, including the #1 *New York Times* Bestseller, the #1 Nonfiction Book of the Year by *Time*, the *Los Angeles Times* Book Prize and Oprah's Book Club.

69.     *They Called Themselves the K.K.K.* is a nonfiction book that narrates the history and origin of the Ku Klux Klan through various primary sources, including interviews and personal accounts, congressional documents, diaries, photographs, and other historical records. It has received starred reviews from Kirkus Reviews, Publishers Weekly, The Horn Book, Booklist, and School Library Journal. It has also won several literary awards, including the 2011

Booklist Top 10 Black History Books for Youth, the 2010 Kirkus Best Young Adult Books, the 2011 Notable Books for a Global Society, and the 2011 Young Adult Library Services Association's Award for Excellence in Nonfiction Finalist.

70.     *Being Jazz* is a memoir written by a transgender woman, Jazz Jennings, who recounts the bullying, discrimination, and rejection she faced during her teenage years because of her identity. Jennings was the youngest recipient of Equality Florida's "Voice for Equality" Award, was honored and recognized at the 2013 GLAAD Awards, where she met former President Bill Clinton, received the Harvey Milk and Pride Center's Diversity Honors Youth Award in 2015, and was named as one of *Time Magazine*'s Most Influential Teens for 2014-2015, and *Huffington Post*'s 14 Most Fearless Teens of 2014. *Being Jazz* has also received numerous literary awards, including the 2016 Best Books for Teens, the 2016 Booklist Book Review Stars, and the 2017 Rainbow List for Young Adult Nonfiction.

71.     *Spinning* by Tillie Walden is a coming-of-age graphic memoir (*i.e.*, a book told in comic-strip format instead of traditional written prose). It chronicles Walden's adolescence as a competitive figure skater while she navigates moving with her family from New Jersey to Texas, explores her identity and attraction to another girl, and experiences alienation and bullying in her new community. It has received starred reviews from <u>Kirkus Reviews</u>, <u>Publishers Weekly</u>, and <u>Booklist</u>. It has also won numerous literary awards, including the New York City Public Library Notable Best Book for Teens, the Chicago Public Library Best Book of 2017, the 2018 YALSA Great Graphic Novel, the 2017 Booklist Youth Editors' Choice, and the Eisner Award for Best Reality-Based Work, making Walden one of the youngest Eisner Award winners ever at age 22.

72.     Plaintiffs had no notice or opportunity to be heard before the Banned Books were removed and censored. Defendants simply took them off library shelves and deleted them from the collection catalog.

73.     In or about mid-November 2021, Defendant Milum ordered Suzette Baker to remove the Banned Books and all titles on the Bonnie Wallace Spreadsheet from the Kingsland

Library Branch shelves. Ms. Baker refused and told Defendant Milum that removing these books would constitute censorship.

74.      Defendant Milum personally removed at least one other title on the Bonnie Wallace Spreadsheet from the Kingsland Library Branch shelves, *How to Be an Anti-Racist*, and hid it behind the front desk.

### G.    Defendants Close Llano County's Public Libraries for Three Days to Hunt for "Inappropriate" Books

75.      On December 13, 2021, the Commissioners Court voted to close the libraries to the public for three dates from December 20 to December 23, 2021, to conduct a private review of the "appropriateness" of books on library shelves in the teen and children's sections. The Commissioners Court did not define "appropriateness" or otherwise explain the criteria employed in this review.

76.      Although the Commissioners Court declined to define their censorship criteria publicly, Defendant Wells explained in an email that Defendant Moss's plan to close the library for three days was "entirely devoted to removing those books that contain pornographic content," and that she had sent him the Excel spreadsheet with the Krause List titles, commenting: "hopefully that will help also." In the same email, Wells wrote that "Commissioner Don truly is a God-send!!" and that she would be thanking Defendant Jerry Don Moss at the next Tea Party meeting for refusing to meet with a member of the public who had referred to his book removals as "censorship."

77.      On December 14, 2021, Defendant Wells sent an email to Defendants Wallace and Schneider regarding the December 13 Commissioners Court meeting, stating:

> God has been so good to us and given us favor in the eyes of the community and the commissioners. I am very thankful to Him for sending all of you to fight this battle for the protection of the hearts and minds of the kids of Llano. Please continue to pray for the librarians and that their eyes would be opened to the truth.

### H.    Defendants Permanently Terminate Access to OverDrive

78.      In or about November 2021, following the creation and dissemination of the Bonnie Wallace Spreadsheet, Defendants discovered that two books on the Spreadsheet from the

Krause List were accessible to Llano County library patrons on OverDrive, Llano County's curated collection of over 17,000 digital ebooks and audiobook titles. According to emails sent by Defendants Wallace and Wells, they believed that OverDrive contained some of the "worst" titles on the Krause List.

79.     Defendants initially attempted to remove the two Krause List books from OverDrive, but soon realized that OverDrive has no mechanism to remove or restrict access to individual book titles available in its digital consortium.

80.     On December 1, 2021, Defendant Cunningham sent Defendant Milum an email asking various questions about how children could be restricted from accessing OverDrive.

81.     Defendant Milum responded by proposing parental control options that could be implemented on OverDrive to restrict children's access to mature content—controls which would have filtered out the two Krause List books.

82.     Defendant Milum explained to Defendants Moss and Cunningham that discontinuing OverDrive entirely, including for adult users, would "be a disservice to most of our patrons. We have a lot of elderly patrons who only use overdrive and our travelers do as well. I hope these options will be a comfort to parents that there is something that can help."

83.     Over the next two weeks, Defendant Milum and other Llano County librarians continued to attempt to persuade Defendants that the proposed parental controls were sufficient to address any purported concerns about children using OverDrive. Other Llano County librarians, including Suzette Baker, argued that the County's entire adult population should not be precluded from accessing the tens of thousands of books on OverDrive solely because of two Krause List books.

84.     Although OverDrive's parental controls offered a reasonable means to protect children—Defendants' purported reason for wanting to restrict the books in the first place—Defendants rejected this option.

85.     An email sent by Defendant Wells on December 2, 2021, confirms that Defendants would be satisfied only with a digital library collection over which they had

19

complete and total control. Defendant Wells stated that Defendant Moss's first agenda item for the upcoming December 13, 2021 Commissioners Court meeting was "substituting OverDrive with a system that support[s] our library only, so we choose the books. . . . If that is not an option then no ebooks until it can be remedied."

86.     At the December 13, 2021 Commissioners Court meeting, the Commissioners voted unanimously to suspend access to OverDrive for all users—including accounts for both children and adults.

87.     On December 14, 2021, Defendant Wells sent an email celebrating the Commissioner Court's decision to suspend OverDrive, exclaiming: "[T]his is where the worst books have been available to minors, so praise God for this immediate solution!"

88.     Although the Commissioners' OverDrive suspension was originally framed as a temporary solution, it later became Defendants' permanent solution.

89.     Defendants initially researched other options for digital book collections, such as Bibliotheca, but ran into the same problem. As Defendant Cunningham framed it on December 21, 2021: "I understand Bibliotheca is an option, but from what I can see that service also has OverDrive inventory…"

90.     Defendants did not suspend OverDrive for financial or economic reasons. In fact, some of the replacement options that Defendants researched would have been more costly on an annual basis than OverDrive.

91.     A week after the Commissioner Court's vote, a patron emailed a Llano County librarian asking why OverDrive had been suspended: "[My spouse] says Court stopping overdrive because of books available, critical race theory, etc. I guess money." The librarian responded, "It's not because of money. [Your spouse's] guess is closer."

92.     In late December 2021, Defendant Cunningham emailed Defendant Milum stating, "we probably need to turn OverDrive back on for adults."

93.     On January 10, 2022, the Commissioners Court instructed Defendant Milum to find a mechanism to prevent minors from accessing OverDrive altogether.

94.     On January 24, 2022, Defendant Milum presented a solution to the Commissioners Court that would have excluded minors from OverDrive and permitted access to adults only. Once again, this solution did not satisfy Defendants. The Commissioners refused to reinstate OverDrive access for adults, and delegated any future decisions regarding OverDrive or a replacement digital book collection to the New Library Board.

95.     Defendants never reinstated OverDrive access for its library patrons. Nor have Defendants replaced OverDrive with any other digital collection of ebooks and audiobooks.

96.     Defendants' decision to terminate OverDrive has had a substantial and profound impact on the Llano County community. In the two years prior, Llano County library patrons collectively checked out over 7,930 titles on OverDrive. Moreover, the termination cut off easy access to library books for the elderly, people with disabilities, and those otherwise unable to visit a physical library in Llano County.

97.     Because Defendants were unable to remove two Krause List books that offended their politics and personal sensibilities, Defendants instead opted to remove access to OverDrive altogether, preventing all library patrons in Llano County from accessing OverDrive's digital collection of more than 17,000 books.

**I.     Defendants Restructure the Library Board and Appoint New Members**

98.      In or about January 2022, the Commissioners Court voted to dissolve the existing library board—whose members came from the Friends of the Library groups and the Women's Culture Club—and packed the New Library Board with political appointees, including many of the people who had advocated for banning the Health Education Picture Books and books on the Krause List, some of whom did not even have library cards prior to their appointment.

99.     In particular, Defendants Baskin, Wallace, Wells, and Schneider were appointed to the New Library Board by the Commissioners Court. It was at this point that Baskin, Wallace, Wells, and Schneider's advocacy shifted from personal expression to making decisions and taking unconstitutional actions under color of state law.

21

100.     By design, New Library Board members could only be hand-picked by the Commissioners Court. As Wells wrote in an email on December 2, 2021, "[the New Library Board] will be by appointment, not for whoever wants to join - which is good because we were worried about that."

101.     Although several Plaintiffs wanted to be members of the New Library Board, the Commissioners refused to consider them for the position because of Plaintiffs' public stances against ongoing censorship efforts in the County.

102.     Plaintiff Richard Day, for example, was Commissioner Peter Jones's initial appointee for the New Library Board—a decision that was reported in the local paper. Plaintiff Day was more than qualified for the position; he holds a master's degree in Library and Information Science, previously managed the rare books collection at the University of Texas Medical Branch in Galveston, and formerly served on a library board in Wichita Falls. But Commissioner Jones later revoked the appointment, informing Plaintiff Day over the phone that Day was not fit to serve on the New Library Board because of his "politics."

103.     Similarly, Plaintiff Jeanne Puryear, who was on the prior library board before the Commissioners Court voted to fire her and all other board members, was told by Defendant Moss that he would not consider her for the New Library Board because he wanted to bring in entirely new people such as Defendants Wells and Schneider.

104.     Plaintiff Rebecca Jones asked to be considered for the New Library Board through voicemails, emails, and faxes to Defendants Moss and Cunningham. She never received a response.

105.     Plaintiff Leila Green Little wrote a letter to the Commissioners Court formally applying to serve on the New Library Board. In addition to listing her many credentials, she also implored Defendants not to remove access to OverDrive. Plaintiff Little hand-delivered five copies of the letter to the County Commissioners' office—one for each of Defendants Cunningham, Moss, Jones, Sandoval, and Raschke. Plaintiff Little also never heard back.

106.    The Commissioners Court's purported purpose for "restructuring" the New Library Board (*i.e.*, firing and re-appointing new members) was to task the new members with amending existing library policies, including book collection and book removal procedures, and presenting the updated policies and procedures to the Commissioners Court for final approval.

107.    In voting to dissolve the existing library board in or about January 2022, the Commissioners Court also voted to rename it the "Library *Advisory* Board." Notwithstanding this name change, the New Library Board is "advisory" in name only. To date, the New Library Board has made several decisions without receiving the Commissioners Court's final approval.

108.    For example, without oversight by or approval from the Commissioners Court, the New Library Board formed the "Collection Review Committee," an internal committee tasked with reviewing "books that are questionable" and deciding whether or not they are "appropriate" for Llano County's public libraries. There are no designated criteria governing the review of such books, no public notice as to when such books are to be considered by the Collection Review Committee, no public hearings of the Collection Review Committee, and no appeals process when the Collection Review Committee has deemed a book inappropriate and unsuitable for Llano County library shelves.

109.    In addition, the New Library Board has tasked itself with creating and implementing an amended library materials collection policy (*i.e.*, the library's official set of procedures dictating how new books are purchased and how old books are weeded) without seeking or intending to seek approval from the Commissioners Court. In or about January 2022, the New Library Board instructed Defendant Milum and Llano County librarians that all new books must be presented to and pre-approved by the New Library Board before they can be purchased or placed on library shelves.

110.    On January 28, 2022, for example, Defendant Milum emailed the Lakeshore head librarian stating, "If you have a book list ready to be ordered let me know. I have to send them to the board for review."

111.     Although Llano County librarians have presented tentative book purchase lists to the New Library Board since implementing its book-approval requirement, the New Library Board has yet to actually approve any proposed or requested books. No new library books have been purchased for Llano County's library collection since October 2021.

112.     For New Library Board decisions that have actually been presented to the Commissioners Court for review, such as the newly implemented New Library Board bylaws, the Commissioners have routinely adopted and "rubber stamped" decisions made by the New Library Board without exercising any independent judgment or discretion.

**J.     Defendants Bar the Public from Attending New Library Board Meetings**

113.     For decades, Llano County's prior library boards held their meetings in public and welcomed public comment and participation.

114.     In early 2022, the New Library Board's initial meetings, which took place in library meeting rooms, were also open to the public. That soon changed.

115.     On January 19, 2022, Defendant Wells emailed Defendant Moss about the New Library Board meeting that took place that day, stating: "There were three or four patrons present and taking notes. That surprised a few of us. Would you be able to persuade Judge Cunningham to keep the meetings closed and only include appointed board members, bringing in Amber [Milum] when we need clarification, etc.[?] (Cheryll Mabray (Precinct 1) brought this up and most agreed with her.)."

116.     On February 14, 2022, Defendant Cunningham sent an email to members of the New Library Board, stating: "please remember that you are not obligated to having a public comment component in your meetings." In the same email, Defendant Cunningham also banned staff librarians from attending New Library Board meetings. Defendant Milum passed this message onto the other County librarians, informing them by email that "[s]taff members are not to attend [Library] Board meetings. You may not use your vacation time to attend."

117.     Three days later, at its February 17, 2022 meeting, the New Library Board stopped allowing public comments.

24

118.    On March 3, 2022, the New Library Board held a meeting to discuss whether it was subject to the requirements of the Texas Open Meetings Act ("TOMA") and the Texas Public Information Act ("TPIA"). The Board concluded that it would not be subject to these laws because it was now an "advisory," not a governmental, body.

119.    During the meeting, a member of the New Library Board asked whether meeting notes taken by Defendant Milum would be considered public record, as she was the only County library staff member allowed to attend the New Library Board's meetings. When Defendant Wallace learned that the answer was yes, Defendant Milum's notes could become a public record subject to the TPIA, Defendant Wallace responded: "Take her pen."

120.    Near the end of the meeting, Defendant Schneider made a motion to make all future Library Board meetings private. The New Library Board approved it unanimously, breaking with the decades-long tradition of prior library boards and successfully closing all future meetings to the public.

**K.    Defendants Withhold County Employee Communications**

121.    Pursuant to the TPIA, Plaintiffs asked for all correspondence between Defendant Milum and library staff from February 12, 2022, through February 17, 2022.

122.    Defendants did not produce all responsive correspondence, in violation of the TPIA. Plaintiffs learned of at least one responsive email from another source—an email that Defendants had not produced in response to Plaintiffs' TPIA requests.

123.    Further, the County has wholly refused to produce any communications between, or records created by, members of the New Library Board.

124.    Defendants' violations of the TOMA and TPIA provide additional evidence of their intent to censor and conceal the facts underlying their unconstitutional actions.

**L.    Defendants Fire Dissenting Librarian Suzette Baker**

125.    From the very start of Defendants' censorship campaign, the head of the Kingsland Library Branch, Suzette Baker, refused to abide by Defendants' unconstitutional orders—a decision that ultimately cost her her job.

126.     Each time Defendant Milum directed Ms. Baker to move children's books into the adult section of the library, remove books on the Bonnie Wallace Spreadsheet from library shelves, or otherwise do Defendants' censorship bidding, Ms. Baker said no.

127.     For example, in or about mid-November 2021, Defendant Milum ordered Ms. Baker to remove all titles on the Bonnie Wallace Spreadsheet from the Kingsland Library Branch shelves. Ms. Baker refused and told Defendant Milum that removing these books would constitute censorship. Ms. Baker also told Defendant Milum that she should consult with the county attorney because Milum's actions and orders were illegal and in violation of the First Amendment.

128.     On another occasion, Ms. Baker discovered that Defendant Milum had removed *How to Be an Anti-Racist*—a book on the Krause List and on the derivative Bonnie Wallace Spreadsheet—from the Kingsland Library Branch shelves and hid it behind the front desk. Ms. Baker immediately put the book back on the shelves.

129.     Ms. Baker, a book lover with a quick wit, was well known in Kingsland for the quippy signs she would put on the library message board out front to attract visitors.

130.     In or about February 2022, Ms. Baker put up one such sign in front of the Kingsland Library that said, "We put the 'lit' in literature." This sign had a double meaning. "Lit" referred to the slang word for cool or fun, and also referenced the recent book burning that happened in Tennessee.

131.     Inside the library, Ms. Baker set up a display of books next to a sign that said, "Come check out our 'lit' books!" The book display contained an assortment of historically banned books like *1984*, *To Kill a Mockingbird*, and *Fahrenheit 451*. It also had some of the books from the Bonnie Wallace Spreadsheet that she had been ordered—and refused—to remove, including *How to Be an Anti-Racist* and *Between the World and Me*.

132.     The next day, Defendant Milum came to the Kingsland Library and ordered Ms. Baker to take down the message board sign and corresponding book display. Defendant Milum

told Ms. Baker to remove the books from the Bonnie Wallace Spreadsheet from the display, and to put a replacement sign over the remaining books entitled, "Classics."

133.    On February 9, 2022, Ms. Baker received a verbal warning from Defendant Milum for insubordination after attending the first two New Library Board meetings, both of which were held in public meeting rooms in the Kingsland Library where she worked.

134.    On March 9, 2022, Defendant Milum fired Ms. Baker for the alleged offenses of "insubordination," "creating a disturbance," "violation of policies," and "allowing personal opinions to interfere with job duties and procedures."

### M.    Plaintiffs Are Suffering Immediate and Irreparable Harm

135.    Each day that Plaintiffs are deprived of their right of access to the Banned Books and OverDrive, they suffer immediate and irreparable injury. *Elrod v. Burns*, 427 U.S. 347, 373 (1976) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

136.    Without success, Plaintiffs have attempted to locate and check out the Banned Books that Defendants have censored, including but not limited to, the Health Education Picture Books, *In the Night Kitchen*, *It's Perfectly Normal*, *Caste*, *They Called Themselves the K.K.K*, *Spinning*, and *Being Jazz*. Plaintiffs wish to exercise their First Amendment rights to access and receive information, but they are unable to do so because Defendants have removed the Banned Books and many others from the collection catalog and library shelves.

137.    Also without success, Plaintiffs have attempted to access OverDrive using their Llano County library cards. Plaintiffs wish to exercise their First Amendment rights to access and receive information in the ebooks and audiobooks on OverDrive, but they are unable to do so because Defendants have permanently terminated OverDrive access for all Llano County library cardholders.

### CLAIMS FOR RELIEF

### Count One: 42 U.S.C. § 1983, Violation of First Amendment – Viewpoint Discrimination

138.    All prior paragraphs are incorporated here by reference.

139.     The First Amendment binds the State of Texas pursuant to the incorporation doctrine of the Fourteenth Amendment. In all of the following paragraphs, references to the First Amendment include the First Amendment as applied to the states through the Fourteenth Amendment.

140.     The First Amendment protects the right to access and receive information and ideas. *Reno v. American Civil Liberties Union*, 521 U.S. 844 (1997).

141.     This right is "vigorously enforced in the context of a public library, the 'quintessential locus of the receipt of information'" and the free marketplace of ideas. *Sund v. City of Wichita Falls, Texas*, 121 F. Supp. 2d 530, 548 (N.D. Tex. 2000) (quoting *Kreimer v. Bureau of Police*, 958 F.2d 1242, 1255 (3d Cir. 1992)).

142.     Viewpoint discrimination is censorship based on a government actor's subjective judgment that the content of protected speech is offensive or inappropriate. Viewpoint discrimination is the most pernicious and egregious type of content-based suppression.

143.     Defendants removed the Banned Books from library shelves and permanently terminated access to OverDrive for the entire County because Defendants subjectively disliked the content of the Banned Books.

144.     Defendants removed the Banned Books on the basis of their message and content for the specific purpose of suppressing and censoring public access to the ideas and information contained within them.

145.     Defendants issued a moratorium on all new book purchases to ensure that all new books added to the Llano County library collection would comport with Defendants' subjective beliefs, tastes, and values.

146.     Defendants issued this book purchase moratorium for the specific purpose of suppressing and censoring public access to ideas and information which they subjectively disagree with or dislike.

147.     Defendants' removal of the Banned Books, permanent termination of OverDrive access, and moratorium on all new book purchases thus constitutes impermissible and

unconstitutional content-based and viewpoint-based discrimination in violation of Plaintiffs' First Amendment rights.

148.    As a result of Defendants' unlawful conduct, Plaintiffs have suffered and will continue to suffer irreparable harm, including violations of their First Amendment rights to access and receive information and ideas.

**Count Two: 42 U.S.C. § 1983, Violation of Fourteenth Amendment – Due Process**

149.    All prior paragraphs are incorporated here by reference.

150.    The essential requirements of due process are proper notice and an opportunity to be heard. Here, Plaintiffs had neither.

151.    Defendants deprived Plaintiffs of their constitutional right to access and receive information and ideas by removing the Banned Books and permanently terminating OverDrive access without providing any prior notice.

152.    Defendants did not provide Plaintiffs with an opportunity to be heard—either at a meeting of the Library Board or in any other public forum—before the removal of the Banned Books and permanent termination of OverDrive occurred.

153.    In fact, Defendants affirmatively opted to ensure that Plaintiffs would never have notice and an opportunity to be heard by closing Library Board meetings to the public and thereby barring Plaintiffs from attending all future meetings.

154.    Defendants also violated Plaintiffs due process rights by failing to create and implement any mechanism for members of the public to appeal the removal of books from library shelves, including specifically with respect to the removal of the Banned Books and the permanent suspension of OverDrive.

155.    The Texas Open Meetings Act requires that Defendants make the meetings of the Library Board open to the public. *See* Tex. Gov't Code §§ 551 et seq.

156.    The Texas Open Meetings Act also prescribes notice and hearing requirements that Defendants have failed to follow. By failing to comply with the Texas Open Meetings Act, Defendants have also violated Plaintiffs' Fourteenth Amendment due process rights.

157.    As a result of Defendants' unlawful conduct, Plaintiffs have suffered and will continue to suffer irreparable harm, including violations of their Fourteenth Amendment due process rights.

158.    In particular, Plaintiffs will continue to suffer future deprivation of their constitutional right to access and receive information and ideas if the New Library Board is permitted to continue conducting its meetings in private, issuing library policies and procedures in private and without the approval of the County Commissioners, exercise complete authority over new book purchases, and review book challenges in private without notice or a hearing.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court provide the following relief:

(a)    Declaratory relief stating that Defendants have violated Plaintiffs' First and Fourteenth Amendment rights;

(b)    Injunctive relief that is tailored to remedy the specific violations determined on the merits of Plaintiffs' First and Fourteenth Amendment claims;

(c)    Plaintiffs' costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and

(d)    Any such other relief as this Court deems just and proper.

Dated:  April 25, 2022                Respectfully Submitted,

**BRAUNHAGEY & BORDEN LLP**

/s/ *Ellen V. Leonida*
Ellen V. Leonida (CA Bar No. 184194)*
Matthew Borden (CA Bar No. 214323)*
J. Noah Hagey (CA Bar No. 262331)*
Sarah Salomon (CA Bar No. 308770)*
Pratik Ghosh (NY Registration No. 5754940)*
Amy Senia (CA Bar No. 329134)*
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax:  415-599-0210
leonida@braunhagey.com
borden@braunhagey.com

hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

*Attorneys for Plaintiffs*
*\*Pro hac vice forthcoming*

**WITTLIFF | CUTTER PLLC**

/s/ *Ryan A. Botkin*
Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Leila Green Little, Jeanne Puryear, Kathy Kennedy, Rebecca Jones, Richard Day, Cynthia Waring, Diane

## DEFENDANTS

LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his

**(b)** County of Residence of First Listed Plaintiff  Llano County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Wittliff Cutter PLLC, 1209 Nueces Street
Austin, Texas 78701, 512-960-4730

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government
  Plaintiff
- ☒ 3 Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government
  Defendant
- ☐ 4 Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original
  Proceeding
- ☐ 2 Removed from
  State Court
- ☐ 3 Remanded from
  Appellate Court
- ☐ 4 Reinstated or
  Reopened
- ☐ 5 Transferred from
  Another District
  *(specify)*
- ☐ 6 Multidistrict
  Litigation -
  Transfer
- ☐ 8 Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983

Brief description of cause:
Viewpoint Discrimination in Violation of the First Amendment, Procedural Due Process Violation of the Fourteenth Amendment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
Apr 25, 2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Katherine P. Chiarello

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: <u>Nature of Suit Code Descriptions</u>.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

LEILA GREEN LITTLE, JEANNE
PURYEAR, KATHY KENNEDY,
REBECCA JONES, RICHARD DAY,
CYNTHIA WARING, AND DIANE
MOSTER,

    Plaintiffs,

       v.

LLANO COUNTY, RON CUNNINGHAM,
in his official capacity as Llano County
Judge, JERRY DON MOSS, in his official
capacity as Llano County Commissioner,
PETER JONES, in his official capacity as
Llano County Commissioner, MIKE
SANDOVAL, in his official capacity as
Llano County Commissioner, LINDA
RASCHKE, in her official capacity as Llano
County Commissioner, AMBER MILUM,
in her official capacity as Llano County
Library System Director, BONNIE
WALLACE, in her official capacity as
Llano County Library Board Member,
ROCHELLE WELLS, in her official
capacity as Llano County Library Board
Member, RHONDA SCHNEIDER, in her
official capacity as Llano County Library
Board Member, and GAY BASKIN, in her
official capacity as Llano County Library
Board Member,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 1:22-cv-00424-RP

## **PLAINTIFFS' RULE 65 MOTION FOR PRELIMINARY INJUNCTION**

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................ 1

FACTUAL BACKGROUND ............................................................................... 2

    I.    The Llano County Library System ...................................................... 2

    II.    The County's Selection Criteria for Books ......................................... 4

    III.    Defendants' Censorship and Viewpoint Discrimination Campaign ..................... 5

        A.    Defendants Target Children's Books ........................................... 5

        B.    Defendants Remove Books Based on Representative Krause's List .............. 6

        C.    Defendants Permanently Terminate Access to OverDrive ........................... 7

        D.    Defendants Pack the Library Board and Close Meetings to the Public ........... 8

ARGUMENT ....................................................................................................... 9

    I.    Plaintiffs Have Demonstrated a Substantial Likelihood of Success on the Merits of Their First Amendment Claim ....................................................... 9

        A.    Defendants Engaged in Viewpoint Discrimination, a Per Se Violation of Plaintiffs' First Amendment Rights ........................................... 11

        B.    Defendants' Censorship Is Also an Impermissible Content-Based Restriction in Violation of Plaintiffs' First Amendment Rights ..................... 14

            1.    Defendants' censorship activities are content based ................. 15

            2.    Defendants cannot establish a compelling government interest for imposing content-based restrictions ....................................... 15

3.  Defendants have not used the least restrictive means to achieve their purportedly compelling interest ..............................................................17

II.  There Is a Substantial Threat of Irreparable Harm If the Preliminary Injunction Is Not Granted ...........................................................................................................19

III.  The Balance of Equities Favors Plaintiffs...........................................................20

CONCLUSION.....................................................................................................................20

# TABLE OF AUTHORITIES

**Cases**                                                                                  **Page(s)**

*Ashcroft v. Free Speech Coal.*,
  535 U.S. 234 (2002) ....................................................................................16

*Board of Education v. Pico*,
  457 U.S. 853 (1982) ........................................................................10, 13, 19

*Christian Legal Society v. Walker*,
  453 F.3d 853 (7th Cir. 2006) .......................................................................21

*Cornelius v. NAACP Legal Defense & Educ. Fund, Inc.*,
  473 U.S. 788 (1985) ....................................................................................14

*Fed. Election Comm'n v. Mass. Citizens for Life, Inc.*,
  479 U.S. 238 (1986) ......................................................................................1

*Fulton v. City of Philadelphia, Pennsylvania*,
  141 S. Ct. 1868 (2021) ................................................................................15

*Iancu v. Brunetti*,
  139 S. Ct. 2294 (2019) ....................................................................2, 10, 14

*Int'l Soc. for Krishna Consciousness, Inc. v. Lee*,
  505 U.S. 672 (1992) ....................................................................................15

*Kreimer v. Bureau of Police*,
  958 F.2d 1242 (3d Cir. 1992) ...............................................................10, 14

*Lamont v. Postmaster General*,
  381 U.S. 301 (1965) ..............................................................................10, 17

*Longoria v. Paxton*,
  2022 WL 447573 (W.D. Tex. Feb. 11, 2022) .......................................10, 11

*Matal v. Tam*,
  137 S. Ct. 1744 (2017) ................................................................................11

*Miller v. California*,
  413 U.S. 15 (1973) ......................................................................................16

*Opulent Life Church v. City of Holly Springs, Miss.*,
  697 F.3d 279 (5th Cir. 2012) .............................................................9, 19, 20

*Perry Educ. Ass'n*,
  *v. Perry Loc. Educators' Ass'n*, 460 U.S. 37 (1983) .................................14

*Planned Parenthood of Gulf Coast, Inc. v. Gee*,
  862 F.3d 445 (5th Cir. 2017) .......................................................................20

*Reed v. Town of Gilbert*,
  576 U.S. 155 (2015) ....................................................................................15

*Reno v. American Civil Liberties Union*,
  521 U.S. 844 (1997) ........................................................................10, 15, 17

*Robinson v. Hunt County, Texas*,
  921 F.3d 440 (5th Cir. 2019) ..................................................................11, 12

*Rosenberger v. Rector & Visitors of Univ. of Va.*,
  515 U.S. 819 (1995) ....................................................................................11

*Sund v. City of Wichita Falls, Tex.*,
  121 F. Supp. 2d 530 (N.D. Tex. 2000) ................................................10, 14, 15, 17

*Texans for Free Enter. v. Texas Ethics Comm'n*,
732 F.3d 535 (5th Cir. 2013) .................................................................................. 2, 19, 21
*United States v. Playboy Ent. Grp., Inc.*,
529 U.S. 803 (2000) .................................................................................................. 18

## **Statutes**

Tex. Loc. Gov't Code § 323.005 .............................................................................. 3
Tex. Loc. Gov't Code § 323.006 .............................................................................. 3

## <u>INTRODUCTION</u>

Plaintiffs respectfully seek a preliminary injunction to stop Defendants' systematic efforts to ban books from Llano County public libraries.[1] Book banning offends basic First Amendment principles and strikes at the core of our democracy. Each moment that Plaintiffs are denied their right to access the banned books, they suffer immediate and irreparable harm. Indeed, "freedom of thought and speech 'is the matrix, the indispensable condition, of nearly every other form of freedom.'" *Fed. Election Comm'n v. Mass. Citizens for Life, Inc.*, 479 U.S. 238, 264 (1986).

Plaintiffs are residents of Llano County and visitors, users, card-carrying members, and ardent supporters of Llano County's public libraries. Starting in August 2021, Defendants— public officials who control which books are available in the County's public libraries—have perpetuated a systematic campaign to eradicate books containing ideas or messages that they disagree with from the County's library collection. In so doing, Defendants have transformed the County's public libraries from contemplative spaces where residents can explore the marketplace of ideas to battlegrounds in Defendants' political and ideological war. More troubling still, Defendants have taken steps to cloak their censorship activities in secrecy and insulate it from all forms of community review and scrutiny.

Plaintiffs are likely to prevail on the merits of their First Amendment claim. Defendants' book banning is driven by their antipathy to the ideas in the banned books. Publicly, Defendants have claimed that their purge is aimed at removing "pornographic" materials from library shelves. But the evidence shows that this is mere pretext. For example, one of the books they banned is a historical nonfiction book entitled, *They Called Themselves the K.K.K: The Birth of an American Terrorist Group*. Defendants banned it because they disagreed with the political

---

[1] Hereinafter, the "Library System."

1

views of the author, not because it is smut. Indeed, none of the books Defendants have targeted is obscene or pornographic in any fashion. To the contrary, many of the banned books have received prestigious literary awards and national acclaim. The true motivation behind Defendants' censorship is the subject matter and viewpoint of these books, many of which address contemporary issues related to sexuality, sex education, gender identity, and racial equality. Because Defendants' suppression of information was driven by their subjective views and opinions, their conduct constitutes impermissible viewpoint discrimination—a *per se* violation of the First Amendment. *Iancu v. Brunetti*, 139 S. Ct. 2294, 2299 (2019).

Plaintiffs will suffer irreparable harm absent relief from this Court. The "loss of First Amendment freedoms for even minimal periods of time constitutes irreparable injury justifying the grant of a preliminary injunction." *Texans for Free Enter. v. Texas Ethics Comm'n*, 732 F.3d 535, 539 (5th Cir. 2013). This injury far outweighs any harm to Defendants, who have no legitimate interest in perpetuating a censorship campaign in violation of the Constitution. Rectifying a violation of the First Amendment is always in the public interest. *Id.*

Accordingly, Plaintiffs seek a preliminary injunction to prevent further harm to their First Amendment rights and to reinstate access to public library books they hold dear.

## FACTUAL BACKGROUND

### I. The Llano County Library System

The County's public libraries are the cultural centers of the community, providing an open and accessible space for residents of different ages, income levels, backgrounds, and political beliefs to gather in the common pursuit of knowledge and the exploration of ideas. The County Library System has three physical locations: the Llano Library Branch (the main branch), the Kingsland Library Branch, and the Lakeshore Library Branch. (Declaration of Leila Green Little ("Little Decl.") ¶ 5.) Prior to the events giving rise to this lawsuit, the Library System also

provided library cardholders with a digital catalog called "OverDrive," which gave library patrons access to a curated collection of over 17,000 digital ebooks and audiobook titles. (*Id.* ¶ 4.) This service was widely used in the community, particularly by elderly patrons, patrons with disabilities, and those patrons otherwise unable to visit a physical library. (Declaration of Amy Senia ("Senia Decl."), Exs. 1, 25; Declaration of Cynthia Waring ("Waring Decl.") ¶ 4.)

Plaintiffs are card-carrying members of the Library System, which Plaintiffs use to access library books on a variety of topics, including fiction and nonfiction books, and books written for children, young adults, and adults. (Little Decl. ¶ 2; Declaration of Jeanne Puryear ("Puryear Decl.") ¶ 2; Declaration of Kathy Kennedy ¶ 2; Declaration of Rebecca Jones ¶ 2; Declaration of Richard Day ¶ 2; Waring Decl. ¶ 2; and Declaration of Diane Moster ¶ 2.)[2] Although Plaintiffs differ in their ages, professions, and religious and political beliefs, they are united in their love for reading public library books.

The Library System is under the general supervision of the County Commissioners Court, the County's governing body. *See* Tex. Loc. Gov't Code § 323.006. Defendant Ron Cunningham serves as County Judge, the head of the County Commissioners Court, and Defendants Jerry Don Moss, Peter Jones, Mike Sandoval, and Linda Raschke serve as County Commissioners. **(**Little Decl. ¶ 6.**)** Defendant Amber Milum is the Library System Director (*id.*), and is required to "develop and manage the library" and "determine which books and library equipment will be purchased." *See* Tex. Loc. Gov't Code § 323.005. In January 2022, Defendants Bonnie Wallace, Rochelle Wells, Gay Baskin, and Rhonda Schneider were appointed by the Commissioners Court to sit on the County's Library Board (the "New Library Board"). **(**Little Decl. ¶ 6.**)**

---

[2] Hereafter, "Plaintiffs' Decls."

## II. The County's Selection Criteria for Books

The County's Library System has well-defined policies for the selection of books, which the Commissioners Court adopted in August 2006 ("Materials Policy"). (Senia Decl., Ex. 2.) Before any book is placed on Library System shelves, it is assessed and vetted by a trained librarian in accordance with the Materials Policy and other professional standards established by the American Library Association ("ALA"). (*Id.*) The County's Materials Policy states its goals as "maintain[ing] a well-balanced and broad collection of materials for information, reference, research, and enjoyment" and "support[ing] the democratic process by providing materials for the education and enlightenment of the community." (*Id.* at 18). The Materials Policy also incorporates the ALA's *Library Bill of Rights*, which prohibits the exclusion of any books from a library collection "because of race or nationality or the political or religious views of the writer." (*Id.*; *see also* Declaration of Kenton L. Oliver ("Oliver Decl."), Ex. 2, *Library Bill of Rights*.)

The Materials Policy sets forth a clear standard with respect to books containing sexual content: "Materials with an emphasis on sex, or containing profane language should not be automatically rejected." (Senia Decl., Ex. 2 at 18.) Instead, "[s]election should be made on the basis of whether the media presents life in its true proportions, whether characters and situations are realistically presented, and whether the media has literary value." (*Id.*) Consistent with this provision, obscene materials cannot be selected for the Library System collection. (*Id.*)

The Materials Policy also explains that patrons' preferences and viewpoints cannot dictate what books are included in the collection: "While a person may reject materials for himself or herself and for his or her children, he or she shall not exercise censorship to restrict access to the materials by others." (*Id.* at 19.) "Responsibility for the reading of children rests with their parents or legal guardians. Selection should not be inhibited by the possibility that media may inadvertently come into possession of children." (*Id.* at 18.)

### III. Defendants' Censorship and Viewpoint Discrimination Campaign

For fifteen years, the County's trained librarians applied the Materials Policy without incident, creating a robust collection of books presenting a panoply of viewpoints and ideas. In 2021, however, Defendants commenced a coordinated campaign to remove and restrict access to books in the Library System's physical and digital collections based on Defendants' wholly subjective views of the propriety of those books.[3] Defendants targeted books with content that conflicted with their personal political and religious beliefs, in violation of both the County's Materials Policy, professional standards promulgated by the ALA, and the First Amendment.

### A.   Defendants Target Children's Books

Defendants' unconstitutional conduct started in the children's section. Prior to their appointment to the New Library Board, Defendants Rochelle Wells, Rhonda Schneider, Gay Baskin, and Bonnie Wallace were part of a community group pushing for the removal of children's books that they subjectively deemed "inappropriate." (Little Decl. ¶ 7; Senia Decl., Exs. 3-5.) In the fall of 2021, Defendants Amber Milum, Jerry Don Moss, and Ron Cunningham acceded to that group's demands and removed several children's picture books from library shelves. (Senia Decl., Exs. 3-6.)

Among the removed books included were Maurice Sendak's *In the Night Kitchen* and *It's Perfectly Normal: Changing Bodies, Growing Up, Sex, and Sexual Health*. (*Id.*, Exs. 3, 6.) *In the Night Kitchen* follows a boy's dream journey through a baker's kitchen, and has received numerous awards, including the 1971 Caldecott Honor Book. (Oliver Decl. ¶ 28.) *It's Perfectly Normal* is an award-winning sex education book with color illustrations of the human body, designed for parents and children ages ten and older. (*Id.* ¶ 29.)

---

[3] All print and digital books targeted, restricted, or removed by Defendants, including removed books currently unknown to Plaintiffs, will be referred to collectively as the "Banned Books."

**B. Defendants Remove Books Based on Representative Krause's List**

Emboldened by their success in the children's section, Defendants embarked on a censorship campaign of much broader scope, using a list of purportedly inappropriate books compiled by Texas State Representative Matt Krause as their blueprint. On October 25, 2021, Representative Krause sent a letter to the Texas Education Agency and various school district superintendents asking them to identify whether any of the 850 books on his attached 16-page list (the "Krause List") appeared on the shelves of Texas school libraries. (Senia Decl., Exs. 22, 23.) The Krause List includes famous and award-winning books such as *Between the World and Me* and *We Were Eight Years in Power* by Ta-Nehisi Coates, and *The New Jim Crow* by Michelle Alexander, as well as other fiction and nonfiction titles related to sexuality and sex education, gender identity, and racial equality. (*Id.*, Ex. 23.) Three days later, Defendant Milum removed *Critical Race Theory*, which appears on the Krause List, from library shelves and hid it behind the front desk in the Kingsland Branch. (*Id.*, Ex. 10.)

On November 10, 2021, Defendant Wallace sent Defendant Cunningham an email entitled "Pornographic Filth at the Llano Public Libraries," attaching a list of all the books on the Krause List that were then available in the Library System and referring to them as "atrocious." (Senia Decl., Ex. 7 at 2-3.) Defendant Wallace demanded that the children's books on the list "be RELOCATED to the ADULT section" because it was "the only way that I can think of to prohibit future censorship of books I do agree with, mainly the Bible, if more radicals come to town and want to use the fact that we censored these books against us." (*Id.* at 2.) She ended her email with a request to get "all the pastors involved in this" to "organize a weekly prayer vigil for this specific issue," exclaiming "[m]ay God protect our children from this FILTH." (*Id.* at 3.) Defendant Cunningham acted quickly, forwarding Defendant Wallace's list to Defendant Milum, who then compiled an excel spreadsheet entitled "Bonnie Wallace book list 2021.11.12" and

6

ordered librarians to remove those books from shelves. (*Id.*, Exs. 7, 9; (Declaration of Suzette Baker ("Baker Decl.") ¶¶ 3-5.) Cunningham also ordered Milum to "immediately" remove "any and all books that depict any type of sexual activity or questionable nudity." (Senia Decl., Ex. 7.) In private emails, Defendants referred to the Krause List not as the list of "pornographic" or "obscene" books, but as the "16-page list of CRT and LGBTQ book[s]." (*Id.*, Ex. 8.)

Defendants then removed at least six books on the Bonnie Wallace Spreadsheet from library shelves on November 12, 2021—the exact same date that Defendant Milum wrote in the title of her revised excel spreadsheet, *i.e.*, "Bonnie Wallace book list ***2021.11.12***." (Senia Decl., Exs. 6, 9 (emphasis added).) The Krause List books that Defendants removed included: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (5) *Shine* by Lauren Myracle; and (6) *Freakboy* by Kristin Elizabeth Clark. (Senia Decl., Exs. 6, 9, 23.) A few days later, Defendants removed at least one more book on the Bonnie Wallace Spreadsheet from library shelves, *Gabi, a Girl in Pieces* by Isabel Quintero. (Senia Decl., Exs, 6, 9, 23.)

Then, in December 2021, Defendants closed the libraries to the public for three days to conduct a private review of the "appropriateness" of books in the teen and children's sections. (Senia Decl., Ex. 11.) This purge was likewise guided by the Krause List. (Puryear Decl., Ex. 1.)

### C. Defendants Permanently Terminate Access to OverDrive

Defendants' literary witch hunt did not stop with the County's print collection. In or around November 2021, Defendants discovered that two books on the Krause List, *Lawn Boy* by Jonathan Evison and *Gender Queer: A Memoir* by Maia Kobabe, were accessible to Llano County library patrons on OverDrive, a digital platform that gave County library patrons access to over 17,000 digital ebooks and audiobook titles. (Senia Decl., Exs. 7, 8.) Defendants

attempted to remove those two books from the digital collection, but soon realized that OverDrive has no mechanism to remove or restrict access to individual book titles. (*Id.*, Ex. 1; Puryear Decl., Ex. 1.)

Defendant Milum proposed implementing parental control options on OverDrive to restrict children's access to mature content—controls which would have filtered out the two books at issue. (Senia Decl., Exs. 12, 13; Declaration of Jim Monastra ¶ 6.) Nonetheless, on December 13, 2021, the Commissioners voted to suspend all access to OverDrive, including for adult patrons, because they did not believe the content filters were "enough" to protect children from the book *Gender Queer*. (Senia Decl., Exs. 11, 14.) Defendants never reinstated OverDrive, and to this day, Plaintiffs are unable to access it. (*See* Plaintiffs Decls.; Senia Decl., Ex. 25.)

### D.   Defendants Pack the Library Board and Close Meetings to the Public

Defendants next moved to consolidate their power and insulate their censorship activities from public scrutiny. In or about January 2022, the Commissioners Court voted to dissolve the existing library board and to create a new one, which it renamed the "Library *Advisory* Board." (Little Decl. ¶ 8.) The newly created board included some appointees who did not even have library cards, and several people who had advocated for removing books based on the Krause List, including Defendants Bonnie Wallace, Rochelle Wells, and Rhonda Schneider (the "New Library Board."). (Little Decl. ¶¶ 6, 9; Senia Decl., Exs. 3, 5, 8, 11, 25.)

The New Library Board is "advisory" in name only; in reality, it has taken a series of actions in furtherance of Defendants' censorship scheme without seeking public approval from the Commissioner's Court. For example, without approval from the Commissioners Court, the New Library Board instructed librarians that all new books must be presented to and approved by the New Library Board before purchasing them. (Senia Decl., Exs. 15-17.) At the Board's

direction, no new library books have been purchased for the County for more than half a year. (Little Decl. ¶ 10; Baker Decl. ¶ 14; Senia Decl., Ex. 21.)

Defendants also took steps to cloak their viewpoint discrimination in secrecy once they learned that the public was monitoring the New Library Board's decisions. (Senia Decl., Exs. 3, 17.) For decades, County library board meetings have been open to the public. (Puryear Decl. ¶ 5). In February 2022, however, Defendants banned staff librarians from attending New Library Board meetings, which took place in public library meeting rooms. (Baker Decl. ¶ 9, Ex. 1.) A month later, they banned the public from attending meetings entirely. (Senia Decl., Ex. 24.)

For librarian Suzette Baker, the cost of standing up to Defendants' censorship campaign was even more grave. After refusing to remove books on the Bonnie Wallace Spreadsheet from library shelves and continuing to attend New Library Board meetings, Ms. Baker was fired by Defendant Milum for "insubordination." (Baker Decl. ¶ 13, Ex. 2.)

## ARGUMENT

In considering a motion for preliminary injunction, courts must determine whether the moving party has shown: "(1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable harm if the injunction is not granted; (3) that the threatened injury outweighs any harm that the injunction might cause to the defendant; and (4) that the injunction will not disserve the public interest." *Opulent Life Church v. City of Holly Springs, Miss.*, 697 F.3d 279, 288 (5th Cir. 2012). Plaintiffs, who have suffered grave and ongoing violations of their First Amendment rights, have amply satisfied each of these requirements.

### I. Plaintiffs Have Demonstrated a Substantial Likelihood of Success on the Merits of Their First Amendment Claim

Defendants have systematically eroded Plaintiffs' rights to receive information in their public libraries, where First Amendment protections should be at their apex. The First

Amendment "indisputably protect[s] the right to receive information—*a fundamental right that is enjoyed by both adults and children.*" *Sund v. City of Wichita Falls, Tex.*, 121 F. Supp. 2d 530, 547 (N.D. Tex. 2000) (Buchmeyer, J.) (emphasis in original) (citing *Reno v. American Civil Liberties Union*, 521 U.S. 844 (1997)); *Board of Education v. Pico*, 457 U.S. 853, 867-68 (1982) (plurality opinion) ("[T]he right to receive ideas is a necessary predicate to the recipient's meaningful exercise of his own rights of speech, press, and political freedom," and "students too are beneficiaries of this principle.") (internal citation omitted). Indeed, "the right to receive ideas follows ineluctably from the sender's First Amendment right to send them," otherwise "[i]t would be a barren marketplace of ideas that had only sellers and no buyers." *Pico*, 457 U.S. at 867 (citing *Lamont v. Postmaster General*, 381 U.S. 301, 308 (1965) (Brennan, J., concurring)).

"The right to receive information is vigorously enforced in the context of a public library, 'the quintessential locus of the receipt of information.'" *Sund*, 121 F. Supp. 2d at 547 (quoting *Kreimer v. Bureau of Police,* 958 F.2d 1242, 1255 (3d Cir. 1992)). In *Pico*, a public school library case the Supreme Court held that government officials may not remove books from school libraries "simply because they dislike the ideas contained in those books." 457 U.S. at 872. These principles have even greater force when applied to public libraries," where the "greater discretion afforded school boards" is not implicated. *Sund*, 121 F. Supp. 2d at 548.

Here, Defendants' ideologically driven viewpoint discrimination is a *per se* violation of Plaintiffs' First Amendment rights, and the Court need not conduct any further analysis. *See Longoria v. Paxton*, 2022 WL 447573, at *17 (W.D. Tex. Feb. 11, 2022) (preliminarily enjoining state statute prohibiting election officials from soliciting applications to vote by mail) (citing *Iancu*, 139 S. Ct. at 2301). But even if the Defendants' censorship had not been so firmly rooted

in viewpoint discrimination, Defendants' content-based suppression of access to books in public libraries—which are limited public forums—likewise violates the First Amendment.

### A. Defendants Engaged in Viewpoint Discrimination, a Per Se Violation of Plaintiffs' First Amendment Rights

Defendants' unilateral decision to ban certain books because they contain messages with which Defendants do not agree constitutes viewpoint discrimination at its apex. "It is axiomatic that the government may not regulate speech based on its substantive content or the message it conveys." *Rosenberger v. Rector & Visitors of Univ. of Va.*, 515 U.S. 819, 828-29 (1995). "Official censorship based on a state actor's subjective judgment that the content of protected speech is offensive or inappropriate is viewpoint discrimination." *Robinson v. Hunt County, Texas*, 921 F.3d 440, 447 (5th Cir. 2019) (citing *Matal v. Tam*, 137 S. Ct. 1744, 1763 (2017)). Because Defendants' censorship measures were driven by their subjective belief that the content of the Banned Books is "offensive or inappropriate," that is a *per se* violation of the First Amendment, and the Court need not determine either the type of forum or whether such measures are narrowly tailored to compelling governmental interests. *See Rosenberger*, 515 U.S. at 828; *Longoria*, 2022 WL 447573, at *17.

Plaintiffs have presented ample evidence that Defendants' book censorship was motivated by their subjective viewpoints. When, in August 2021, Defendants removed several children's picture books about bodily functions and depicting nudity from the County's library collection, they did so in response to pressure from certain community members who deemed those books "disgusting" and "inappropriate." (*See* Senia Decl., Exs. 3, 4; Little Decl. ¶ 7.)

Further, when Defendants expanded their book banning campaign by adopting the censorship priorities of the Krause List as their own, their correspondence made clear that they were motivated by a desire to prohibit community access to books with viewpoints regarding

sexuality, sex education, gender identity, and racial equality that differed from their own. (*See*, *e.g.*, Senia Decl., Ex. 10 (three days after Krause list issued, Milum hides "Critical race theory book" behind front desk to limit access); *id.*, Ex. 8 (Wells describes Krause List as "16-page list of CRT and LGBTQ book[s]"); *id.*, Exs. 6, 9 (Wallace list of "pornographic filth" Krause List books removed on same exact day as date in title of Milum's spreadsheet); Baker Decl. ¶¶ 4-5, 10-12 (Milum orders Baker to remove all Krause List books, remove Krause List book display, and replace book banning sign with "Classics" sign); Puryear Decl., Ex. 1 (Wells discusses closing down library to remove books on Krause List with "pornographic content" and thanks Defendant Moss for refusing to meet with concerned citizen who referred to Defendants' actions as "censorship").)[4] Indeed, as Defendant Wallace stated before being appointed to the New Library Board, the Krause List books were "atrocious" and "FILTH." (Senia Decl., Ex. 7 at 4). Defendant Cunningham then ratified Defendant Wallace's viewpoint by forwarding her email to Defendant Milum and ordering Milum to immediately remove "all books that depict any type of sexual activity or questionable nudity." (*Id.*) Defendants next removed additional books beyond the Krause List books because they found the sexual content offensive or inappropriate. (Baker Decl. ¶ 6 (referring to other non-Krause List books that she believes were removed because of their explicit content, such as *Under the Moon: A Catwoman Tale* by Lauren Myracle).) Defendants' conduct is textbook viewpoint discrimination. *See Robinson*, 921 F.3d at 447.

By the time Defendants suspended access to OverDrive, they had abandoned all pretense that their activities were anything other than viewpoint based. Even after acknowledging that

---

[4] As discussed in section I.B.2. below, none of the books Defendants removed comes close to meeting the legal definition of "obscenity," the purported motivation for Defendants' censorship. The attached Declaration of Kenton Oliver includes a detailed overview of each of the Banned Books known to Plaintiffs, which includes plot summaries, awards, reviews, and accolades.

terminating access to OverDrive's digital catalog of more than 17,000 books would "be a disservice to most of our patrons" (Senia Decl., Ex. 1), Defendants did so anyway—all to prevent access to two Krause List books. (*Id.*, Ex. 14 (Milum asks OverDrive to suspend service because parental controls were not "enough" to prevent access to *Gender Queer*); *id.*, Ex. 8 (Wells relates Moss ordered Milum "to get rid of <u>Lawn Boy</u> and <u>Gender Queer</u> (physical and ebook)"); *id.*, Ex. 19 (librarian tells concerned patron OverDrive termination was "not because of money" but "because of books available, critical race theory"); Puryear Decl., Ex. 1 (Wells states their goal is "substituting OverDrive with a system that support[s] our library only, so we choose the books. … If that is not an option then no ebooks until it can be remedied.") Defendants then installed Bonnie Wallace, Rochelle Wells, Gay Baskin, and Rhonda Schneider—the very community members who had been most vocally pushing for censorship of the library's collection—on the New Library Board, confirming which views they wanted to empower.

Tellingly, Defendants have not censored all materials containing nudity or graphic sex scenes from library shelves. A quick review of the County's current catalog reveals that books containing graphic sexual activity, erotic content, and even sexual violence —which are not on the Krause List and do not discuss issues of gender identity or race—remain in circulation, including books such as *A Game of Thrones*, *The Canterbury Tales*, *Lady Chatterley's Lover*, and books in the *Outlander* series. (Little Decl. ¶ 11.) That Defendants' actions are inconsistent with their pretext merely provides further evidence of their true viewpoint-based motivations. Similarly, the fact that Defendants' actions violated their own internal procedures codified in the County's Materials Policy is powerful evidence of Defendants' improper motives. (Oliver Decl. ¶¶ 37; 44); *Pico*, 457 U.S. at 874-75. This ends the inquiry: when a restriction on protected First Amendment activity "is viewpoint-based, it is unconstitutional." *Iancu*, 139 S. Ct. at 2299.

13

**B.  Defendants' Censorship Is Also an Impermissible Content-Based Restriction in Violation of Plaintiffs' First Amendment Rights**

Even if the Defendants' actions were not so blatantly based in viewpoint discrimination, their conduct is nonetheless unconstitutional. First Amendment claims not involving viewpoint discrimination are analyzed in three steps. First, the court must "decide whether [the activity at issue] is speech protected by the First Amendment." *Cornelius v. NAACP Legal Defense & Educ. Fund, Inc.*, 473 U.S. 788, 797 (1985). Second, if the activity "is protected speech, [the court] must identify the nature of the forum, because the extent to which the Government may limit access [typically] depends on whether the forum is public or nonpublic." *Id.* And, third, the court must assess whether the government's justifications for restricting speech in the relevant forum survive the requisite degree of scrutiny. *Id.* Because the Library System is a limited public forum, Defendants' censorship is lawful only if they can demonstrate that their censorship is necessary to achieve a compelling government interest with no less restrictive alternatives for achieving that interest. *Id.* Defendants cannot do so here.

The County's Library System, "like all other public libraries, is a limited public forum for purposes of First Amendment analysis." *Sund*, 121 F. Supp. 2d at 548 (citing *Kreimer*, 958 F.2d at 1261). A limited public forum is created when the government has voluntarily "opened for use by the public . . . a place for expressive activity." *Perry Educ. Ass'n v. Perry Loc. Educators' Ass'n*, 460 U.S. 37, 45 (1983). Once the County voluntarily opened the Library System for Llano County residents to use, it became "bound by the same standards as apply in a traditional public forum." *Perry*, 460 U.S. at 46. As such, Defendants "cannot limit access to library materials solely on the basis of the content of those materials, unless [Defendants] can demonstrate that the restriction is necessary to achieve a compelling government interest and there are no less restrictive alternatives for achieving that interest." *Sund*, 121 F. Supp. 2d at 548; *see also Int'l*

14

*Soc. for Krishna Consciousness, Inc. v. Lee*, 505 U.S. 672, 678 (1992) (Regulations of speech in a limited public forum are "subject to the highest scrutiny.").

### 1.    Defendants' censorship activities are content based

Defendants cannot seriously contend that their decisions to restrict access to certain books are content neutral. "Government regulation of speech is content based if [it] applies to particular speech because of the topic discussed or the idea or message expressed." *Reed v. Town of Gilbert,* 576 U.S. 155, 163 (2015) (holding that town ordinance regulating outdoor signage was an unconstitutional content-based restriction because it defined categories of signs based on their message and subjected each category of sign to different restrictions) (citations omitted). As explained above, Defendants' campaign to restrict access to books with messages they dislike or disagree with has been anything but subtle. "In advancing their overall 'moral' agenda, [Defendants] have made no pretenses about their objectives." *Sund*, 121 F. Supp. 2d at 549 n.19.

### 2.    Defendants cannot establish a compelling government interest for imposing content-based restrictions

Defendants cannot establish that their censorship serves a compelling interest—that is, an "interest[ ] of the highest order." *Fulton v. City of Philadelphia, Pennsylvania*, 141 S. Ct. 1868, 1881 (2021). Defendants have claimed that their censorship activities are necessary to protect the County's children from "pornography." But the Banned Books are nowhere close to pornographic. (Oliver Decl. ¶¶ 24-35, 41-43.) In any event, to claim a compelling interest in banning allegedly "pornographic" books, Defendants must establish that those books are obscene. *See Reno v. American Civil Liberties Union,* 521 U.S. 844, 874 (1997) ("In evaluating the free speech rights of adults, we have made it perfectly clear that '[s]exual expression which is indecent but not obscene is protected by the First Amendment.'"); *Ashcroft v. Free Speech Coal.*, 535 U.S. 234, 240 (2002) (stating general rule that "pornography can be banned only if

obscene"). The test for obscenity is articulated in *Miller v. California*: Defendants must prove

that the Banned Books meet all of the following requirements: they (1) "appeal[ ] to the prurient

interest"; (2) "[are] patently offensive in light of community standards"; and (3) "lack[ ] serious

literary, artistic, political, or scientific value." 413 U.S. 15, 24 (1973); *see also* 535 U.S. at 251.

Defendants cannot satisfy any prong of the *Miller* test, much less all three. According to

Nashville Public Library Director Kenton L. Oliver, an expert in the field of library sciences with

decades of experience working in public libraries, the Banned Books cannot be obscene because

they have serious "literary, artistic, political, or scientific value." (Oliver Decl. ¶ 24.) Mr. Oliver

also points to four facts indicating the Banned Books are not obscene: they (1) "are available in

public library collections all over the country, [including in his] own collection in the Nashville

Public Library"; (2) "are screened for obscenity by librarians across the country before they are

added to such collections"; (3) "were screened, or should have been screened for obscenity by

Llano County before they were shelved"; and (4) "have received numerous professional reviews

and awards," which would not have been granted to obscene materials. (*Id.*)

To offer a few examples, *Caste*, which was written by Pulitzer Prize winning journalist

Isabel Wilkerson, explores race and caste systems in India and Nazi Germany, and their hidden

existence in the social order formed in the United States. It is a *New York Times* Bestseller and

has won numerous awards, including the National Book Award, the *Los Angeles Times* Book

Prize. (*Id.* ¶ 25.) It was named the #1 Nonfiction Book of the Year by *Time* magazine, and one of

the best books of the year by a multitude of reviewers including *Bloomberg*, the *Christian

Science Monitor*, the *New York Times*, *Fortune* magazine, and the *Smithsonian* magazine. (*Id.*)

Similarly, in *They Called Themselves the K.K.K: The Birth of an American Terrorist

Group*, author Susan Campbell Bartoletti recounts how the K.K.K. was formed during the era of

Reconstruction and focuses her narrative on the impact on the K.K.K.'s victims. (*Id.* ¶ 26.) It was named an ALA Notable Book, the 2010 Kirkus Best Books for Teens, the 2011 Notable Books for a Global Society and the 2010 School Library Journal Best Children's Book of the year. (*Id.*)

*Spinning* by Tillie Walden is a memoir in which the author recounts her childhood in the world of competitive skating, her struggles with coming out as a lesbian, and her experiences being bullied. (*Id.* ¶ 27.) It has won several awards, including the Chicago Public Library Best Book of 2017, the 2018 YALSA Great Graphic Novel, the 2017 *Booklist* Youth Editor's Choice, and the Eisner Award. (*Id.*) In sum, Defendants have no legitimate argument that the Banned Books fall outside of the First Amendment's wide-sweeping protections because they are obscene. (*See id.* ¶¶ 24-35, 41-43.)

### 3.    Defendants have not used the least restrictive means to achieve their purportedly compelling interest

Even if Defendants could articulate a compelling interest in banning these critically acclaimed books, they have not adopted the least restrictive means of achieving it. *Reno*, 521 U.S. at 879 ("The breadth of this content-based restriction of speech imposes an especially heavy burden on the Government to explain why a less restrictive provision would not be as effective."). "Where First Amendment rights are concerned, those seeking to restrict access to information should be forced to take affirmative steps to shield themselves from unwanted materials; the onus should not be on the general public to overcome barriers to their access to fully-protected information." *Sund*, 121 F. Supp. 2d at 551 (citing *Lamont,* 381 U.S. at 307).

Even if Defendants had a compelling interest in protecting children from accessing the Banned Books, there is a less restrictive alternative to the path they have taken: following the process already set forth in the Materials Policy. Under the Materials Policy, patrons are tasked with selecting books appropriate for their own tastes and beliefs, both for themselves and for

their children. (Senia Decl., Ex. 2. (A "patron's choice of library materials for personal use will be an individual matter," and that "[w]hile a person may reject materials for himself or herself and for his or her children, he or she shall not exercise censorship to restrict access to the materials by others.").) This rule is consistent with ALA professional standards, which also places the responsibility for protecting children from mature content exactly where it belongs—with their parents. (Oliver Decl. ¶ 18 ("librarians 'should maintain that only parents and guardians have the right and the responsibility to determine their children's—and only their children's—access to library resources'").) Defendants cannot articulate why the County's existing procedures pursuant to the Materials Policy are insufficient to protect children from accessing age-inappropriate library books. *See United States v. Playboy Ent. Grp., Inc*., 529 U.S. 803, 805 (2000) ("A court should not assume a plausible, less restrictive alternative would be ineffective; and a court should not presume parents, given full information, will fail to act.").

Indeed, nowhere is the overbreadth of Defendants' censorship more apparent than their discontinuance of OverDrive, the County's digital collection, which provided an essential service to residents, particularly elderly patrons and those with physical disabilities who lack easy access the Library System's physical locations. (*See* Senia Decl. Exs. 1, 25 (letter to editor: "What this boycott will actually do is harm adults, especially the disabled or isolated ones, and it is a cruel disservice to the people living in Llano County. . . . This decision shrinks our worlds and our lives, and makes many of us less—even smaller than we are now.").) Although OverDrive's parental controls offered a reasonable means to restrict children from accessing mature content, Defendants opted instead to prevent all County residents from accessing the 17,000+ titles available on OverDrive, solely because of two Krause List books that offended their personal politics and sensibilities. This is quintessential overreach, dressed up as parental concern.

## II.  There Is a Substantial Threat of Irreparable Harm If the Preliminary Injunction Is Not Granted

Defendants' viewpoint discrimination has caused, and will continue to cause, irreparable injury. The "loss of First Amendment freedoms for even minimal periods of time constitutes irreparable injury justifying the grant of a preliminary injunction." *Texans for Free Enter.*, 732 F.3d at 539; Indeed, "[w]hen an alleged deprivation of a constitutional right is involved, most courts hold that no further showing of irreparable injury is necessary." *Opulent Life Church*, 697 F.3d at 295. Plaintiffs' ability to exercise their First Amendment rights to receive information have been severely impacted by Defendants' actions. Prior to August 2021, Plaintiffs had enjoyed use of their public libraries as "place[s] dedicated to quiet, to knowledge, and to beauty." *Pico*, 457 U.S. at 868. Since then, Defendants have unilaterally imposed their own views and beliefs on the Library System, dictating what Plaintiffs and other community members can and cannot read—and by extension—think. (*See* Plaintiffs' Decls.; Oliver Decl.)

Defendants' actions have had a profoundly negative impact on Plaintiffs. (*See, e.g.*, Waring Decl. ¶¶ 5, 7 ("OverDrive was of particular importance to me because I suffer from visual impairments that make reading regular-sized print books very difficult . . . . [the County] took away more than 17,000 books from me and others in one fell swoop. And to this day, they are still gone."); Puryear Decl. ¶ 7 ("I feel cheated and taken advantage of that I pay County taxes that are supposed to support our public libraries, when all they have done is destroy them."); Jones Decl. ¶ 5 ("I go to the library in fear that yet-to-be-discovered books will disappear from the shelves. I fear that important books will not be chosen in the first place to avoid public disapproval. I fear that simple minded zealots will reject the most interesting books because they are threatened by any idea that might challenge their fragile worldview.") And Plaintiffs legitimately fear that the worst censorship is yet to come, now that the New Library

Board has been installed and has taken steps to insulate their future activities from public review. (*See, e.g.,* Little Decl. ¶ 12 ("I fear that the government officials in my hometown will use their power to ensure that books they disagree with will never make it to my public library in the first place.").) This invidious and persistent violation of Plaintiffs' First Amendment rights unquestionably establishes irreparable harm.

### III. The Balance of Equities Favors Plaintiffs

The remaining preliminary injunction factors favor plaintiffs: the threatened injury to Plaintiffs outweighs any harm that an injunction might cause Defendants, and the injunction serves the public interest. *Opulent Life Church*, 697 F.3d at 297.

Once a plaintiff has established irreparable harm, the defendant must "present powerful evidence of harm to its interests" to prevent the plaintiff from showing the threatened injury outweighs any harm the defendant would suffer as a result of the injunction. *Id.* Defendants cannot do so here. As explained above, a preliminary injunction would not prevent patrons from selecting materials for their children that they deem appropriate and avoiding books they find objectionable, as the Materials Policy and ALA standards contemplate. The County, however, "can never have a legitimate interest in administering [a regulation] in a way that violates federal law." *Planned Parenthood of Gulf Coast, Inc. v. Gee*, 862 F.3d 445, 471 (5th Cir. 2017).

Finally, granting a preliminary injunction will serve the public interest: "injunctions protecting First Amendment freedoms are always in the public interest." *Texans for Free Enter.*, 732 F.3d at 539 (quoting *Christian Legal Society v. Walker*, 453 F.3d 853, 859 (7th Cir. 2006)).

### CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request an order preliminarily enjoining Defendants' censorship.

Dated: May 9, 2022                    Respectfully Submitted,

**BRAUNHAGEY & BORDEN LLP**
/s/ *Ellen Leonida*
Ellen V. Leonida (CA Bar No. 184194)*
Matthew Borden (CA Bar No. 214323)*
J. Noah Hagey (CA Bar No. 262331)*
Sarah Salomon (CA Bar No. 308770)*
Pratik Ghosh (NY Registration No. 5754940)*
Amy Senia (CA Bar No. 329134)*
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax:  415-599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

**WITTLIFF | CUTTER PLLC**
/s/ *Ryan Botkin*
Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Attorneys for Plaintiffs*
*\*Motion for pro hac vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that on this ninth day of May, 2022, a true and correct copy of the

foregoing document was served on all counsel of record who have appeared in this case using

the Court's CM/ECF system as a Filing User, and in addition, was served upon all Defendants by

placing the same in the United States Mail, postage prepaid, to:

> Llano County, c/o County Judge Ron Cunningham
> 801 Ford Street, Room 101
> Llano, Texas 78643
>
> Llano County Judge Ron Cunningham
> 801 Ford Street, Room 101
> Llano, Texas 78643
>
> Jerry Don Moss, Llano County Commissioner
> 2001 N. St. Hwy 16 Suite B
> Llano, Texas 78643
>
> Peter Jones, Llano County Commissioner
> 508 Sombrero
> Horseshoe Bay, Texas 78657
>
> Mike Sandoval, Llano County Commissioner
> 8347 RR 1431
> Buchanan Dam, Texas 78609
>
> Linda Raschke, Llano County Commissioner
> 8347 West Ranch Road 1431
> Buchanan Dam, Texas 78609
>
> Amber Milum, Llano County Library System Director
> 102 E. Haynie St.
> Llano, Texas 78643
>
> Rochelle Wells, Llano County Library Board Member
> 1406 Ash Street
> Llano, Texas 78643-2810

Rhonda Schneider, Llano County Library Board Member
5606 County Road 104
Llano, Texas 78643

Gay Baskin, Llano County Library Board Member
1100 Escolar Drive
Buchanan Dam, Texas 78609

/s/ *Ellen Leonida*
Ellen V. Leonida

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,<br><br>   Plaintiffs,<br><br>     v.<br><br>LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member,<br><br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00424-RP |

## DECLARATION OF BARBARA SUZETTE BAKER IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DocuSign Envelope ID: 7895...

I, Barbara Suzette Baker, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am the former head librarian of Llano County Library System's Kingsland Library Branch. I served in this position from March 2021 until I was terminated in March 2022.

3.      In the fall of 2021, I learned from Ms. Milum that she received a spreadsheet created and distributed by Bonnie Wallace, which was based in large part on a list of 850 books that Texas State Representative Matt Krause identified as inappropriate. Ms. Wallace's spreadsheet identified books available in Llano County's public library collection that were on Representative Krause's list.

4.      Ms. Milum told me that she edited the "Bonnie Wallace" spreadsheet, adding the book's author, call number, branch location, and the name of the librarian who purchased that book. She then gave me a copy of the "Bonnie Wallace" spreadsheet with her edits, in a document entitled "Bonnie Wallace book list 2021.11.12."

5.      Ms. Milum told me to remove all books on that spreadsheet that were identified as being on the shelves in the Kingsland Branch. I refused. I told Ms. Milum that removing these books would be censorship. I recommended that Ms. Milum seek guidance from the County attorney because I believed that her order to remove books was illegal.

6.      In addition to the books on the "Bonnie Wallace" spreadsheet that Ms. Milum and others removed from library shelves, I am aware of other books not on the "Bonnie Wallace" spreadsheet that I believe were removed from the library because of their content. For example, *Under the Moon: A Catwoman Tale* by Lauren Myracle is a graphic novel that tells the protagonist's story of getting revenge for child abuse perpetrated by her mother's live-

DocuSign Envelope ID: 7895...

boyfriends, and involves violence, explicit language, and references to male genitalia. *Under the Moon* was supposedly "weeded" from library shelves on November 18, 2021. "Weeding" is the standard procedure by which librarians update and maintain their collections by removing outdated or duplicative materials according to objective, neutral criteria, such as publication date, last circulation date, and physical condition. I know that *Under the Moon* could not have been weeded because of physical condition because I have seen the library's copy, and it is not tattered or otherwise physically damaged to a degree that would warrant weeding. Because *Under the Moon* was published in 2019 with a last circulation date of November 18, 2021—the same date that it was weeded— it should not have been weeded pursuant to the Library System's standard weeding procedures.

7.      In early 2022, I attended the first two meetings of the recently appointed Llano County Library Board, both of which were held in public meeting rooms in the Kingsland Branch where I worked as head librarian.

8.      On February 9, 2022, Ms. Milum reprimanded me for attending the Library Board's meetings in the Kingsland Branch's public meeting rooms. Every meeting that takes place in a library meeting room is supposed to be open for members of the public to attend.

9.      On February 16, 2022, Ms. Milum emailed me and other Llano County librarians instructing us that we were not allowed to attend Library Board meetings and could not even use our vacation time to attend, per County Judge Ron Cunningham's orders. A true and correct copy of this email is attached as **Exhibit 1**.

10.     Around the middle of February 2022, I put a sign on the marquee in front of the Kingsland Library that said, "We put the 'lit' in literature." I intended the sign to have a double

meaning, referring to "lit" as the slang word for fun, and also referring to the book burning that had recently taken place in Tennessee.

11.    Inside the Kingsland Library, I set up a display of books next to a sign that said, "Come check out our 'lit' books!" On the book display, I put several books that have been the subject of book bans historically, such as *1984*, *To Kill a Mockingbird*, and *Fahrenheit 451*. I also put several books from the "Bonnie Wallace" spreadsheet on the display—those books that I refused to remove after Ms. Milum ordered me to   including titles such as *How to Be an Anti-Racist* and *Between the World and Me*. I also posted photos of the display and the sign on Kingsland Library's Facebook page.

12.    The next day, Ms. Milum came to the Kingsland Library and ordered me to take down the "lit" message board sign and book display, and to remove the post from Facebook. Defendant Milum told me to remove the books on the "Bonnie Wallace" spreadsheet from the display, and to put a replacement sign over the remaining books entitled, "Classics."

13.    On March 9, 2022, Ms. Milum terminated me from the Llano County Public Library System for the following offenses: "insubordination," "creating a disturbance," "violation of policies," and "failure to follow instructions." A true and correct copy of my signed termination acknowledgment is attached as **Exhibit 2**.

14.    At the time of my termination, new library books had not been purchased for the County's collection since October 2021.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  May 7, 2022          By:   _B Suzette Baker_
                                   Barbara Suzette Baker

3

# EXHIBIT 1

**sbaker@co.llano.tx.us**

| | |
|---|---|
| **From:** | amilum@co.llano.tx.us |
| **Sent:** | Wednesday, February 16, 2022 5:39 PM |
| **To:** | Suzette Baker; April Puryear; Jennifer Kormish |
| **Cc:** | Ron Cunningham; Lisa Otto |
| **Subject:** | Meeting this morning |

Ladies,

As a follow-up to our discussion this morning.

1. You were told not to bring negative attention to the staff or library with what you say and do.

2. You are to take the display down as well as the Facebook post.

3. Do not "overshare" with patrons.

4. When asked about Overdrive or purchasing you are to READ the statements and not to hand them out.

5.Staff members are not to attend Advisory Board meetings. You may not use your vacation time to attend.

To ensure business continuity, the other librarians who are on duty shall not be attending as they have other obligations to fulfill. -per Judge Cunningham

6. You are to do your job with a positive attitude and adhere to all Llano County policies and procedures.

**REMINDERS:**

## The Llano county Personnel Policies states:
## 1B-2 (Under Dress code)
You are required to act in a professional manner at all times and extend the highest courtesy to co-workers and to the public being served. A cheerful and positive attitude is essential to our commitment to customer service.

## 1B-4 Conflict of Interests
Employees of Llano county shall not engage in any employment, relationship, or activity which could be viewed as a conflict of interest because of the potential or appearance of affecting the employee's job efficiency, or which would reduce his/her ability to make objective decisions in regard to his/her work and responsibility as a Llano County employee.

The Llano County Library System Internal Policy states:
**Library Business**

- **Attending to Library Business:** An employee will remain alert, observant, and occupied with Library business during the work period. When at work, an employee will devote his/her time and attention to the business of the Library. In order to project a professional public image and enhance morale and efficiency as well as to provide a safe working environment, each employee is required to maintain a clean and orderly work area.

- **Performance of Duty:** An employee will maintain sufficient competence to properly perform his/her duties and to assume the responsibilities of the position. The employee will direct and coordinate his/her efforts in such a manner as will tend to establish and maintain the highest standards of efficiency and professionalism in carrying out the functions and objectives of the Library.

**Response to Authority**
**Insubordination:** An employee will promptly obey and execute any and all lawful orders of the Library Supervisor/Director. This includes orders relayed from the Supervisor/Director through another employee. Insubordination includes, but is not limited to, the following:

- 
    - Directly disregarding the supervisor/director's authority
    - Disobeying the Supervisor/Director's orders
    - Deliberately defying clearly stated library policies, rules, regulations, and procedures
    - Criticizing, contradicting, or arguing with the Supervisor/Director in public or in front of other employees in any way that is negative and inappropriate
    - Blatantly ignoring the Supervisor/Director's reasonable instructions
    - Displaying disrespect toward the Supervisor/Director including, but not limited to Tone of voice
    - Facial expressions
    - Hand or body gestures
    - Sarcastic comments

Everyone needs to be aware, not following directives will result in write-ups, demotion, or termination.

I am here to help if you have any needs or concerns.

*Llano County Library System Director*
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

# EXHIBIT 2



# Llano County Library System

Llano     Kingsland     Lakeshore

**Employee Disciplinary Action Form:** VERBAL WARNING   WRITTEN WARNING   SUSPENSION   TERMINATION

## Employee Information

Employee Name: Suzette Baker          Date: March 9, 2022
Head Librarian/Director: Amber Milum      Job Title: Head-Librarian

## Type of Discipline

☐ First Warning      ☐ Second Warning      ☒ Final Warning & Termination

## Type of Offenses

☐ Tardiness/ Leaving Early    ☐ Absenteeism    ☒ Violation of Policies
☐ Substandard Work        ☐ Rudeness to Customers  ☐ Rudeness to Coworkers
☒ Creating a Disturbance     ☒ Insubordination      ☒ Failure to Follow Instructions
☐ Other _____

## Details

**Description of Offenses:** Your last verbal warning was on Feb. 9, 2022. We discussed the fact that you were not following directives and allowing personal opinions to interfere with job duties and procedures. Since then, On Friday, Feb. 25, 2022, you got the Llano staff confused because you were worried about the weather and after I spoke to you, you called the Llano staff and relayed what I had said about staying open. You acted beyond your authority as the Llano staff is not your concern. I'm getting phone calls about you getting people upset about things you are telling them. You deliberately got the friends group upset about their donation money and had them worried. Then on March 7, 2022, I received a phone call that you said you are not comfortable asking the friends to purchase kindles and have gotten people to back out of donating. This is not your call. This change is inevitable and you are allowing your personal biases, opinions, and preferences to unduly influence your actions and judgment and have created a disturbance within the Friends group.

Your negative behavior was insubordinate and disruptive to the Friends of the Kingsland Library, the Staff of the Llano Library, and not in the best interest of the Llano County Library System or Llano County. Both county and internal library policies have been violated.

**As a result, you have been terminated effective 03/09/2022 and your services are no longer needed.**

## Acknowledgment of Receipt of Termination

By signing this form, you confirm that you and the Llano County Library System Director have discussed the details of your termination.

_____      3- 9 22
Employee Signature                         Date

_____      3-9-22
Llano County Library System Director       Date

Cc: Llano County Personnel file

LCLS 2021

**Llano County Personnel Policy violated:**

1B-11 Discipline

*Each supervisor shall have the authority to administer discipline to employees in their department for poor performance, violation of policies, disruptive behavior, or any other behavior or activity which the supervisor feels is not acceptable as it relates to the employee's job or the best interest of the department or county.*

*Depending on the severity of the situation, discipline may range from informal counseling up to and including immediate termination.*

**Llano County Library System Internal Policy violated**

*The Llano county Personnel Policies states:*

**1B-2 (Under Dress code)**

*You are required to act in a professional manner at all times and extend the highest courtesy to co-workers and to the public being served. A cheerful and positive attitude is essential to our commitment to customer service.*

**1B-4 Conflict of Interests**

*Employees of Llano county shall not engage in any employment, relationship, or activity which could be viewed as a conflict of interest because of the potential or appearance of affecting the employee's job efficiency, or which would reduce his/her ability to make objective decisions in regard to his/her work and responsibility as a Llano County employee.*

**The Llano County Library System Internal Policy states:**

*Library Business*

- *Attending to Library Business: An employee will remain alert, observant, and occupied with Library business during the work period. When at work, an employee will devote his/her time and attention to the business of the Library. In order to project a professional public image and enhance morale and efficiency as well as to provide a safe working environment, each employee is required to maintain a clean and orderly work area.*

- *Performance of Duty: An employee will maintain sufficient competence to properly perform his/her duties and to assume the responsibilities of the position. The employee will direct and coordinate his/her efforts in such a manner as will tend to establish and maintain the highest standards of efficiency and professionalism in carrying out the functions and objectives of the Library.*

*Response to Authority*

*Insubordination: An employee will promptly obey and execute any and all lawful orders of the Library Supervisor/Director. This includes orders relayed from the Supervisor/Director through another employee. Insubordination includes, but is not limited to, the following:*

- *Directly disregarding the supervisor/director's authority*
- *Disobeying the Supervisor/Director's orders*
- *Deliberately defying clearly stated library policies, rules, regulations, and procedures*
- *Criticizing, contradicting, or arguing with the Supervisor/Director in public or in front of other employees in any way that is negative and inappropriate*
- *Blatantly ignoring the Supervisor/Director's reasonable instructions*
- *Displaying disrespect toward the Supervisor/Director including, but not limited to tone of voice*
- *Facial expressions*
- *Hand or body gestures*
- *Sarcastic comments*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
|    Plaintiffs, | § § | |
|       v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § | |
|    Defendants. | § § | |

## DECLARATION OF RICHARD DAY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DocuSign Envelope ID: C0A47E09-BB74-4B86-9B7E-47E3B94405E5

I, Richard Day, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am a resident of Llano County. I have a library card that gives me access to books available in the County's public libraries, which I have used to check out books on various topics, and nonfiction books in particular.

3.      In addition to reading for personal enjoyment and enrichment, I also have professional experience in libraries. Before attending medical school, I received a master's degree in Library and Information Science from the University of Texas at Austin. I previously worked as a rare book cataloger at the Moody Medical Library at the University of Texas Medical Branch in Galveston. I also worked at the University of Texas Health Sciences Center at San Antonio as the head of cataloging, a reference librarian, and as medical liaison librarian to the pediatrics department. While I was in active practice as a physician, I also served for many years on the library board in Wichita Falls, Texas.

4.      I know that several books were removed from Llano County's physical library collection, including at least the following books: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz:*

DocuSign Envelope ID: C0A47E09-BB74-4D36-957F-37E3894405E5

*My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog.  I would check out these books from the Library System in the future if they were returned to library shelves.

5.      I have also attempted to access OverDrive with my County library card without success. I would use my County library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated.


I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:  May 8, 2022                    By: _____

DocuSigned by:

Richard Day

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF REBECCA JONES IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Rebecca Jones, declare:

1.     I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.     I am a resident of Llano County. I have a library card that gives me access to books available in the Llano County public libraries. I have used my Llano County library card to check out books from the public libraries for several years. I read and listen to many different types of books on a variety of topics, including fiction and nonfiction books, and books written for children, young adults, and adults.

3.     I know that several books were removed from Llano County's physical library collection, including the following: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books in the future if they were returned to library shelves.

1

DocuSign Envelope ID: 3BD8E66A-AB28-4A03-AEBA-8042618A0F82

DocuSign Envelope ID: 3BD8E56A-AB28-4AA3-A5BA-8C42213A0F82

4.      I have also attempted to access OverDrive with my Llano County library card without success. I would use my library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated.

5.       It is difficult to express just how severely the removal of books and termination of OverDrive has impacted me. I used to consider the library the heart of my community, a safe place where I would have casual exchanges with interesting strangers, friends, and staff—all gathered in the same location because of our mutual love of knowledge and learning. We could exchange ideas without needing to prove a point. We could disagree with each other without threat of rejection. Now, the library feels quiet. It feels as if there are fewer interactions because a casual comment is as likely to bring down judgment as to elicit a thoughtful response. To me, in addition to being a gathering place for the community, the overwhelming benefit of a well-managed public library is the natural succession of new books replacing old on a scale that is not financially possible for most people. I used to relish searching the stacks for new material I might discover. Now I go to the library in fear that yet-to-be-discovered books will disappear from the shelves. I fear that important books will not be chosen in the first place to avoid public disapproval. I fear that simple minded zealots will reject the most interesting books because they are threatened by any idea that might challenge their fragile worldview. The Llano public library was such a wonderful institution and the actions of a handful of people have done immeasurable harm to it.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:  May 8, 2022                        By:   _____
                                                 Rebecca Jones

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**DECLARATION OF KATHY KENNEDY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Kathy Kennedy, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am a resident of Llano County and have a library card that gives me access to books available in the County's public libraries. I have always had a library card wherever I lived, and I have checked out all kinds of books from gardening, cooking, fiction, non-fiction, and biographies. My love for reading books and public libraries began when I was in elementary school. I have a vivid memory of walking alone to our local library during the summer, getting lots of *Nancy Drew* mysteries, and stopping at the Dairy Queen on the way back home. In sixth grade, my favorite teacher challenged me to read books a bit above my grade level. We read classics like *1984*, *Fahrenheit 451*, *The Pearl*, *Tea and Sympathy*, *Animal Farm*, *Moby Dick*, *Of Mice and Men*, and countless others. These books expanded my mind and instilled in me a lifelong love of reading and knowledge.

3.      I know that several books were removed from Llano County's physical library collection, including at least the following books: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a*

1

DocuSign Envelope ID: 5338CACA-949B-48B0-B2F4-F9454A699FB8

*Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books from the Library System in the future if they were returned to library shelves.

4. I have also attempted to access OverDrive with my County library card without success. I would use my County library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated. I make and sell quilts, which is an extremely time-consuming activity. When I discovered audiobooks, it opened up a new world for me. I realized I could work on my quilts while listening to a book at the same time.

5. When I found out about the book banning happening at the library, it hit a nerve with me. I was still isolated from Covid because of my autoimmune disorder, but I showed up in Commissioners Court with my 80-year-old husband—both of us masked and terrified of catching Covid. I was terribly nervous, and my voice was shaking, but I spoke up anyway to try and stop the censorship attempts being made by the Llano County officials. Being a citizen of Llano County and of the United States America, this is a line in the sand for me. I will not tolerate censorship here in my public library.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 7, 2022            By: _____
                                   Kathy Kennedy

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF LEILA GREEN LITTLE IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Leila Green Little, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am a resident of Llano County. I have a library card that gives me access to books available in the County Library System's public library collection. I have used my County library card to check out books for several years. I read and listen to many different types of books on a variety of topics, including fiction and nonfiction books, and books written for children and adults.

3.      I know that several books were removed from Llano County's physical library collection, including the following: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books in the future if they were returned to library shelves.

4.      Before the events giving rise to this lawsuit, the Library System also provided library cardholders with a digital catalog called "OverDrive," which gave library patrons access

1

DocuSign Envelope ID: 5C4FEDE2-5425-441A-98D0-497J58C45B785

to a curated collection of over 17,000 digital ebooks and audiobook titles. I have attempted to access OverDrive with my County library card without success.

5. The Library System has three physical locations: the Llano Library Branch (the main branch), the Kingsland Library Branch, and the Lakeshore Library Branch.

6. Ron Cunningham is the Llano County Judge, the head of the County Commissioners Court. Jerry Don Moss, Peter Jones, Mike Sandoval, and Linda Raschke are Llano County Commissioners. Amber Milum is the Library System Director. Bonnie Wallace, Rochelle Wells, Gay Baskin, and Rhonda Schneider were appointed by the Commissioners Court to sit on the County's Library Board (the "New Library Board") in January 2022. Thereafter, the New Library Board elected Gay Baskin as its Chairperson, Bonnie Wallace as its Vice Chair, and Rochelle Wells as its Secretary.

7. Around mid-2021, I learned from County librarians that a community group including Rhonda Schneider was pushing for the removal of certain children's library books that they deemed "inappropriate." I later learned that Rochelle Wells and Bonnie Wallace were also part of this group.

8. In December 2021, I attended a Commissioners Court meeting during which the Commissioners Court voted to dissolve the existing library board and remove its current members and create an entirely new library board with new members appointed by the Commissioners. The Commissioners Court also added the word "advisory" to the board's name, referring to it as the "Library *Advisory* Board" instead.

9. I later learned from County librarians that some of the Library Board's new appointees did not even have library cards before their appointments.

DocuSign Envelope ID: 5C4EFDE2-5425-444A-98D0-4F758C15B785

10.     Since the creation of the new Library Board, I have attended Commissioners Court meetings for which the Library System was publicly listed as an agenda item to be discussed. At no point during any of these Commissioners Court meetings was it discussed that librarians would be need approval from the Library Board before they could purchase any new books. I learned about this new requirement imposed by the Library Board from County librarians who are subject to it and unable to purchase new books. County librarians have also informed me that no new library books have been purchased since October 2021.

11.      I searched Llano County's catalog and identified several books currently in the collection that have graphic sexual content, including books such as *A Game of Thrones*, *Canterbury Tales*, *Lady Chatterley's Lover*, and books in the *Outlander* series.

12.     In my family, the public library is sacrosanct. My children and I have spent hours and hours and hours in our public libraries. The County's public libraries have been foundational in shaping how my family spends time together and the values that we hold true. As a result, the removal of books from library shelves and the termination of OverDrive has had a profound, indescribable, and deeply personal impact on me and my family. During the seemingly endless nights breastfeeding my then-infant daughter, I would read books on Overdrive to keep the insomnia at bay. I learned how to make a failed attempt at crusty bread while reading a cookbook on OverDrive, which turned out to be a dense loaf more suited for the deer on the other side of my fence. I used OverDrive audiobooks to help lull my son to sleep. Not only do I now lack access to these resources, but I also have had to witness my most treasured and sacred community institution suffer a collapse of the very ideals that make public libraries so special. I walk through the library's aisles afraid that even more books have been silently removed since my last visit. I worry that I will never know whether or when a book has been removed at all.

And with the Library Board requiring pre-approval for all new book purchases and shuttering its doors to the public, I fear that the worst has yet to come. I fear that the government officials in my hometown will use their power to ensure that books they disagree with will never make it to my public library in the first place.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  May 7, 2022                    By:  *Leila Green Little*

Leila Green Little

DocuSign Envelope ID: 5C4FEDE2-5425-441A-98D0-4575BCf5B785

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF JIM MONASTRA IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Jim Monastra, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts:

2.      I work at OverDrive as an account manager for public libraries in Texas, among other states. I have worked in this position since March 2018. Before working at OverDrive, I received my master's degree in Library and Information Science from Kent State University.

3.      OverDrive is a mission based, Certified B-Corporation focused on serving and guided by the interests of libraries and schools. It provides libraries and schools with a digital platform to make ebooks and audiobooks available to their patrons and students. OverDrive offers the largest digital content catalog in the world, serving more than 76,000 libraries and schools in 94 countries.

4.      OverDrive's content acquisition process requires authors, suppliers, and publishers to apply and be accepted by OverDrive for inclusion in the OverDrive catalog. This process also requires applicants to enter into a commercial distribution agreement with OverDrive.

5.      OverDrive is not in the business of distributing obscene or pornographic content. Any and all books that become available in a library's OverDrive digital collection are made available as a result of the library's selection of those books.

6.      OverDrive also enables librarians to manage books that libraries and schools make available to particular audiences. For example, OverDrive supports libraries' ability to designate specific library card types to distinguish between patrons, such as juvenile versus adult card holders, and restrict or allow access to content accordingly.

7.     I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  April 28, 2022                    By: _____
                                               Jim Monastra

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF DIANE MOSTER IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Diane Moster, declare:

1.        I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.        I am a resident of Llano County and have been a patron of the library since moving here. I read many different types of books on a variety of topics, including fiction and nonfiction books, and books written for children, young adults, and adults. For example, I have often checked out books on subjects such as gardening, water coloring, food, and health. I also take my grandchildren to the public library when they are visiting to check out books and DVDs. I have always known what they are checking out and had no problems with the content.

3.        I know that several books were removed from Llano County's physical library collection, including the following: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books in the future if they were returned to library shelves.

DocuSign Envelope ID: 3E1407CC-1697-466B-8893-2780068425F5

4.      I have also attempted to access OverDrive with my Llano County library card without success. I would use my library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated. For example, I recently needed a book for a book club that was not available in the library but could have been checked out on Overdrive, had I had access to Overdrive. The book was available on Amazon for more than $20.00 but I did not feel like I could spend that amount at the time.

5.      Public libraries are and have long been an integral part of my life. The recent removal of books and termination of OverDrive has caused substantial damage. The atmosphere in Llano County's public libraries is just different now. I worry that those who work there are fearful for their jobs. The volunteers are low in number. To me, a library is a place of truth, knowledge, safety, and honesty. It should be a welcoming place for people of all kinds, colors, and personal orientations to seek knowledge and information. Up until now, I had taken public libraries for granted. I now see them as a gift and am willing to fight for the right of everyone to read what they choose without censorship.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  May 7, 2022                    By:  _Diane Moster_____

DocuSigned by:

Diane Moster

4D02DC14E8194D3...

Diane Moster

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § § | |

## DECLARATION OF KENTON L. OLIVER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DocuSign Envelope ID: BD93A2D4-599D-4F39-8B61-17E35B81565E

I, Kenton L. Oliver, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I have served as a library director or assistant library director since 1981, and am the current Library Director for the Nashville Public Library ("NPL") in Nashville, Tennessee, a position I have held since 2012.

A.      **Summary of Opinions**

3.      The books removed from the public library in Llano County are of interest and in demand for public library collections across the United States, and many of these books are currently in public library collections across the country, including the public library for which I am the Director.

4.      The books removed from the public library in Llano County have been found to have serious literary, artistic, political, or scientific value, as evidenced by the fact that they are in public library collections across the country and have received numerous professional awards and reviews.

5.      If Llano County officials removed or restricted access to these books because they disagreed with, disliked, or were offended by their content and/or subject matter, Llano County officials violated their own collection policies and American Library Association ("ALA") professional standards by removing these books from library shelves and terminating access to more than 17,000 books in the County's digital collection.

B.      **Qualifications**

6.      I have extensive experience as a director and senior manager in libraries of varying sizes located in diverse communities, including the following positions: Executive Director of the Stark County District Library in Canton, Ohio from November 2001 through May 2012; Associate Director for Branch Services for the Johnson County Library in Overland Park, Kansas from September 1995 through October 2001; Library Director of the Olathe Public Library in Olathe, Kansas from March 1988 through August 1995; and Head of Public Services

DocuSign Envelope ID: BD93A2D4-599D-4F93-88F3-17E35B8156EE

for the Daniel Boone Regional Library in Columbus, Missouri from September 1981 through March 1988. I was also a Reference Librarian for the Topeka Public Library in Topeka, Kansas from September 1977 through August 1981. A true and correct copy of my *curriculum vitae* is attached as **Exhibit 1**.

7.      I received a B.A. from Washburn University in Topeka, Kansas in 1977 and a Master of Library Science degree from Emporia State University in Emporia, Kansas in 1979.

8.      I am a frequent speaker at state and national library conferences and was a presenter at the Sharjah International Library Conference in 2019. I have also served as the president of two state library associations.

9.      I have also been a member of several associations focused on the principles that guide librarians in the profession, including the ALA, Freedom to Read Foundation, Urban Libraries Council, Ohio Library Council, Kansas Library Association, and the Missouri Library Association.

10.      I have extensive experience in developing library policies and procedures in conjunction with library boards and local government officials. I have experience in strategic planning, prioritization, and service analysis at many levels of library management. I have been successful in establishing formal service partnerships and collaborations with community groups, state and local political leaders, and government entities.

11.      I also have extensive experience in collection development for public libraries. Collection development is the process by which librarians select materials for the community that they serve.

###### C.      Guiding Principles and Professional Standards

12.      A common saying in my profession is that "communities build collections," meaning that public libraries exist as a repository for all of the titles in demand by the community as a whole—not just those in demand by the most popular or loudest segments of the community. This principle guides my professional approach to collection development.

13.     The purpose of a public library is to provide members of the community with access to a wide and diverse range of materials and information. Community members utilize the public library to conduct research, gather news, read for pleasure, and interact with other community members. Outside the confines of school required reading, children are free to explore a wide array of books that will further enhance their joy of reading, develop critical thinking, and allow for a lifetime of intellectual growth.

14.     Digital collections have become a preferred mode of reading for many public library patrons. Digital resources also allow community members unable to physically visit the library to nonetheless have access to a broad range of audio and reading materials in their own homes.

15.     I am recognized nationally as a library leader through my participation in ALA's executive board and committee levels. ALA is a non-profit organization committed to the preservation of the library as a resource indispensable to the intellectual, cultural, and educational welfare of the country. ALA also helps support libraries and librarians across the nation by drafting and publishing industry standards and best practices for the library profession. These guiding principles are set forth in ALA's *Library Bill of Rights*, *The Freedom to Read*, and *Access to Library Resources and Services for Minors*. These documents speak to the importance of full and wide access to information in public libraries and the essential component of neutrality when building a well-rounded collection of all viewpoints in the community.

16.     The ALA's *Library Bill of Rights* makes clear that censorship based on viewpoint violates the core value of preserving intellectual freedom. As set forth in the *Library Bill of Rights*, "[b]ooks and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves" and "[m]aterials should not be excluded because of the origin, background, or views of those contributing to their creation." Additionally, "[l]ibraries should provide materials and information presenting all points of view on current and historical issues" and "[m]aterials should not be proscribed or removed because of partisan or doctrinal disapproval."  Moreover, "[a] person's right to use a library should not be

3

DocuSign Envelope ID: BD98A2D4-589D-4E9B-8E51-17E35B31585E

denied or abridged because of origin, age, background, or views." I reference and abide by the *Library Bill of Rights* in my own collection development decisions as Director of the Nashville Public Library, and recommend all public libraries adopt and incorporate the *Library Bill of Rights* into their written collection development policies. A true and correct copy of the *Library Bill of Rights* is attached as **Exhibit 2**.

17. The ALA's *The Freedom to Read* supports the principles of intellectual freedom embodied in the *Library Bill of Rights.* Pursuant to *The Freedom to Read*, "[i]t is in the public interest for publishers and librarians to make available the widest diversity of views and expressions, including those that are unorthodox, unpopular, or considered dangerous by the majority." It continues that although "[p]ublishers, librarians, and booksellers do not need to endorse every idea or presentation they make available," it "would conflict with the public interest for them to establish their own political, moral, or aesthetic views as a standard for determining what should be published or circulated." Like countless other professionals in my field, I reference and am guided by *The Freedom to Read* in my own collection development decisions as Director of the Nashville Public Library. A true and correct copy of *The Freedom to Read* is attached as **Exhibit 3**.

18. The ALA's *Access to Library Resources and Services for Minors* clarifies that the profession's commitment to providing access for all patrons includes the obligation to preserve intellectual freedom principles for minors as well as adults. Pursuant to *Access to Library Resources and Services for Minors*, "[l]ibrary policies and procedures that effectively deny minors equal and equitable access to all library resources and services available to other users" violate the *Library Bill of Rights* and librarians should "oppose[ ] all attempts to restrict access to library services, materials, and facilities based on the age of library users." Instead, librarians "should maintain that only parents and guardians have the right and the responsibility to determine their children's—and only their children's—access to library resources." Like many other professionals in my field, I reference and am guided by *Access to Library Resources and Services for Minors* in my own collection development decisions as Director of the Nashville

DocuSign Envelope ID: BD83A2D4-599D-4585-8B54-27B25B345B5E

Public Library. A true and correct copy of *Access to Library Resources and Services for Minors* is attached as **Exhibit 4**.

19.     These objective professional standards and established review procedures enable me and other public librarians to select materials in a neutral process that meets the diverse needs of our communities without interference from personal bias. As public librarians, we select materials for our collections that will be of interest to diverse community members, including materials focused on topics such as gender identity, sex, sexuality, and race. In making those selections, public librarians are aware of the laws that prohibit dissemination of material unprotected by the First Amendment and select materials of serious literary, artistic, political, and scientific value that would not meet the definition of obscenity. Part of our job as public librarians is to ensure that we are not choosing obscene material for library shelves.

20.     Public librarians also rely on legitimate book review sources, such as professional journals, established book reviewers, and award lists to ensure that we are employing professional standards in evaluating and selecting materials for our collections.

**D.     Substantive Opinions**

21.     It is my understanding that public officials in Llano County, Texas have removed several books from the public library collection and have terminated access to over 17,000 digital books.

**1.     Llano County's Physical Collection**

22.     It is my understanding that the books removed from Llano County's physical collection include at least the following: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting*

DocuSign Envelope ID: BD08A2D4-598D-458D-88E3-77535B15B5E1

*Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark.

23.      I am familiar with these books and have examined their reviews in professional journals, established book review sources, and award lists, as I would typically do during my routine collection development process at the Nashville Public Library. Based on those reviews and award lists, it is my opinion that these books would be selected by public librarians for book collections across the country. In fact, a search in Worldcat®, the largest online library catalog, demonstrates that these titles are held in library collections around the world and throughout the United States. A search of the Texas Group Catalog demonstrates that libraries throughout the state have these titles in their collections. Many of these books are also available in my own collection at the Nashville Public Library.

24.      It is also my opinion that the books that have been removed have serious literary, artistic, political, or scientific value, as demonstrated by the fact that they (i) are available in public library collections all over the country, many of which are in my own collection in the Nashville Public Library, (ii) are screened for obscenity by librarians across the country before they are added to such collections, (iii) they were screened, or should have been screened for obscenity by Llano County before they were shelved, and (iv) have received numerous professional reviews and awards. I am unaware of any public library that purchases obscene materials for its collection. Moreover, the fact that professional library journals and publishing journals have reviewed these books demonstrates that they are not obscene; such professional sources would not and do not review obscene materials.

25.      In *Caste: The Origins of Our Discontent*, Isabel Wilkerson, a Pulitzer Prize winning journalist, explores race and caste systems in India and Nazi Germany, and their hidden existence in the social order formed in the United States. The book is a *New York Times* Bestseller and has won numerous awards, including the National Book Award, the *Los Angeles Times* Book Prize. It was named the #1 Nonfiction Book of the Year by *Time* magazine. It was

named as one of the best books of the year by a multitude of reviewers including *Bloomberg*, the *Christian Science Monitor*, the *New York Times*, *Fortune* magazine, and the *Smithsonian* magazine. This title has received starred reviews[1] from *Kirkus Reviews*, *Publisher's Weekly*, *Library Journal*, and *Booklist*. The *Wall Street Journal* praised the author for combining "impressive research…. with great narrative and literary power" and stated that her work "humanizes history, giving it emotional and psychological depth." This book is available in my collection at the Nashville Public Library in print, eBook, and audiobook formats. Based on the subject matter, positive reviews and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

26. In *They Called Themselves the K.K.K: The Birth of an American Terrorist Group*, Susan Campbell Bartoletti recounts how the K.K.K. was formed during the era of Reconstruction and focuses her narrative on the impact on the victims of the organization. The title has won numerous awards including being named an ALA Notable Book, the 2010 *Kirkus* Best Books for Teens, the 2011 Notable Books for a Global Society, and the School *Library Journal* Best Children's Book of the year in 2010. The book was a Finalist Honor winner for the 2011 Young Adult Library Services Association's Award for Excellence in Nonfiction. It also received starred reviews from *Kirkus Reviews*, *Publisher's Weekly*, the *Horn Book*, *Booklist*, and the *School Library Journal*. The *Horn Book* called the book "[e]xemplary in scholarship, interpretation, and presentation." *Booklist* stated that the author "writes in admirably clear, accessible language about one of the most complex periods in U.S. history" and that this title "should be required reading for young people as well as the adults in their lives." This book is in my collection at the Nashville Public Library in print, eBook, and audiobook formats. Based on the subject matter, positive reviews and awards received by this author, it is my professional

---

[1] A starred review is a designation by a professional library journal, publishing journal, or reviewer that indicates the high quality of the work.

DocuSign Envelope ID: BD93A2D4-598D-4585-8B54-37525B345B5E

opinion that this title would be of interest and in demand for public library collections across the United States.

27. *Spinning* by Tillie Walden is a memoir in which the author recounts her childhood in the world of competitive skating, her struggles with coming out as a homosexual, her experiences being bullied, and her sexual harassment by a male tutor. The author has won many awards including the New York City Public Library Notable Best Book for Teens, the Chicago Public Library Best Book of 2017, the 2018 YALSA Great Graphic Novel, the 2017 *Booklist* Youth Editor's Choice, and the Eisner Award. It also has received many starred reviews, including from *Kirkus Reviews*, *Publisher's Weekly*, and *Booklist*. *Booklist* called it a "stirring, gorgeously illustrated story of finding the strength to follow one's own path" and *Kirkus Reviews* found it to be a "quiet powerhouse of a memoir." The *School Library Journal* concluded that the book is "[a]n honest and intimate coming-of-age story that will be appreciated by tweens and young teens, especially those in competitive sports." This book is in my collection at the Nashville Public Library in print and eBook formats. Based on the subject matter, positive reviews and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

28. *In the Night Kitchen* by Maurice Sendak relates the dream fantasy of a little boy having a nighttime adventure in a bakers' kitchen. The author has received many awards including being named the 1971 Caldecott Honor Book. The book was included in ALA's Notable Children's Books of 1940-1970, the *New York Times* Outstanding Children's Books of 1970, and the *New York Times* Best Illustrated Children's Books of 1970. The title also has received numerous positive reviews. *Booklist* called it a "[p]ure delight for young children." *Kirkus Reviews* found the illustrations to be "superb" and the main character "pure joy." *Common Sense Media* concluded that the book was "[m]arvelous" and "so vividly drawn that readers almost live the dream, before returning safely to bed." This book is in my collection at the Nashville Public Library in print and audiobook formats. Based on the positive reviews and

DocuSign Envelope ID: BD82A2D4-699D-453D-8B52-7E3E5345E5F

awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

29.    *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris is a comprehensive sex-education guide designed for pre-adolescent children and their parents. The author has received numerous awards, including being named an ALA Notable Book in 1995 and 1995 Best Book of the Year by the *New York Times*. The author was presented with the *Boston Globe* Horn Award and the book has been hailed as an important resource for teenagers by the *School Library Journal*, The *Bulletin for the Center of Children's Books*, and *Booklist. Publishers Weekly* found the book to be "intelligent, amiable and carefully researched." *School Library Journal* concluded that "[t]his frank, fresh consciousness-raiser not only gives readers of both sexes straight information about current or upcoming changes in their bodies and emotional landscapes, but also presents an exemplary argument for the idea that scientific knowledge is inextricably intertwined with every aspect of our lives." This book is in my collection at the Nashville Public Library in print format. Based on the subject matter, positive reviews, and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

30.    Dawn McMillan's read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* Is exactly the type of series that would be selected by public librarians for their children's room collection to encourage young children to read. Reluctant young readers that begin reading books with funny themes at a young age are more likely to become captivated by books and continue reading as they grow older. This series is highly rated on *GoodReads*. A book in this series is in my collection at the Nashville Public Library in print format. Based on the reviews, it is my professional opinion that this is a series that would be of interest for a public library children's room collection.

31.    Jane Bexley's read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* also would be included in a children's room collection.

DocuSign Envelope ID: BD82A2D4-699D-459D-8852-7753F9315B5F

Books with funny themes motivate children to become interested in books and reading, and to develop a lifelong love for reading and learning. This series is highly rated on *GoodReads*. It is my professional opinion that this is a type of picture book series would be of interest for a public library children's room collection.

32.     *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings is a memoir recounting the young author's coming out as transgender, her transition, and her activism on behalf of transgender youth. The author has received many awards including Equality Florida's "Voice for Equality" Award and the Harvey Milk and Pride Center's Diversity Honors Youth Award in 2015. The book was included in the 2017 Rainbow List for Young Adult Nonfiction. Jazz Jennings was named as one of *Time* magazine's Most Influential Teens for 2014-2015 and *Huffington Post's* 14 Most Fearless Teens of 2014. The title has had numerous positive reviews. *Booklist* stated that the story is "an important addition to the slender but growing body of transgender literature and belongs in every library." This book is available in my collection in the Nashville Public Library in print, eBook, and audiobook formats. Based on the subject matter, positive reviews, and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

33.     *Shine* by Lauren Myracle is a novel in which the main character who has been isolated from friends for several years after being sexually assaulted reenters the world to solve the mystery of who brutally beat her best friend in a gay-bashing incident. The author has received numerous positive reviews. *Kirkus Reviews* called the title "[r]aw, realistic and compelling." The *Los Angeles Times* found it to be "[d]ramatic in both content and presentation." *School Library Journal* found that "Myracle captures well the regret that many feel for things in their past about which they are ashamed" and that the main character's "reflections on these moments are spot-on." The book was awarded the Amelia Elizabeth Walden Award for young adult fiction and was included in the YALSA 2014 Popular Paperbacks for Young Adults. This book is available in my collection in the Nashville Public Library in print and eBook formats. Based on the subject matter, positive reviews, and awards received by this author, it is my

professional opinion that this title would be of interest and in demand for public library collections across the United States.

34.     *Gabi, a Girl in Pieces* by Isabel Quintero is a novel whose main character is a young Mexican American girl living in a bicultural and bilingual community. The author has received numerous positive reviews. *Kirkus Reviews* found it to be a "fresh, authentic and honest exploration of contemporary Latina identity." The *Horn Book* concluded that "[b]listeringly honest diary entries mix with poetry to create a beautifully distinct and powerful voice." The novel has won numerous awards including the William C. Morris Award for Young Adult Debut Novel, the *School Library Journal* Best Books of 2014, YALSA Best Fiction for Young Adults, and the *Booklist* Best Books of 2014. This book is available in my collection in the Nashville Public Library in print, eBook, and audiobook formats. Based on the subject matter, positive reviews, and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public libraries' collections across the United States.

35.     *Freakboy* by Kristin Elizabeth Clark is a novel that explores the challenges of growing up transgender. The author has received many positive reviews and accolades. For example, the *School Library Journal* found that the author "succeeds in conveying the message that 'you are not alone' to transgender youth while helping everyone else get a handle on these often-tortured teens." *Publishers Weekly* found the book to be "a gripping story about a complex topic." *Horn Book* concluded that the book is a "sincere, profound rendering of sexuality, queerness, and identity." This book is available in my collection the Nashville Public Library in eBook format. Based on the subject matter and positive reviews received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

36.     If Llano County public officials removed these books because they disagreed with or were offended by the viewpoints expressed in those books, it is my professional opinion that it constitutes censorship in violation of basic intellectual freedom principles and ALA professional standards. This type of censorship violates the basic tenets and purposes of public libraries,

which exist to serve communities with diverse viewpoints and values and give those communities broad and unrestricted access to diverse information and ideas.

37.     Additionally, it is my understanding that Llano County's library collection policies incorporated the ALA's *Library Bill of Rights*. If Llano County public officials removed these books because they conflicted with their personal beliefs, such action would violate the County's own collection policies in addition to professional best practices and suggest improper motivation and viewpoint decision-making with respect to the library collection.

38.     It is also my understanding that Llano County public officials removed books from the children's room and placed those books on adult shelves. It is my opinion that the removal of these books to other areas of the library also violates basic intellectual freedom principles and violates the principles of ALA's *Library Bill of Rights* and *Access to Library Resources and Services for Minors*, which recognize that minors should have the right to equal access to library materials and should be restricted only by their own parents. Children and their parents should have the opportunity to browse shelves and discover books of interest to them that have been chosen by library professionals as appropriate selections for a children's room or young adult section of the library without having to search for books that have been removed to another area of the library.

### 2.     Llano County's Digital Collection

39.      It is also my understanding that Llano County public officials terminated patrons' access to over 17,000 digital books to prevent all patrons from accessing two books that the public officials disagreed with but could not remove from the digital collection: (1) *Lawn Boy* by Jonathan Evison; and (2) *Gender Queer* by Maia Kobabe.

40.     I am familiar with these two books and have examined their reviews in professional journals, established book review sources, and award lists. It is my opinion these books would be selected by public librarians for book collections throughout the United States. A search in Worldcat®, the largest online library catalog, demonstrates that these titles are held in library collections around the world and throughout the United States. A search of the Texas

12

DocuSign Envelope ID: BD82A2D4-699D-459D-88E2-7E5E5345E5E5

Group Catalog demonstrates that libraries throughout the state have these titles in their collections. These two books are in my collection in the Nashville Public Library.

41.     It is also my opinion that neither of these books comes anywhere close to being obscene for the same reasons I stated above. They have serious literary, artistic, and political value, as demonstrated by the fact that they (i) are available in public library collections all over the country, including in my own collection in the Nashville Public Library, (ii) are screened for obscenity by librarians across the country before they are added to such collections, and (iii) have received numerous professional reviews and awards. I am unaware of any public library that purchases obscene materials for its collection. Moreover, the fact that professional library journals and publishing journals have reviewed and praised these books demonstrates that they are not obscene; such professional sources would not and do not review obscene materials.

42.     *Lawn Boy* by Jonathan Evison is a coming-of-age story about a biracial young man that has received numerous positive reviews. For example, the *School Library Journal* called it a novel that "takes on tough issues such as race, sexual identity, and the crushing weight of American capitalism" and urged librarians to "[g]ive this flawed but exciting coming-of-age story to teens eager to engage with heavy and political issues." *Kirkus Reviews* called it a "book about triumphing over obstacles, and obstacles, and obstacles, and more obstacles." *Lawn Boy* has received the Alex Award from the Young Adult Library Services Association and was a *Booklist* 2018 Editors Choice. This book is available in my collection in the Nashville Public Library in print, eBook, and audiobook formats. Based on the subject matter, positive reviews, and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

43.     *Gender Queer* by Maia Kobabe is a graphic memoir[2] about gender and sexuality from the perspective of someone who is nonbinary and asexual. The author has received numerous awards and accolades including the Alex Award in 2020, ALA YALSA Best Books of

---

[2] A "graphic" memoir or novel is a story told in comic book format rather than traditional prose.

DocuSign Envelope ID: BD82A2D4-699D-453D-88F2-7F52F5345E5F

2020, Chicago Public Schools Great Graphic Novels in 2021, Denver Public Schools Top 100 High School Books for 2020-21, Iowa High School Battle of the Books in 2021. The title was named as recommended reading for Jefferson County, Kentucky Public Schools for high school students. The Texas Library Association named it as a title for their Maverick Graphic Novel Reading List in 2020. It also has received numerous positive reviews. *School Library Journal* called it a "great resource for those who identify as nonbinary or asexual as well as for those who know someone who identifies that way and wish to better understand." This book is available in my collection in the Nashville Public Library in print and eBook formats. Based on the subject matter, positive reviews, and awards received by this author, it is my professional opinion that this title would be of interest and in demand for public library collections across the United States.

44.　　It is my opinion that the removal of 17,000+ digital books and materials from patron access because of the inability to remove *Lawn Boy* and *Gender Queer* from the catalog violates basic intellectual freedom principles and ALA's professional standards. This type of censorship violates the basic tenets and purposes of public libraries, which exist to serve communities with diverse viewpoints and values and give those communities broad and unrestricted access to diverse information and ideas. Moreover, digital resources have become a primary means of access to public library materials for library patrons, particularly for the elderly, persons with physical disabilities, and persons with limited financial resources who may not have the means for frequent visits to the library.

### E.　Conclusion

45.　　In sum, my expert opinions are as follows: (1) the books removed in Llano County would be and are of interest and in demand for public library collections across the United States; (2) they have serious literary, artistic, political, or scientific value; and (3) Llano County officials would have violated their own policies as well as professional standards and best practices by removing or restricting access to these books and by terminating the County's

digital collection if they made these decisions because they disagreed with, disliked, or were offended by the viewpoints contained within these books.

46.     I am not being paid to offer my expert opinions in this case.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  May 5, 2022                          By:  _Kenton L. Oliver_____

                                             Kenton L. Oliver

15

# EXHIBIT 1

# Kenton L. Oliver
### kentoliver@msn.com

## QUALIFICATIONS

- A proven national leader in the library field
- Extensive experience as a director and senior manager in libraries of varying sizes located in diverse communities
- Skilled in the areas of advocacy, strategic planning, collaborative thinking, fiscal accountability, policy development, facility planning and public service
- Involved in library policy planning nationally with a keen understanding of challenges facing libraries

## EMPLOYMENT HISTORY

**Library Director**                                        **June 2012 –  current**
**Nashville Public Library**
**Nashville, Tennessee**
NPL serves the Nashville-Davidson County Metropolitan area of 690,000 citizens with 21 locations, a staff of 390 and an operating budget of approximately $34,000,000.  NPL is recognized nationally and internationally for its innovative collaborations and programs in the areas of civil rights, voter rights, literacy, and education.  In 2017 NPL received the Gale/Cengage Library of the Year Award presented by *Library Journal*.

**Executive Director**                                      **November 2001 – May 2012**
**Stark County District Library**
**Canton, Ohio**
SCDL serves an area of 250,000 residents through 10 locations and mobile services. The current fiscal year budget is $14 million with a staff of nearly 245.  In 2008 the circulation for the system topped four million items.  Library strategic priorities include literacy, computer training and job assistance. The library consistently receives high rankings in its Hennen's American Public Library Rating category and is a three-time Library Journal Five Star Library.  In 2009 SCDL was awarded the National Medal for Museum and Library Service by the Institute of Museum and Library Services.

**Associate Director for Branch Services**                  **September 1995 – October 2001**
**Johnson County Library**
**Overland Park, Kansas**
JCL is a county library system with 13 facilities at this time serving 400,000 in the Kansas City Metropolitan area. The 2001 budget was more than $18 million.  Served in the capacity of the Assistant Director for Branch Services, a 12-branch division of the library with 100 FTE and a division budget of $4.4 million.  As a member of the JCL Administrative leadership team, oversaw an extensive library building program and provided leadership for the development of library services.

Kenton L. Oliver, Continued

**Library Director**                                          **March 1988 – August 1995**
**Olathe Public Library**
**Olathe, Kansas**
OPL provided library service to the fastest growing city in Kansas and a suburb of Kansas City.

**Head of Public Services**                              **September 1981 – March 1988**
**Daniel Boone Regional Library**
**Columbia, Missouri**

**Reference Librarian**                                    **September 1977 – August 1981**
**Topeka Public Library**
**Topeka, Kansas**

## AREAS OF EXPERIENCE

**Leadership:**
- Director of large public library systems serving culturally and economically diverse communities.
- Led a library through two successful library levy campaigns during challenging economic times.
- Has spearheaded the expansion of library services through new buildings and renovations.
- Recognized nationally as a library leader through participation at executive board and committee levels in the American Library Association.  A frequent library program presenter at the state and national levels.
- Served as President of two state library associations as well as participating on numerous committees.
- Board member of bi-state metropolitan library network and other nonprofit organizations.
- Three-time President of a national foundation which defends intellectual freedom and the First Amendment.
- Numerous professional presentations nationally and internationally including the Sharjah International Library Conference in 2019.

**Policy Development:**
- Extensive experience in developing library policies and procedures as a library director working with a library board and local government officials.
- Expertise in creating solutions to complex library service issues working in tandem with the library administrative team.
- Experience in strategic planning, prioritization, and service analysis at many levels of library management.
- Successful in establishing formal service partnerships and collaborations with community groups, state and local political leaders and government entities.

**Budget Experience:**
- Extensive experience in the development and oversight of library budgets in collaboration with staff and library board.  Experience ranges from library division budgets of $4 million to library system budgets more than $34 million.
- Provided budget oversight as a board member of a national association (American Library Association) on its budget review committee with a budget approaching $50 million.

**Kenton L. Oliver, Continued**

**Library Technology:**
- Current and previous libraries have employed integrated library systems including CarlX, Innovative Interfaces and Dynix. Held sole or shared responsibility for decisions made in the development of those systems.
- Experience with the development of library Internet services, Website presence, social media and policies relating to those services.

**Government Relations:**
- Extensive experience in working with local, federal and state elected officials regarding library policy issues.
- Developed a leadership program for public officials in conjunction with an area Chamber of Commerce.
- Strong communication skills include the development of information packages, documents and information for City Council Members, County Commission Members, State Legislators and Federal Officials regarding public library budgets and services.
- Extensive experience in public speaking which includes presentations to governmental officials and at library events.

# EDUCATION

**Master of Library Science**
  Emporia State University, Emporia, Kansas, June 1979

**Bachelor of Arts**
  Washburn University, Topeka, Kansas, May 1977

# PROFESSIONAL ORGANIZATIONS

**Freedom to Read Foundation**
  President, 2009 - 2012
  Board member, 2004 - 2012

**American Library Association**
  Presidential Nominee, 2009
  Public Library Association Presidential Nominee, 2020
  Member of Executive Board, 2001 - 2004
  Kansas Chapter Councilor, 1995 - 2001
  Member and chair of numerous committees

**Urban Libraries Council**
  Member, current

**Ohio Library Council**
  Member, 2001 - 2012

**Kansas Library Association**
  Legislative Committee Chair, 1997 - 1999
  President, 1992
  Member, 1988 - 2001

**Kenton L. Oliver, Continued**

**1991 White House Conference on Libraries and Information Services**
   Kansas Alternate

**Missouri Library Association**
   President, 1987
   Member, 1981 - 1988

# COMMUNITY ACTIVITIES

**Rotary Club of Downtown Nashville 2012 – current**

**Southern Word Advisory Committee 2013 – current**

**Alignment Nashville Board of Directors 2017 – current**

**Leadership Nashville Graduate 2014 and Alumni**
**Belle Meade United Methodist Church, Belle Meade, TN**
      Trustee, 2014 - 2016

**Downtown Partnership, Nashville Tennessee**
      Board of Directors, 2012 - current

**Rotary Club of Jackson Township, Ohio**
      Past President, current member
      Chair, Vintage Jackson (Major Annual Fundraiser), 2004 - 2008

**Canton Museum of Art, Canton, Ohio**
      Secretary, Board of Directors, 2008 - 2012

**Church of the Lakes United Methodist Church, Canton, Ohio**
      Member, Finance Committee, 2007-2008

**Canton, Ohio Chamber of Commerce**
      Graduate of Leadership Stark County, 2002
      Member, Local Government Committee

**Overland Park South Rotary Club**
      Paul Harris Fellow, 2000
      Chair, Corporate Woods Jazz Festival, 1998 - 2001

# EXHIBIT 2

# Library Bill of Rights

The American Library Association affirms that all libraries are forums for information and ideas, and that the following basic policies should guide their services.

I. Books and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves. Materials should not be excluded because of the origin, background, or views of those contributing to their creation.

II. Libraries should provide materials and information presenting all points of view on current and historical issues. Materials should not be proscribed or removed because of partisan or doctrinal disapproval.

III. Libraries should challenge censorship in the fulfillment of their responsibility to provide information and enlightenment.

IV. Libraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas.

V. A person's right to use a library should not be denied or abridged because of origin, age, background, or views.

VI. Libraries which make exhibit spaces and meeting rooms available to the public they serve should make such facilities available on an equitable basis, regardless of the beliefs or affiliations of individuals or groups requesting their use.

VII. All people, regardless of origin, age, background, or views, possess a right to privacy and confidentiality in their library use. Libraries should advocate for, educate about, and protect people's privacy, safeguarding all library use data, including personally identifiable information.

Adopted June 19, 1939, by the ALA Council; amended October 14, 1944; June 18, 1948; February 2, 1961; June 27, 1967; January 23, 1980; January 29, 2019.

Inclusion of "age" reaffirmed January 23, 1996.

Although the Articles of the *Library Bill of Rights* are unambiguous statements of basic principles that should govern the service of all libraries, questions do arise concerning application of these principles to specific library practices. See the documents designated by the Intellectual Freedom Committee as Interpretations of the Library Bill of Rights (http://www.ala.org/advocacy/intfreedom/librarybill/interpretations).

# EXHIBIT 3

# Access to Library Resources and Services for Minors: An Interpretation of the Library Bill of Rights

The American Library Association supports equal and equitable access to all library resources and services by users of all ages. Library policies and procedures that effectively deny minors equal and equitable access to all library resources and services available to other users is in violation of the American Library Association's Library *Bill of Rights*. The American Library Association opposes all attempts to restrict access to library services, materials, and facilities based on the age of library users.

Article V of the *Library Bill of Rights* states, "A person's right to use a library should not be denied or abridged because of origin, age, background, or views." The right to use a library includes free access to, and unrestricted use of, all the services, materials, and facilities the library has to offer. Every restriction on access to, and use of, library resources, based solely on the chronological age, apparent maturity, educational level, literacy skills, emancipatory or other legal status of users violates Article V. This includes minors who do not have a parent or guardian available to sign a library card application or permission slip. Unaccompanied youth experiencing homelessness should be able to obtain a library card regardless of library policies related to chronological age.

School and public libraries are charged with the mission of providing services and resources to meet the diverse interests and informational needs of the communities they serve. Services, materials, and facilities that fulfill the needs and interests of library users at different stages in their personal development are a necessary part of providing library services and should be determined on an individual basis. Equitable access to all library resources and services should not be abridged based on chronological age, apparent maturity, educational level, literacy skills, legal status, or through restrictive scheduling and use policies.

Libraries should not limit the selection and development of library resources simply because minors will have access to them. A library's failure to acquire materials on the grounds that minors may be able to access those materials diminishes the credibility of the library in the community and restricts access for all library users.

Children and young adults unquestionably possess First Amendment rights, including the right to receive information through the library in print, sound, images, data, social media, online applications, games, technologies, programming, and other formats.[1] Constitutionally protected speech cannot be suppressed solely to protect children or young adults from ideas or images a legislative body believes to be unsuitable for them.[2] Libraries and their library governing bodies should not resort to age restrictions in an effort to avoid actual or anticipated objections, because only a court of law can determine whether or not content is constitutionally protected.

Article VII of the *Library Bill of Rights* states, "All people, regardless of origin, age, background, or views, possess a right to privacy and confidentiality in their library use." This includes students and minors, who have a right to be free from any unreasonable intrusion into or surveillance of their lawful library use.[3]

The mission, goals, and objectives of libraries cannot authorize libraries and their governing bodies to assume, abrogate, or overrule the rights and responsibilities of parents and guardians. As "Libraries: An American Value" states, "We affirm the responsibility and the right of all parents and guardians to guide their own children's use of the library and its resources and services."[4] Libraries and their governing bodies

cannot assume the role of parents or the functions of parental authority in the private relationship between parent and child. Libraries and their governing bodies shall ensure that only parents and guardians have the right and the responsibility to determine their children's—and only their children's—access to library resources. Parents and guardians who do not want their children to have access to specific library services, materials, or facilities should so advise their own children. Libraries and library governing bodies should not use rating systems to inhibit a minor's access to materials.[5]

Libraries and their governing bodies have a legal and professional obligation to ensure that all members of the communities they serve have free and equitable access to a diverse range of library resources and services that is inclusive, regardless of content, approach, or format. This principle of library service applies equally to all users, minors as well as adults. Lack of access to information can be harmful to minors. Libraries and their governing bodies must uphold this principle in order to provide adequate and effective service to minors.

[1] *Brown v. Entertainment Merchant's Association, et al.* 564 U.S. 08-1448 (2011).

[2] *Erznoznik v. City of Jacksonville,* 422 U.S. 205 (1975): "Speech that is neither obscene as to youths nor subject to some other legitimate proscription cannot be suppressed solely to protect the young from ideas or images that a legislative body thinks unsuitable for them. In most circumstances, the values protected by the First Amendment are no less applicable when government seeks to control the flow of information to minors." See also *Tinker v. Des Moines School Dist.,* 393 U.S.503 (1969); *West Virginia Bd. of Ed. v. Barnette,* 319 U.S. 624 (1943); *AAMA v. Kendrick,* 244 F.3d 572 (7th Cir. 2001).

[3] "Privacy: An Interpretation of the *Library Bill of Rights* (http://www.ala.org/advocacy/intfreedom/librarybill/interpretations/privacy)," adopted June 19, 2002, by the ALA Council; amended July 1, 2014; and June 24, 2019.

[4] "Libraries: An American Value (http://www.ala.org/advocacy/intfreedom/americanvalue)," adopted on February 3, 1999, by ALA Council.

[5] "Rating Systems: An Interpretation of the *Library Bill of Rights* (http://www.ala.org/advocacy/intfreedom/librarybill/interpretations/rating-systems)," adopted on June 30, 2015, by ALA Council; amended June 25, 2019.

Adopted June 30, 1972, by the ALA Council; amended July 1, 1981; July 3, 1991; June 30, 2004; July 2, 2008 *under previous name* "Free Access to Libraries for Minors"; July 1, 2014; and June 25, 2019.

# EXHIBIT 4

# The Freedom to Read Statement

The freedom to read is essential to our democracy. It is continuously under attack. Private groups and public authorities in various parts of the country are working to remove or limit access to reading materials, to censor content in schools, to label "controversial" views, to distribute lists of "objectionable" books or authors, and to purge libraries. These actions apparently rise from a view that our national tradition of free expression is no longer valid; that censorship and suppression are needed to counter threats to safety or national security, as well as to avoid the subversion of politics and the corruption of morals. We, as individuals devoted to reading and as librarians and publishers responsible for disseminating ideas, wish to assert the public interest in the preservation of the freedom to read.

Most attempts at suppression rest on a denial of the fundamental premise of democracy: that the ordinary individual, by exercising critical judgment, will select the good and reject the bad. We trust Americans to recognize propaganda and misinformation, and to make their own decisions about what they read and believe. We do not believe they are prepared to sacrifice their heritage of a free press in order to be "protected" against what others think may be bad for them. We believe they still favor free enterprise in ideas and expression.

These efforts at suppression are related to a larger pattern of pressures being brought against education, the press, art and images, films, broadcast media, and the Internet. The problem is not only one of actual censorship. The shadow of fear cast by these pressures leads, we suspect, to an even larger voluntary curtailment of expression by those who seek to avoid controversy or unwelcome scrutiny by government officials.

Such pressure toward conformity is perhaps natural to a time of accelerated change. And yet suppression is never more dangerous than in such a time of social tension. Freedom has given the United States the elasticity to endure strain. Freedom keeps open the path of novel and creative solutions, and enables change to come by choice. Every silencing of a heresy, every enforcement of an orthodoxy, diminishes the toughness and resilience of our society and leaves it the less able to deal with controversy and difference.

Now as always in our history, reading is among our greatest freedoms. The freedom to read and write is almost the only means for making generally available ideas or manners of expression that can initially command only a small audience. The written word is the natural medium for the new idea and the untried voice from which come the original contributions to social growth. It is essential to the extended discussion that serious thought requires, and to the accumulation of knowledge and ideas into organized collections.

We believe that free communication is essential to the preservation of a free society and a creative culture. We believe that these pressures toward conformity present the danger of limiting the range and variety of inquiry and expression on which our democracy and our culture depend. We believe that every American community must jealously guard the freedom to publish and to circulate, in order to preserve its own freedom to read. We believe that publishers and librarians have a profound responsibility to give validity to that freedom to read by making it possible for the readers to choose freely from a variety of offerings.

The freedom to read is guaranteed by the Constitution. Those with faith in free people will stand firm on these constitutional guarantees of essential rights and will exercise the responsibilities that accompany these rights.

We therefore affirm these propositions:

1. *It is in the public interest for publishers and librarians to make available the widest diversity of views and expressions, including those that are unorthodox, unpopular, or considered dangerous by the majority.*

Creative thought is by definition new, and what is new is different. The bearer of every new thought is a rebel until that idea is refined and tested. Totalitarian systems attempt to maintain themselves in power by the ruthless suppression of any concept that challenges the established orthodoxy. The power of a democratic system to adapt to change is vastly strengthened by the freedom of its citizens to choose widely from among conflicting opinions offered freely to them. To stifle every nonconformist idea at birth would mark the end of the democratic process. Furthermore, only through the constant activity of weighing and selecting can the democratic mind attain the strength demanded by times like these. We need to know not only what we believe but why we believe it.

2. *Publishers, librarians, and booksellers do not need to endorse every idea or presentation they make available. It would conflict with the public interest for them to establish their own political, moral, or aesthetic views as a standard for determining what should be published or circulated.*

Publishers and librarians serve the educational process by helping to make available knowledge and ideas required for the growth of the mind and the increase of learning. They do not foster education by imposing as mentors the patterns of their own thought. The people should have the freedom to read and consider a broader range of ideas than those that may be held by any single librarian or publisher or government or church. It is wrong that what one can read should be confined to what another thinks proper.

3. *It is contrary to the public interest for publishers or librarians to bar access to writings on the basis of the personal history or political affiliations of the author.*

No art or literature can flourish if it is to be measured by the political views or private lives of its creators. No society of free people can flourish that draws up lists of writers to whom it will not listen, whatever they may have to say.

4. *There is no place in our society for efforts to coerce the taste of others, to confine adults to the reading matter deemed suitable for adolescents, or to inhibit the efforts of writers to achieve artistic expression.*

To some, much of modern expression is shocking. But is not much of life itself shocking? We cut off literature at the source if we prevent writers from dealing with the stuff of life. Parents and teachers have a responsibility to prepare the young to meet the diversity of experiences in life to which they will be exposed, as they have a responsibility to help them learn to think critically for themselves. These are affirmative responsibilities, not to be discharged simply by preventing them from reading works for which they are not yet prepared. In these matters values differ, and values cannot be legislated; nor can machinery be devised that will suit the demands of one group without limiting the freedom of others.

5. *It is not in the public interest to force a reader to accept the prejudgment of a label characterizing any expression or its author as subversive or dangerous.*

The ideal of labeling presupposes the existence of individuals or groups with wisdom to determine by authority what is good or bad for others. It presupposes that individuals must be directed in making up their minds about the ideas they examine. But Americans do not need others to do their thinking for them.

6. *It is the responsibility of publishers and librarians, as guardians of the people's freedom to read, to contest encroachments upon that freedom by individuals or groups seeking to impose their own standards or tastes upon the community at large; and by the government whenever it seeks to reduce or deny public access to public information.*

It is inevitable in the give and take of the democratic process that the political, the moral, or the aesthetic concepts of an individual or group will occasionally collide with those of another individual or group. In a free society individuals are free to determine for themselves what they wish to read, and each group is free to determine what it will recommend to its freely associated members. But no group has the right to take the law into its own hands, and to impose its own concept of politics or morality upon other members of a democratic society. Freedom is no freedom if it is accorded only to the accepted and the inoffensive. Further, democratic societies are more safe, free, and creative when the free flow of public information is not restricted by governmental prerogative or self-censorship.

7. *It is the responsibility of publishers and librarians to give full meaning to the freedom to read by providing books that enrich the quality and diversity of thought and expression. By the exercise of this affirmative responsibility, they can demonstrate that the answer to a "bad" book is a good one, the answer to a "bad" idea is a good one.*

The freedom to read is of little consequence when the reader cannot obtain matter fit for that reader's purpose. What is needed is not only the absence of restraint, but the positive provision of opportunity for the people to read the best that has been thought and said. Books are the major channel by which the intellectual inheritance is handed down, and the principal means of its testing and growth. The defense of the freedom to read requires of all publishers and librarians the utmost of their faculties, and deserves of all Americans the fullest of their support.

We state these propositions neither lightly nor as easy generalizations. We here stake out a lofty claim for the value of the written word. We do so because we believe that it is possessed of enormous variety and usefulness, worthy of cherishing and keeping free. We realize that the application of these propositions may mean the dissemination of ideas and manners of expression that are repugnant to many persons. We do not state these propositions in the comfortable belief that what people read is unimportant. We believe rather that what people read is deeply important; that ideas can be dangerous; but that the suppression of ideas is fatal to a democratic society. Freedom itself is a dangerous way of life, but it is ours.

This statement was originally issued in May of 1953 by the Westchester Conference of the American Library Association and the American Book Publishers Council, which in 1970 consolidated with the American Educational Publishers Institute to become the Association of American Publishers.

Adopted June 25, 1953, by the ALA Council and the AAP Freedom to Read Committee; amended January 28, 1972; January 16, 1991; July 12, 2000; June 30, 2004.

*A Joint Statement by:*

American Library Association (/)
Association of American Publishers (http://www.publishers.org/)

*Subsequently endorsed by:*

American Booksellers for Free Expression (http://www.bookweb.org/abfe)
The Association of American University Presses (http://www.aaupnet.org/)
The Children's Book Council (http://www.cbcbooks.org/)
Freedom to Read Foundation (http://www.ftrf.org)
National Association of College Stores (http://www.nacs.org/)
National Coalition Against Censorship (http://www.ncac.org/)
National Council of Teachers of English (http://www.ncte.org/)
The Thomas Jefferson Center for the Protection of Free Expression

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF JEANNE PURYEAR IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Jeanne Puryear, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am a resident of Llano County. I have a library card that gives me access to books available in the County's public libraries. I have used my library card to check out books from the County's Library System for several years. I mostly read for pleasure and belong to a book club called Llano County Reading Group. Each August, we choose books for the group to read for the upcoming year. Our members read on several devices, Kindles, Nooks, iPads, and my favorite, an actual book to hold in my hands. We also read a variety of genres: fiction, historical fiction, nonfiction, memoirs, mysteries, cookbooks, and more.

3.      I know that several books were removed from Llano County's physical library collection, including at least the following books: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library

catalog. I would check out these books from the Library System in the future if they were returned to library shelves.

4. I have also attempted to access OverDrive with my County library card without success. I would use my County library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated.

5. I am a former member of the County's library board and was fired from this position when the Commissioners Court decided to appoint new board members earlier this year. While I served on the library board, all of our meetings were open to the public. I learned from a former Llano County librarian that in the decades before this year, the County's previous library boards had always held their meetings in public.

6. On December 2, 2021, Rochelle Wells sent an email to me and several others entitled, "Re: Library concerns, update." A true and correct copy of this email is attached as **Exhibit 1**.

7. When the County discontinued the purchase of actual books last year, disconnected the ebooks selection on OverDrive, and appointed a new library board seemingly intent on dismantling the entire Library System, I was stunned at first. Now I am angry. I feel cheated and taken advantage of because I pay County taxes that are supposed to support our public libraries when all they have done is destroy them. The County's censorship is denying me of my constitutional rights, and I will never accept that.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 8, 2022      By:    _Jeanne Puryear_

                                      Jeanne Puryear

# EXHIBIT 1

| | |
|---|---|
| **From:** | Rochelle Wells |
| **To:** | Bonnie N Wallace |
| **Cc:** | Eva Carter; Paula Graham; Rhonda; JoLeigh Ares; Carolyn Stovall; Carol Limmer; Jackie Cherico; Robyn Tibbs; Lynsi Herron; Elysia Tarver; Jeanne Puryear; Kathy Oles; Jo Anne Mims; Patricia Donahy; Cindy Campbell; Sidonie Thornton; Chris Jones; Patricia Richards; Edgar Patricia (Patti); Katy Scarborough; Rhonda |
| **Subject:** | Re: Library concerns, update |
| **Date:** | Thursday, December 2, 2021 5:39:38 PM |

Hope ya'll had a blessed Thanksgiving. We have much to be thankful to Jesus for right now:

I spoke with Commissioner Don today and he gave me some updates on the library book situation.

As a background, a few of us were able to attend the commissioners meeting (thank you all so much for going!!!) and I was personally able to use Chpt. 24 of the Penal Code (thank you, JoLeigh!) to make a case for the removal of the books that contained anything sexually explicit (written or visual), as it would be a misdemeanor under the Penal Code. I included the ebooks as well. The offending books can technically be checked out by minors since they are "young adult" books.

There was a woman there, who spoke after me, to defend the books and essentially was saying that we were calling for censorship. Commissioner Don called her out and asked her what she thought pornography was exactly. She would not say what it was, that was different for everyone -- the commissioner proceeded to tell her the he was tired of people throwing that word out and that it did not apply to this situation, that whether it be heterosexual or homosexual in nature, that it needed to go so that children wouldn't be exposed to these books. He also stood up in our defense in saying that the librarians thought that parents did not have a right to see what their children took out (this idea was called a rumor in the powerpoint Judge Cunningham put together). He gave his example of questioning the librarians himself and being told just as much as what Bonnie had told us the Kingsland librarian had said. Commissioner Don truly is a God-send!!

Back to the updates: Commissioner Don would like some of us to show support at the Dec 13th Commissioners Meeting because he will be leading a discussion on 3 items.

The first is substituting OverDrive with a system that support our library only, so we choose the books. (Currently we share Overdrive with 50 libraries, which could be why Gender Queer and Lawn Boy are available.) If that is not an option then no ebooks until it can be remedied.

The second topic is closing the library to the public for 3 days, days which are entirely devoted to removing those books that contain pornographic content. I emailed the commissioner a copy of Chris Jones' excel sheet with the books she found, so hopefully that will help also. (Thank you, Chris!!)

The third topic is about a Library Advisory Board. The Judge had mentioned this briefly at the last commissioners meeting. It is solely for the purpose of revamping the policy and procedure for the library that hasn't been updated since 2006. It will be by appointment, not for whoever wants to join - which is good because we were worried about that.

I hope several of ya'll can join me at the commissioners meeting on Dec 13th. If you have a moment, please send an email or call Commissioner Moss to thank him. Oh, and I can't leave out that the same lady who tried to call "censorship" also tried to get a meeting with the judge and he told her that there wasn't a reason to meet as both times she spoke she had made it clear where she stood and the judge made it clear where he stood with the books. That was very nice to hear.  I will be at the Tea Party meeting tonight and will be thanking him for this.

Please continue to pray for Commissioner Don and Judge Cunningham and the librarians.


Rochelle Wells


Pray for your enemies; bless those who curse you.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § § | |

## DECLARATION OF AMY WALD SENIA IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Amy Wald Senia, declare:

1.      I am an attorney at BraunHagey & Borden LLP and counsel of record for Plaintiffs in the above-captioned matter.  I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently to the facts stated herein.

2.      The following documents are public records obtained from Llano County through requests pursuant to the Texas Public Information Act.

     a.    Attached as **Exhibit 1** is (1) a true and correct copy of an email thread between Ron Cunningham, Jerry Don Moss, and Amber Milum on December 1 and 2, 2021, entitled "OverDrive," and (2) a true and correct copy of an email from Melissa Macdougall to Amber Milum on December 10, 2021, entitled "Overdrive stats."

     b.    Attached as **Exhibit 2** is a true and correct copy of Llano County Library System's Materials Selection Policy, approved and adopted by the Commissioners Court in August 2006.

     c.    Attached as **Exhibit 3** is a true and correct copy of an email from Rochelle Wells to Jerry Don Moss on January 19, 2022, entitled "Re: library committee meeting."

     d.    Attached as **Exhibit 4** is a true and correct copy of an email from Amber Milum to Jerry Don Moss on October 4, 2021, entitled "'Butt Books' 2021.10.4."

     e.    Attached as **Exhibit 5** is a true and correct copy of an email thread between Amber Milum and Suzette Baker on November 5, 2021, entitled "Outside Sign."

1

f.   Attached as **Exhibit 6** is a true and correct copy of excerpted portions of an excel spreadsheet of the Library System's record of books removed from library shelves between January 1, 2021, through March 31, 2022, entitled "Deleted Holdings 1-1-2021 tru [sic] 3-31-2022." The formatting of the spreadsheet was edited for readability, in particular, adjusting column widths, adding borderlines, and hiding the following columns: Column A titled "Mat #"; Column E titled "Price"; Column F titled "Fund"; Column J titled "Call"; Column K titled "Mat Type"; Column L titled "Mat Type 2"; Column M titled "Biblio Still Exists"; and Column Q titled "ISBN." A native, unformatted copy of this excel spreadsheet will be lodged with the Court on a USB drive.

g.   Attached as **Exhibit 7** is a true and correct copy of an email thread between Bonnie Wallace, Ron Cunningham, Jerry Don Moss, and Amber Milum on November 10 through 12, 2021, entitled "Pornographic Filth at the Llano Public Libraries."

h.   Attached as **Exhibit 8** is a true and correct copy of an email from Rochelle Wells to Jerry Don Moss and others on November 11, 2021, entitled "Re: Update on library books."

i.   Attached as **Exhibit 9** is a true and correct copy of an excel spreadsheet compiled by Amber Milum entitled "Bonnie Wallace book list 2021.11.12." A native copy of this excel spreadsheet will be lodged with the Court on a USB drive.

2

j.   Attached as **Exhibit 10** is a true and correct copy of an email from Amber Milum to Ron Cunningham on October 28, 2021, entitled "Critical race theory book."

k.   Attached as **Exhibit 11** is a true and correct copy of an email thread between Amber Milum and Melissa Macdougall on December 13, 2021, entitled "Commissioner's Court."

l.   Attached as **Exhibit 12** is a true and correct copy of an email from Christopher Brailas to Amber Milum on January 13, 2022, entitled "Overdrive Access control measures via Apollo member records."

m.   Attached as **Exhibit 13** is a true and correct copy of an email from Amber Milum to Jerry Don Moss on January 18, 2022, entitled "Overdrive Access."

n.   Attached as **Exhibit 14** is a true and correct copy of an email thread between Amber Milum and Jim Monastra on December 10 and December 13, 2021, entitled "Overdrive."

o.   Attached as **Exhibit 15** is a true and correct copy of an email from Amber Milum to Melissa MacDougall on February 1, 2022, entitled "RE:FW: Cengage Learning - 26651567."

p.   Attached as **Exhibit 16** is a true and correct copy of an email from Melissa MacDougall to Amber Milum on January 31, 2022, entitled "books."

q.   Attached as **Exhibit 17** is a true and correct copy of an email from Suzette Baker to Amber Milum on February 10, 2022, entitled "Order lists."

r.  Attached as **Exhibit 18** is a true and correct copy of an email from Amber Milum to Ron Cunningham on January 20, 2022, entitled "Advisory board meeting."

s.  Attached as **Exhibit 19** is a true and correct copy of an email from Melissa Macdougall to Pat Newman on December 20, 2021, entitled "Re: library card."

t.  Attached as **Exhibit 20** is a true and correct copy of an email from Ron Cunningham to Amber Milum on December 21, 2021, entitled "OverDrive and Youth Library Cards."

u.  Attached as **Exhibit 21** is a true and correct copy of an email from Ron Cunningham to Amber Milum on November 8, 2021, entitled "Thanksgiving."

3.  The following documents were obtained from publicly available sources.

a.  Attached as **Exhibit 22** is a true and correct copy of the letter entitled "School District Content Inquiry" sent by Representative Matt Krause to Texas school district superintendents on October 25, 2021. This document is publicly available here: https://static.texastribune.org/media/files/965725d7f01b8a25ca44b6fde2f5519b/krauseletter.pdf (last accessed May 5, 2022).

b.  Attached as **Exhibit 23** is a true and correct copy of the 16-page addendum to Matt Krause's October 25, 2021 letter listing specific book titles and their corresponding authors and publication dates. This document is publicly available here:

https://static.texastribune.org/media/files/94fee7ff93eff9609f141433e41f8ae
1/krausebooklist.pdf (last accessed May 5, 2022).

c. Attached as **Exhibit 24** is a true and correct copy of an article written on
March 4, 2022, by Brigid Cooley of DailyTrib.com, a newspaper that covers
local news in Llano. This document is publicly available here:
https://www.dailytrib.com/2022/03/04/llano-county-library-advisory-board-
closes-meetings-to-the-public/ (last accessed May 5, 2022).

d. Attached as **Exhibit 25** are a true and correct copies of letters to the editor
written by Llano County citizens and published by the *Llano News* on
December 22, 2021, December 29, 2021, and February 16, 2022.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Dated:  May 8, 2022                    By:  _Amy Senia_____
                                            Amy Wald Senia

# EXHIBIT 1

**Carrie Sultemeier**

| | |
|---|---|
| **From:** | Amber Milum <amilum@co.llano.tx.us> |
| **Sent:** | Thursday, December 2, 2021 1:54 PM |
| **To:** | Ron Cunningham |
| **Subject:** | RE: OverDrive |

I am putting together the information I have and am researching more. I will send you my findings soon.

Amber


-----Original Message-----
From: "Ron Cunningham" <rcunningham@co.llano.tx.us>
Sent: Wednesday, December 1, 2021 5:44pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Cc: "'Jerry Don Moss'" ◄███████████████
Subject: RE: OverDrive

Thanks Amber,
I am asking for a plan on how to implement these filters <u>immediately</u>.
If we cannot, then we need to figure out a way to immediately implement these filters, then we need to turn off OverDrive until we do have a plan and program implemented.

There has to be a means to filter these books and if turning it off until you have developed that plan is the only option, then we need to notify Commissioners Court we are suspending the OverDrive service until we have accomplished this task.

I am adding an agenda item for this coming Monday and am requesting you attend and present to the Commissioners Court what actions you have taken and what actions we are to expect in the immediate future.
Thank you,

**Ron Cunningham**
Llano County Judge
325.247.7730
801 Ford Street
Suite 101
Llano, Texas 78643
**Judge Ron Cunningham** rcunningham@co.llano.tx.us
**Jennifer Buchanan-Administrative Assistant** jbuchanan@co.llano.tx.us


**From:** amilum@co.llano.tx.us <amilum@co.llano.tx.us>
**Sent:** Wednesday, December 1, 2021 5:04 PM
**To:** Ron Cunningham <rcunningham@co.llano.tx.us>

**Cc:** 'Jerry Don Moss' ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
**Subject:** RE: OverDrive

Judge, Commissioner Moss,

I know both of you were needing more information about Overdrive.

Yes, children can access books that are not age-appropriate. However, I have 2 options for parents. I have contacted our Overdrive representative and this is what he said...

As of now, there's not a way for users to identify and block individual titles from others. We do have two separate rooms that display only content age appropriate for kids, though, which are available both on the OverDrive site and the Libby app. These eReading Rooms filter out content that is not juvenile or young adult, and are "stickied" so that if a user visits them, they will be redirected to that site in the future.

Here's links to both rooms:

https://ctdl.overdrive.com/library/kids
https://ctdl.overdrive.com/library/teens

Parents can access these links for Overdrive and it will send them straight to age-appropriate material. Once logged in and you try to look at something else it will redirect you to the kids or teens page again.

You can also go to the Llano County website
Click on County Library
Click on the library website
Click on Online info
then click on Overdrive login

At the top, you will see...
subjects, Collections, Kindle books, kids, teens
you can click on kids or teens and it will only show you titles in that section.

Over to the right, you see My Account, you can log in with your library card number and the telephone number we have on file (without any dashes). then you can add FILTERS to what you can see. If you click on juvenile you can only see books in that section.

I have been trying to play around with it and see how it works. So far it is a good resource for parents. Suzette from Kingsland was also telling me that you can set up filters on a kindle as well. I have not tried mine as of yet.

I don't have numbers just yet but I think taking away Overdrive will be a disservice to most of our patrons. We have a lot of elderly patrons who only use overdrive and our travelers do as well. I hope these options will be a comfort to parents that there is something that can help.

I will keep looking into options for Overdrive. I would be more than happy to do a show and tell of how to set up the filters on Overdrive at Commissioners court.

# Amber Milum

## Llano County Library System Director

102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/


-----Original Message-----
From: "Ron Cunningham" <rcunningham@co.llano.tx.us>
Sent: Wednesday, December 1, 2021 4:32pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Subject: OverDrive

Amber,
Please advise if you have developed any further information regarding Llano County's OverDrive account.

Although we may not have ordered any books since 2017, can children access books which are not age appropriate?
If so, can we turn on filters to prevent this?
If not, what options do we have and any options do we have to prevent children accessing inappropriate material?
If we pull our account from OverDrive, what options do we have for other means of on line resources?

Thanks,


**Ron Cunningham**
Llano County Judge
325.247.7730
801 Ford Street
Suite 101
Llano, Texas 78643
**Judge Ron Cunningham**  rcunningham@co.llano.tx.us
**Jennifer Buchanan-Administrative Assistant** jbuchanan@co.llano.tx.us

**amilum@co.llano.tx.us**

| | |
|---|---|
| **From:** | amilum@co.llano.tx.us |
| **Sent:** | Friday, December 10, 2021 12:20 PM |
| **To:** | Melissa Macdougall |
| **Subject:** | RE: Overdrive stats |

Thank you for the help!!

-----Original Message-----
From: "Melissa Macdougall" <mmacdougall@co.llano.tx.us>
Sent: Friday, December 10, 2021 12:02pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Subject: Overdrive stats

Linda has worked with Overdrive since the beginning, she is pulling together some stats for you. Wanted to let you know so you wouldn't have to duplicate her efforts.

But for starters – 7,930 checkouts from Overdrive in the last two years.

*Melissa Macdougall, Head Librarian*
*Lakeshore Library*
*325-379-1174*
*Currently reading: Bewilderment by Richard Powers*

# EXHIBIT 2

# LLANO COUNTY LIBRARY SYSTEM POLICIES

# LLANO COUNTY LIBRARY SYSTEM POLICIES
August 14, 2006

Contents

| Title | Page |
|---|---|
| Constitution and By-Laws | 1 |
| Mission Statement | 1 |
| Administration | 2 |
| Americans with Disabilities Act | 3 |
| Building Fund | 4 |
| Confidentiality Policy | 5 |
| Copy Machine | 6 |
| Displays/Exhibits | 7 |
| Establishment of a New or the Expansion of Existing Libraries | 8 |
| Genealogy Colloection and Maintenance Policy | 9 |
| Gifts and Memorial Policy | 11 |
| Interlibrary Loan | 12 |
| Internet Policy | 13 |
| Materials Circulation Policy | 16 |
| Materials Selection Policy | 18 |
| Meeting Room Policy | 20 |
| Overdue, Damaged, and Lost Materials Policy | 23 |
| Patron Registration Policy | 24 |
| Patron Rules Govering Use of the Library | 25 |
| Public Relations | 26 |
| Public Service Hours | 27 |
| Records Retention | 28 |
| Reference Policy | 30 |

# Llano County Library System

# Constitution and By-Laws

Be It Remembered: That the Commissioners Court, made up of the County Judge and the Commissioners Court of Llano County, Texas do hereby adopt and establish this Constitution and By-Laws which shall govern, guide and direct the Llano County Library System of Llano County in the administration, management and operation of said institution according to the Library Laws of Texas.

### Article I. Name of Library

Name of the central library and branches shall be Llano County Library System.

### Article II. Location

The central library shall be located at 102 E. Haynie Street, Llano, Texas, with branches in Kingsland and Buchanan Dam.

### Article III. Purpose

The purpose of establishing a free county library is to make available to every individual within the county, and to the public in general, the free use of the books and recreational materials in order to promote through guidance and stimulation the communication of ideas.

### Article IV. Management and Control

The Llano County Library System shall be governed and under the management and control of the Commissioners Court of Llano County. The maintenance and management of the Library System shall be in accordance with the Constitution and By-Laws adopted by the Commissioners Court.

### Article V. Related Boards

The Llano County Library Board acts in an advisory capacity offering suggestions for the improvement of library services. The Commissioners will appoint one member from their own precinct, each organized Friends of the Library will appoint one member, and the Woman's Culture Club will appoint one member. All will serve four-year terms after approval from Commissioners Court.

Friends of the Library organizations are desirable as cooperating agencies but shall adopt no policies which conflict with the policies of the County Commissioners Court or the Llano County Library System Constitution and By-Laws. Copies of the Constitution and By-Laws shall be sent to all related organizations.

August 14, 2006

1

## Article VI. Establishment and Maintenance Funds.

The Commissioners Court of Llano County, Texas has established, maintains, and operates a free county library for Llano County.
The county library shall be located at the county seat in the courthouse unless a more suitable location is available. Branches of the county library shall be located as directed by Commissioners Court.
Commissioners Court will allocate funds each year for the use of the Library.

## Article VII. Library Director

The Commissioners Court shall employ a County Librarian or Director who shall hold the position at the pleasure of the Commissioners Court. No person shall be eligible for the position of County Librarian unless prior to his/her employment he/she has received from the Texas State Library and Archives Commission a certificate of qualification.

## Article VIII. Salary and Expense

The Commissioners Court shall fix the salary of the Library Director and Library Assistants at the time they fix the salary of the appointed county officers. The Library Director and Library Assistants shall be allowed traveling expenses incurred in the business of the library in accordance with the county budget.

## Article IX. Duty of the Librarian

The Librarian shall endeavor to give an equal and complete service to all parts of the county through branch libraries and deposit stations in schools and other locations where suitable quarters may be obtained, thus distributing printed matter, books and other educational matter as quickly as circumstance will permit. The County Librarian shall have the power to make rules and regulations for the county free library, to establish branches and stations throughout the county, to determine the number and kind of employees of such library, and to appoint and dismiss such employees in the same manner as provided by the Commissioners Court for other county departments. The county librarian shall, subject to the general rules adopted by the Commissioners Court, build up and manage according to accepted rules of library management, a library for the people of the county and shall determine what books and other library equipment shall be purchased.

## Article X. Amendment of Constitution and By-Laws.

This Constitution and By-Laws may be amended on majority vote of the Commissioners Court.

August 14, 2006

**READ AND APPROVED ON THE** <u>14th</u> <u>day of August 2006</u> **BY THE COMMISSIONERS COURT** and supersedes any previous versions.

_____
R. G. Floyd, Llano County Judge

_____
Johnnie Heck, Commissioner Precinct # 1


_____
Henry Parker, Commissioner Precinct #2


_____
Duane Stueven, Commissioner Precinct #3


_____
Leon Tucker, Commissioner Precinct #4


August 14, 2006

3

Constitution & By laws

# Mission Statement

The mission of the Llano County Library System is to provide resources to help community residents obtain information, which meets their personal, educational, professional, and recreational needs.

'

August 14, 2006

# Administration

It is the responsibility of the Director, under the direction of the County Judge and the Commissioners Court, to administer the County Library System according to state law and accepted library practice.

August 14, 2006

# Americans with Disabilities Act

The Llano County Library System complies with the Americans with Disabilities Act of 1990, Public Law 101-336 (ADA), which prohibits discrimination on the basis of disability. The ADA, as applied to cities, counties, and other local governmental entities, requires that no qualified individual with a disability shall, on the basis of a disability, be denied the benefits of local government services, programs, or activities.

August 14, 2006

# Building Fund Policy for the Llano County Library System

A building fund may be started for any library in the Llano County Library System by requesting permission of the Director of the Library System and with the approval of Commissioners Court.

Rules governing the establishment, deposits to and disbursements from these funds shall be as follows:

- Upon granting permission for such a fund to be started, the Director shall meet with the County auditor to establish a separate account for each building fund which is established.

- Funds may be deposited to the said account by forwarding funds, fully identified with all pertinent information (i.e. branch name and /or number, account number if more than one account exists, source of funds and amount) to the County Treasurer.

- The Director of the Library System shall determine the purpose (furniture, equipment, etc.) for which the building funds will be spent.

- Monies may only be disbursed from a building fund by the County Treasurer upon receipt of written approval of the disbursement from the Director of the Library System, the County Auditor, and Commissioners Court.

August 14, 2006

# Confidentiality Policy

The Llano County Library System follows the policy of the American Library Association and aims to provide confidentiality for all its patrons.

The records of library materials borrowed or used, the information sought in the library, or services used, cannot be disclosed to anyone except:

- As reasonably necessary for the operation of the library;
- Persons authorized, in writing, by the individual named in the records; or

- By order or subpoena of a district court, issued on a showing of good cause.

August 14, 2006

# Copy Machines

The following statement of copyright is to be posted at every copy machine:

> Notice: The Copyright Law of the United States (Title 17 U.S. Code) governs the making of photocopies or other reproductions of copyrighted material. The person using this equipment is liable for any infringement.

A copy machine is available at each Llano County Library for public use for a fee.

August 14, 2006

# Displays/Exhibits

Bulletin boards maybe placed in the library to announce meetings, etc. of public interest. No notice may be placed on the bulletin board that expresses personal viewpoints or is offensive to others.

Display space is available in the library's exhibit case for educational, artistic, and cultural materials that promote interest in the use of books, library materials, and information, or that share information about local art and cultural groups. Preference will be given to exhibits that are timely and of general interest. Displays that focus on a public issue (including elections and political issues) must include information about major aspects of differing points of view. Displays that are solely commercial in focus are not appropriate.

Groups or individuals desiring to use the exhibit case should submit a request to the librarian at least one month in advance. Generally, the same group or individual may display items one time per year.

The librarian may reject any exhibit or display that does not fit with the mission of the library or that is not neat and presented attractively. Labels for exhibit items must be neat and legible. Display of items in the library does not indicate endorsement of the issues, events, or services promoted by those materials.

The library will take reasonable care to ensure the safety and security of items displayed; however, the library has no insurance to cover exhibit items and assumes no responsibility in the event of loss, theft, or damage. Exhibitors are encouraged to insure items of value and will be asked to sign a form that releases the library from responsibility for loss, damage, or destruction. Items displayed may not include price tags or other information regarding the purchase of items. Items must be removed from the exhibit case as scheduled by the librarian, or they will be removed and stored for thirty days by library staff. After thirty days, they will be disposed of in accordance with local law.

August 14, 2006

# Establishment of a New or the Expansion of Existing Libraries

Within the province of the Llano County Library System, new libraries may be established, existing libraries expanded or services in existing libraries expanded at the direction of the Director of the Library System in consultation with Commissioners Court.

Using the American Library Association output measure procedure, the Director will identify needs of the library according to the roles assigned to that library. These will be presented to the Governing Body for consultation and approval.

The same policy shall apply to the discontinuance or curtailment of library services of any library in the County System.

August 14, 2006

# Genealogy Collection and Maintenance Policy

Genealogy, a unique collection for the Llano County Library System, will be built and maintained as a research collection. The primary purpose of this department is a collection specific to the area of Llano County and as funds allows contiguous counties. The branch libraries may have sections (not departments) set aside for basic genealogy reference to supplement the genealogy department and to assist genealogy in the areas of Llano County Branch Libraries.

1. Only duplicate materials are allowed to check out. All other material is reserved. Some genealogy material (which fits the selection policy for the archives) may be duplicated and marked permanent collection for the Archives Collection.

2. The materials collected for the genealogy department and branch sections will be collected through donation monies, memorials or gifts. The Library System reserves the right to refer or reject materials of questionable value to the collection. Availability of space will be of major concern in determining which will be accepted. Materials for this collection must meet the same selection criteria as other collection development materials.

3. Materials suitable for collection include the following formats: County records, census records, immigration and passenger lists, military records, and pertinent state and federal records. These records may be in the format of oral histories, clippings, manuscripts, maps and measured drawings.

4. Due to the lack of space the following materials will not be included:

   - Display cases, collections, memorabilia and ephemera (unless of an especially relevant and unusual nature) will not be collected.
   - Individual family histories generally will not be purchased. Gifts of family histories will be accepted as space and need allow.
   - Highly technical works on Heraldry, unless they contain large numbers of names, will be excluded.
   - Materials in familiar foreign languages may be acquired if they are of particular significance and value to the collection.
   - Histories of specific, small geographic areas (i.e. Buck's County, Pennsylvania) will not be emphasized.

5. Suitable materials that have historical, geographical, or cultural relevance to the County of Llano are recommended. However, due to the large number of retired patrons from other areas of the United States living in our branch locations, other materials will be considered for these locations. Space limitations will be of primary concern in adding to these sections.

August 14, 2006

6. Only basic genealogy information should be duplicated in the Main Library and Branches (i.e. How to Get Started, etc.). All material in the genealogy department and sections will reside in the collection for which it was selected.

7. Census films that are available for rental and duplicate material available from the state can be ordered at the Main Library and the Kingsland Branch. Interlibrary loans between the Main Library and the branches are not permissible.

8. The Llano County Library System welcomes and encourages research of all kinds while at the same time acknowledging the limitations of the collection, budget constraints, staff time and the availability of a much more comprehensive collection in Austin.

9. The degree to which help will be available to the genealogical patron is discussed in the following paragraph:

> It should be recognized that the library staff cannot do a patron's genealogy research for him. Should a patron be totally inexperienced in the methods of research involved, the public library can fulfill its responsibility by providing him with the names of professional and amateur genealogists in his area who might be willing to help.

Because of the content and cost of many items in the area, the collection will be restricted to the non-circulating collections of reference/genealogy.

August 14, 2006

# Gifts and Memorial Policy

The Llano County Library System accepts gifts of money and materials with the understanding that the library may do with them as it sees fit. They become the sole property of the library. Gifts of materials may be added to the library collection. They will be subject to the same principles and standards of selection as are applied to all materials added to the library's collection.

All materials in the library's collection will be displayed, circulated, or made available for use in a manner consistent with its facilities, good library practice, and the needs of the public.

It is to be understood that the Llano County Library System is to have full authority as to when, where, and how any gifts of materials are displayed or used.

The library will attempt to comply with the wishes of the donor, but it reserves the rights, as conditions change, to assign any of its materials wherever the need is greatest.

All gifts of materials must be in a usable physical condition. The Library will not accept materials that are not outright gifts.

A library that is used extensively by its public sustains losses through theft, mutilation, and ordinary wear. The Library cannot guarantee that any gift will be a permanent part of the collection.

Because of limitations of space, budget, and staff, the Library reserves the right to discard, at its discretion, any unsolicited materials sent to the Library or its branches.

The Library encourages and welcomes cash gifts, endowment funds and bequests for purchasing books (in general or specified areas), other library materials and equipment, for improving the library facilities, or for the benefit of the library staff. This money may be used for memorial purposes.

It is the Llano County Library System policy to publicly acknowledge memorial donations; however, all other information, (amount, etc.) unless otherwise specified by the donor, will be kept confidential.

August 14, 2006

# Interlibrary Loan

The Llano County Library System offers interlibrary loan as one of its standard services. In order to satisfy the needs and interests of local residents, the library staff will attempt to borrow specifically-named materials not available in this library from other institutions around the state, the nation, and the world. Interlibrary loans for unspecified materials on specifically-named subjects also will be submitted.

The staff will place interlibrary loan requests for any user, with an established library card, in good standing, including both adults and children. This service is extended to all patrons, regardless of their towns of residence. The library will not extend interlibrary loan services to any patron with outstanding overdue fines, lost or damaged item charges, or other infractions on his/her borrower record.

Some materials may not be available such as high demand items, bestsellers, and items with a publication date of less than six (6) months or feature movies.

A patron may not have more than three (3) active ILL requests at one time.

Interlibrary loan materials obtained by the Llano County Library System are here on a time-limited basis; therefore, the patron's cooperation in picking up materials promptly is requested. Interlibrary loan materials not picked up within five (5) days after patron notification may be returned to the lending institution and a mailing fee will be charged to the patron's account.

The length of time an interlibrary loan item is loaned to this library is determined by the lending institution. Loan periods can vary greatly. Patrons are warned that some interlibrary loan materials will not be renewable. Renewals of items beyond the loan period specified by the lending institution must be approved in advance by that lending institution.

Titles frequently requested for interlibrary loan are considered for purchase and addition to the library's permanent collections.

August 14, 2006

# Llano County Library System Patron Internet & Computer Policy

Effective 6/28/2021

The purpose of this policy is to define the appropriate use of the technology resources within the Llano County Library System (LCLS). To fulfill our mission, the Llano County Library System provides access to a broad range of informational resources, including those available through the Internet.

We make this service available as part of our mission to be Llano County's place for learning, access to innovative technology, creative solutions to informational needs, and empowering personal and professional growth.

The Llano County Library System and its employees do not monitor or control material accessed through the Internet and cannot be held responsible for its contents. Not all information found on the Internet is accurate, complete, up-to-date, legal, or philosophically acceptable to all individuals.

Llano County and the Llano County Library System assume no responsibility and shall have no liability for any direct, indirect, or consequential damages arising from the use of information found on the Internet or any communications sent through the Library's Internet computers.

**Consent Form:**

- All Internet computer users will be required to read this policy and sign a consent form.
- Signing in to use a computer implies that the user agrees to comply with the LCLS Patron Internet & Computer Policy.
- Parents or legal guardians of minors must sign a permission form for the child to use the computers.
- Minors are any individual under the age of 18.

**Staff Assistance:**

- Library Staff will help identify starting points and sites for searches appropriate to the library's mission and service roles.
- Staff will provide limited assistance.

**Usage and Time Limits:**

- Computer users must be assigned a computer by library staff.
- Each patron must use their own Llano County library card to be assigned a computer.
- A guest pass for computer use is available for visitors by providing a driver's license or photo ID.
- No more than two people, if their behavior does not disturb those around them, may share a workstation. Unauthorized or unaccompanied minors may not sit or "hang out" at the computer stations.
- Each patron at a computer station is allowed 30 minutes, additional time may be allotted at the discretion of library staff. If patrons are waiting to use a computer, those whose sessions have been the longest (30 minutes or more) will be asked to surrender their stations to the patrons who are waiting.
- Charges for printouts are 15 cents per page for black and white and 75 cents per page for color. Patrons are responsible for all printouts they generate and can ask for assistance to avoid unnecessary charges.
- Computer reservations, use, and printing services end 15 minutes before closing.
- Computer privileges will be withheld until library fines are paid, including those for lost or damaged materials.

**General Rules:**

- Patrons are responsible for abiding by all copyright laws.
- Patrons should respect the privacy of others who are using the computer.
- Only Library software can be used on Library computers.
- You must comply with instructions from library staff.
- No food or drink is permitted at the computer stations.

**Downloading/Saving:**

- Patrons may only download or save to their personal mobile storage device (ex. flash drive).
- Saving or downloading to public computers or desktops from the internet and personal software is not permitted.

**Filtered Computers:**

- Filtered computers restrict access to inappropriate internet websites.
- All minors will be placed at filtered computers as required by law.
- Parents and legal guardians assume all responsibility for materials their minor children access while on the internet and should be aware that filtering is not 100% foolproof and Llano County and the Llano County Library System has no control over and is not responsible for information found on the Internet.

**Prohibited Uses:**

- Turning off or restarting computers, tampering with or changing icons on the desktop.
- Continuously using sounds and visuals which might disrupt the ability of other library patrons to use the library and its resources.
- Sending, receiving, or displaying pornography/child pornography -- It is a criminal offense to view pornographic or obscene sites on library computers according to the Texas Penal Code and/or the Federal Criminal Statutes.
- Interfering with the operation of any computer, alter, damage or destroy data, computer programs, or settings. These acts are considered a felony under the Texas Penal Code.
- Attempt to corrupt private information, files, or access other networks.
- Install software or programs, save, download or upload files to the C drive.
- Engaging in any activity which is deliberately and maliciously offensive, libelous, or slanderous.

**Penalty for Violation of Internet & Computer Policy:**

Actions that violate local, state, or federal law will be prosecuted and will result in a permanent loss of computer use privileges and will be referred to the appropriate law enforcement agencies.

- For all other policy violations, where warnings are ignored, such violation is entered into the member's account resulting in suspension and/or permanent loss of computer use privileges.
- Suspensions and/or permanent loss of computer use privileges will be enforced system-wide.
- You will receive a document stating the reason for the suspension or permanent loss of your Llano County Library System computer use privileges.

Llano County Library System Patron Internet & Computer Policy

Approved By the Llano County Commissioner's Court June 28, 2021

_____Absent_____

Judge Ron Cunningham

_____
Commissioner Jones Precinct 1

_____
Commissioner Sandoval Precinct 3

_____
Commissioner Raschke Precinct 2

_____
Commissioner Moss Precinct 4

# Materials Circulation Policy

**To check out material the patron must have a current library card from the Llano County Library System and present it at the time of checkout.**

**Books**
- Two weeks for most books.
- Books designated reserved may check for two weeks with no renewal. These may include best sellers, very new books, titles in high demand, etc.
- Reference books, reference genealogy and materials in the vertical file do not circulate.
- Interlibrary Loans are due the date indicated by the lending library.

**Periodicals**
- Periodicals that are dated less than three months before the current date may not be checked out.

**Paperbacks and other non-cataloged materials**
- Have no due date.

**Audiocassettes**
- Two weeks for audiocassettes.

**Videos**
- Videos and DVDs check out for three working days.

**Computer Software**
- Computer software checks out for two weeks. Software may be renewed.

**Equipment**
- The Llano Library System does not loan equipment (projectors, cameras, etc.) to the public.

**There are limits on the number of items that may be checked out at one time per person. These are:**
- New borrowers are limited to one bar-coded item.
- Other patrons unlimited unless that patron has over-dues or fines (see overdue fine procedure).

**The Library has established two loan periods.**
- 3 Working days: Videocassettes.
- 14 Calendar days: new fiction, nonfiction of a popular nature, current holiday materials.

August 14, 2006
**Renewals**

- Renewal periods are for two weeks with the exception of videos and DVDs, which renew for 3 days. Items may be renewed twice.

**Special Loans**
- The Librarian may establish the loan period for special collections, materials that are temporarily in great demand for students, or materials added to the collection, which are in new format, e.g. computer software. The size of the collection and patron demand will be the primary criteria for setting the loan period.

Materials may be renewed in person, by phone or e-mail on days the library is open to the public. Items may be renewed two times.
The Librarian may refuse renewal if it is felt that demand necessitates such action.
Renewal on Interlibrary loans should be referred to the interlibrary loan clerk.

Patrons with fines:
- A fine will be added to the library patron's record and is due on the return of the item. No item may be checked out until the record is clear.
- Use of another family member's card to avoid paying fines or paying for lost material is prohibited.

**Library liability**
- Patrons checking out library owned materials are doing so at their own risk. Any damage to a machine due to use of library material is not the responsibility of the library.

August 14, 2006

# Materials Selection Policy

Purpose of Policy
- To guide the Director/Head Librarian in the selection of materials.
- To inform the public about the principles upon which selections are made.

Definition of Media Selection
- "Selection" refers to the decision that must be made either to add materials to the collection or retain materials already in the collection. The "de-selection" of materials will be based on information supplied in the *Crew Manual*.

Goals of Media Selection
- To maintain a well-balanced and broad collection of materials for information, reference, research, and enjoyment.
- To support the democratic process by providing materials for the education and enlightenment of the community.

Responsibility for Selection
- The ultimate responsibility for media selection rests with the Director/Head Librarian of the Library, who operates within the framework of policies determined by the Commissioners Court. The general public and staff members may recommend materials for consideration.

General Principles
- Selection is based on the merits of a work in relation to the needs, interest and demands of the Llano County Library System. Basic to this policy is the Library Bill of Rights, as adopted by the American Library Association. This states in part, "In no case should any book be excluded because of race or nationality or the political or religious views of the writer. There should be the fullest practicable provision of material presenting all points of view concerning the problem and issues of our times...international, national and local; and media or other reading material of sound factual authority should not be proscribed or removed from the library shelves because of partisan or doctrinal disapproval". The Library does not promulgate particular beliefs or views, nor is the selection of any given media equivalent to endorsement of the viewpoint of the author expressed therein.
- Responsibility for the reading of children rests with their parents or legal guardians. Selection should not be inhibited by the possibility that media may inadvertently come into possession of children.
- Materials with an emphasis on sex, or containing profane language should not be automatically rejected. Selection should be made on the basis of whether the media presents life in its true proportions, whether characters and situations are realistically presented, and whether the media has literary value.

August 14, 2006

- Based on the services it is expected to perform, it is the responsibility of the Library to provide circulation reference, and research material for the general public and the student. Special collections in depth (business, technology, local history, etc.) shall also be maintained when indicated by accepted Library procedures and budget restraints.

Specific Principles for Selection
    The following principles will condition selection:
- Contemporary significance or permanent value.
- Accuracy
- Authority of author
- Relation of work to existing collection
- Price, format and ease of use
- Scarcity of information in subject area
- Availability of material elsewhere in community... holdings of other libraries within the community is considered in developing the Library's collection.
- Popular demand... The Library should make available materials for enlightenment and recreation even if not enduring in value, interest or accuracy. A representative sampling of experimental or short-lived materials may be purchased.

Textbooks
- Providing textbooks and curriculum material is generally held to be the responsibility of the schools. Textbooks should be purchased for the collection when they supply information in areas that may be the best, or the only source of information on the subject.

Non-book Materials
- Purchase of non-book materials should be governed by the same principles and criteria applied to book purchase.

Gifts
- Selection of gifts should be governed by the same principles and criteria applied to the selection of an item for purchase. No conditions may be imposed relating to any gift after its acceptance by the Library

Requests for removal of materials
- The patron's choice of library materials for personal use will be an individual matter.
- Responsibility for the use of materials by children and adolescents shall rest with their parents or legal guardians. While a person may reject materials for himself or herself and for his or her children, he or she shall not exercise censorship to restrict access to the materials by others.

August 14, 2006

# Llano County Library System Meeting Room Policy
## Llano ✦ Kingsland ✦ Lakeshore

**Meeting Room Policy**

This policy establishes guidelines and procedures for the use of Llano County Library System meeting rooms. Each of the libraries in the System make a meeting room available for general informational, educational, cultural, and civic needs of the community. Procedure for use of meeting room space may vary at each Library, and is stated in the Meeting Room Agreement. The meeting rooms are available during Library hours, as well as evenings and weekends when the Library is closed.

**Rules for Use**

The rules for use listed below are in addition to the guidelines stated for each Category Group and apply to all. Permission to use a Library Meeting Room may be withheld from groups failing to comply with the Meeting Room Policy.

**General**

The library's meeting rooms are primarily for use by the library for programs and other activities held under its sponsorship. Therefore, Library and/or County needs may preempt any other scheduled use of the meeting rooms. Meetings that interfere with Library use are not permitted.

Use of the Library Meeting Room does not constitute Library endorsement of viewpoints expressed by the group reserving the room or participants & attendees at the event. No advertisement or announcement implying such endorsement will be permitted.

Usage of the Library's phone number as a contact number will not be permitted. The Library will not serve as an information source for persons who may have questions regarding the meeting/event. Adequate information must be provided on the Library's Meeting Room calendar to satisfy any questions, including, but not limited to, a contact phone number and/or email address.

All activities taking place in Library Meeting Rooms must be open to the public.

Public kitchen facilities vary by Library and will mandate types of refreshments/meals able to be served (see individual Library procedures).

All groups using the Meeting Room agree to hold Llano County Library System and the County of Llano harmless from all liability, including injuries, accidents, loss or

damage to personal equipment, and/or any expenses that arise during or may be caused by use of the facility.

## Reservations

Reservations may be placed on an as-needed basis, dependent upon availability. Reservations, including standing reservations, for the next calendar year may be placed after the Open Reservation Period begins, no earlier than October 1 (see individual Library procedures). No reservation is final until the Meeting Room Agreement and fee are processed by the Library staff.

Reservations are on a first-come first-serve basis. No reservations roll-over into the next year, and no group has exclusive right to a particular day of the week or month.

Reservations for Meeting Room use may only be made by an adult.

Time reserved should include any set-up/clean-up time needed in addition to meeting time. Due to multiple uses during a day, the room will not be available before the time scheduled.

No group may assign its reservation to another group or individual.

For after-hours and weekend meetings, a key must be picked up during Library open hours by the person(s) listed on or with the reservation form. The Library does not issue reminders. No special arrangements will be made for groups that fail to pick up a key prior to a meeting.

Notices of cancellations should be made as soon as possible by the person making the original reservation. A full refund of reservation fee will be made for cancellations made 48 hours in advance of scheduled meeting/event. Failure to cancel at least 48 hours in advance will result in forfeiture of all fees. Refunds only apply to single use reservations.

If a group fails to appear for two consecutive meetings without making a cancellation, all future reservations of the group are cancelled until the group reschedules. To resume a meeting schedule, a new meeting room agreement must be completed and appropriate fee paid.

A reservation, though previously confirmed, may be cancelled by the Library due to booking the room for a Library event or meeting, County of Llano needs, and for voting and elections.

## Restrictions

No religious ceremonies or services may be conducted in the Meeting Rooms.

Fundraising events are prohibited, including any "by donation" events. Sales of products and/or services and any other charges are prohibited. Sales and donations may be allowed at Library sponsored events.

No animals, with the exception of service animals, are allowed in the Meeting Rooms.

Smoking, tobacco products, illegal drugs and alcoholic beverages are not permitted in any Library facility.

Children may not be left unattended in the Library by meeting attendees.

If there is any doubt or disagreement about whether a proposed use of the meeting room violates any of these restrictions, the Library Director will consult with the County Officials.

## Care and Use of Facility

Public entrances/exits are to be used by persons attending a meeting/function and for all deliveries and must remain unlocked for duration of meeting.

Attendance must be limited to the capacity of the individual Meeting Room (stated in meeting room agreement). Open aisles must be maintained within the seating arrangement to meet ADA requirements and allow for easy access to exits. Seating/standing outside the Meeting Room in corridor or foyer is prohibited.

Furniture/equipment from outside or other areas of the Library will not be permitted without approval at time of reservation. Each Library makes available certain Audio/Visual Equipment upon request.

Equipment, supplies, or personal effects cannot be stored in the Library Meeting Rooms prior to or after use.

Meeting Room tables and chairs may be rearranged for meeting/function, but must be returned to the original arrangement at the end of the meeting.

Groups using the Meeting Room must provide their own paper goods, i.e. plates, cups, napkins, utensils.

All trash and debris resulting from refreshment or meal service must be disposed of properly, and all trash receptacles emptied and garbage placed in outside dumpsters.

All damages must be reported to the Library, including spills on carpet. The individual making the reservation and the membership of the group as a whole will

be held responsible for all damages and cleaning charges that occur.

Meeting room exits must be properly secured and lights turned off at the completion of meeting or program. Instructions for opening/closing procedure and return of meeting room keys is provided by the Library.

## Use Categories

Meeting room use is available to Not-For-Profit groups and organizations, and For-Profit Businesses. Each use category will be charged a fee for use (see fee schedule). Government entities will not be charged a use fee. Each category must adhere to the general guidelines and procedures, as well as any stated for each category.

## Not-For-Profit Groups & Organizations

There is an annual fee for meeting room use. This fee applies to one-time or multiple use (see fee schedule). Fee is for individual Library and is not transferrable between branches.

No group or organization may reserve/use the meeting room more than twice per month. Exceptions may be made at the Manager's discretion depending on room availability.

No fees may be charged to persons attending; however, non-profit organizations may collect regular memberships and dues.

## For-Profit Business

This category applies to any person or group that operates for profit.

There is a fee charged per use (see fee schedule).

For-Profit Businesses may use meeting rooms for employee informational and training purposes, and to share general information with a group or on a one-on-one basis.

Solicitations for services and sales of goods will not be permitted.

## Failure to Comply with Policy

Permission to use Library meeting rooms will be withheld from a group that fails to comply with the Meeting Room Policy or from a group that damages a meeting room, the carpet, equipment, or furniture, or causes a disturbance.

**Fee Schedule**

Not-For-Profit Groups and Organizations
$25 non-refundable annual fee

For-Profit Business
$50 per-use fee

# Overdue, Damaged, and Lost Materials Policy

Public library services are based on the principle that library patrons assume certain responsibilities to cooperate in providing a community resource. One of these responsibilities is to return borrowed materials promptly so that the materials will be available to others. To facilitate the timely return of materials, the library has established loan periods based upon a judgment of reasonable time period needed by the average patron to utilize the material and upon the demand for the material.

To encourage the prompt return of material, the library has established a fine as a penalty and as a reminder to those patrons who fail to return materials by the due date. When materials are not returned promptly, this penalizes other patrons who may wish to have access to these materials within a reasonable time and causes the library to incur additional expenses.

Any patron who borrows materials from the Llano County Library System is responsible for returning them in a timely manner and in good condition. Patrons will make restitution for materials damaged while in their possession. A fee for damages or replacement plus processing will be accessed and must be paid before any other materials are checked out.

When a patron reports the borrowed material lost or fails to return it, the patron will make restitution to the Library by paying for the materials plus a processing fee. The restitution and fee must be paid before any materials are checked out.

Patrons with fines, lost books or damaged materials may not check out materials until their card is in good standing.

Llano County Library System will pursue the return of items through the court system when items are not returned within 6 months of the due date and if all other collection attempts have failed.

August 14, 2006

# Patron Registration Policy

The Llano County Library System serves all residents of the County of Llano.

The Library issues the first library card free of charge to all citizens.
- Adults may obtain a library card after filling out an application and showing identification.
- Children under 18 years may apply for a library card with the signature of their parents or guardians and the showing of identification from the parents or Guardians. The parent's card (if they have one) must be in good standing for the child to obtain a card.

Lost cards may be replaced for a fee that increases with each replacement.

August 14, 2006

# Patron Rules Governing Use of the Library

The right to use the library is extended to all citizens of Llano County without discriminatory restrictions because of name, race, creed, color or national origin.

Those who disobey the following rules will first be warned. If the disobedience does not cease, those involved will be asked to leave. The police will be called for those who refuse to leave after being asked to do so, or when engaging in unlawful behavior. Repeated disobedience of library rules is grounds for denial of library privileges.

Forbidden Activities
1. Any behavior that presents an imminent danger to oneself and /or others.
2. Running, fighting, or playing
3. Disturbing others with loud talking; including use of portable phones and other electronic devices.
4. Smoking or use of any tobacco product or possession of controlled substances.
5. Animals, insects and other living organisms may not be brought into the library. Trained guide animals are allowed when being used by a physically challenged guest. From time to time, animals, etc. may be used in Library programs with the permission of the Library Director and only under certain conditions that address the safety of guests and care of the facility.
6. Sexual misconduct.
7. Sleeping or loitering.
8. Food and beverages are not allowed except in the meeting room.
9. Solicitation, for profit or charity.
10. Selling or distributing items or leaflets.
11. Possession by anyone of a firearm, illegal knife, or any weapon defined by the Texas Penal Code except a peace officer engaged in the performance of his official duties.
12. Willful damage to library property.
13. Disorderly conduct as defined in of the Texas Penal Code.
14. Gambling.

General Rules.
1. Library staff is not to assume responsibility for the care of children in the Library or on the Library grounds.
2. It is library policy that all children under age 5 must be accompanied by a parent or designated responsible person while in the library. Also, if the young child (age 5 or under) is attending children's programming, we require that the parent/responsible person remain in the Library throughout the program.
3. No children under age 16 may be left unattended on library premises at closing.
4. Items may not be left at the library for pick up by another person.

August 14, 2006

# Public Relations

The Purpose of the public relations policy is to guide efforts to keep the community informed about the Llano County Library System's mission, services and resources and to foster a positive public image in order to assure effective and maximum usage.

Objectives are:
- To promote awareness and understanding of the Libraries and their roles and activities in the communities.
- To stimulate interest in and facilitate use of the Libraries.
- To encourage public participation in planning Library services.
- To build advocacy for the Library's needs and the activities of the Friends Groups.

The Library Director will approve:
- Publicity and press releases for library programs, services and news.
- All flyers, brochures and marketing materials before they are distributed.

Employee Contact with the Media:

Employees of the Library are absolutely free at any time to exercise statutory rights regarding contact with political representatives or the media. While it is the right of an employee to express personal opinions to the media or others, that right does not allow employees to speak as representatives of the Library. Employees who express opinions to the media may not do so as representatives of the Library and may not use position titles associated with their employment in a way that suggests they are acting as representatives of the Library. Contacts by employees with the media as representatives of the Library are restricted to those duly appointed as Library spokespersons.

August 14, 2006

# Public Service Hours

The Llano County Library System consists of three libraries that are open approximately 125 hours per week including Saturday hours.

The Kingsland Library is open:
Monday   Friday   9:00 AM   5:30 PM
Saturday                 9:00 AM - 12:00 Noon

The Lakeshore Library is open:
Monday   Friday   8:30 AM   5:30 PM
Closed for Lunch 12:00 Noon   1:00 PM

The Llano Library is open:
Monday   Friday   9:00 AM   5:30 PM
Saturday                 10:00 AM - 1:00 PM

August 14, 2006

# Records Retention

In accordance to the retention schedule for records common to all local governments, the Llano County Library System will retain the following records:

## General Records:

Accident Reports - Reports of accidents to persons on Llano County Library property or in any other situation in which Llano County Library System could be party to a lawsuit.

1. Accidents to adults.- RETENTION: 5 years.
2. Accidents to minors.- RETENTION: 5 years; or 2 years after the minor reaches the age of 18, whichever is later.
3. Complaints - 2 years.
4. Policy and program development - 5 years.
5. Legal Opinions - Legal opinions rendered by counsel for Llano County Library System or the Attorney General, including any written requests for opinions, concerning the governance and administration of library. - RETENTION: PERMANENT.
6. Minutes (Staff) - Minutes of internal staff meetings. - RETENTION: AV.
7. News Releases. - RETENTION: - AV.
8. Photographs, Recordings, and Other Non-Textual Media -- PERMANENT.
9. Policy and Procedure Documentation - Until superseded + 5 years.
10. Publications - PERMANENT.

## Reports and Studies (Non-Fiscal)

1. Annual reports.- RETENTION: PERMANENT.
2. Special reports or studies. - RETENTION: PERMANENT.
3. Monthly, bimonthly, quarterly, or semi-annual reports. - RETENTION: 3 years.
4. Activity reports compiled on a daily or other periodic basis. -RETENTION: 1 year.

## Financial Records:

1. Annual budgets (including amendments). - RETENTION: PERMANENT.
2. Special budgets (includes budgets for capital improvement projects, grant-funded projects, or other projects prepared on a special or emergency basis and not included in an annual budget). - RETENTION: PERMANENT.
3. Successful grant applications and proposals and any documentation that modifies the terms of a grant 3, 5, or 7 years.
4. Accounts Receivable Records - Bill copies or stubs, statements, billing registers, account cards, deposit warrants, cash receipts, receipt books, cash transfers, daily cash reports, cash drawer reconciliations, and similar records that serve to document money owed to or received by a local government and its collection or receipt. - RETENTION: FE of date of receipt + 3 years for Llano County Library System
5. Records of accounts deemed uncollectable, including write-off authorizations. RETENTION: - FE of write-off date + 3 years for other governments.
6. Banking Records - Bank statements, canceled checks, check registers, deposit slips, debit and credit notices, reconciliations, notices of interest earned, etc. - RETENTION FE of write-off date + 5 years.

August 14, 2006

## Personnel and Payroll Records:

1. TERMINATED EMPLOYEES - 2 years from the date of termination.
2. Certificates and Licenses - RETENTION: Until superseded or separation of employee + 5 years.
3. Employee Selection Records - RETENTION: 2 years from the creation (or receipt) of the record or the personnel action involved, whichever later.
4. Employment Advertisements or Announcements - RETENTION: 2 years.
5. Employment Applications - RETENTION: 2 years from the creation (or receipt) of the record or the personnel action involved, whichever is later.
6. Job descriptions, including any associated task or skill statements. - RETENTION: Until superseded or position abolished + 4 years.
7. Time and Attendance Reports - RETENTION: 4 years.

## Support Services Records:

1. Inventory Records (Parts and Supplies). - RETENTION: 1 year.
2. Purchase orders, requisitions, and receiving reports. - RETENTION: FE + 3 years.

## Electronic Data Processing Records:

- Electronic Data   2 years.

Abbreviations Used

AV   As long as administratively valuable
FE - Fiscal year end.

August 14, 2006

# Reference Policy

Interpretation by Librarian:

In the course of reference duty, a librarian may be asked to quote from medical, legal, census, or tax related sources. It is the policy of the Llano Library System to do just that, quote directly from the available sources. Library Staff must refrain from making judgmental or evaluative comments, and should never provide "personal" interpretation. Likewise, Librarians must not interpret specific dictionary definitions or make recommendations to patron for the purchase of a specific encyclopedia or products listed in consumer report buying guides.

- Librarians will provide information in the form of short answers to specific questions and guidance in locating material for patrons who appear in person, call on the telephone, or request information through correspondence.
- Librarians will assist patrons in the use of the Library and teach research methodology, when appropriate. This includes providing help in developing a research strategy and advice on whether a trip to the Library would be worthwhile for individuals who telephone.
- Librarians will provide bibliographic verification of items both in the Library and not owned by the Library and will assist patrons in obtaining materials through interlibrary loan, when appropriate.
- Librarians may refer library users to other departments, agencies and libraries in pursuit of needed information
- All volunteers who assist patrons or answer phone inquiries are to bide by the above policies.

August 14, 2006

**READ AND APPROVED ON THE** 14th day of August 2006 **BY THE COMMISSIONERS COURT** and supersedes any previous versions.


_____
R. G. Floyd, Llano County Judge


_____
Johnnie Heck, Commissioner Precinct # 1


_____
Henry Parker, Commissioner Precinct #2


_____
Duane Stueven, Commissioner Precinct #3


_____
Leon Tucker, Commissioner Precinct #4


August 14, 2006

31

ToTal Policies

# EXHIBIT 3

## Melissa Wright

| | |
|---|---|
| **From:** | matt.rienstra@co.llano.tx.us |
| **Sent:** | Tuesday, March 1, 2022 2:35 PM |
| **To:** | 'Melissa Wright' |
| **Subject:** | FW: library committee meeting |

**From:** Jerrydonmoss <​███████████████>
**Sent:** Tuesday, March 1, 2022 12:13 PM
**To:** Matthew Rienstra <matt.rienstra@co.llano.tx.us>
**Subject:** Fwd: library committee meeting

Begin forwarded message:

**From:** Rochelle Wells <​██████████████>
**Date:** Jan 19, 2022 at 7:06 PM
**To:** Jerry Don Moss <​████████████>
**Subject:** Re: library committee meeting

Jerry Don, here are the highlights of the meeting. Following the minutes, I am going to tell you about some items that came up.
Rochelle

Gay Baskin elected to President
Bonnie Wallace to V.P.
Rochelle Wells to Secretary

Asked to edit handouts - applications, updates, new policies, enhance policies

Amber had new policies regarding volunteers that we will need to review

By-Laws: Article 2 needs updating (representation of committee members)

Amber was present as a non-voting member of the board; It was asked that she not be present at all meeting and just on an as-needed basis. We need to run this by the judge.

Committees Minutes must as be emailed to Amber.

Discussion on OverDrive and more info to follow at Commissioner's Meeting on Monday 1/24.
Amber was told she was not to discuss the solution to the OverDrive issue before Commissioner's Court on Monday.

Agreed to meet 1/24 for next meeting at Kingsland Library.

Agreed to meet every other Thursday with place of meeting rotating between Kingsland and Llano library locations. Gay will create a calendar/spreadsheet for meeting dates.

Bonnie will check on setting up Zoom for members who cannot physically make the meeting, for reasons such as Covid, etc.

The judge is checking with legal to see if Library Board meetings are open or closed meetings, but not positive on this.

OverDrive discussion:
We will be hearing the decision concerning OverDrive during Commissioners Court on Monday.

$6300/yr book budget, not including memorials or donations.

You can purchase audio books via OverDrive. Llano County Libraries have not purchased any books.
Books purchase on OverDrive are temporary purchases.
5 yrs is the average life of physical books (in contrast to temporary books purchased through OverDrive).
Amber was asked to furnish details about the unique users for both OverDrive and physical books.

Board members will email Gay committee ideas for next meeting.

Going to use Roberts Rules in meetings going forward.

———————————————

Onto the stuff not in the meeting notes:

We discovered that the National Coalition Against Censorship wrote a letter to all the commissioners. It was asked of Amber how NCAC got the specific information as to which books were removed. She denied giving them this information and said Tina hadn't either. It was asked then how they had access this information. She said she did not know. And then said she gave a friend the other book that she did not throw away (*In the Night Kitchen*). (By the way, some of us saw the photos from the other book – they were disgusting, so thank you for making her remove *It's Perfectly Normal!*)

We spoke about utilizing the Houston Public Library's OverDrive system. Someone asked why this option wasn't brought up in the Commissioner's Court. Amber said she had told patrons they could use this system, but then was told by a commissioner that she could not tell them this and so stopped. A few of us thought that using Houston Public Library's OverDrive should satisfy the ADA, as well as adults with disabilities in Llano.

On this same note, someone reminded her that she said in Commissioner's Court that no books were removed. She said she meant that no books were removed in December. (Chris Jones and another patron told me of several books placed into the book sale section of the library that had been inappropriate books.
Is there a reason why she would not be forthcoming with this information?).

We asked many questions concerning OverDrive, and all her answers pointed toward its reinstatement. I asked if minor Llano library patrons could be permanently kept from accessing ebooks in the state of Texas. She said yes. Some of us feel that it would save the county $3,000/yr if we got rid of OverDrive altogether and while also giving older Llano library patrons access to many more books and even audio books.

There were three or four patrons present and taking notes. That surprised a few of us. Would you be able to persuade Judge Cunningham to keep the meetings closed and only include appointed board members, bringing in Amber when we need clarification, etc. (Cheryll Mabray (Precinct 1) brought this up and most agreed with her.)

Also would you also be available for future meetings with your appointees?

# EXHIBIT 4

**Melissa Wright**

| | |
|---|---|
| **From:** | Jerrydonmoss < ████████ > |
| **Sent:** | Thursday, February 10, 2022 12:55 PM |
| **To:** | Matthew Rienstra; Dwain K. Rogers |
| **Subject:** | Fwd: "Butt Books" 2021.10.4 |

Begin forwarded message:

**From:** Amilum <amilum@co.llano.tx.us>
**Date:** Oct 4, 2021 at 12:28 PM
**To:** Commissioner Moss <jerrydon.moss@co.llano.tx.us>, Jerrydonmoss < ████████ >
**Subject: "Butt Books" 2021.10.4**

Commissioner Moss,

I wanted to give you dates and a little more info so you are prepared for your meeting.

I spoke with you on August 3rd and I removed the book, My Butt is so Noisy!, from the shelves and the system on August 5th, and once I Broke my Butt! was returned by Rochelle Wells I deleted it from the system on August 9th.

The book, I Need a New Butt, is the one that everyone had an issue with and it was never on the shelves.

If they bring up the "farting books" I had purchased 4 seasonal books, Larry the farting Leprechaun, Gary the goose and His Gas on the Loose,
Freddie the Farting Snowman, and Harvey the heart has too many farts, were never on the shelves either. I purchased them at the same time as the butt books, but with everything that went on I never put them out on the shelves.

All of the books have been in my file cabinet in the office.

I hope this helps and good luck with the meeting,

*Amber Milum*
***Llano County Library System Director***
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

1

# EXHIBIT 5

**amilum@co.llano.tx.us**

| | |
|---|---|
| **From:** | sbaker@co.llano.tx.us |
| **Sent:** | Friday, November 5, 2021 12:21 PM |
| **To:** | amilum@co.llano.tx.us |
| **Subject:** | RE: Outside Sign |

OMG!!!!!!!!!
They need to get a hobby.

**From:** amilum@co.llano.tx.us <amilum@co.llano.tx.us>
**Sent:** Friday, November 5, 2021 11:14 AM
**To:** Suzette Baker <sbaker@co.llano.tx.us>
**Subject:** Outside Sign

Hey Suzette,

With everything going on with the people being angry at almost everything the libraries are doing. We all need to watch what we say. We need to keep positive and friendly as well as be cautious of what we are saying in the library when we think no one is around. You never know if someone is listening. (MAKE SURE THERE IS NO OVERSHARING!!)

I spoke with Commissioner Moss yesterday, he said that there are a few people who are trying to start in on Kingsland now too. He didn't say what they are saying but that to expect it to head that way as well. He said all these people are watching the libraries like a hawk and they are pouncing on anything they can.

I want you to make sure when you do the outside sign keep it watered down so no one will have an issue with it. With all the items labeled at Kingsland, I don't know what they will have to complain about. Rhonda is going door to door and building an army. Brent has also noticed people coming in and looking around and then leaving. Who knows, maybe they didn't find anything or maybe they are working with Rhonda to get some info. We don't know. That is how bad it is here. We are constantly looking over our shoulders.

I don't want this to come y'alls way so be on the lookout and cautious of what is going on around y'all or what is being said.

Also, we are putting a positive spin on all of our changes. We are not saying why we are doing it we are just pointing out the positives of the changes and how helpful they are to our patrons. Don't acknowledge the gossip. "kill them with kindness".

GOOD LUCK!!

## *Llano County Library System Director*

102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

-

# EXHIBIT 6

| Title | Author | Deletion Reason | Added | Copyright | Deleted | Branch | All-Time Circs | Last Circ |
|---|---|---|---|---|---|---|---|---|
| Get low / K5 International presents a Zanuck Independent Production in co-production with David Gundlach Productions, Lara Enterprises, TVN, in association with Butchers Run Films ; produced by Dean Zanuck, David Gundlach ; screenplay by Chris Provenzano and C. Gaby Mitchell ; directed by Aaron Schneider. | | Weeded | 2011-03-08 | 2011 | 2021-07-19 | LB | 53 | 2019-03-15 |
| Enough said | | Weeded | 2014-02-03 | 2014 | 2021-07-19 | LB | 30 | 2019-07-01 |
| First do no harm (DVD). | | Weeded | 2018-12-07 | | 2021-07-19 | LB | 6 | 2020-09-24 |
| The fall of the Roman Empire [DVD] / Samuel Bronston Productions, Inc. ; [presented by] Samuel Bronston ; produced by Samuel Bronston ; original screenplay by Ben Barzman, Basilio Franchina, Philip Yordan ; directed by Anthony Mann. | | Weeded | 2019-09-15 | 2008 | 2021-07-19 | LB | 5 | 2020-01-21 |
| In her shoes | | Weeded | 2013-12-11 | 2006 | 2021-07-19 | LB | 13 | 2019-06-13 |
| Everybody wants some!! [DVD] / Paramount Pictures and Annapurna Pictures present ; a Detour Filmproduction ; produced by Megan Ellison, Ginger Sledge, Richard Linklater ; written and directed by Richard Linklater. | | Weeded | 2019-09-15 | 2016 | 2021-07-19 | LB | 2 | 2019-11-22 |
| I, robot | | Weeded | 2005-02-08 | 2004 | 2021-07-19 | LB | 71 | 2020-07-20 |
| Entrapment | | Weeded | 2013-03-06 | 1999 | 2021-07-19 | LB | 21 | 2020-12-23 |
| (500) Days of Summer [DVD]. | | Weeded | 2010-01-07 | | 2021-07-19 | LB | 30 | 2020-03-06 |
| Fail-safe [DVD]. | | Weeded | 2019-12-06 | 2000 | 2021-07-19 | LB | 1 | 2019-12-06 |
| The five people you meet in Heaven [DVD] / Lloyd Kramer; Jon Voight; Ellen Burstyn; Jeff Daniels; Dagmara Dominczyk; Steven Grayhm; Kramer Morgenthau; David Hirschfelder; Mitch Albom. | | Weeded | 2007-03-14 | 2005 | 2021-07-19 | LB | 54 | 2020-09-02 |
| Friday night lights | | Weeded | 2015-05-21 | 2005 | 2021-07-19 | LB | 13 | 2018-11-30 |
| Inferno | | Weeded | 2017-03-03 | 2017 | 2021-07-19 | LB | 28 | 2019-07-12 |
| Fletch / a Michael Ritchie film ; a Douglas/Greisman production ; a Universal Picture ; produced by Alan Greisman and Peter Douglas ; screenplay by Andrew Bergman ; directed by Michael Ritchie. | | Weeded | 2016-08-24 | 2007 | 2021-07-19 | LB | 9 | 2020-08-28 |
| The imitation game | | Weeded | 2015-05-26 | 2015 | 2021-07-19 | LB | 32 | 2019-08-09 |
| I hate Valentine's Day / Blue Star Entertainment & IFC Films present a Blue Star Entertainment production, a My Bench production ; produced by William Sherak, Jason Shuman, Madeleine Sherak ; story by Nia Vardalos and Stephen David & Ben Zook ; screenplay by Nia Vardalos ; directed by Nia Vardalos. | | Weeded | 2017-02-06 | 2010 | 2021-07-19 | LB | 17 | 2020-08-10 |
| Fool's gold | | Weeded | 2008-09-22 | 2008 | 2021-07-19 | LB | 45 | 2020-12-18 |
| It could happen to you | | Weeded | 2016-02-16 | 2005 | 2021-07-19 | LB | 7 | 2019-08-02 |
| I don't know how she does it / The Weinstein Company presents ; produced by Donna Gigliotti ; screenplay by Aline Brosh McKenna ; directed by Douglas McGrath. | | Weeded | 2012-01-17 | 2012 | 2021-07-19 | LB | 28 | 2019-06-19 |
| Extremely loud & incredibly close | | Weeded | 2014-01-16 | 2012 | 2021-07-19 | LB | 29 | 2021-01-04 |
| I am potential / American Family Studios. | | Weeded | 2017-10-31 | 2015 | 2021-07-19 | LB | 7 | 2019-08-20 |
| The International / Relativity Media in association with Atlas Entertainment, Mosaic Media Group, Papillon Productions, Rose Line Productions, Siebte Babelsberg Film, Studio Babelsberg [and] X-Filme Creative Pool ; produced by Lloyd Phillips, Charles Roven, Richard Suckle ; written by Eric Warren Singer ; directed by Tom Tykwer. | | Weeded | 2015-07-09 | 2009 | 2021-07-19 | LB | 26 | 2019-08-30 |
| A Man Apart | | Weeded | 2016-02-22 | 2003 | 2021-07-20 | LB | 19 | 2020-11-23 |
| Limitless / Relativity presents, in association with Virgin Produced, a Rogue Production ; a Many Rivers, Boy of the Year production, in association with Intermedia Film ; produced by Leslie Dixon, Scott Kroopf, Ryan Kavanaugh ; screenplay by Leslie Dixon ; directed by Neil Burger. | | Weeded | 2011-08-09 | 2011 | 2021-07-20 | LB | 53 | 2020-07-10 |
| Louder than words / David Duchovny, Hope Davis, Timothy Hutton. | | Weeded | 2014-10-06 | 2014 | 2021-07-20 | LB | 22 | 2020-02-27 |
| Journey to the center of the earth (DVD). | | Weeded | 2019-08-06 | 2008 | 2021-07-20 | LB | 0 | |
| The Lighthouse (DVD). | | Weeded | 2020-02-25 | 2020 | 2021-07-20 | LB | 11 | 2020-09-25 |
| Journey to the center of the earth | | Weeded | 2008-12-02 | 2008 | 2021-07-20 | LB | 53 | 2020-07-06 |
| The matador | | Weeded | 2017-02-06 | 2006 | 2021-07-20 | LB | 9 | 2019-10-11 |
| I need a new butt! / Dawn McMillan ; illustrated by Ross Kinnaird. | McMillan, Dawn. | Weeded | 2021-06-04 | 2019 | 2021-07-20 | LC | 0 | |
| Jumper / Twentieth Century-Fox Film Corporation ; New Regency Pictures ; Epsilon Motion Pictures in association with Hypnotic, Regency Enterprises ; produced by Lucas Foster, Simon Kinberg, Stacy Maes, Jay Sanders ; screenplay by David S. Goyer and Jim Uhls and Simon Kinberg ; directed by Doug Liman. | | Weeded | 2013-01-30 | 2008 | 2021-07-20 | LB | 15 | 2019-08-02 |
| Marjorie Prime (DVD). | | Weeded | 2018-08-08 | 2017 | 2021-07-21 | LB | 11 | 2018-12-28 |
| Love, Simon | | Weeded | 2018-07-30 | 2018 | 2021-07-21 | LB | 7 | 2018-10-31 |
| Man of the house / Revolution Studios presents a Stephen Herek production ; produced by Steven Reuther, Todd Garner, Allyn Stewart ; screenplay by Robert Ramsey & Mathew Stone and John J. McLaughlin ; directed by Stephen Herek. | | Weeded | 2016-08-16 | 2005 | 2021-07-21 | LB | 17 | 2021-03-26 |
| Married life / a Sony Pictures release, Sidney Kimmel Entertainment presents an Anonymous Content, Firm Films production, an Ira Sachs film ; produced by Steve Golin, Sidney Kimmel, Jawal Nga, Ira Sachs ; screenplay by Ira Sachs & Oren Moverman ; directed by Ira Sachs. | | Weeded | 2016-05-23 | 2008 | 2021-07-21 | LB | 11 | 2020-06-01 |
| Maleficent — Mistress of evil / | | Weeded | 2020-04-21 | 2020 | 2021-07-21 | LB | 11 | 2021-07-16 |

| Title | Author | Deletion Reason | Added | Copyright | Deleted | Branch | All-Time Circs | Last Circ |
|---|---|---|---|---|---|---|---|---|
| Life cycle of a sunflower / Angela Royston. | Royston, Angela. | Weeded | 2010-09-27 | 2009 | 2021-08-04 | LC | 8 | 2017-01-05 |
| Medieval warfare. / Tara Steele. | Steele, Tara. | Weeded | 2011-03-22 | 2004 | 2021-08-04 | LC | 6 | 2015-05-11 |
| Rutherford B., who was he? : poems about our presidents / Marilyn Singer ; [illustrations by] John Hendrix. | Singer, Marilyn. | Weeded | 2015-03-31 | 2013 | 2021-08-04 | LC | 14 | 2016-08-02 |
| The Aztec News / author, Philip Steele ; consultants, Penny Bateman & Norma Rosso. | Steele, Philip, 1948- | Weeded | 2016-04-26 | 2009 | 2021-08-04 | LC | 2 | 2016-09-21 |
| Peaceful piggy yoga / by Kerry Lee MacLean. | MacLean, Kerry Lee. | Weeded | 2016-04-15 | 2008 | 2021-08-04 | LC | 2 | 2016-06-21 |
| Hope through heartsongs / by Mattie J.T. Stepanek. | Stepanek, Mattie J.T, (Mattie Joseph Thaddeus.) | Weeded | 2002-04-09 | 2002 | 2021-08-04 | LC | 12 | 2016-03-09 |
| The fort on Fourth Street : a story about the six simple machines / by Lois Spangler ; illustrated by Christina Wald. | Spangler, Lois, 1947- | Weeded | 2014-04-28 | 2013 | 2021-08-04 | LC | 8 | 2021-04-21 |
| The plant hunters : true stories of their daring adventures to the far corners of the Earth / Anita Silvey. | Silvey, Anita. | Weeded | 2014-08-28 | 2012 | 2021-08-04 | LC | 0 | |
| The most victorious cars of NASCAR racing / Jeffrey Spaulding. | Spaulding, Jeffrey. | Weeded | 2008-08-27 | 2008 | 2021-08-04 | LC | 23 | 2017-07-24 |
| Sipping spiders through a straw : campfire songs for monsters / lyrics by Kelly DiPucchio ; pictures by Gris Grimly. | DiPucchio, Kelly S. | Weeded | 2009-01-16 | 2008 | 2021-08-04 | LC | 4 | 2015-10-21 |
| Bats in the band / written and illustrated by Brian Lies. | Lies, Brian. | Weeded | 2015-07-29 | 2014 | 2021-08-04 | LC | 14 | 2020-09-30 |
| Best foot forward : exploring feet, flippers, and claws / Ingo Arndt ; Translated by J. Alison James. | Arndt, Ingo, 1968- | Weeded | 2014-08-28 | 2013 | 2021-08-04 | LC | 3 | 2015-06-24 |
| The nature of drugs : history, pharmacology, and social impact / Alexander Shulgin. | Shulgin, Alexander T., (Alexander Theodore.) | Weeded | 2021-07-08 | 2021 | 2021-08-05 | KB | 0 | |
| Three times lucky / Sheila Turnage, Michael Friedman. | Turnage, Sheila. | Weeded | 2014-04-07 | 2012 | 2021-08-05 | LC | 10 | 2021-05-27 |
| Princess collection : a treasury of tales. | | Weeded | 2015-09-14 | 2009 | 2021-08-05 | LC | 51 | 2021-07-21 |
| The robo-battle of Mega Tortoise vs. Hazard Hare : a graphic novel / by Stephanie Peters ; illustrated by Fernando Cano ; lettered by Jaymes Reed. | Peters, Stephanie True, 1965- | Weeded | 2019-11-08 | 2018 | 2021-08-05 | LC | 10 | 2021-07-13 |
| Middle school : my brother is a big, fat liar / James Patterson, Lisa Papademetriou. | Patterson, James, 1947- | Weeded | 2014-04-07 | 2013 | 2021-08-05 | LC | 21 | 2021-06-28 |
| The ghosts of tupelo landing / Sheila Turnage. | Turnage, Sheila. | Weeded | 2014-04-07 | 2014 | 2021-08-05 | LC | 9 | 2021-06-01 |
| Flora & Ulysses : the illuminated adventures / Kate DiCamillo. | DiCamillo, Kate. | Weeded | 2014-04-07 | 2013 | 2021-08-05 | LC | 11 | 2021-07-14 |
| Magic tree house. # 51 : : high time for heroes / Mary Pope Osborne, Mary Pope Osborne. | Osborne, Mary Pope. | Weeded | 2014-04-07 | 2014 | 2021-08-05 | LC | 25 | 2021-07-21 |
| Larry The Farting Leprechaun / Reading age : Baby - 8 years. | Bexley, Jane. | Weeded | 2021-06-04 | | 2021-08-05 | LC | 0 | |
| Disney's The little mermaid.. | | Weeded | 2012-07-12 | 2006 | 2021-08-05 | LC | 35 | 2021-07-21 |
| Ricky Ricotta's mighty robot vs. the naughty nightcrawlers from Neptune / story by Dav Pilkey ; art by Dan Santat. | Pilkey, Dav, 1966- | Weeded | 2016-09-20 | 2016 | 2021-08-05 | LC | 23 | 2021-07-27 |
| Harvey The Heart Had Too Many Farts / Reading age : 4 - 7 years. | Bexley, Jane. | Weeded | 2021-06-04 | | 2021-08-05 | LC | 0 | |
| The 39 clues book two : One false note / Gordan Korman. | Korman, Gordan. | Weeded | 2009-07-08 | 2008 | 2021-08-05 | LC | 14 | 2020-10-30 |
| Beyond the grave / Jude Watson. | Watson, Jude. | Weeded | 2009-07-08 | 2009 | 2021-08-05 | LC | 18 | 2020-11-06 |
| The sword thief / Peter Lerangis. | Lerangis, Peter. | Weeded | 2009-07-08 | 2009 | 2021-08-05 | LC | 33 | 2020-05-29 |
| Gary the Goose and His Gas on the Loose. | Bexley, Jane. | Weeded | 2021-06-25 | | 2021-08-05 | LC | 0 | |
| Freddie the Farting Snowman / Reading age : 4 - 7 years. | Bexley, Jane. | Weeded | 2021-06-04 | | 2021-08-05 | LC | 0 | |
| Allie Finkle's rules for girls : the new girl / Meg Cabot. | Cabot, Meg. | Weeded | 2009-07-08 | 2008 | 2021-08-05 | LC | 18 | 2021-03-16 |
| Allie Finkle's rules for girls : Moving day / Meg Cabot. | Cabot, Meg. | Weeded | 2009-07-08 | 2008 | 2021-08-05 | LC | 15 | 2021-03-16 |
| Allie Finkle's rules for girls : best friends and drama queens / Meg Cabot. | Cabot, Meg. | Weeded | 2009-07-08 | 2009 | 2021-08-05 | LC | 21 | 2021-06-01 |
| Middle school - how I survived bullies, broccoli, and snake hill / Chris Tebbetts, James Patterson. | Tebbetts, Christopher. | Weeded | 2014-04-07 | 2013 | 2021-08-05 | LC | 18 | 2021-06-28 |
| Diary of a mad black woman [DVD] : the play / the Tyler Perry Company, Inc. ; Peachez Entertainment ; AJ Productions in association with Bolton Curley Media Services Productions ; producer, Amy Bolton Curley ; writer and director, Tyler Perry. | | Weeded | 2021-07-15 | 2005 | 2021-08-06 | LB | 0 | |
| I broke my butt / Dawn McMillan ; illustrated by Ross Kinnaird. | McMillan, Dawn. | Weeded | 2021-06-04 | 2019 | 2021-08-09 | LC | 4 | 2021-08-03 |
| A field guide to the birds of Texas and adjacent States | Peterson, Roger Tory (1908- | Weeded | 1999-08-25 | 1963 | 2021-08-09 | LC | 29 | 2020-09-09 |
| My butt is so noisy / Dawn McMillan ; illustrated by Ross Kinnaird. | McMillan, Dawn. | Weeded | 2021-06-04 | 2021 | 2021-08-09 | LC | 4 | 2021-08-03 |
| The cold dish / Craig Johnson. | Johnson, Craig, 1961- | Weeded | 2005-03-11 | 2005 | 2021-08-11 | LC | 51 | 2021-03-30 |
| Death without company | Johnson, Craig (1961-) | Weeded | 2007-05-14 | 2006 | 2021-08-11 | LC | 55 | 2021-03-31 |
| Disney the Lion King | | Weeded | 2016-04-01 | 2003 | 2021-08-11 | LC | 49 | 2021-05-28 |
| What do you stand for : a kid's guide to building character / Barbara A. Lewis ; edited by Pamela Espeland. | Lewis, Barbara A., 1943- | Weeded | 2002-01-22 | 1998 | 2021-08-12 | LC | 5 | 2013-04-23 |
| For young women only / Shaunti Feldhahn and Lisa A. Rice. | Feldhahn, Shaunti Christine. | Weeded | 2007-02-28 | 2006 | 2021-08-12 | LC | 7 | 2018-10-18 |
| The girls' book of wisdom / edited by Catherine Dee. | | Weeded | 2002-04-17 | 1999 | 2021-08-12 | LC | 19 | 2012-07-12 |
| Chicken soup for the teenage soul's the real deal : friends : best, worst, old, new, lost, false, true, and more / [compiled by] Jack Canfield, Mark Victor Hansen, Deborah Reber. | | Weeded | 2007-08-27 | 2005 | 2021-08-12 | LC | 7 | 2009-07-20 |
| Are there really ghosts : questions about angels, the supernatural, and the psychic friends network / James N. Watkins. | Watkins, James, 1952- | Weeded | 2002-04-09 | 2001 | 2021-08-12 | LC | 12 | 2015-06-29 |

| Title | Author | Deletion Reason | Added | Copyright | Deleted | Branch | All-Time Circs | Last Circ |
|---|---|---|---|---|---|---|---|---|
| The wizard of oz / L. Frank Baum. | Baum, L. Frank, 1856-1919, (Lyman Frank.) | Weeded | 2009-06-10 | 2003 | 2021-09-22 | KB | 8 | 2021-03-22 |
| An American plague : the true and terrifying story of the yellow fever epidemic of 1793 / by Jim Murphy. | Murphy, Jim, 1947- | Weeded | 2004-09-22 | 2003 | 2021-09-23 | LC | 3 | 2010-10-19 |
| Marching for freedom: walk together, children, and don't you grow weary | Partridge, Elizabeth. | Weeded | 2011-05-17 | 2009 | 2021-09-23 | LC | 0 | |
| Anne Frank in the world. | | Weeded | 2004-03-12 | 2001 | 2021-09-23 | LC | 10 | 2014-07-09 |
| Where the action was : women war correspondents in World War II / by Penny Colman. | Colman, Penny. | Weeded | 2004-03-12 | 2002 | 2021-09-23 | LC | 0 | |
| Eating well through cancer : easy recipes & recommendations during & after treatment / Holly Clegg. | Clegg, Holly. | Weeded | 2009-03-18 | 2006 | 2021-09-23 | LC | 5 | 2012-07-30 |
| Heart and soul : the story of Florence Nightingale / Gena K. Gorrell. | Gorrell, Gena K, 1946-, (Gena Kinton.) | Weeded | 2002-04-17 | 2000 | 2021-09-23 | LC | 3 | 2013-03-24 |
| Babe Didrikson Zaharias : the making of a champion / by Russell Freedman. | Freedman, Russell. | Weeded | 2001-10-22 | 1999 | 2021-09-23 | LC | 3 | 2013-05-03 |
| Touched: The Caress of Fate — Book 1 | Amore, Elisa S. | Weeded | 2019-06-24 | 2017 | 2021-09-24 | KB | 5 | 2019-11-19 |
| Chomp | Hiaasen, Carl | Weeded | 2012-08-21 | 2012 | 2021-09-27 | KB | 10 | 2019-02-01 |
| Flush | Hiaasen, Carl | Weeded | 2005-09-29 | 2005 | 2021-09-27 | KB | 23 | 2020-06-12 |
| Warcross: Warcross — Book 1 | Lu, Marie, (1984-) | Weeded | 2017-11-08 | 2017 | 2021-09-27 | KB | 5 | 2019-06-11 |
| Twilight Saga: Twilight — Book 1 | Meyer, Stephenie | Weeded | 2010-11-23 | 2005 | 2021-09-29 | KB | 42 | 2021-04-12 |
| Bloodlines: Bloodlines — Book 1 | Mead, Richelle | Weeded | 2011-09-12 | 2011 | 2021-09-29 | KB | 17 | 2020-08-13 |
| Seraphina: Shadow Scale — Book 2 | Hartman, Rachel | Weeded | 2015-04-24 | 2015 | 2021-09-30 | LB | 4 | 2016-09-09 |
| Twilight Saga: New Moon — Book 2 | Meyer, Stephenie | Weeded | 2009-05-15 | 2006 | 2021-09-30 | KB | 42 | 2021-07-28 |
| The boss baby | | Weeded | 2017-08-04 | 2017 | 2021-09-30 | LB | 21 | 2020-11-17 |
| Looking through darkness / Aimee & David Thurlo. | Thurlo, Aim©¸e,. | Weeded | 2015-08-31 | 2015 | 2021-10-01 | LB | 5 | 2019-08-02 |
| The guardian | Sparks, Nicholas | Weeded | 2003-07-03 | 2003 | 2021-10-01 | LB | 14 | 2019-02-11 |
| Nora Webster : a novel / Colm Toibin. | Tóibín, Colm, 1955- | Weeded | 2014-10-27 | 2014 | 2021-10-01 | LB | 6 | 2020-09-28 |
| Five days left | Timmer, Julie Lawson. | Weeded | 2014-10-27 | 2014 | 2021-10-01 | LB | 7 | 2019-01-29 |
| True believer | Sparks, Nicholas | Weeded | 2005-04-21 | 2005 | 2021-10-01 | LB | 14 | 2019-09-09 |
| Always watching / Chevy Stevens. | Stevens, Chevy. | Weeded | 2013-07-23 | 2013 | 2021-10-01 | LB | 9 | 2019-08-12 |
| A time of change / Aimée Thurlo & David Thurlo. | Thurlo, Aimée. | Weeded | 2013-04-23 | 2013 | 2021-10-01 | LB | 7 | 2019-08-02 |
| The last song | Sparks, Nicholas | Weeded | 2009-09-30 | 2009 | 2021-10-01 | LB | 26 | 2019-03-14 |
| The best of me | Sparks, Nicholas | Weeded | 2011-10-24 | 2011 | 2021-10-01 | LB | 26 | 2021-01-29 |
| Calhoun Family Saga: The Wedding — Book 2 | Sparks, Nicholas | Weeded | 2003-10-31 | 2003 | 2021-10-01 | LB | 41 | 2019-01-18 |
| Encyclopedia of the undead: a field guide to creatures that cannot rest in peace | Curran, Bob. | Weeded | 2010-02-24 | 2006 | 2021-10-01 | LC | 1 | 2010-03-26 |
| The art of comic book writing: the definitive guide to outlining, scripting, and pitching your sequential art stories | Kneece, Mark | Weeded | 2016-08-31 | 2015 | 2021-10-01 | LC | 4 | 2017-09-29 |
| The return of the king | Tolkien, J. R. R (John Ronald Reuel) (1892-1973) | Weeded | 2012-12-04 | 2002 | 2021-10-01 | LB | 0 | |
| The first commandment: a thriller | Thor, Brad | Weeded | 2007-11-27 | 2007 | 2021-10-01 | LB | 22 | 2020-11-24 |
| The light between oceans: a novel | Stedman, M. L. | Weeded | 2012-08-30 | 2012 | 2021-10-01 | LB | 16 | 2019-08-22 |
| The first wife | Spindler, Erica (1957-) | Weeded | 2015-02-23 | 2015 | 2021-10-01 | LB | 11 | 2020-06-19 |
| Trap : a novel / Robert K. Tanenbaum. | Tanenbaum, Robert. | Weeded | 2015-08-31 | 2015 | 2021-10-01 | LB | 10 | 2019-10-22 |
| Act of war: a thriller | Thor, Brad | Weeded | 2014-07-18 | 2014 | 2021-10-01 | LB | 16 | 2021-06-11 |
| My teacher is a monster! (no, I am not) / Peter Brown. | Brown, Peter H. | Lost by patron & Paid | 2015-03-31 | 2014 | 2021-10-04 | LC | 25 | 2021-08-09 |
| Waiting for Nick / by Nora Roberts. | Roberts, Nora. | Weeded | 2014-05-27 | 2014 | 2021-10-05 | LB | 5 | 2020-08-14 |
| The history of science fiction | Miller, Ron (1938-) | Weeded | 2002-04-17 | 2001 | 2021-10-05 | LC | 3 | 2012-01-27 |
| Inn Boonsboro Trilogy: The Last Boyfriend — Book 2 | Roberts, Nora | Weeded | 2012-05-14 | 2012 | 2021-10-05 | LB | 10 | 2020-08-14 |
| The Mayflower bride / Kimberley Woodhouse. | Woodhouse, Kimberley. | Weeded | 2021-03-29 | 2018 | 2021-10-06 | LB | 0 | |
| The pirate bride / Kathleen Y'Barbo. | Y'Barbo, Kathleen. | Weeded | 2021-03-29 | 2018 | 2021-10-06 | LB | 0 | |
| My heart belongs in San Francisco, California : Abby's prospects / Janice Thompson. | Thompson, Janice A,. | Weeded | 2021-03-26 | 2018 | 2021-10-06 | LB | 1 | 2021-05-25 |
| The Wizard of Oz | Baum, L. Frank (Lyman Frank) (1856-1919) | Weeded | 2002-08-07 | 1982 | 2021-10-06 | KB | 1 | 2009-07-01 |
| The captured bride / Michelle Griep. | Griep, Michelle,. | Weeded | 2021-03-29 | 2018 | 2021-10-06 | LB | 0 | |
| The dangerous days of Daniel X / James Patterson and Michael Ledwidge. | Patterson, James, 1947- | Weeded | 2008-08-05 | 2008 | 2021-10-08 | KB | 25 | 2020-12-01 |
| Demons and druids | Patterson, James (1947-) | Weeded | 2010-09-14 | 2010 | 2021-10-08 | KB | 12 | 2018-06-28 |
| Game over / James Patterson and Ned Rust. | Patterson, James, 1947- | Weeded | 2012-08-22 | 2011 | 2021-10-08 | KB | 14 | 2019-05-18 |
| First comes love : a novel / Emily Giffin. | Giffin, Emily. | Weeded | 2016-08-01 | 2016 | 2021-10-12 | LB | 3 | 2018-09-14 |
| Saving ceecee honeycutt [sound recording] : a novel / Beth Hoffman. | Hoffman, Beth. | Weeded | 2010-01-25 | 2010 | 2021-10-12 | LB | 10 | 2018-02-08 |
| Super trucks / written by Clive Gifford. | Gifford, Clive. | Weeded | 2013-12-10 | 2013 | 2021-10-12 | KB | 37 | 2021-09-28 |
| It's perfectly normal : a book about changing bodies, growing up, sex, and sexual health / Robie H. Harris ; illustrated by Michael Emberley. | Harris, Robie H. | Weeded | 2006-01-26 | 2004 | 2021-10-12 | LC | 7 | 2018-09-22 |

| Title | Author | Deletion Reason | Added | Copyright | Deleted | Branch | All-Time Circs | Last Circ |
|---|---|---|---|---|---|---|---|---|
| The valley | Renehan, John, | Weeded | 2015-04-07 | 2015 | 2021-11-05 | KB | 10 | 2018-05-01 |
| Indulgence in death | Robb, J. D. (1950-) | Weeded | 2010-11-18 | 2010 | 2021-11-05 | KB | 33 | 2017-07-05 |
| Before evil : the prequel / Alex Kava. | Kava, Alex. | Weeded | 2017-09-14 | 2017 | 2021-11-05 | KB | 13 | 2020-09-23 |
| The chase / Brenda Joyce. | Joyce, Brenda. | Weeded | 2002-06-20 | 2002 | 2021-11-05 | KB | 48 | 2021-09-14 |
| Ice hunt | Rollins, James (1961-) | Weeded | 2003-07-24 | 2003 | 2021-11-05 | KB | 49 | 2019-01-15 |
| No place like home / Barbara Samuel. | Samuel, Barbara, 1959- | Weeded | 2002-03-28 | 2002 | 2021-11-05 | KB | 49 | 2019-07-05 |
| Firstborn: Fame — Book 1 | Kingsbury, Karen | Weeded | 2006-04-05 | 2005 | 2021-11-05 | KB | 70 | 2019-11-27 |
| In harm's way / Ridley Pearson. | Pearson, Ridley. | Weeded | 2010-08-19 | 2010 | 2021-11-05 | KB | 22 | 2018-10-01 |
| Forgiven | Kingsbury, Karen | Weeded | 2006-04-05 | 2005 | 2021-11-05 | KB | 81 | 2019-12-11 |
| The quick : a novel / Lauren Owen. | Owen, Lauren. | Weeded | 2017-08-08 | 2014 | 2021-11-05 | KB | 5 | 2018-02-20 |
| Find me / Carol O'Connell. | O'Connell, Carol. | Weeded | 2007-02-23 | 2006 | 2021-11-05 | KB | 22 | 2020-11-12 |
| The seventh plague | Rollins, James (1961-) | Weeded | 2016-12-20 | 2016 | 2021-11-05 | KB | 17 | 2021-08-03 |
| The last don / Mario Puzo. | Puzo, Mario, 1920- | Weeded | 1999-10-06 | 1996 | 2021-11-05 | KB | 16 | 2020-05-28 |
| Listen to your heart / Fern Michaels. | Michaels, Fern. | Weeded | 2000-05-12 | 2000 | 2021-11-05 | KB | 54 | 2018-03-22 |
| Sleeping beauty / Phillip Margolin. | Margolin, Phillip. | Weeded | 2004-05-24 | 2004 | 2021-11-05 | KB | 51 | 2020-06-02 |
| The children act: a novel | McEwan, Ian | Weeded | 2014-11-05 | 2014 | 2021-11-05 | KB | 7 | 2018-05-15 |
| An Invisible Client / Victor Methos. | Methos, Victor. | Weeded | 2016-02-05 | 2016 | 2021-11-05 | KB | 11 | 2018-09-14 |
| Fire and rain ; & Outlaw | Lowell, Elizabeth (1944-) | Weeded | 2010-08-17 | 2007 | 2021-11-05 | KB | 21 | 2020-02-05 |
| The Dog Park Club / Cynthia Robinson. | Robinson, Cynthia, 1958- | Weeded | 2014-03-19 | 2010 | 2021-11-05 | KB | 15 | 2020-10-21 |
| By winter's light | Laurens, Stephanie | Weeded | 2016-02-17 | 2014 | 2021-11-05 | KB | 13 | 2020-02-25 |
| Memory in death | Robb, J. D. (1950-) | Weeded | 2006-04-05 | 2006 | 2021-11-05 | KB | 69 | 2021-09-07 |
| The third victim | Margolin, Phillip | Weeded | 2018-04-09 | 2018 | 2021-11-05 | KB | 10 | 2018-07-02 |
| A Christmas odyssey : a novel / Anne Perry. | Perry, Anne. | Weeded | 2010-11-18 | 2010 | 2021-11-05 | KB | 20 | 2020-03-03 |
| The last oracle: a novel | Rollins, James (1961-) | Weeded | 2008-08-05 | 2008 | 2021-11-05 | KB | 32 | 2018-01-10 |
| Granite man ; & Warrior | Lowell, Elizabeth (1944-) | Weeded | 2010-08-17 | 2007 | 2021-11-05 | KB | 19 | 2020-02-21 |
| Starry night: a Christmas novel | Macomber, Debbie | Weeded | 2013-10-29 | 2013 | 2021-11-05 | KB | 32 | 2020-12-28 |
| Dead heat / Joel C. Rosenberg. | Rosenberg, Joel C., 1967- | Weeded | 2008-04-25 | 2008 | 2021-11-05 | KB | 46 | 2019-09-17 |
| Baby shoes | Slater, Dashka | Weeded | 2007-08-29 | 2006 | 2021-11-05 | KB | 29 | 2021-10-27 |
| Hush now, don't you cry | Bowen, Rhys | Weeded | 2012-04-17 | 2012 | 2021-11-05 | KB | 21 | 2020-09-15 |
| A Christmas garland : a novel / Anne Perry. | Perry, Anne. | Weeded | 2012-12-05 | 2012 | 2021-11-05 | KB | 14 | 2019-07-31 |
| The Shanghai Moon / S.J. Rozan. | Rozan, S. J. | Weeded | 2011-02-15 | 2009 | 2021-11-05 | KB | 15 | 2018-01-31 |
| New York to Dallas | Robb, J. D. (1950-) | Weeded | 2011-10-21 | 2011 | 2021-11-05 | KB | 33 | 2020-07-22 |
| Otherwise engaged | Quick, Amanda | Weeded | 2014-05-19 | 2014 | 2021-11-05 | KB | 15 | 2020-05-29 |
| The devil's labyrinth: a novel | Saul, John | Weeded | 2007-08-15 | 2007 | 2021-11-08 | KB | 24 | 2018-09-06 |
| Lincoln in the bardo: a novel | Saunders, George, (1958-) | Weeded | 2018-02-23 | 2017 | 2021-11-08 | KB | 4 | 2018-05-03 |
| The far empty / J. Todd Scott. | Scott, J. Todd,. | Weeded | 2016-11-09 | 2016 | 2021-11-08 | KB | 12 | 2018-05-24 |
| In the night kitchen. | Sendak, Maurice. | Weeded | 1999-08-25 | 1970 | 2021-11-09 | LC | 33 | 2020-09-30 |
| Halloween / Jerry Seinfeld ; illustrated by James Bennett. | Seinfeld, Jerry. | Weeded | 2002-10-09 | 2002 | 2021-11-09 | KB | 32 | 2018-11-17 |
| Water is water : a book about the water cycle / Miranda Paul ; illustrated by Jason Chin. | Paul, Miranda. | Weeded | 2017-03-02 | 2015 | 2021-11-09 | KB | 5 | 2021-10-19 |
| My hero academia — 5, — Shoto Todoroki, origin / | Horikoshi, Kōhei, (1986-) | Weeded | 2021-08-03 | 2016 | 2021-11-09 | KB | 2 | 2021-09-21 |
| Aunt Eater's mystery Halloween | Cushman, Doug | Weeded | 2021-09-17 | 1998 | 2021-11-09 | KB | 57 | 2021-10-26 |
| Meet the dogs of Bedlam Farm / Jon Katz. | Katz, Jonathan. | Weeded | 2014-01-30 | 2011 | 2021-11-09 | KB | 13 | 2021-10-26 |
| Vulture view | Sayre, April Pulley | Weeded | 2008-09-10 | 2007 | 2021-11-09 | KB | 16 | 2021-06-22 |
| Born to read | Sierra, Judy | Weeded | 2008-09-12 | 2008 | 2021-11-09 | KB | 27 | 2021-10-23 |
| Top 10 unsolved mysteries / by Kathryn Clay. | Clay, Kathryn. | Weeded | 2013-12-11 | 2012 | 2021-11-09 | KB | 9 | 2019-02-26 |
| And then comes Halloween / Tom Brenner ; illustrated by Holly Meade. | Brenner, Tom. | Weeded | 2012-01-23 | 2011 | 2021-11-09 | KB | 18 | 2017-10-12 |
| Shake dem Halloween bones / W. Nikola-Lisa ; illustrated by Mike Reed. | Nikola-Lisa, W. | Weeded | 2007-08-27 | 1997 | 2021-11-09 | KB | 38 | 2018-10-31 |
| This book is full of spiders : seriously, dude, don't touch it / David Wong. | Wong, David, 1975 January 10- | Weeded | 2014-12-10 | 2012 | 2021-11-09 | KB | 10 | 2018-08-28 |
| An egg is quiet | Aston, Dianna Hutts | Weeded | 2007-05-21 | 2006 | 2021-11-09 | KB | 31 | 2021-10-26 |
| American wife : a novel / Curtis Sittenfeld. | Sittenfeld, Curtis. | Weeded | 2008-10-30 | 2008 | 2021-11-10 | KB | 8 | 2021-02-03 |
| Peony in love : a novel / Lisa See. | See, Lisa. | Weeded | 2007-07-24 | 2007 | 2021-11-10 | KB | 23 | 2018-07-25 |
| Breaking bad — The complete fourth season / | | Weeded | 2019-10-17 | 2012 | 2021-11-10 | LC | 6 | 2021-10-04 |
| Knock 'em dead résumés : smart advice to make your online and paper résumés more productive / Martin Yate | Yate, Martin John. | Weeded | 2008-10-30 | 2008 | 2021-11-10 | KB | 23 | 2016-11-14 |
| Arms from the sea: a novel | Shapero, Rich | Weeded | 2018-02-26 | 2016 | 2021-11-10 | KB | 3 | 2018-06-30 |
| Elfen Lied: Complete Collection [DVD] / NR. | | Weeded | 2020-05-14 | 2013 | 2021-11-10 | KB | 5 | 2020-08-28 |
| Every fifteen minutes | Scottoline, Lisa | Weeded | 2015-05-04 | 2015 | 2021-11-10 | KB | 22 | 2021-06-09 |

| Title | Author | Deletion Reason | Added | Copyright | Deleted | Branch | All-Time Circs | Last Circ |
|---|---|---|---|---|---|---|---|---|
| Freakboy / Kristin Elizabeth Clark. | Clark, Kristin Elizabeth. | Weeded | 2015-10-08 | 2013 | 2021-11-12 | LC | 1 | 2016-06-13 |
| The secret history / Donna Tartt. | Tartt, Donna. | Weeded | 2004-05-24 | 2004 | 2021-11-12 | KB | 32 | 2019-11-08 |
| Stardust : a novel / Joseph Kanon. | Kanon, Joseph. | Weeded | 2009-10-22 | 2009 | 2021-11-12 | KB | 9 | 2020-02-25 |
| The supergirls : fashion, feminism, fantasy, and the history of comic book heroines / Mike Madrid. | Madrid, Mike,. | Weeded | 2016-12-27 | 2016 | 2021-11-12 | LC | 0 | |
| Shine / Lauren Myracle. | Myracle, Lauren, 1969- | Weeded | 2012-01-23 | 2011 | 2021-11-12 | LC | 10 | 2021-07-21 |
| Appalachian Trail thru-hikers' companion / Leslie Mass, editor. | | Weeded | 2010-01-20 | 2009 | 2021-11-12 | KB | 5 | 2015-07-06 |
| I hate myselfie : a collection of essays / by Shane Dawson. | Dawson, Shane. | Weeded | 2016-08-18 | 2015 | 2021-11-12 | LC | 3 | 2018-02-07 |
| G.I. Joe & Lillie : remembering a life of love and loyalty / Joseph S. Bonsall. | Bonsall, Joseph S. | Weeded | 2004-02-20 | 2003 | 2021-11-12 | KB | 14 | 2015-07-14 |
| A touch of Grace | Snelling, Lauraine | Weeded | 2008-03-20 | 2008 | 2021-11-12 | KB | 29 | 2018-07-20 |
| 1421: the year China discovered America | Menzies, Gavin. | Weeded | 2011-03-21 | 2008 | 2021-11-12 | KB | 6 | 2015-11-30 |
| A family Christmas / selected and introduced by Caroline Kennedy ; illustrated by Jon J. Muth and Laura Hartman Maestro. | Kennedy, Caroline, 1957- | Weeded | 2010-07-14 | 2007 | 2021-11-12 | KB | 5 | 2014-12-16 |
| Heads up philosophy / written by Marcus Weeks ; consultant Stephen Law. | Weeks, Marcus,. | Weeded | 2016-08-31 | 2014 | 2021-11-12 | LC | 2 | 2017-03-13 |
| Spinning / Tillie Walden. | Walden, Tillie, 1996- | Weeded | 2018-09-11 | 2017 | 2021-11-12 | LC | 4 | 2019-05-18 |
| Unashamed : overcoming the sins no girl wants to talk about / Jessie Minassian. | Minassian, Jessie. | Weeded | 2016-10-14 | 2015 | 2021-11-12 | LC | 0 | |
| Then came heaven / LaVyrle Spencer. | Spencer, LaVyrle Spencer. | Weeded | 1999-10-07 | 1997 | 2021-11-12 | KB | 20 | 2020-02-25 |
| Caste : the origins of our discontents / Isabel Wilkerson. | Wilkerson, Isabel. Caste. | Weeded | 2020-12-15 | 2020 | 2021-11-12 | LC | 3 | 2021-01-22 |
| Doctor Who 50 : the essential guide / written by Justin Richards. | Richards, Justin. | Weeded | 2016-08-31 | 2013 | 2021-11-12 | LC | 3 | 2018-07-24 |
| Three bags full : a sheep detective story / Leonie Swann. | Swann, Leonie. | Weeded | 2007-08-29 | 2007 | 2021-11-12 | KB | 19 | 2018-08-24 |
| Up your score SAT 2016-2017 : the underground guide to outsmarting the SAT / by Larry Berger [and others] ; illustrations by Chris Kalb. | Berger, Larry. | Weeded | 2016-08-31 | 2015 | 2021-11-12 | LC | 1 | 2018-05-29 |
| Hello, cruel world : 101 alternatives to suicide for teens, freaks, and other outlaws / by Kate Bornstein. | Bornstein, Kate, 1948- | Weeded | 2016-10-14 | 2006 | 2021-11-12 | LC | 1 | 2018-01-12 |
| An Irish country Christmas : a novel / Patrick Taylor. | Taylor, Patrick, 1941- | Weeded | 2011-02-15 | 2008 | 2021-11-12 | KB | 23 | 2019-01-02 |
| Niceville / Carsten Stroud. | Stroud, Carsten, 1946- | Weeded | 2013-04-11 | 2012 | 2021-11-12 | KB | 16 | 2018-08-29 |
| All I know now : wonderings and advice on making friends, making mistakes, falling in (and out of) love, and other adventures in growing up hopefully / written and illustrated by Carrie Hope Fletcher. | Fletcher, Carrie Hope. | Weeded | 2016-08-31 | 2015 | 2021-11-12 | LC | 0 | |
| Being Jazz: my life as a (transgender) teen | Jennings, Jazz | Weeded | 2016-10-14 | 2016 | 2021-11-12 | LC | 1 | 2017-07-19 |
| Because it's Christmas / Katherine Spencer. | Spencer, Katherine. | Weeded | 2016-12-01 | 2016 | 2021-11-12 | KB | 10 | 2020-02-25 |
| No body's perfect : stories by teens about body image, self-acceptance, and the search for identity / Kimberly Kirberger. | Kirberger, Kimberly, 1953- | Weeded | 2009-08-31 | 2003 | 2021-11-12 | LC | 9 | 2020-01-08 |
| Kian & JC : don't try this at home / by Kian Lawley & JC Caylen. | Lawley, Kian, 1995- | Weeded | 2016-10-14 | 2016 | 2021-11-12 | LC | 1 | 2017-11-01 |
| How to be you : stop trying to be someone else and start living your life / Jeffrey Marsh. | Marsh, Jeffrey,. | Weeded | 2016-08-31 | 2016 | 2021-11-12 | LC | 1 | |
| Living in a gray world : a Christian teen's guide to understanding homosexuality / Preston Sprinkle. | Sprinkle, Preston M., 1976- | Weeded | 2016-08-31 | 2015 | 2021-11-12 | LC | 0 | |
| Genocide of one : a thriller / Kazuaki Takano ; translated by Philip Gabriel. | Takano, Kazuaki, 1964- | Weeded | 2015-01-06 | 2014 | 2021-11-12 | KB | 10 | 2018-04-16 |
| Teen psychic : exploring your intuitive spiritual powers / Julie Tallard Johnson. | Johnson, Julie Tallard. | Weeded | 2016-08-18 | 2003 | 2021-11-12 | LC | 3 | 2018-01-02 |
| The Grays / Whitley Strieber. | Strieber, Whitley. | Weeded | 2010-07-14 | 2006 | 2021-11-12 | KB | 11 | 2018-12-03 |
| They called themselves the K.K.K. : the birth of an American terrorist group / by Susan Campbell Bartoletti. | Bartoletti, Susan Campbell. | Weeded | 2011-05-17 | 2010 | 2021-11-12 | LC | 2 | 2018-08-16 |
| A boy made of blocks : a novel / Keith Stuart. | Stuart, Keith. | Weeded | 2016-10-05 | 2016 | 2021-11-12 | KB | 6 | 2018-04-02 |
| The emotionary : n. a dictionary of words that don't exist for feelings that do / words by Eden Sher ; comics by Julia Wertz. | Sher, Eden, 1991- | Weeded | 2016-12-27 | 2016 | 2021-11-12 | LC | 2 | 2017-10-16 |
| For the king's favor / Elizabeth Chadwick. | Chadwick, Elizabeth. | Weeded | 2012-07-12 | 2010 | 2021-11-13 | KB | 12 | 2019-09-03 |
| To defy a king / by Elizabeth Chadwick. | Chadwick, Elizabeth. | Weeded | 2012-07-12 | 2011 | 2021-11-13 | KB | 5 | 2019-03-28 |
| Illumination / Terry McGarry. | McGarry, Terry. | Weeded | 2016-08-09 | 2001 | 2021-11-13 | KB | 10 | 2019-02-14 |
| The binder's road / Terry McGarry. | McGarry, Terry. | Weeded | 2016-08-09 | 2003 | 2021-11-13 | KB | 6 | 2018-06-28 |
| Shadowfever | Moning, Karen Marie | Weeded | 2013-09-05 | 2011 | 2021-11-13 | KB | 11 | 2018-04-07 |
| Castonbury park : scandalous whispers : / Carole Mortimer, Helen Dickson. | Mortimer, Carole. | Weeded | 2012-12-11 | 2012 | 2021-11-13 | KB | 13 | 2019-06-21 |
| Triad / Terry McGarry. | McGarry, Terry. | Weeded | 2016-08-09 | 2005 | 2021-11-13 | KB | 5 | 2018-05-14 |
| The secret life of Anna Blanc / Jennifer Kincheloe. | Kincheloe, Jennifer, 1966- | Weeded | 2015-12-11 | 2015 | 2021-11-13 | KB | 6 | 2018-02-20 |
| If looks could kill / Kate White. | White, Kate, 1950- | Weeded | 2002-04-30 | 2002 | 2021-11-15 | KB | 41 | 2019-08-30 |
| Mmm, cookies | Munsch, Robert N. (1945-) | Weeded | 2000-05-15 | 2000 | 2021-11-15 | KB | 36 | 2021-10-20 |
| Hard to kill [VHS]. | | Weeded | 2009-12-11 | 1998 | 2021-11-15 | LC | 26 | 2017-01-23 |
| Open country / Kaki Warner. | Warner, Kaki. | Weeded | 2010-09-20 | 2010 | 2021-11-15 | KB | 25 | 2019-02-20 |
| We are not ourselves | Thomas, Matthew | Weeded | 2014-11-05 | 2014 | 2021-11-15 | KB | 7 | 2018-03-05 |
| Kiss Carlo: a novel | Trigiani, Adriana | Weeded | 2017-08-01 | 2017 | 2021-11-15 | KB | 8 | 2018-05-01 |
| Dawg / Gold Circle Films and Stephen J. Cannell Productions in association with Final Draft, Inc. presents a film by Victoria Hochberg ; producers, Stephen J. Cannell, Wayne S. Williams, Larry Katz, David Kronemyer ; screenplay writer, Ken Hastings ; director, Victoria Hochberg. | | Weeded | 2016-09-06 | 2003 | 2021-11-15 | LC | 5 | 2017-07-31 |

| Title | Author | Deletion Reason | Added | Copyright | Deleted | Branch | All-Time Circs | Last Circ |
|-------|--------|-----------------|-------|-----------|---------|--------|----------------|-----------|
| Beastars. Volume 2 // story & art by Paru Itagaki ; translation, Tomoko Kimura ; English adaptation, Annette Roman. | Itagaki, Paru, 1993- | Weeded | 2021-10-27 | 2019 | 2021-11-17 | LB | 1 | 2021-11-09 |
| The noticer : sometimes all a person needs is a little perspective / Andy Andrews. | Andrews, Andy. | Weeded | 2009-09-22 | 2009 | 2021-11-17 | KB | 15 | 2020-08-03 |
| William Barret Travis: his sword and his pen | Turner, Martha Anne | Weeded | 2000-03-22 | 1972 | 2021-11-17 | KB | 7 | 2018-07-21 |
| The little old lady who broke all the rules : a novel / Catharina Ingelman-Sundberg ; translated from the Swedish by Rod Bradbury. | Ingelman-Sundberg, C... | Weeded | 2016-10-06 | 2016 | 2021-11-17 | KB | 15 | 2019-08-20 |
| Beastars. Vol. 3 // Paru Itagaki. | Itagaki, Paru, 1993- | Weeded | 2021-10-27 | 2019 | 2021-11-17 | LB | 1 | 2021-11-09 |
| Kitchen #1. | | Weeded | 2004-07-12 | | 2021-11-17 | KB | 73 | 2018-05-11 |
| The world of ice & fire : the untold history of Westeros and the Game of Thrones / George R.R. Martin, Elio M. Garcia Jr. and Linda Antonsson. | Martin, George R. R. | Weeded | 2014-12-10 | 2014 | 2021-11-17 | KB | 22 | 2019-07-11 |
| Really bad girls of the Bible : more lessons from less-than-perfect women / Liz Curtis Higgs. | Higgs, Liz Curtis. | Weeded | 2003-05-20 | 2002 | 2021-11-17 | KB | 17 | 2020-06-19 |
| Gabi, a Girl in Pieces / by Isabel Quintero. | Quintero, Isabel. | Weeded | 2016-01-28 | 2014 | 2021-11-17 | LC | 3 | 2018-06-22 |
| The five silent years of Corrie ten Boom / Pamela Rosewell. | Moore, Pamela Rosewell. | Weeded | 2002-08-30 | 1986 | 2021-11-17 | KB | 18 | 2019-04-15 |
| Under the moon : a Catwoman tale / written by Lauren Myracle ; art by Isaac Goodhart ; Jeremy Lawson, colorist ; Deron Bennett, letterer. | Myracle, Lauren, 1969- | Weeded | 2019-09-09 | 2019 | 2021-11-18 | LC | 4 | 2021-11-18 |
| Sex and violence : a novel / Carrie Mesrobian. | Mesrobian, Carrie. | Weeded | 2015-10-08 | 2013 | 2021-11-18 | LC | 2 | 2021-02-20 |
| Die hard / Twentieth Century Fox ; a Gordon Company/Silver Pictures production ; a John McTiernan film. | | Weeded | 2016-10-29 | 2001 | 2021-11-19 | KB | 10 | 2020-11-24 |
| Sting | Brown, Sandra (1948-) | Weeded | 2016-09-07 | 2016 | 2021-11-19 | KB | 33 | 2021-10-04 |
| 41 : a portrait of my father / George W. Bush. | Bush, George W, 1946-, (George Walker.) | Weeded | 2017-10-30 | 2014 | 2021-11-22 | LC | 3 | 2018-05-16 |
| Ghost [sound recording] : confessions of a counterterrorism agent / Fred Burton. | Burton, Arthur T. | Weeded | 2009-01-07 | 2008 | 2021-11-22 | LC | 15 | 2020-07-13 |
| Ghost soldiers : [the forgotten epic story of World War II's most dramatic mission] / Hampton Sides. | Sides, Hampton. | Weeded | 2017-10-30 | 2001 | 2021-11-22 | LC | 6 | 2020-07-13 |
| You don't look your age : and other Fairy Tales / Sheila Nevins. | Nevins, Sheila,. | Weeded | 2017-07-19 | 2017 | 2021-11-22 | LC | 3 | 2018-02-02 |
| Storks [DVD] / Rated: PG Parental Guidance Suggested. | | Weeded | 2017-11-14 | 2016 | 2021-11-22 | KB | 34 | 2020-07-21 |
| In a heartbeat [sound recording] : sharing the power of cheerful giving / Leigh Anne and Sean Tuohy with Sally Jenkins. | Tuohy, Leigh Anne. | Weeded | 2010-08-17 | 2010 | 2021-11-22 | LC | 8 | 2018-08-09 |
| Poetry speaks : hear great poets read their work from Tennyson to Plath / editors, Elise Paschen and Rebekah Presson Mosby ; narrator, Charles Osgood. | | Weeded | 2020-08-17 | 2001 | 2021-11-22 | LC | 0 | |
| Lessons from the prairie : learning self-reliance, resilience, optimism, and the pioneering spirit from America's favorite show / Melissa Francis. | Francis, Melissa, 1972- | Weeded | 2017-06-30 | 2017 | 2021-11-22 | LC | 6 | 2018-08-09 |
| Little britches [sound recording] : man of the family / Ralph Moody; Cameron Beierle. | Moody, Ralph, 1898- | Weeded | 2006-06-29 | 2001 | 2021-11-22 | LC | 30 | 2018-07-23 |
| Poetry speaks : hear great poets read their work from Tennyson to Plath / editors, Elise Paschen and Rebekah Presson Mosby ; narrator, Charles Osgood. | | Weeded | 2020-08-17 | 2001 | 2021-11-22 | LC | 0 | |
| Poetry speaks : hear great poets read their work from Tennyson to Plath / editors, Elise Paschen and Rebekah Presson Mosby ; narrator, Charles Osgood. | | Weeded | 2020-08-17 | 2001 | 2021-11-22 | LC | 0 | |
| Love is the best medicine [sound recording] : what two dogs taught one veterinarian about hope, humility, and everyday miracles / Nick Trout. | Trout, Nick. | Weeded | 2010-06-16 | 2010 | 2021-11-22 | LC | 11 | 2018-05-01 |
| Kin | Black, Holly | Weeded | 2009-12-14 | 2008 | 2021-11-23 | LC | 9 | 2018-12-17 |
| Mini's first time / Bold Films presents a Trigger Street Production ; produced by Evan Astrowsky, Edward Bass, Dana Brunetti, Kevin Spacey ; written by Nick Guthe ; directed by Nick Guthe. | | Weeded | 2015-03-18 | 2006 | 2021-11-23 | LC | 13 | 2021-08-11 |
| Bone. [5], : Rock Jaw : : master of the Eastern border / by Jeff Smith ; with color by Steve Hamaker. | Smith, Jeff. | Weeded | 2009-09-30 | 2007 | 2021-11-23 | LC | 17 | 2016-04-05 |
| Captain America : the classic years / Joe Simon and Jack Kirby ; art assistance Reed Crandall, Bernie Klein, Al Avison, Al Gabriel, Al Liederman, Syd Shores, Alex Schomberg ;. | Simon, Joel. | Weeded | 2002-02-05 | 1998 | 2021-11-23 | LC | 59 | 2021-02-23 |
| Night passage / James Stewart, Audie Murphy, Dan Duryea, Diane Foster, Elaine Stewart, Aaron Rosenberg, Borden Chase. | | Weeded | 2014-06-30 | 2003 | 2021-11-23 | LC | 6 | 2017-11-06 |
| The unsinkable Walker Bean | Renier, Aaron. | Weeded | 2012-08-24 | 2010 | 2021-11-23 | LC | 4 | 2018-04-09 |
| Incredibles 2 Blu-Ray — 2-disc set includes bonus disc | | Weeded | 2019-01-07 | 2018 | 2021-11-23 | LC | 3 | 2019-07-25 |
| Freshman : tales of 9th grade obsessions, revelations, and other nonsense / by Corinne Mucha. | Mucha, Corinne, 1983- | Weeded | 2012-08-24 | 2011 | 2021-11-23 | LC | 2 | 2018-02-06 |
| The war at Ellsmere / written and illustrated by Faith Erin Hicks. | Hicks, Faith Erin. | Weeded | 2010-09-27 | 2008 | 2021-11-23 | LC | 5 | 2018-11-06 |
| iZombie. [1] / : dead to the world. / Chris Roberson, writer ; Michael Allred, artist ; Laura Allred, colorist ; Todd Klein, letterer. | Roberson, Chris. | Weeded | 2012-08-24 | 2011 | 2021-11-23 | LC | 8 | 2019-07-31 |
| The Griff : a graphic novel / Christopher Moore and Ian Corson with Jennyson Rosero. | Moore, Christopher, 1946- | Weeded | 2012-08-24 | 2011 | 2021-11-23 | LC | 7 | 2020-10-01 |
| Crown of horns / by Jeff Smith ; with color by Steve Hamaker ; [maps by Mark Crilley]. | Smith, Jeff. | Weeded | 2009-08-13 | 2009 | 2021-11-23 | LC | 23 | 2016-02-05 |
| Ghost circles. [7], / Ghost circles / / by Jeff Smith ; with color by Steve Hamaker. | Smith, Jeff. | Weeded | 2009-08-13 | 2008 | 2021-11-23 | LC | 15 | 2016-02-05 |
| Out from Boneville / by Jeff Smith ; with color by Steve Hamaker ; [maps by Mark Crilley]. | Smith, Jeff. | Weeded | 2008-09-16 | 2005 | 2021-11-23 | LC | 30 | 2021-03-10 |
| The hound of Baskervilles / by Sir Arthur Conan Doyle ; retold by Martin Powell ; illustrated by Daniel Pérez. | Powell, Martin. | Weeded | 2010-02-24 | 2009 | 2021-11-23 | LC | 9 | 2019-02-06 |
| The great cow race / by Jeff Smith ; with color by Steve Hamaker ; [maps by Mark Crilley]. | Smith, Jeff. | Weeded | 2008-09-16 | 2005 | 2021-11-23 | LC | 30 | 2021-03-31 |

# EXHIBIT 7

**Carrie Sultemeier**

| | |
|---|---|
| **From:** | Amber Milum <amilum@co.llano.tx.us> |
| **Sent:** | Friday, November 12, 2021 10:16 AM |
| **To:** | Ron Cunningham |
| **Cc:** | 'Jerry Don Moss' |
| **Subject:** | RE: FW: Pornographic Filth at the Llano Public Libraries |

I am in shock! I was not expecting the pictures. For the record, the book Gender Queer is NOT in any of the County Libraries. It is NOT in the system and to my knowledge never has been. I would never purchase a book like that for the libraries.

We are all working on getting books pulled. I will also work on the lists that she provided. Some of those are already in the Adult sections. We are not pulling any Adult fiction, Adult Non-Fiction, or YA, YA+ because all of that is in the Adult section. We are working on all children and junior books. I will be adding when the books were purchased and how many times they have been checked out to the spreadsheet for you.

*Amber Milum*

**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

-----Original Message-----
From: "Ron Cunningham" <rcunningham@co.llano.tx.us>
Sent: Wednesday, November 10, 2021 4:02pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Cc: "'Jerry Don Moss'" <
Subject: FW: Pornographic Filth at the Llano Public Libraries

Amber,
As we discussed in our meeting in my office at 9:45 AM on November 9, 2021 any and all books that depict any type of sexual activity or questionable nudity are to be pulled immediately.
I am also requesting that any of these books that are available online be pulled as well.
Please advise Commissioner Moss and I when this task has been completed.
Thank you,

**Ron Cunningham**
Llano County Judge
325.247.7730
801 Ford Street

1

Suite 101
Llano, Texas 78643
**Judge Ron Cunningham** rcunningham@co.llano.tx.us
**Jennifer Buchanan-Administrative Assistant** jbuchanan@co.llano.tx.us

**From:** Bonnie N Wallace < ██████████████ >
**Sent:** Wednesday, November 10, 2021 2:20 PM
**To:** Ron Cunningham <rcunningham@co.llano.tx.us>; Ron Cunningham
< ██████████████ >
**Subject:** Fwd: Pornographic Filth at the Llano Public Libraries

Bonnie N Wallace

Begin forwarded message:

> **From:** Bonnie N Wallace < ██████████████ >
> **Date:** November 10, 2021 at 1:25:03 PM CST
> **To:** Bonnie N Wallace < ██████████████ >
> **Subject: Pornographic Filth at the Llano Public Libraries**

It came to my attention a few weeks ago that pornographic filth has been discovered at the Llano Library. It is also at Kingsland and the Buchanan Dam libraries. I have attached below just one sample of a "children's book" which is currently at our libraries.

About 20-30 concerned citizens attended the Llano County Commissioners Court on October 25th to voice our concerns. I also attended the Commissioners Court meeting on November 8th. I was surprised that 2 "Friends of the Llano Library" attended and talked about "racist and abusive local parents who refuse to let their children express their gender identity". Shocking that this exists right here, but alas ... it does.

I would like all community leaders, business owners, pastors and parents to become involved in this issue, which is the only way to resolve it. Currently, these books (I have attached a list of dozens which are currently at our libraries) are in the CHILDREN'S section of the library and can be checked out by our children and grandchildren. I am not advocating for any books to be censored but to be RELOCATED to the ADULT section where a child would need to get their parent's approval to check out. It is the only way that I can think of to prohibit future censorship of books I do agree with, mainly the Bible, if more radicals come to town and want to use the fact that we censored these books against us.

It is a fine line, and I'm open to other approaches. But mainly we all just need to know what is happening right here in our beloved Llano.

Open your eyes, folks. And share with friends and relatives who live in other locations as well so they can check their local libraries.

I'd like all the pastors to get involved in this. Perhaps they can organize a weekly prayer vigil for this specific issue. Also, everyone needs to share this on social media (I don't do any social media). Join the Friends of the Llano Library or Friends of the Kingsland Library. If you're already a member, get more involved in the book selections because this is atrocious.

May God protect our children from this FILTH.

**Bonnie N. Wallace**
███████████ (cell)

# EXHIBIT 8

Re: Update on library books

From: Amber Milum (amilum.klib@yahoo.com)

To: ▮▮▮▮▮▮

Date: Wednesday, November 17, 2021, 11:01 AM CST

Great, Thank you. I have not seen the full list.

## *Amber Milum*
## *Llano County Library System Director*

*102 E Haynie St.*

*Llano, TX 78643*

*325-247-5248*

http://www.llano-library-system.net/

On Wednesday, November 17, 2021, 09:22:58 AM CST, Jeanne Puryear < ▮▮▮▮▮▮▮ > wrote:

I don't wish to stir the pot, just wanted you to see the email that includes the 16 page list of books I mentioned to you on Monday, this week. The link is clearly hi-lited about the middle of the email. it's the portion of the email from Rochelle Wells. Jeanne

--------- Forwarded message ---------
From: **Eva Carter** < ▮▮▮▮▮▮▮ >
Date: Fri, Nov 12, 2021 at 2:51 AM
Subject: Fwd: Update on library books
To: Robyn Tibbs < ▮▮▮▮▮▮ >, Lynsi Herron < ▮▮▮▮▮▮▮ >, Elysia Barkley
< ▮▮▮▮▮▮▮ >, Amy Jordan < ▮▮▮▮▮▮▮ >, Jeanne Puryear < ▮▮▮▮▮▮▮ >
Cc: Rochelle Wells < ▮▮▮▮▮▮ >

I just wanted to be sure you got this good news!

Sent from my iPad

Begin forwarded message:



**From:** Chris Jones < ▮▮▮▮▮▮▮ >
**Date:** November 11, 2021 at 8:36:14 PM CST
**To:** ==Rochelle Wells== < ▮▮▮▮▮▮ >
**Cc:** Eva Carter < ▮▮▮▮▮▮▮ >, Amy Jordan < ▮▮▮▮▮▮▮ >, Anne Beckman < ▮▮▮▮▮▮▮ >,
Carolyn Stovall < ▮▮▮▮▮▮ >, Celia Griffin < ▮▮▮▮▮▮▮ >, Cindy Campbell
< ▮▮▮▮▮▮▮ >, Donna Cox < ▮▮▮▮▮▮▮ >, Donna Hall < ▮▮▮▮▮▮▮ >, Edgar Patricia
< ▮▮▮▮▮▮▮ >, Erin Seargeant < ▮▮▮▮▮▮▮ >, Fowler John < ▮▮▮▮▮▮▮ >, Gail Rose
< ▮▮▮▮▮▮▮ >, Jackie Cherico < ▮▮▮▮▮▮▮ >, ==Jerry Don Moss== < ▮▮▮▮▮▮▮ >,
Jessica Hays < ▮▮▮▮▮▮▮ >, Jo Anne Mims < ▮▮▮▮▮▮▮ >, JoLeigh Ares
< ▮▮▮▮▮▮▮ >, Julie Leverett < ▮▮▮▮▮▮▮ >, Kathy Oles < ▮▮▮▮▮▮▮ >, Katy
Scarborough < ▮▮▮▮▮▮▮ >, Lindsay Alexander < ▮▮▮▮▮▮▮ >, Lisa Simpson
< ▮▮▮▮▮▮▮ >, Mary Cunningham < ▮▮▮▮▮▮▮ >, Neecee Gauman
< ▮▮▮▮▮▮▮ >, Pam Huston < ▮▮▮▮▮▮▮ >, Patricia Donahy < ▮▮▮▮▮▮▮ >,
Patricia Richards < ▮▮▮▮▮▮▮ >, Phyllis Ann Rose < ▮▮▮▮▮▮▮ >, Phyllis Farr alexander

**Subject: Re: Update on library books**

That is great news! Thank you Rochelle for taking with Jerry Don and giving us the update. Praise God we're making progress.

On Thu, Nov 11, 2021, 7:28 PM Rochelle Wells < ███████ > wrote:

I just wanted to give everyone an update on the status of the books in the library:

Commissioner Moss and Judge Cunningham have instructed Amber, the head librarian, to remove certain books, both physical books and ebooks (via the LIBBY app). There will also be no new books coming in until this is settled. If you go into the library you will see Amber and Tina (Children's librarian) are currently going through the Children's section, labeling books, and I am assuming also removing the books Commissioner Moss has told them to remove. Amber was told to get rid of Lawn Boy and Gender Queer (physical and ebook). Commissioner Moss, we are very grateful for your help in this situation and all you have done to begin to remedy it!

Chris Jones has combed through that 16-page list of CRT and LGBTQ book to see which we have in Llano County libraries. Now we have to research the content of the ones we have found and some that were not on the list that we found in the process. Thank you, Chris, for all that work! We will be sending a list of the ones that are found to be inappropriate, along with a summary, to Commissioner Moss.

Here is the article where the 16-page list was found: https://thetexan.news/austin-isd-refuses-to-report-racially-sexually-controversial-books-to-state-lawmakers/?utm_source=ActiveCampaign&utm_medium=email&utm_content=Texas+Medical+Association+Sues+Federal+Government+Over+Surprise+Billing+Rule&utm_campaign=Daily+Roundup+-+RSS+Campaign

— Rochelle Wells

On Nov 1, 2021, at 2:16 PM, Eva Carter < ███████ > wrote:

Chris, I'll take a page. Bring it to GG tomorrow evening.

BTW, I could use some suggestions for what to say in a 2-3 minute speech at Thursday's Tea Party meeting at which I've been asked to put in a nutshell our opposition to some books in the library

Sent from my iPad

On Nov 1, 2021, at 8:34 AM, Chris Jones ◄ ███████ wrote:

Is anyone interested in going thru the 16 pages of books list in article 2 and checking to see if we have any if those books in our library? If w have a handful of people willing to do it, we could take a couple of pages each and make the job go quicker? Looking each title up online through the library catalog would go quicker with help. Chris

On Sat, Oct 30, 2021, 7:48 AM Eva Carter ◄ ███████ wrote:

Especially interesting is the 2nd article 😊

Sent from my iPad

Begin forwarded message:

**From:** The Texan < ███████ >
**Date:** October 30, 2021 at 6:17:00 AM CDT
**To:** Eva Carter < ███████ >



## Texas Medical Association Sues Federal Government Over Surprise Billing Rule

*10 29 2021 16:41*



Congress passed a law restricting the issuance of surprise medical bills stuck with patients after providers and insurance companies negotiate payment

## Austin ISD Refuses to Report Racially, Sexually Controversial Books to State Lawmakers

*10/29/2021 17:30*

# EXHIBIT 9

| Title | Author | Location | Shelf | Added to the system | Been checked out | Purchased by |
|---|---|---|---|---|---|---|
| Be dazzled | La Sala, Ryan | Overdrive | | | | |
| The girls I've been | Sharpe, Tess | LC | YF SHA | 3/30/2021 | 2 | Tina/Amber |
| A good kind of trouble | Ramee, Lisa Moore | O, LC | JF RAM | 2/3/2020 | 1 | Tommi |
| A home for goddesses and dogs | | O | | | | |
| All out : the no-longer-secret stories of queer teens throughout the ages | Saundra Mitchell | O | | | | |
| Ana on the edge | Sass, AJ | KB | JF SAS | 2/2/2021 | 0 | Suzette/Amber |
| Brave Face: A Memoir | Hutchinson, Shaun David | O | | | | |
| Caste : the origins of our discontents | Wilkerson, Isabel | LC | 305.5 | 12/15/2020 | 3 | Tommi |
| Cemetery boys | Thomas, Aiden | KB | YF THO | 6/3/2021 | 3 | Tina/Amber |
| Cinderella is dead | Bayron, Kalynn | O | | | | |
| Class act | Craft, Jerry | LB | JF CRA | 12/14/2020 | 5 | Tommi |
| Darius the Great deserves better | Khorram, Adib | O | | | | |
| Felix ever after | Callender, Kacen | O | | | | |
| Hot dog girl | Dugan, Jennifer | O | | | | |
| In The Dream House | Machado, Carmen Maria | O | | | | |
| In the role of Brie Hutchens . . . | Melleby, Nicole | O | | | | |
| Into the real | Brewer, Z | O | | | | |
| Reverie | La Sala, Ryan | LC | YF LAS | 2/3/2020 | 0 | Tommi |
| The whispers | Howard, Greg | KB | YF HOW | 1/23/2019 | 4 | Amber |
| How to be an antiracist | Kendi, Ibram X. | LC | 305.8 | 10/22/2020 | 1 | Amber |
| Ivy Aberdeen's letter to the world | Blake, Ashley Herring | LC | YF BLA | 5/7/2020 | 0 | Tommi |
| New kid | Craft, Jerry | LC, KB | JF CRA | 6-25-2019  2-10-2020 | 5  11 | Tommi  Amber |
| The devouring gray | Herman, Christine Lynn | LC | YF HER | 7/20/2020 | 2 | Tommi |
| The Deck of Omens | Herman, Christine Lynn | LC | YF HER | 7/20/2020 | 2 | Tommi |
| The downstairs girl | Lee, Stacey | LB | YF LEE | 8/29/2020 | 3 | Melissa |
| The last to let go | Smith, Amber | LC | YF SMI | 9/6/2019 | 1 | Tommi |
| The mighty heart of Sunny St. James | Blake, Ashley Herring | LC | YF BLA | 2/3/2020 | 1 | Tommi |
| Boys and Sex | Pomeroy, Wardell Baxter | O | | | | |
| The upside of unrequited | Albertalli, Becky | KB | YF ALB | 5/5/2017 | 10 | Renny |
| They both die at the end | Silvera, Adam | KB | YF SIL | 7/8/2021 | 1 | Suzette/Amber |
| We are the ants | Hutchinson, Shaun David | KB | YF HUT | 2/9/2016 | 6 | Renny |
| Between the world and me | Coates, Ta-Nehisi | KB | 305 | 7/29/2021 | 0 | Suzette/Amber |
| Cradle and all | Patterson, James | KB | F PAT | 10/25/2007 | 61 | Diane |
| Freakboy | Clark, Kristin Elizabeth | LC | YF CLA | 10/8/2015 | 1 | Diane |
| When the moon was ours | McLemore, Anna-Marie | KB | YF MCL | 3/2/2017 | 2 | Renny |
| Grasshopper jungle : a history | Smith, Andrew | LC | YF SMI | 10/8/2015 | 2 | Diane |
| I'll give you the sun | Nelson, Jandy | LC, KB | YF NEL | 11/5/2014  10/8/2015 | 10  4 | Diane |
| Me and Earl and the Dying Girl | Andrews, Jesse | KB | YF AND | 9/13/2017 | 5 | Amber |
| Me and Earl and the Dying Girl | Andrews, Jesse | KB, LB | DVD | 1/4/2016  1/3/2020 | 15  3 | Diane  Amber |
| Simon vs. the Homo Sapiens agenda | Albertalli, Becky | KB | YF ALB | 5/4/2018 | 6 | Diane |
| Beyond magenta : transgender teens speak out | Kuklin, Susan | LC | Y305 KUK | 10/8/2015 | 2 | Diane |
| Some assembly required : the not-so-secret life of a transgender teen | Andrews, Arin | LC | Y306 AND | 1/28/2016 | 4 | Diane |
| Gabi, a girl in pieces | Quintero, Isabel | LC | YF QUI | 1/28/2016 | 3 | Diane |
| Separate is never equal | Tonatiuh, Duncan | LC | J379 TON | 3/31/2015 | 7 | Diane |
| Drama | Telgemeier, Raina | LC | YF TEL | 2/25/2014 | 48 | Diane |
| Far from the tree : parents, children, and the search for identity | Solomon, Andrew | LC | 362 SOL | 1/28/2013 | 8 | Diane |
| Shine | Myracle, Lauren | LC | YF MYR | 1/23/2012 | 10 | Diane |
| They called themselves the K.K.K. : the birth of an American terrorist group | Bartoletti, Susan Campbell | LC | 322.4 BAR | 5/17/2011 | 2 | Diane |
| The teenage guy's survival guide | Daldry, Jeremy | KB | Y305 DAL | 5/4/2018 | 1 | Amber |
| Changing bodies, changing lives : a book for teens on sex and relationships | Bell, Ruth | LC | Y613.9 BEL | 3/5/2001 | 10 | Amber |
| The Cider House Rules | Irving, John | LC | DVD | 12/13/2010 | 72 | Amber |
| Boy erased : a memoir of identity, faith, and family | Conley, Garrard | KB | DVD | 3/28/2019 | 18 | Amber |
| What if it's us? | Albertalli, Becky | KB | YF ALB | 1/18/2019 | 3 | Amber |
| At the edge of the universe | Hutchinson, Shaun David | KB | YF HUT | 3/2/2018 | 5 | Amber |
| The 57 Bus | Slater, Dashka | KB | Y364 SLA | 6/25/2020 | 2 | Amber |
| Being Jazz : my life as a (transgender) teen | Jennings, Jazz. | LC | Y306 JEN | 10/14/2016  3/2/2017 | 1  3 | Jackie |
| Far from the tree : how children and their parents learn to accept one another | Solomon, Andrew | LC | 362 SOL | duplicate on list | | |
| Spinning | Walden, Tillie | LC | Y796 WAL | 9/11/2018 | 4 | Tommi |
| The best man | Peck, Richard | LC | YF PEC | 8/18/2017 | 11 | Tommi |
| Girl made of stars | Blake, Ashley Herring | LC | YF BLA | 6/6/2018 | 2 | Tommi |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# EXHIBIT 10

## Melissa Wright

| | |
|---|---|
| **From:** | Amber Milum <amilum@co.llano.tx.us> |
| **Sent:** | Thursday, October 28, 2021 11:06 AM |
| **To:** | Ron Cunningham |
| **Subject:** | Critical race theory book |

Good morning,

I wanted to let you know before it came up in any of your meetings the Kingsland library does have the book.

The book is still in the system but it is behind the front desk. If anyone wants to check it out they have to ask a librarian. It is no longer on the shelf.

Have a good day,
Amber

# EXHIBIT 11

**amilum@co.llano.tx.us**

| | |
|---|---|
| **From:** | Melissa Macdougall <mmacdougall@co.llano.tx.us> |
| **Sent:** | Monday, December 13, 2021 1:15 PM |
| **To:** | amilum@co.llano.tx.us |
| **Subject:** | RE: Commissioner's Court |

Thanks for the update.

I'm very happy that my grant was approved.

Of course I'll need information / procedures on what constitutes "inappropriate" and on the labeling.

I actually don't see it as good news that we have to close. I think we could easily get it done here without being closed, and it will be an inconvenience for all of our patrons and a hardship for some, especially on such short notice. And I expect people are going to be very upset about Overdrive disappearing right before the holidays. I envy Llano and Kingsland next week having separation from patrons at the door!

Will you be sending a poster / flyer or wording to use when announcing the closure and the Overdrive change? I want to get the word out right away, yet I know there will still be many who don't get the message.

Thank you,

*Melissa Macdougall, Head Librarian*
*Lakeshore Library*
*325-379-1174*
*Currently reading: Bewilderment by Richard Powers*


**From:** amilum@co.llano.tx.us <amilum@co.llano.tx.us>
**Sent:** Monday, December 13, 2021 12:55 PM
**To:** Melissa Macdougall <mmacdougall@co.llano.tx.us>
**Subject:** Commissioner's Court

Hi Melissa,

Good news your agenda items was approved. You may apply.

Bad news CC has approved to suspend Overdrive. I will be looking into different options. It will be suspended in a few days.

Good news CC approved for all three libraries to be closed Dec 20, 21 & 22. Remember we "close" at 12:30 on the 22nd. We will all be labeling books and checking our shelves for "inappropriate" books...

The Library Advisory board was also approved. The Commissioners and Judge will be selecting who they would like to be on it. I believe whomever will be appointed on January 10th the first CC of the new year. They decided...

2 appointees for Precinct 1
3 appointees for Precinct 2
3 appointees for Precinct 3
4 appointees for Precinct 4
1 appointee for Judge

### *Llano County Library System Director*

102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

# EXHIBIT 12

Overdrive Access control measures via Apollo member records

From: Chris Brailas <███████████>
Sent: Thu, Jan 13, 2022 at 3:46 pm
To: amilum@co.llano.tx.us

Overdrive as a resource for your library checks the status of Member accounts in your Apollo ILS to determine if a member should be allowed access.  In short we've updated your Apollo ILS to now allow you to set age brackets as a filter when determining how we respond.  This will let you block members belonging to specific age brackets from accessing certain resources.

More specifically how this works is that whenever a library member attempts to log into Overdrive, regardless of what interface they attempt login from, Overdrive captures their card number and password, and queries your Apollo account via 3M's SIP2 protocol.  This query checks that the member exists, that the supplied password is correct, and that the account is in good standing.   If an age bracket in Apollo is blocked from a particular resource now, Apollo will respond that member accounts with that bracket assigned are not valid when login is attempted.  This will prevent access to Overdrive, or any other SIP2 connected resources for members assigned an age bracket marked as ineligible for the given resource in the Apollo ILS.  If needed I'm happy to break down the full process of the SIP communication, how the block is communicated, and how the entire chain of communication is secured.

Let us know if we can be of any further assistance or answer questions for any interested parties.

Christopher Brailas
Biblionix, LLC
100 Congress Ave. Suite #2000
Austin, TX 78701
877-800-5625 ext 259
www.biblionix.com

# EXHIBIT 13

## Melissa Wright

| | |
|---|---|
| **From:** | Jerrydonmoss < ██████████████ > |
| **Sent:** | Thursday, February 10, 2022 1:25 PM |
| **To:** | Matthew Rienstra; Dwain K. Rogers |
| **Subject:** | Fwd: Overdrive Access |
| **Attachments:** | Overdrive Access Contol Measures via Apollo Members Records.pdf |

Begin forwarded message:

**From:** Amilum <amilum@co.llano.tx.us>
**Date:** Jan 18, 2022 at 10:16 AM
**To:** Jerrydonmoss < ████████████ >
**Subject: Overdrive Access**

Good morning,

I wanted to let you know: I have been in touch with Jim from Overdrive, and Chris, Emily, Heather, and Karl from Biblionix. We have found a solution to our Overdrive issue. The Judge requested the solution should include:

- An option for parents or guardians who wish to apply the OverDrive filters to their child's card that would prevent the child from accessing material on OverDrive that they as the parent or guardian deem inappropriate. If a parent or guardian chooses to install these filters, OverDrive should provide a means to ensure the child cannot alter these filters without the parent or guardian's consent.
- An option for parents or guardians who wish their child to not have access to OverDrive at all.

The first option will not be acceptable because Jim from Overdrive confirmed the flaw with the filters, he said "Any user can go to their account settings and change the filters to display different content within OverDrive. We don't have a way to block specific content from showing for specific users."

I recommend we allow Adults access to Overdrive and all Juveniles will be blocked from accessing Overdrive since the filters can be changed without parent consent. Juveniles will still have access to library materials.

I have already changed the settings in our system to block children and teens from accessing Overdrive. I asked Biblionix if this block will allow access if juveniles try to login with the Overdrive app and Emily from Biblionix said, "These blocks are effective regardless of how the member accesses Overdrive."

I will also be able to set the bounds at which a member ages up from child to teen and teen to adult. Biblionix will check member birthdates <u>at midnight</u> every day and update accounts automatically. This means members are automatically granted access to Overdrive the day they turn 18 without needing to wait for the library to manually update their accounts.

I have attached an email letter from Chris at Biblonix explaining how the system will block juveniles from accessing Overdrive.

It is my hope I have provided a satisfactory resolution to this matter and would like to apologize that it has taken this long to do so. Please let me know if you would like to discuss this further. I have already spoken to the Judge about this.

Sincerely,

*Amber Milum*

**Llano County Library System Director**
<u>102 E. Haynie St.</u>
<u>Llano, TX 78643</u>
<u>325.247.5248</u>
<u>http://www.llano-library-system.net/</u>

# EXHIBIT 14



Confidentiality Notice: This email and any attachments are OverDrive Confidential for the sole use of the intended recipient. Any review, copying, or distribution of this email and attachments by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete any copies of this email

**From:** amilum@co.llano.tx.us <amilum@co.llano.tx.us>
**Sent:** Monday, December 13, 2021 2:53 PM
**To:** Jim Monastra <_____>
**Subject:** RE: Overdrive

Hi Jim,

==Our Commissioner's Court has decided to suspend our Overdrive subscription at this time. We have a group of concerned patrons worried about the book Gender Queer being seen by children. I have tried to tell everyone how to use filters and the links for kids and teens, but they don't think it's enough.==

==Please suspend Overdrive for the Llano County Library System.==

==Thank you== for all your help,

*Amber Milum*
**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

-----Original Message-----
From: "Jim Monastra" <_____>
Sent: Monday, December 13, 2021 7:26am
To: "amilum@co.llano.tx.us" <amilum@co.llano.tx.us>
Cc: "Alix Morris" <_____>
Subject: RE: Overdrive

Hi Amber,

Thanks for getting in touch. As of now, the library has not yet paid the annual invoice provided in October for this coming year. Access can be suspended within a few business days, but I'd need to investigate more on my end with various teams.

Are you able to provide more context into the decision here and why this is a possibility? Is the potential suspension because of one book in the collection or several? I'd be happy to provide more info for you, but if you can provide more about the meeting it would be appreciated.

Thanks,
Jim

**Jim Monastra, MLIS** - *Account Manager I*
*Public Libraries*
Phone: 216-573-6886 ext. 1295
Fax: 216-573-6889

**OverDrive, Inc.** *Global Digital Distributor of eBooks, audiobooks, & more*
World Headquarters | One OverDrive Way | Cleveland, Ohio 44125 USA
www.overdrive.com Proud to be a Certified B Corp

**Current reads:**
*The Storyteller* by Dave Grohl
*Paper Girls* by Brian K Vaughn



Confidentiality Notice: This email and any attachments are OverDrive Confidential for the sole use of the intended recipient. Any review, copying, or distribution of this email and attachments by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete any copies of this email.

**From:** amilum@co.llano.tx.us <amilum@co.llano.tx.us>
**Sent:** Friday, December 10, 2021 1:47 PM
**To:** Jim Monastra <​‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌>
**Subject:** Overdrive

Hi Jim,

It's me again. I have been trying to get information out about individuals being able to set up filters on their own devices. There has been an outrage over a particular book on Overdrive in my community. I will be attending a Commissioner's Court meeting next week and they will be discussing a suspension of Overdrive. I am hoping it will not come to that but I would like to have all the information if needed.

My questions are:

If it's approved to suspend our Overdrive subscription how soon can we turn off access?

Has the Llano County Library System even paid its subscription for this year?

I would appreciate any other information you feel would be important.

Thank you again for all your help,

*Amber Milum*

**Llano County Library System Director**

102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

# EXHIBIT 15

| | |
|---|---|
| **From:** | amilum@co.llano.tx.us |
| **Sent:** | Tuesday, February 1, 2022 12:51 PM |
| **To:** | Melissa Macdougall |
| **Subject:** | RE: FW: Cengage Learning - 26651567 |

Well, <mark>I was hoping we were going to be able to purchase soon. I was going to have all our lists ready for the board to review</mark> and then I received a phone call telling me we are not to add anything into the system or remove anything from the system until the advisory board by-laws are in place and the policies are updated...

Please, tell Mike, we are doing our best to get him paid. If he needs us to send the books back we will, and they will have to send them back in a month or two. I do not have a PO for this invoice yet either.

I know how frustrating this is. I am getting it from all sides.

Hang in there,

*Llano County Library System Director*
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

-----Original Message-----
From: "Melissa Macdougall" <lakeshore.library@gmail.com>
Sent: Tuesday, February 1, 2022 12:22pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Subject: FW: Cengage Learning - 26651567

Please reply to Mike or let me know what to say.

Thanks,

*Melissa Macdougall, Head Librarian*
*Lakeshore Library*
*325-379-1174*
*Currently reading: The Girl With the Louding Voice by Abi Daré*

**From:** Anderson, Mike [PS] <█████████████████████████>
**Sent:** Tuesday, February 1, 2022 12:08 PM
**To:** 'lakeshore.library@gmail.com' <lakeshore.library@gmail.com>
**Subject:** Cengage Learning - 26651567

Good Afternoon,

I was wondering, if the attached invoice 76261430 has been scheduled for payment.

Thank you,



**Mike Anderson**
Credit Analyst
**Phone:** (o)█████████option 3 ext █████
**Email:** █████████████
**Cengage Learning Lockbox** - PO Box 936743, Atlanta, GA 31193-6743
**Gale Lockbox** - PO Box 936754, Atlanta, GA 31193-6754

*As of 04/01/16, Cengage accepts credit & debit cards for proforma and point of sale orders only. To set up ACH or update your existing ACH information for after invoice payments, email ACH vendor forms to █████████████*

# EXHIBIT 16

**amilum@co.llano.tx.us**

| | |
|---|---|
| **From:** | Melissa Macdougall <mmacdougall@co.llano.tx.us> |
| **Sent:** | Monday, January 31, 2022 11:20 AM |
| **To:** | Amber Milum |
| **Subject:** | books |

Amber,

Attached are my standing order titles for January through March to send to the board. They are all Westerns and Christian Romance.

The first two books in the spreadsheet are the ones that I've had sitting here in an unopened box for a couple of months.

I prefer to purchase these with money from my County Books account.

I'm working on a list from Ingram. Will you need movie titles too?

I just saw our job posting on the County website – I didn't know it was up. I guess I can assume they are not allowing Linda the extra hour-and-a-half?

Thanks,

*Melissa Macdougall, Head Librarian*
*Lakeshore Library*
*325-379-1174*
*Currently reading: The Girl With the Louding Voice by Abi Daré*

# EXHIBIT 17

**amilum@co.llano.tx.us**

| | |
|---|---|
| **From:** | sbaker@co.llano.tx.us |
| **Sent:** | Thursday, February 10, 2022 1:48 PM |
| **To:** | amilum@co.llano.tx.us |
| **Subject:** | Order lists |

I just sent you my order lists. Please let me know what the next step is.
Thank you.

B. Suzette Baker
Llano County Library System
Kingsland Library/Head Librarian
325-388-6609

# EXHIBIT 18

**Carrie Sultemeier**

| | |
|---|---|
| **From:** | Amber Milum <amilum@co.llano.tx.us> |
| **Sent:** | Thursday, January 20, 2022 12:42 PM |
| **To:** | Ron Cunningham |
| **Subject:** | Advisory Board meeting |

Good afternoon,

Wanted to make you aware that it has come to my attention that one of the audience members (there were 3) recorded the meeting on her phone.

*Amber Milum*
**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

# EXHIBIT 19

appropriate what becomes of it?

My email is ██████████████████████████ , and my cell is ████████████ .

Thanks,

Daniel

--

Daniel Clifton
Daily Tribune-Picayune staff
████████████████████████████████

From:     Melissa Macdougall <lakeshore.library@gmail.com>
Sent:      Monday, December 20, 2021 11:38 AM
To:   'Pat Newman'
Subject:   RE: library card

Okay, will do. I look forward to chatting. I was just telling Julie we should come see you after the holidays.

From: Pat Newman <████████████████████>
Sent: Monday, December 20, 2021 10:47 AM
To: Melissa Macdougall <lakeshore.library@gmail.com>
Subject: Re: library card

Just tear up the check & I'll void it. Luckily Houston area lets me put up to 10 on hold. I'll call you sometime. Happy holidays!

Sent from my iPhone

On Dec 20, 2021, at 10:17 AM, Melissa Macdougall <lakeshore.library@gmail.com <mailto:lakeshore.library@gmail.com> > wrote:

?

It's not because of money. Dean's guess is closer. Julie or I can tell you more sometime.

The check goes to the County, not the library directly. It's up to you.

From: Pat Newman <█████████████████ <mailto:█████████████████>>
Sent: Monday, December 20, 2021 10:12 AM
To: Melissa Macdougall <lakeshore.library@gmail.com <mailto:lakeshore.library@gmail.com>>
Subject: Re: library card

Go ahead & cash check. Library needs the money. We'll see what happens. Dean says Court stopping overdrive because of books available, critical race theory , etc. I guess money.

Sent from my iPhone

On Dec 15, 2021, at 3:03 PM, Melissa Macdougall <lakeshore.library@gmail.com <mailto:lakeshore.library@gmail.com>> wrote:

?

Pat,

I received your check today, but I need to let you know that the Llano County Commissioners have withdrawn our libraries from participation in Overdrive.

I understand that Amber is looking for alternatives, but it may be awhile.

I am happy to return your check.  :(

Melissa Macdougall, Head Librarian

Lakeshore Library

325-379-1174

Currently reading: Bewilderment by Richard Powers

From:      Melissa Macdougall <lakeshore.library@gmail.com>
Sent:      Monday, December 20, 2021 11:29 AM

# EXHIBIT 20

**Carrie Sultemeier**

| | |
|---|---|
| From: | Amber Milum <amilum@co.llano.tx.us> |
| Sent: | Wednesday, December 22, 2021 9:26 AM |
| To: | Ron Cunningham |
| Subject: | RE: OverDrive and Youth Library Cards |

Judge,

I believe the only other online ebook source is Project Gutenberg which is a free service offered through our catalog. Project Gutenberg are books that their copyright has expired. It is full of classics, and books in foreign languages. The books can be scanned and downloaded from the internet.
I have never used it.

I agree Overdrive should be turned back on for our Adult users. I will work on updating our new card form adding Overdrive checklist.

*Amber Milum*

**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

-----Original Message-----
From: "Ron Cunningham" <rcunningham@co.llano.tx.us>
Sent: Tuesday, December 21, 2021 1:09pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Cc: "Dwain K. Rogers" <drogers@co.llano.tx.us>
Subject: OverDrive and Youth Library Cards

Amber,
Can you please inquire as to what other online eBook options are available for Llano County?
I understand Bibliotheca is an option, but from what I can see that service also has OverDrive inventory...

At any rate, I think we will probably need to turn OverDrive back on for adults in our ComCourt on January 10. We may need to reactivate this for children, but if we do, we need to have a new application for youth with includes:

1. A check box beside the current youth library card policy parents must initial stating they have reviewed the policy
2. A check box beside an acknowledgement that the Llano Library Card can enable the card holder access to OverDrive and the Central Texas Consortium

1

3. A check box beside the OverDrive details on how to apply filters to OverDrive
4. A check box verifying parents or guardians are responsible for applying the filters
5. A check box verifying parents can review all books checked out by their children
6. Any other things you or Dwain can think of.

**Ron Cunningham**
Llano County Judge
325.247.7730
801 Ford Street
Suite 101
Llano, Texas 78643
**Judge Ron Cunningham** rcunningham@co.llano.tx.us
**Jennifer Buchanan-Administrative Assistant** jbuchanan@co.llano.tx.us

# EXHIBIT 21

**Carrie Sultemeier**

| | |
|---|---|
| **From:** | Amber Milum <amilum@co.llano.tx.us> |
| **Sent:** | Monday, November 8, 2021 5:17 PM |
| **To:** | Ron Cunningham |
| **Cc:** | 'Jerry Don Moss' |
| **Subject:** | RE: Thanksgiving |

Yes Sir,

I can be there at 8:30. Are we meeting in your office? If so how do I get in?

*Amber Milum*

**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

-----Original Message-----
From: "Ron Cunningham" <rcunningham@co.llano.tx.us>
Sent: Monday, November 8, 2021 4:09pm
To: "Amber Milum" <amilum@co.llano.tx.us>
Cc: "'Jerry Don Moss'" <​█████████████████​>
Subject: RE: Thanksgiving

Thank you Amber,
Lets meet in the morning.
As action items to be done immediately:
1. Any books with photos of naked or sexual conduct regardless if they are animated or actual photos are to be pulled until further notice.
2. No additional books will be ordered or purchased until we have a plan to move forward.

**Ron Cunningham**
Llano County Judge
325.247.7730
801 Ford Street
Suite 101
Llano, Texas 78643
**Judge Ron Cunningham** rcunningham@co.llano.tx.us
**Jennifer Buchanan-Administrative Assistant** jbuchanan@co.llano.tx.us

**From:** amilum@co.llano.tx.us <amilum@co.llano.tx.us>
**Sent:** Monday, November 8, 2021 9:48 AM

1

# EXHIBIT 22

Case: 23-50224-RPC Document 15 Page 2388 Filed 05/09/22 File Page 4/25/2021 239

# TEXAS HOUSE *of* REPRESENTATIVES

## COMMITTEE ON GENERAL INVESTIGATING

*Chair Matt Krause • Vice Chair Victoria Neave*

October 25, 2021

**<u>Via Email</u>**
Texas Education Agency
Deputy Commissioner School Programs
Attention: Lily Laux
1701 N. Congress Avenue
Austin, Texas, 78701

**<u>Via BCC Email</u>**
Selected Superintendents

Re:     School District Content Inquiry

Dear Ms. Laux and Superintendents:

Recently, a number of Texas school districts around the state including Carroll ISD[1], Spring
Branch ISD[2], Lake Travis ISD[3], Leander ISD[4], and Katy ISD[5], have removed books from
libraries and/or classrooms after receiving objections from students, parents, and taxpayers.

I am writing to you as the Chairman of the Texas House Committee on General Investigating.
Pursuant to Government Code Section 301.020(a)(4), the committee may initiate inquiries
concerning any "matter the committee considers necessary for the information of the legislature
or for the welfare and protection of state citizens."

In accordance with the Committee's jurisdiction and my authority as Chairman, I am initiating
an inquiry into Texas school district content and request preliminary information regarding the
following:

---

[1] https://www.nbcnews.com/news/us-news/southlake-texas-anti-racist-book-school-library-rcna2734.
[2] https://abc13.com/spring-branch-isd-sbisd-removes-controversial-book-transgender-library/11096467/.
[3] https://www.kxan.com/news/education/lake-travis-isd-pulls-will-review-book-deemed-sexually-explicit/.
[4] https://www.kvue.com/article/news/education/leander-isd-book-inappropriate-in-the-dream-house-board-meeting/269-63852d91-f8f7-40f7-8de8-6438c9ca757f.
[5] https://www.reuters.com/world/us/texas-schools-remove-childrens-books-branded-critical-race-theory-2021-10-07/.

October 25, 2021

1. Please identify how many copies of each book in the attached Addendum your District possesses and at what campus locations including school library and classroom collections.
2. Please identify the amount of funds spent by your District to acquire the books identified in request No. 1 above.
3. Please identify any other books or content in your District, specifying the campus location and funds spent on acquisition, that address or contain the following topics: human sexuality, sexually transmitted diseases, or human immunodeficiency virus (HIV) or acquired immune deficiency syndrome (AIDS), sexually explicit images, graphic presentations of sexual behavior that is in violation of the law, or contain material that might make students feel discomfort, guilt, anguish, or any other form of psychological distress because of their race or sex or convey that a student, by virtue of their race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously.

Your prompt attention to this request is appreciated, and I request a written response via email by November 12, 2021. If you have any questions, please contact me or the Committee's General Counsel, Darren Keyes.

Respectfully,

*Matt Krause*

Matt Krause
Chairman
Texas House Committee on General Investigating

October 25, 2021

# ADDENDUM

## [see attached]

# EXHIBIT 23

| Title | Author | Published |
|---|---|---|
| 2020 Black Lives Matter marches | Markovics, Joyce L. | 2021 |
| A complicated love story set in space | Hutchinson, Shaun David | 2021 |
| A lesson in vengeance | Lee, Victoria | 2021 |
| As far as you'll take me | Stamper, Phil | 2021 |
| Be dazzled | La Sala, Ryan | 2021 |
| Black Lives Matter : from hashtag to the streets | Tyner, Artika R. | 2021 |
| Can't take that away | Salvatore, Steven | 2021 |
| Follow your arrow | Verdi, Jessica | 2021 |
| Have I ever told you Black lives matter | King, Shani M. | 2021 |
| Perfect on paper | Gonzales, S. | 2021 |
| Protesting police violence in modern America | Harris, Duchess | 2021 |
| Race and policing in modern America | Harris, Duchess | 2021 |
| Race and the media in modern America | Harris, Duchess | 2021 |
| Racial justice in America : topics for change | Nichols, Hedreich | 2021 |
| Spin with me | Polonsky, Ami | 2021 |
| The girls I've been | Sharpe, Tess | 2021 |
| The key to you and me | Brown, Jaye Robin | 2021 |
| What is the Black Lives Matter movement? | Nichols, Hedreich | 2021 |
| What is white privilege? | Erickson, Leigh Ann | 2021 |
| #BlackLivesMatter : protesting racism | Thomas, Rachel L. | 2020 |
| A good kind of trouble | Ramee, Lisa Moore | 2020 |
| A high five for Glenn Burke | Bildner, Phil | 2020 |
| A home for goddesses and dogs | Connor, Leslie | 2020 |
| All out : the no-longer-secret stories of queer teens throughout the ages | Saundra Mitchell | 2020 |
| Ana on the edge | Sass, A. J. | 2020 |
| Beyond the gender binary | Menon, Alok | 2020 |
| Blood sport | McAdam, Tash | 2020 |
| Brave Face: A Memoir | Hutchinson, Shaun David | 2020 |
| Caste : the origins of our discontents | Wilkerson, Isabel | 2020 |
| Cemetery boys | Thomas, Aiden | 2020 |
| Ciel | Labelle, Sophie | 2020 |
| Cinderella is dead | Bayron, Kalynn | 2020 |
| Class act | Craft, Jerry | 2020 |
| Cynical theories : how activist scholarship made everything about race, gender, and identity--and why this harms everybody | Pluckrose, Helen | 2020 |
| Darius the Great deserves better | Khorram, Adib | 2020 |
| Each of us a desert | Oshiro, Mark | 2020 |
| Fairest : a memoir | Talusan, Meredith | 2020 |
| Felix ever after | Callender, Kacen | 2020 |
| Flamer | Curato, Mike | 2020 |
| Forget this ever happened | Clarke, Cassandra Rose | 2020 |
| Freeing Finch | Rorby, Ginny | 2020 |
| Girl crushed | Heaney, Katie | 2020 |
| Hands Up | McDaniel, Breanna | 2020 |
| Hello now | Valentine, Jenny | 2020 |
| Hood feminism : notes from the women that a movement forgot | Kendall, Mikki | 2020 |
| Hot dog girl | Dugan, Jennifer | 2020 |
| How it all blew up | Ahmadi, Arvin | 2020 |
| I am water | Specksgoor, Meg | 2020 |
| I hope you're listening | Ryan, Tom | 2020 |
| Identity : a story of transitioning | Maison, Corey | 2020 |
| If we were us | Walther, K.L. | 2020 |
| In The Dream House | Machado, Carmen Maria | 2020 |
| In the role of Brie Hutchens . . . | Melleby, Nicole | 2020 |
| Infinity son | Silvera, Adam | 2020 |
| Into the real | Brewer, Z | 2020 |

| Title | Author | Published |
|---|---|---|
| Jane against the world : Roe v. Wade and the fight for reproductive rights | Blumenthal, Karen | 2020 |
| Julián at the wedding | Love, Jessica | 2020 |
| La luna dentro de mi | Salazar, Aida | 2020 |
| Late to the party | Quindlen, Kelly | 2020 |
| Lobizona | Garber, Romina | 2020 |
| Love, Creekwood a Simonverse novella | Albertalli, Becky | 2020 |
| Me and White Supremacy: Combat Racism, Change the World, and Become a Good Ancestor | Saad, Layla | 2020 |
| Middle school's a drag : you better werk! | Howard, Greg | 2020 |
| More than a game : race, gender, and politics in sports | Doeden, Matt | 2020 |
| My heart underwater | Fantauzzo, Laurel Flores | 2020 |
| My rainbow | Neal, Trinity | 2020 |
| Rainbow revolutionaries : 50 LGBTQ+ people who made history | Prager, Sarah | 2020 |
| Rainbow revolutions : power, pride, and protest in the fight for queer rights | Lawson, Jamie | 2020 |
| Real talk about sex & consent : what every teen needs to know | Bradshaw, Cheryl M. | 2020 |
| Reverie | La Sala, Ryan | 2020 |
| Rick | Gino, Alex | 2020 |
| She, he, they, them : understanding gender identity | Stanborough, Rebecca | 2020 |
| Shout | Anderson, Laurie Halse | 2020 |
| The art of saving the world | Duyvis, Corinne | 2020 |
| The Black Flamingo | Atta, Dean | 2020 |
| The blood countess | Popović, Lana | 2020 |
| The bridge | Konigsberg, Bill | 2020 |
| The deep & dark blue | Smith, Niki | 2020 |
| The fight for LGBTQ+ rights | Smith, Devlin | 2020 |
| The fire never goes out : a memoir in pictures | Stevenson, Noelle | 2020 |
| The gravity of us | Stamper, Phil | 2020 |
| The love curse of Melody McIntyre | Talley, Robin | 2020 |
| The magic fish | Trung, Le Nguyen | 2020 |
| The midnight lie | Rutkoski, Marie | 2020 |
| The migration north | De Medeiros, James | 2020 |
| The moon within | Salazar, Aida | 2020 |
| The new Jim Crow : mass incarceration in the age of colorblindness | Alexander, Michelle | 2020 |
| The ship we built | Bean, Lexie | 2020 |
| The truth about keeping secrets | Brown, Savannah | 2020 |
| The whispers | Howard, Greg | 2020 |
| They, She, He Easy as ABC | Gonzalez, Maya Christina | 2020 |
| This book is anti-racist : 20 lessons on how to wake up, take action, and do the work | Jewell, Tiffany | 2020 |
| This is your time | Bridges, Ruby | 2020 |
| Understanding gender | Dawson, Juno | 2020 |
| V For Vendetta | Moore, Alan | 2020 |
| Wayward witch | Córdova, Zoraida | 2020 |
| When they call you a terrorist : a story of Black Lives Matter and the power to change the world | Khan-Cullors, Patrisse | 2020 |
| When we were magic | Gailey, Sarah | 2020 |
| Who I was with her | Tyndall, Nita | 2020 |
| You do you : figuring out your body, dating, and sexuality | Mirk, Sarah | 2020 |
| A kids book about racism | Memory, Jelani | 2019 |
| All eyes on us | Frick, Kit | 2019 |
| All the bad apples | Fowley-Doyle, Moïra | 2019 |
| All the things we do in the dark | Mitchell, Saundra | 2019 |
| An indigenous peoples' history of the United States for young people | Mendoza, Jean | 2019 |
| Avoiding bullies? : skills to outsmart and stop them | Spilsbury, Louise | 2019 |
| Birthday | Russo, Meredith | 2019 |
| Cold falling white | Prendergast, Gabriell | 2019 |
| Deposing Nathan | Smedley, Zack | 2019 |
| Firestarter | Sim, Tara | 2019 |

| Title | Author | Published |
|---|---|---|
| Gender equality | Léonard, Marie des Neiges | 2019 |
| Gender queer | Kobabe, Maia | 2019 |
| Her royal highness | Hawkins, Rachel | 2019 |
| Hold my hand | Barakiva, Michael | 2019 |
| Ho'onani : hula warrior | Gale, Heather | 2019 |
| How (not) to ask a boy to prom | Goslee, S. J. | 2019 |
| How to be an antiracist | Kendi, Ibram X. | 2019 |
| It feels good to be yourself : a book about gender identity | Thorn, Theresa | 2019 |
| Ivy Aberdeen's letter to the world | Blake, Ashley Herring | 2019 |
| Jacob's room to choose | Hoffman, Sarah | 2019 |
| Juliet takes a breath | Rivera, Gabby | 2019 |
| Kiss number 8 | Venable, Colleen A. F. | 2019 |
| Laura Dean Keeps Breaking Up With Me | Tamaki, Mariko | 2019 |
| Let's talk about love | Kann, Claire | 2019 |
| LGBT families | Currie-McGhee, L. K. | 2019 |
| Moonstruck. Vol. 2, Some enchanted evening | Ellis, Grace | 2019 |
| New kid | Craft, Jerry | 2019 |
| Odd one out | Stone, Nic | 2019 |
| Of ice and shadows | Coulthurst, Audrey | 2019 |
| Ordinary Hazards: A Memoir | Grimes, Nikki | 2019 |
| Orpheus girl | Rebele-Henry, Brynne | 2019 |
| Pet | Emezi, Akwaeke | 2019 |
| Rainbow : a first book of pride | Genhart, Michael | 2019 |
| Red at the bone | Woodson, Jacqueline | 2019 |
| Redwood and Ponytail | Holt, K. A. | 2019 |
| Rethinking normal : a memoir in transition | Hill, Katie Rain | 2019 |
| Sam! | Gabriel, Dani | 2019 |
| Saturdays with Hitchcock | Wittlinger, Ellen | 2019 |
| Some girls bind | James, Rory | 2019 |
| Something like gravity | Smith, Amber | 2019 |
| Stage dreams | Gillman, Melanie | 2019 |
| The birds, the bees, and you and me | Hinebaugh, Olivia | 2019 |
| The Breakaways | Johnson, Cathy G. | 2019 |
| The deepest breath | Grehan, Meg | 2019 |
| The devouring gray | Herman, Christine Lynn | 2019 |
| The downstairs girl | Lee, Stacey | 2019 |
| The grief keeper | Villasante, Alexandra | 2019 |
| The Handmaid's Tale: The Graphic Novel | Atwood, Margaret | 2019 |
| The Indian Removal Act and the Trail of Tears | Hamen, Susan E. | 2019 |
| The Last Man | Vaughan, Brian K. | 2019 |
| The last to let go | Smith, Amber | 2019 |
| The love & lies of Rukhsana Ali | Khan, Sabina | 2019 |
| The meaning of birds | Brown, Jaye Robin | 2019 |
| The mighty heart of Sunny St. James | Blake, Ashley Herring | 2019 |
| The music of what happens | Konigsberg, Bill | 2019 |
| The pants project | Clarke, Cat | 2019 |
| The past and other things that should stay buried | Hutchinson, Shaun David | 2019 |
| The red scrolls of magic | Clare, Cassandra | 2019 |
| The stars and the blackness between them | Petrus, Junauda | 2019 |
| The truth is | Ramos, NoNieqa | 2019 |
| Things that make white people uncomfortable : adapted for young adults | Bennett, Michae | 2019 |
| Trans mission : my quest to a beard | Bertie, Alex | 2019 |
| Unpregnant | Hendriks, Jenni | 2019 |
| Wait, what? : a comic book guide to relationships, bodies, and growing up | Corinna, Heather | 2019 |
| We are lost and found | Dunbar, Helene | 2019 |

| Title | Author | Published |
|---|---|---|
| What Riley wore | Arnold, Elana K. | 2019 |
| When Aidan became a brother | Lukoff, Kyle | 2019 |
| White rabbit | Roehrig, Caleb | 2019 |
| Zenobia July | Bunker, Lisa | 2019 |
| Ziggy, Stardust & me | Brandon, James | 2019 |
| All we can do is wait : a novel | Lawson, Richard | 2018 |
| An African American and Latinx history of the United States | Ortiz, Paul | 2018 |
| And she was | Verdi, Jessica | 2018 |
| Being the Change: Lessons and Strategies to Teach Social Comprehension | Ahmed, Sara | 2018 |
| Boy erased : a memoir of identity, faith, and family | Conley, Garrard | 2018 |
| Chainbreaker | Sim, Tara | 2018 |
| Doing it! | Witton, Hannah | 2018 |
| Everything you love will burn : inside the rebirth of white nationalism in America | Tenold, Vegas | 2018 |
| Girl made of stars | Blake, Ashley Herring | 2018 |
| Girl mans up | Girard, M-E. | 2018 |
| Harvey Milk : the first openly gay elected official in the United States | Hollander, Barbara Gottfried | 2018 |
| Hate crimes : when intolerance turns violent | Sharif, Meghan | 2018 |
| Hurricane Child | Callender, Kheryn | 2018 |
| La carta de Ivy Aberdeen al mundo | Blake, Ashley Herrin | 2018 |
| Lawn Boy | Evison, Jonathan | 2018 |
| LGBTQ rights | Hyde, Natalie | 2018 |
| Lily and Dunkin | Gephart, Donna | 2018 |
| Little & Lion | Colbert, Brandy | 2018 |
| Meet cute | Jennifer L. Armentrout | 2018 |
| Miles away from you | Rutledge, A. B. | 2018 |
| Moonstruck. Vol. 1, Magic to brew | Ellis, Grace | 2018 |
| My life as a diamond | Manzer, Jenny | 2018 |
| Nate expectations | Federle, Tim | 2018 |
| Nevertheless, we persisted : 48 voices of defiance, strength, and courage. | Klobuchar, Amy | 2018 |
| Not my idea : a book about whiteness | Higginbotham, Anastasia | 2018 |
| Not my idea : a book about whiteness | Higginbotham, Anastasia | 2018 |
| One half from the east | Hashimi, Nadia | 2018 |
| One true way | Hitchcock, Shannon | 2018 |
| Peaceful fights for equal rights | Sanders, Rob | 2018 |
| Political resistance in the current age | Harris, Duchess | 2018 |
| Pride : the story of Harvey Milk and the Rainbow Flag | Sanders, Rob | 2018 |
| Prince & knight | Haack, Daniel | 2018 |
| Pulp | Talley, Robin | 2018 |
| Sewing the rainbow : the story of Gilbert Baker and the rainbow flag | Pitman, Gayle E. | 2018 |
| Ship it | Lundin, Britta | 2018 |
| So you want to talk about race | Oluo, Ijeoma | 2018 |
| Staying fat for Sarah Byrnes | Crutcher, Chris | 2018 |
| The art of being normal | Williamson, Lisa | 2018 |
| The Black power movement and civil unrest | Hinton, Kerry | 2018 |
| The bride was a boy | Chii (Mangaka) | 2018 |
| The Polar Bear Explorers' Club | Bell, Alex | 2018 |
| The summer of Jordi Perez (and the best burger in Los Angeles) | Spalding, Amy | 2018 |
| This is kind of an epic love story | Callender, Kacen | 2018 |
| Tomorrow will be different : love, loss, and the fight for trans equality | McBride, Sarah | 2018 |
| Underneath it all : a history of women's underwear | Keyser, Amber | 2018 |
| Valkyrie. Book one, Between the blade and the heart | Hocking, Amanda | 2018 |
| W is for welcome : a celebration of America's diversity | Herzog, Brad | 2018 |
| What if it's us | Albertalli, Becky | 2018 |
| What's racism? | Rogers, Amy B. | 2018 |
| 10 things I can see from here | Mac, Carrie | 2017 |

| Title | Author | Published |
|---|---|---|
| A line in the dark | Lo, Malinda | 2017 |
| A very, very bad thing | Self, Jeffery | 2017 |
| A woman's right to an abortion : Roe v. Wade | Herda, D. J. | 2017 |
| Alan Cole is not a coward | Bell, Eric | 2017 |
| All American Boys | Reynolds, Jason | 2017 |
| At the broken places : a mother and trans son pick up the pieces | Collins, Mary | 2017 |
| At the edge of the universe | Hutchinson, Shaun David | 2017 |
| Autoboyography | Lauren, Christina | 2017 |
| Before I had the words : on being a transgender young adult | Kergil, Skylar | 2017 |
| Being Jazz : my life as a (transgender) teen | Jennings, Jazz. | 2017 |
| Coming out as transgender | Brezina, Corona | 2017 |
| Critical perspectives on gender identity | Nicki Peter Petrikowski | 2017 |
| Drag teen : a tale of angst and wigs | Self, Jeffery | 2017 |
| Draw the line | Linn, Laurent | 2017 |
| Dreadnought | Daniels, April | 2017 |
| Echo after echo | Capetta, Amy Rose | 2017 |
| Far from the tree : how children and their parents learn to accept one another | Solomon, Andrew | 2017 |
| Finding community | Rodi, Robert | 2017 |
| Gender identity : the search for self | Light, Kate | 2017 |
| George | Gino, Alex | 2017 |
| Girl : love, sex, romance, and being you | Rayne, Karen | 2017 |
| Girlness : deal with it body and soul | Peters, Diane | 2017 |
| Guyness : deal with it body and soul | Pitt, Steve | 2017 |
| History is all you left me | Silvera, Adam | 2017 |
| Honestly Ben | Konigsberg, Bill | 2017 |
| Identifying as transgender | Woods, Sara | 2017 |
| Identity & gender | Ogden, Charlie | 2017 |
| In other lands : a novel | Brennan, Sarah Rees | 2017 |
| It's not like it's a secret | Sugiura, Misa | 2017 |
| Jane, unlimited | Cashore, Kristin | 2017 |
| Jaya and Rasa | Patel, Sonia | 2017 |
| Kaleidoscope song | Benwell, Fox | 2017 |
| Lana Wachowski | Mapua, Jeff | 2017 |
| LGBTQ rights | Susan Henneberg | 2017 |
| LGBTQ+ athletes claim the field : striving for equality | Cronn-Mills, Kirstin | 2017 |
| Like water | Podos, Rebecca | 2017 |
| Living with religion and faith | Rodi, Robert | 2017 |
| Looking for group | Harrison, Rory | 2017 |
| Mama's boyz : in living color! | Craft, Jerry | 2017 |
| Mask of shadows | Miller, Linsey | 2017 |
| Meg & Linus | Nowinski, Hanna | 2017 |
| Our own private universe | Talley, Robin | 2017 |
| Pants project | Clarke, Cat | 2017 |
| Queer, there and everywhere : 23 people who changed the world | Prager, Sarah | 2017 |
| Sovereign | Daniels, April | 2017 |
| Sparkle boy | Newman, Lesléa | 2017 |
| Spinning | Walden, Tillie | 2017 |
| Star-crossed | Dee, Barbara | 2017 |
| Symptoms of being human | Garvin, Jeff | 2017 |
| Teens and gender dysphoria | Nardo, Don | 2017 |
| The 57 Bus | Slater, Dashka | 2017 |
| The best man | Peck, Richard | 2017 |
| The edge of the abyss | Skrutskie, Emily | 2017 |
| The gallery of unfinished girls | Karcz, Lauren | 2017 |
| The Love Interest | Dietrich, Cale | 2017 |

| Title | Author | Published |
|---|---|---|
| The upside of unrequited | Albertalli, Becky | 2017 |
| The you I've never known | Hopkins, Ellen | 2017 |
| They both die at the end | Silvera, Adam | 2017 |
| Transgender rights and protections | Klein, Rebecca T. | 2017 |
| Transgender role models and pioneers | Penne, Barbra | 2017 |
| Transphobia : deal with it and be a gender transcender | Skelton, J. Wallace | 2017 |
| We are the ants | Hutchinson, Shaun David | 2017 |
| We now return to regular life : a novel | Wilson, Martin | 2017 |
| We were eight years in power : an American tragedy | Coates, Ta-Nehisi | 2017 |
| Absolute brightness | Lecesne, James | 2016 |
| Aleecia | Wells, Maggie | 2016 |
| Alex | Aguilar Zeleny, Sylvia | 2016 |
| Are you LGBTQ? | Nagle, Jeanne | 2016 |
| As I descended | Talley, Robin | 2016 |
| Ask me how I got here | Heppermann, Christine | 2016 |
| Away we go | Ostrovski, Emil | 2016 |
| Beast | Spangler, Brie | 2016 |
| Between the world and me | Coates, Ta-Nehisi | 2016 |
| Bloodline | Aros, Dana | 2016 |
| Candace | Wells, Maggie | 2016 |
| Chasing the day | Aros, Dana | 2016 |
| Con tango son tres | Richardson, Justin | 2016 |
| Cradle and all | Patterson, James | 2016 |
| Do you wonder about sex and sexuality? | Feinstein, Stephen | 2016 |
| Double exposure | Birdsall, Bridget | 2016 |
| Expecting | Freeman, Shannon | 2016 |
| Freakboy | Clark, Kristin Elizabeth | 2016 |
| Gracefully Grayson | Polonsky, Ami | 2016 |
| Highly illogical behavior | Whaley, John Corey | 2016 |
| If I was your girl | Russo, Meredith | 2016 |
| Introducing Teddy : a gentle story about gender and friendship | Walton, Jess | 2016 |
| Invisible man, got the whole world watching : a young black man's education | Smith, Mychal Denzel | 2016 |
| Isabella | Wells, Maggie | 2016 |
| Jasmine | Wells, Maggie | 2016 |
| Jess, Chunk, and the road trip to infinity | Clark, Kristin Elizabeth | 2016 |
| Just kill me | Selzer, Adam | 2016 |
| Launching our Black children for success : a guide for parents of kids from three to eighteen | Ladner, Joyce A | 2016 |
| Leroy | Aguilar Zeleny, Sylvia | 2016 |
| Look past | Devine, Eric | 2016 |
| Love beyond body, space, and time : an indigenous LGBT sci-fi anthology | Hope Nicholson | 2016 |
| Luciana | Wells, Maggie | 2016 |
| Maria | Aguilar Zeleny, Sylvia | 2016 |
| Mikala | Aguilar Zeleny, Sylvia | 2016 |
| Of fire and stars | Coulthurst, Audrey | 2016 |
| One of a kind, like me = Único como yo | Mayeno, Laurin | 2016 |
| Pride : celebrating diversity & community | Stevenson, Robin | 2016 |
| Qué nos hace humanos | Garvin, Jeff | 2016 |
| Raise the stakes | Atwood, Megan | 2016 |
| Read me like a book | Kessler, Liz | 2016 |
| Sex, puberty, and all that stuff : a guide to growing up | Bailey, Jacqui. | 2016 |
| Shawna | Wells, Maggie | 2016 |
| South of Sunshine | Elmendorf, Dana | 2016 |
| Stamped from the beginning : the definitive history of racist ideas in America | Kendi, Ibram X. | 2016 |
| Tattoo Atlas | Floreen, Tim | 2016 |
| Teens and LGBT issues | Wilcox, Christine | 2016 |

| Title | Author | Published |
|---|---|---|
| The great American whatever | Federle, Tim | 2016 |
| The Lottery | Hyman, Miles | 2016 |
| The other boy | Hennessey, M. G. | 2016 |
| Tom | Aguilar Zeleny, Sylvia | 2016 |
| Transgender rights and issues | Pelleschi, Andrea | 2016 |
| Under threat | Stevenson, Robin | 2016 |
| We march | Evans, Shane | 2016 |
| Whatever | Goslee, S. J. | 2016 |
| When the moon was ours | McLemore, Anna-Marie | 2016 |
| Without Annette | Mason, Jane B. | 2016 |
| Wonnie | Aguilar Zeleny, Sylvia | 2016 |
| Yo, Simon, homo sapiens | Albertalli, Becky | 2016 |
| You know me well : a novel | LaCour, Nina | 2016 |
| "Pink is a girl color" : ...and other silly things people say | Drageset, Stacy | 2015 |
| Abortion : interpreting the constitution | Hand, Carol | 2015 |
| Abortion | Tamara Thompson | 2015 |
| Afterworlds | Westerfeld, Scott | 2015 |
| Alex as well | Brugman, Alyssa | 2015 |
| And still I rise : black America since MLK : an illustrated chronology | Gates, Henry Louis, Jr. | 2015 |
| Anything could happen | Walton, Will | 2015 |
| Aristoteles y Dante descubren los secretos del universo | Saenz, Benjamin Alire | 2015 |
| Becoming Nicole : the transformation of an American family | Nutt, Amy Ellis | 2015 |
| Beyond clueless | Alsenas, Linas | 2015 |
| Combat zone | Jones, Patrick | 2015 |
| Considering hate : violence, goodness, and justice in American culture and politics | Whitlock, Kay | 2015 |
| Cut both ways | Mesrobian, Carrie | 2015 |
| Daughters unto devils | Lukavics, Amy | 2015 |
| Fans of the impossible life | Scelsa, Kate | 2015 |
| Fathersonfather | Jacobs, Evan | 2015 |
| Femme | Bach, Mette | 2015 |
| Gender issues | McIntosh, Kenneth | 2015 |
| Girls vs. guys : surprising differences between the sexes | Rosen, Michael J. | 2015 |
| Grasshopper jungle : a history | Smith, Andrew | 2015 |
| Guardian | London, Alex | 2015 |
| High drama | Terrell, Brandon | 2015 |
| Hold me closer : the Tiny Cooper story | Levithan, David | 2015 |
| How prevalent is racism in society? | Parks, Peggy J. | 2015 |
| How to love : a novel | Cotugno, Katie | 2015 |
| I'll give you the sun | Nelson, Jandy | 2015 |
| Lizard radio | Schmatz, Pat | 2015 |
| Me and Earl and the Dying Girl | Andrews, Jesse | 2015 |
| More happy than not | Silvera, Adam | 2015 |
| My girlfriend's pregnant! : a teen's guide to becoming a dad | Shantz-Hilkes, Chloe | 2015 |
| None of the above | Gregorio, I. W. | 2015 |
| Not otherwise specified | Moskowitz, Hannah | 2015 |
| Out of Darkness | Perez, Ashley Hope | 2015 |
| Playing a part | Wilke, Daria | 2015 |
| Promposal | Helms, Rhonda | 2015 |
| Sex is a funny word : a book about bodies, feelings, and you | Silverberg, Cory | 2015 |
| Simon vs. the Homo Sapiens agenda | Albertalli, Becky | 2015 |
| Still life Las Vegas | Sie, James | 2015 |
| Summer love : an LGBTQ collection | Annie Harper | 2015 |
| Te daría el sol | Nelson, Jandy | 2015 |
| Teen legal rights | Hudson, David L. | 2015 |
| Tell me again how a crush should feel | Farizan, Sara | 2015 |

| Title | Author | Published |
|---|---|---|
| The first principle : a novel | Shrock, Marissa | 2015 |
| The five stages of Andrew Brawley | Hutchinson, Shaun David | 2015 |
| The Gale encyclopedia of medicine | Jacqueline L. Longe | 2015 |
| The gods of Tango | De Robertis, Carolina | 2015 |
| The underground girls of Kabul : in search of a hidden resistance in Afghanistan | Nordberg, Jenny | 2015 |
| This book is gay | Dawson, Juno | 2015 |
| Top 250 LGBTQ books for teens : coming out, being out, and the search for community | Cart, Michael | 2015 |
| Transgender lives : complex stories, complex voice | Cronn-Mills, Kirstin | 2015 |
| Transgender people | Tamara Thompson | 2015 |
| Two boys kissing | Levithan, David | 2015 |
| Wandering son, vol. 8 | Shimura, Takako | 2015 |
| What philosophy can do | Gutting, Gary | 2015 |
| Will Grayson, Will Grayson | Green, John | 2015 |
| Willful machines | Floreen, Tim | 2015 |
| Wonders of the invisible world | Barzak, Christopher | 2015 |
| You and me and him | Dinnison, Kris | 2015 |
| Adam | Schrag, Ariel | 2014 |
| Beyond magenta : transgender teens speak out | Kuklin, Susan | 2014 |
| Citizen : an American lyric | Rankine, Claudia | 2014 |
| Do abstinence programs work? | Christine Watkins | 2014 |
| Does this happen to everyone? : a budding adult's guide to puberty | Helms, Antje | 2014 |
| Everything changes | Hale, Samantha | 2014 |
| Everything leads to you | LaCour, Nina | 2014 |
| Eyes on target : inside stories from the brotherhood of the U.S. Navy SEALs | McEwen, Scott | 2014 |
| Fan art | Tregay, Sarah | 2014 |
| Far from you | Sharpe, Tess | 2014 |
| Gabi, a girl in pieces | Quintero, Isabel | 2014 |
| Gender identity | Petrikowski, Nicki Peter | 2014 |
| Great | Benincasa, Sara | 2014 |
| I am Jazz! | Herthel, Jessica | 2014 |
| Jacob's new dress | Hoffman, Sarah | 2014 |
| Lies my girlfriend told me | Peters, Julie Anne | 2014 |
| Love & leftovers : a novel in verse | Tregay, Sarah | 2014 |
| Moon at nine | Ellis, Deborah | 2014 |
| Morris Micklewhite and the tangerine dress | Baldacchino, Christine | 2014 |
| My best friend, maybe | Carter, Caela | 2014 |
| Native America and the question of genocide | Alvarez, Alex | 2014 |
| No one needs to know | Grace, Amanda | 2014 |
| One man guy | Barakiva, Michael | 2014 |
| Remake | Todd, Ilima | 2014 |
| Separate is never equal | Tonatiuh, Duncan | 2014 |
| Sexual disorders | Vitale, Ann E. | 2014 |
| Sexually transmitted diseases | David Haugen et al | 2014 |
| Sexually transmitted infections | Hunter, Miranda | 2014 |
| Some assembly required : the not-so-secret life of a transgender teen | Andrews, Arin | 2014 |
| The baby tree | Blackall, Sophie | 2014 |
| The boy I love | Gramont, Nina de | 2014 |
| The edge of the water | George, Elizabeth | 2014 |
| The offenders : saving the world while serving detention! | Craft, Jerry | 2014 |
| The sowing | Dos Santos, Steven | 2014 |
| The way back | Mac, Carrie | 2014 |
| This One Summer | Tamaki, Mariko | 2014 |
| Tomboy : a graphic memoir | Prince, Liz | 2014 |
| Undone | Clarke, Cat | 2014 |
| Wandering son, vol 7 | Shimura, Takako | 2014 |

| Title | Author | Published |
|---|---|---|
| Wandering son, vol. 6 | Shimura, Takako | 2014 |
| Wonder Woman unbound : the curious history of the world's most famous heroine | Hanley, Tim | 2014 |
| 100 questions you'd never ask your parents : straight answers to teens' questions about sex, sexuality, and health | Nagara, Innosanto | 2013 |
| A is for Activist | Nagara, Innosanto | 2013 |
| Abortion | Noël Merino | 2013 |
| Archenemy | Hoblin, Paul | 2013 |
| Doing it right : making smart, safe, and satisfying choices about sex | Pardes, Bronwen | 2013 |
| Ebony & ivy : race, slavery, and the troubled history of America's universities | Wilder, Craig Steven | 2013 |
| Golden boy : a novel | Tarttelin, Abigail | 2013 |
| If you could be mine | Farizan, Sara | 2013 |
| It's our prom (so deal with it) | Peters, Julie Anne | 2013 |
| LGBTQ families : the ultimate teen guide | Apelqvist, Eva | 2013 |
| Life in outer space | Keil, Melissa | 2013 |
| Marco impossible | Moskowitz, Hannah | 2013 |
| Multicultural education : issues and perspectives | James A. Banks | 2013 |
| On the come up : a novel, based on a true story | Weyer, Hannah | 2013 |
| One of those hideous books where the mother dies | Sones, Sonya | 2013 |
| Openly straight | Konigsberg, Bill | 2013 |
| Proxy | London, Alex | 2013 |
| Qué me está pasando? : las respuestas a algunas de las preguntas más embarazosas del mundo | Mayle, Peter | 2013 |
| Respecting the contributions of LGBT Americans | Kingston, Anna | 2013 |
| Roe v. Wade : abortion and a woman's right to privacy | Higgins, Melissa | 2013 |
| See you at Harry's | Knowles, Johanna | 2013 |
| Sex | David Haugen | 2013 |
| Sexual orientation | Lauri S. Scherer | 2013 |
| Should abortion be legal? | Mooney, Carla | 2013 |
| Should teens have access to birth control? | Nardo, Don | 2013 |
| Tessa Masterson will go to prom | Franklin, Emily | 2013 |
| The culling | Dos Santos, Steven | 2013 |
| The cutting room floor | Klehr, Dawn | 2013 |
| The fight | Karre, Elizabeth | 2013 |
| The LGBT community | Seba, Jaime | 2013 |
| The sin eater's confession | Bick, Ilsa J. | 2013 |
| The sweet revenge of Celia Door | Finneyfrock, Kare | 2013 |
| The undivided past : humanity beyond our differences | Cannadine, David | 2013 |
| The waiting tree | Moynihan, Lindsay | 2013 |
| Wandering son, vol. 4 | Shimura, Takako | 2013 |
| Wandering son, vol. 5 | Shimura, Takako | 2013 |
| A guy's guide to sexuality and sexual identity in the 21st century | Craig, Joe | 2012 |
| Aristotle and Dante discover the secrets of the universe | Saenz, Benjamin Alire | 2012 |
| Ask the passengers | King, A. S. | 2012 |
| Beautiful music for ugly children | Cronn-Mills, Kirstin | 2012 |
| Birth control | Roman Espejo | 2012 |
| Burn | Gibson, Heath | 2012 |
| Drama | Telgemeier, Raina | 2012 |
| En el bosque | Stevenson, Robin H. | 2012 |
| Far from the tree : parents, children, and the search for identity | Solomon, Andrew | 2012 |
| Gone, gone, gone | Moskowitz, Hannah | 2012 |
| Happy families | Davis, Tanita S. | 2012 |
| Homo | Harris, Michael | 2012 |
| Hook up | Firmston, Kim | 2012 |
| I'm pregnant, now what? | Stanley, Cleo | 2012 |
| Kiss the morning star | Hoole, Elissa Janine | 2012 |
| Love & Haight | Carlton, Susan R. | 2012 |
| My awful popularity plan | Rudetsky, Seth | 2012 |

| Title | Author | Published |
|-------|--------|-----------|
| My heartbeat | Freymann-Weyr, Garret | 2012 |
| My mixed-up berry blue summer | Gennari, Jennifer | 2012 |
| October mourning : a song for Matthew Shepard | Newman, Lesléa | 2012 |
| Privacy | Noël Merino | 2012 |
| Reluctantly Alice | Naylor, Phyllis Reynolds | 2012 |
| Shine | Myracle, Lauren | 2012 |
| Teenage sex and pregnancy | Parks, Peggy J. | 2012 |
| Teenage sexuality | Aarti D. Stephens | 2012 |
| The difference between you and me | George, Madeleine | 2012 |
| The letter Q : queer writers' notes to their younger selves | Sarah Moon | 2012 |
| The miseducation of Cameron Post | Danforth, Emily M. | 2012 |
| The questions within | Schaeffer, Teresa | 2012 |
| The ultimate guys' body book : not-so-stupid questions about your body | Larimore, Walter L. | 2012 |
| Wandering son, vol. 3 | Shimura, Takako | 2012 |
| A new generation of homosexuality : modern trends in gay and lesbian communities | Palmer, Bill | 2011 |
| Abortion | Noah Berlatsky | 2011 |
| Being gay, staying healthy | Seba, Jaime | 2011 |
| Birth control | Noël Merino | 2011 |
| Coming out : telling family and friends | Seba, Jaime | 2011 |
| Crossing lines | Volponi, Paul | 2011 |
| Donovan's big day | Newman, Lesléa | 2011 |
| Dreadnought | Walden, Mark | 2011 |
| Dying to live | Baldwin, Kim | 2011 |
| Feeling wrong in your own body : understanding what it means to be transgender | Seba, Jaime | 2011 |
| Final takedown | Sherrard, Brent R. | 2011 |
| Gay and lesbian role models | Seba, Jaime | 2011 |
| Gay believers : homosexuality and religion | Sanna, Emily | 2011 |
| Gay issues and politics : marriage, the military, & work place discrimination | Seba, Jaime | 2011 |
| Gay people of color : facing prejudices, forging identities | Seba, Jaime | 2011 |
| Gays and mental health : fighting depression, saying no to suicide | Seba, Jaime | 2011 |
| GLBTQ : the survival guide for gay, lesbian, bisexual, transgender, and questioning teens | Huegel, Kelly | 2011 |
| H.I.V.E. : dreadnought | Walden, Mark | 2011 |
| Homophobia : from social stigma to hate crimes | Palmer, Bill | 2011 |
| Homosexuality around the world : safe havens, cultural challenges | Seba, Jaime | 2011 |
| Hooked | Greenman, Catherine | 2011 |
| In my father's house | Harris, E. Lynn | 2011 |
| In trouble | Levine, Ellen | 2011 |
| It gets better : coming out, overcoming bullying, and creating a life worth living | Dan Savage | 2011 |
| Notes from the blender | Cook, Trish | 2011 |
| Pearl | Knowles, Johanna | 2011 |
| Pink | Wilkinson, Lili | 2011 |
| Pretend you love me : a novel | Peters, Julie Anne | 2011 |
| Putting makeup on the fat boy | Wright, Bil | 2011 |
| Qué pasa en mi cuerpo? : el libro para muchachas | Madaras, Lynda | 2011 |
| Religion in America | David Haugen | 2011 |
| She loves you, she loves you not-- : a novel | Peters, Julie Anne | 2011 |
| Sister mischief | Goode, L. | 2011 |
| Smashing the stereotypes: what does it mean to be gay, lesbian, bisexual, or transgender? | Seba, Jaime | 2011 |
| Stick | Smith, Andrew | 2011 |
| Teen sex | Olivia Ferguson | 2011 |
| The Latino/a condition : a critical reader | Richard Delgado | 2011 |
| The test | Kern, Peggy | 2011 |
| Wandering son, vol. 1 | Shimura, Takako | 2011 |
| Wandering son, vol. 2 | Shimura, Takako | 2011 |
| We are all born free | Amnesty International | 2011 |

| Title | Author | Published |
|---|---|---|
| What causes sexual orientation? : genetics, biology, psychology | Palmer, Bill | 2011 |
| With or without you | Farrey, Brian | 2011 |
| A love story starring my dead best friend | Horner, Emily | 2010 |
| Abortion | David Haugen | 2010 |
| After | Efaw, Amy | 2010 |
| Ash | Lo, Malinda | 2010 |
| Dear diary, I'm pregnant : ten real life stories | Englander, Anrenée | 2010 |
| Do abstinence programs work? | Christina Fisanick | 2010 |
| Friendship, dating, and relationships | Payment, Simone | 2010 |
| From the notebooks of Melanin Sun | Woodson, Jacqueline | 2010 |
| Girls on the edge : the four factors driving the new crisis for girls : sexual identity, the cyberbubble, obsessions, environmental toxins | Sax, Leonard | 2010 |
| GLBT teens and society | Nagle, Jeanne | 2010 |
| I'll get there, it better be worth the trip | Donovan, John | 2010 |
| Jumpstart the world | Hyde, Catherine Ryan | 2010 |
| Kiss | Wilson, Jacqueline | 2010 |
| Life at school and in the community | Worth, Richard | 2010 |
| Love drugged | Klise, James | 2010 |
| Masked | McClintock, Norah | 2010 |
| Quinceañera | Ilan Stavans | 2010 |
| Scars | Rainfield, C. A. | 2010 |
| Sex : a book for teens : an uncensored guide to your body, sex, and safety | Hasler, Nikol | 2010 |
| The accidental adventures of India McAllister | Agell, Charlotte | 2010 |
| The dear one | Woodson, Jacqueline | 2010 |
| The grace of silence | Norris, Michele | 2010 |
| The history of White people | Painter, Nell Irvin | 2010 |
| The less-dead | Lurie, April | 2010 |
| They called themselves the K.K.K. : the birth of an American terrorist group | Bartoletti, Susan Campbell | 2010 |
| Will | Boyd, Maria | 2010 |
| Almost perfect | Katcher, Brian | 2009 |
| Black Rabbit summer | Brooks, Kevin | 2009 |
| Freaks and revelations : a novel | Hurwin, Davida | 2009 |
| Gender danger : survivors of rape, human trafficking, and honor killings | Simons, Rae | 2009 |
| Glitter | Daniels, Babygirl | 2009 |
| Grown in 60 seconds | Lee, Darrien | 2009 |
| Hate crimes | Hudson, David L. | 2009 |
| How beautiful the ordinary : twelve stories of identity | Michael Cart | 2009 |
| In our mothers' house | Polacco, Patricia | 2009 |
| La tormenta | Bell, William | 2009 |
| Love is the higher law | Levithan, David | 2009 |
| Magic and misery | Marino, Peter | 2009 |
| My invented life | Bjorkman, Lauren | 2009 |
| My most excellent year : a novel of love, Mary Poppins, & Fenway Park | Kluger, Steve | 2009 |
| Rage : a love story | Peters, Julie Anne | 2009 |
| Say the word | Garsee, Jeannine | 2009 |
| Sex : if you're scared of the truth don't read this! : straight talk from a former U.S. Marine | Sommer, Carl | 2009 |
| Sprout, or, My salad days, when I was green in judgment | Peck, Dale | 2009 |
| The abortion debate : understanding the issues | Haney, Johannah | 2009 |
| The God box | Sanchez, Alex | 2009 |
| The truth about sexual behavior and unplanned pregnancy | Robert N. Golden | 2009 |
| The vast fields of ordinary | Burd, Nick | 2009 |
| Abortion : a documentary and reference guide | Rose, Melody | 2008 |
| Big guy | Stevenson, Robin | 2008 |
| Boy minus girl | Uhlig, Richard Allen | 2008 |
| Conception | Buckhanon, Kalisha | 2008 |
| Dishes | Wallace, Rich | 2008 |

| Title | Author | Published |
|---|---|---|
| Falling hard : 100 love poems by teenagers | Betsy Franco | 2008 |
| Fancy white trash | Geerling, Marjetta | 2008 |
| Gravity | Lieberman, Leanne | 2008 |
| Hit the road, Manny | Burch, Christian | 2008 |
| Life, death and sacrifice : women and family in the Holocaust | Esther Hertzog | 2008 |
| Love & lies : Marisol's story | Wittlinger, Ellen | 2008 |
| Lucas y yo | O'Hearn, Audrey | 2008 |
| Making smart choices about sexual activity | Perkins, Stephanie C. | 2008 |
| Mousetraps | Schmatz, Pat | 2008 |
| No girls allowed: tales of daring women dressed as men for love, freedom and adventure | Hughes, Susan | 2008 |
| Nothing pink | Hardy, Mark | 2008 |
| Out of the pocket | Konigsberg, Bill | 2008 |
| Roe v. Wade | Hillstrom, Laurie Collier | 2008 |
| Sexual health information for teens : health tips about sexual development, reproduction, contraception, and sexually transmitted infections ... | Sandra Augustyn Lawton | 2008 |
| Suicide notes : a novel | Ford, Michael Thomas | 2008 |
| The abortion debate | Farrell, Courtney | 2008 |
| The dirt on sex | Lookadoo, Justin | 2008 |
| The last exit to normal | Harmon, Michael B. | 2008 |
| The traitor game | Collins, B. R. | 2008 |
| Two parties, one tux, and a very short film about The grapes of wrath | Goldman, Steven | 2008 |
| We the students : Supreme Court cases for and about students | Raskin, Jamin B. | 2008 |
| What they always tell us | Wilson, Martin | 2008 |
| Women's rights | Justin Karr | 2008 |
| Youth with gender issues : seeking an identity | McIntosh, Kenneth | 2008 |
| 7 days at the hot corner | Trueman, Terry | 2007 |
| Abortion | Juettner, Bonnie | 2007 |
| Abortion | Marcovitz, Hal | 2007 |
| Abortion | Norah Piehl | 2007 |
| Annie on my mind | Garden, Nancy | 2007 |
| Another kind of cowboy | Juby, Susan | 2007 |
| Freak show | St. James, James | 2007 |
| Gender identity : the ultimate teen guide | Winfield, Cynthia L. | 2007 |
| Getting it | Sanchez, Alex | 2007 |
| Great events from history. Gay, lesbian, bisexual, and transgender events,1848-2006. Vol 1 | Lillian Faderman | 2007 |
| Grl2grl : short fictions | Peters, Julie Anne | 2007 |
| Hang-ups, hook-ups, and holding out : stuff you need to know about your body, sex, and dating | Holmes, Melisa | 2007 |
| Hear us out! : lesbian and gay stories of struggle, progress and hope, 1950 to the present | Garden, Nancy | 2007 |
| Kissing Kate | Myracle, Lauren | 2007 |
| My life as a rhombus | Johnson, Varian | 2007 |
| Naomi and Ely's no kiss list : a novel | Cohn, Rachel | 2007 |
| Parrotfish | Wittlinger, Ellen | 2007 |
| S.E.X. : the all-you-need-to-know progressive sexuality guide to get you through high school and college | Corinna, Heather | 2007 |
| Sex for guys | Forssberg, Manne | 2007 |
| Sexual decisions : the ultimate teen guide | Gowen, L. Kris | 2007 |
| Teen pregnancy | Emma Carlson Berne | 2007 |
| Teenage pregnancy and parenting | Lisa Frick | 2007 |
| The abortion controversy | Lucinda Almond | 2007 |
| The what's happening to my body? book for boys | Madaras, Lynda | 2007 |
| The what's happening to my body? book for girls : a growing-up guide for parents and daughters | Madaras, Lynda | 2007 |
| Tips on having a gay (ex) boyfriend | Jones, Carrie | 2007 |
| Your sexuality | Hirschmann, Kris | 2007 |
| 101 questions about reproduction : or how 1 + 1 = 3 or 4 or more-- | Brynie, Faith Hickman | 2006 |
| A tale of two summers | Sloan, Brian | 2006 |
| Abortion : opposing viewpoints | James D. Torr | 2006 |
| Absolute convictions : my father, a city, and the conflict that divided America | Press, Eyal | 2006 |

| Title | Author | Published |
|---|---|---|
| Angel's choice | Baratz-Logsted, Lauren | 2006 |
| Between Mom and Jo | Peters, Julie Anne | 2006 |
| Bioethics : who lives, who dies, and who decides? | Altman, Linda Jacobs | 2006 |
| Crush | Mac, Carrie | 2006 |
| Dating, relationships, and sexuality : what teens should know | Beckman, Wendy Hart | 2006 |
| Equal rights | O'Connor, Maureen | 2006 |
| It's not the stork! : a book about girls, boys, babies, bodies, families, and friends | Harris, Robie H. | 2006 |
| Playing the field : a novel | Bildner, Phil | 2006 |
| Ready or not? : a girl's guide to making her own decisions about dating, love, and sex | Radziszewicz, Tina | 2006 |
| Reproductive rights | William Dudley | 2006 |
| Safe sex 101 : an overview for teens | Hyde, Margaret O. | 2006 |
| So hard to say | Sanchez, Alex | 2006 |
| Teenage sexuality | Ken R. Wells | 2006 |
| The abortion rights movement | Meghan Powers | 2006 |
| The full spectrum : a new generation of writing about gay, lesbian, bisexual, transgender, questioning, and other identities | Levithan, David | 2006 |
| Tres con tango | Richardson, Justin | 2006 |
| When religion & politics mix : how matters of faith influence political policies | McIntosh, Kenneth | 2006 |
| Wide awake | Levithan, David | 2006 |
| Absolutely, positively not gay | LaRochelle, David | 2005 |
| And Tango makes three | Richardson, Justin | 2005 |
| Antonio's card = La tarjeta de Antonio | Gonzalez, Rigoberto | 2005 |
| Boy girl boy | Koertge, Ronald | 2005 |
| Far from Xanadu | Peters, Julie Anne | 2005 |
| Girl, nearly 16, absolute torture | Limb, Sue | 2005 |
| Image and identity : becoming the person you are | Gowen, L. Kris | 2005 |
| M or F? : a novel | Papademetriou, Lisa | 2005 |
| Rainbow High | Sanchez, Alex | 2005 |
| Rainbow road | Sanchez, Alex | 2005 |
| Roe v. Wade : a women's choice? | Gold, Susan Dudley | 2005 |
| Sky bridge | Pritchett, Laura | 2005 |
| Stained | Jacobson, Jennifer | 2005 |
| Taking responsibility : a teen's guide to contraception and pregnancy | Lange, Donna | 2005 |
| Teen sex | Christine Watkins | 2005 |
| The center of the world | Steinhöfel, Andreas | 2005 |
| The courage to be yourself : true stories by teens about cliques, conflicts, and overcoming peer pressure | Al Desetta | 2005 |
| The hookup artist | Shaw, Tucker | 2005 |
| The Order of the Poison Oak | Hartinger, Brent | 2005 |
| The truth about sexual behavior and unplanned pregnancy | Mark J. Kittleson | 2005 |
| Totally Joe | Howe, James | 2005 |
| Abortion : understanding the debate | Gay, Kathlyn | 2004 |
| Bend, don't shatter : poets on the beginning of desire | T. Cole Rachel | 2004 |
| Beyond choice : reproductive freedom in the 21st century | Sanger, Alexander | 2004 |
| Geography Club | Hartinger, Brent | 2004 |
| Homosexuality : opposing viewpoints | Auriana Ojeda | 2004 |
| It's perfectly normal : a book about changing bodies, growing up, sex, and sexual health | Harris, Robie H. | 2004 |
| Lucky | De Oliveira, Eddie | 2004 |
| Orphea Proud | Wyeth, Sharon Dennis | 2004 |
| Paper trail : common sense in uncommon times | Goodman, Ellen | 2004 |
| Sonny's house of spies | Lyon, George Ella | 2004 |
| Teens & sex | Marcovitz, Hal | 2004 |
| The Bermudez Triangle : a novel | Johnson, Maureen | 2004 |
| The dateable rules : a guide to the sexes | Lookadoo, Justin | 2004 |
| What happened to Lani Garver | Plum-Ucci, Carol | 2004 |
| 101 questions about sex and sexuality-- : with answers for the curious, cautious, and confused | Brynie, Faith Hickman | 2003 |
| Abortion | Mary E. Williams | 2003 |

| Title | Author | Published |
|---|---|---|
| Dateable : are you? are they? | Lookadoo, Justin | 2003 |
| Gingerbread | Cohn, Rachel | 2003 |
| If wishes were horses | McInerney-Whiteford, Merry | 2003 |
| Keeping you a secret : a novel | Peters, Julie Anne | 2003 |
| La guia esencial sobre sexualidad adolescente : un manual indispensable para los adolescentes y padres | Basso, Michael J. | 2003 |
| Middlesex | Eugenides, Jeffrey | 2003 |
| Rainbow boys | Sanchez, Alex | 2003 |
| Sexual health information for teens : health tips about sexual development, human reproduction, and sexually transmitted diseases : including facts ab | Deborah A. Stanley | 2003 |
| Target | Johnson, Kathleen Jeffrie | 2003 |
| Teen pregnancy | Nolan, Mary | 2003 |
| The earthborn | Collins, Paul | 2003 |
| The girl with a baby | Olsen, Sylvia | 2003 |
| The house you pass on the way | Woodson, Jacqueline | 2003 |
| The underground guide to teenage sexuality : an essential handbook for today's teens and parents | Basso, Michael J. | 2003 |
| Any way the wind blows : a novel | Harris, E. Lynn | 2002 |
| Boy v. girl? : how gender shapes who we are, what we want, and how we get along | Abrahams, George | 2002 |
| Dancing naked : a novel | Hrdlitschka, Shelley | 2002 |
| Death wind | Bell, William | 2002 |
| Inventions and inventors | Roger Smith | 2002 |
| Talk about sex : the battles over sex education in the United States | Irvine, Janice M. | 2002 |
| Teen pregnancy | Cassedy, Patrice | 2002 |
| Teen sex | Tamara L. Roleff | 2002 |
| Teens and sex | Myra H. Immell | 2002 |
| The guy book : an owner's manual for teens : safety, maintenance, and operating instructions for teens | Jukes, Mavis | 2002 |
| The shell house | Newbery, Linda | 2002 |
| Abortion | Lassieur, Allison | 2001 |
| Alison, who went away | Vande Velde, Vivian | 2001 |
| Birth control and protection : options for teens | Peacock, Judith | 2001 |
| Conversaciones : relatos de padres y madres de hijas lesbianas e hijos gay | Mariana Romo-Carmona | 2001 |
| Empress of the world | Ryan, Sara | 2001 |
| Highwire moon : a novel | Straight, Susan | 2001 |
| Love rules | Reynolds, Marilyn | 2001 |
| Pregnancy | William Dudley | 2001 |
| Pugdog | U'ren, Andrea | 2001 |
| Teen pregnancy | Myra H. Immell | 2001 |
| The Abortion controversy | Lynette Knapp | 2001 |
| The Ethics of abortion | Jennifer A. Hurley | 2001 |
| The reproductive system | O'Donnell, Kerri | 2001 |
| The shared heart : portraits and stories celebrating lesbian, gay, and bisexual young people | Mastoon, Adam | 2001 |
| Borrowed light | Feinberg, Anna | 2000 |
| Eight seconds | Ferris, Jean | 2000 |
| Everything you need to know about sexual identity | Donaldson-Forbes, Jeff | 2000 |
| Healthy sexuality : what is it? | Endersbe, Julie | 2000 |
| Holly's secret | Garden, Nancy | 2000 |
| Katie.Com | Tarbox, Katherine | 2000 |
| Problems of death : opposing viewpoints | James D. Torr | 2000 |
| Protect and defend : a novel | Patterson, Richard North | 2000 |
| Teen pregnancy : tough choices | Endersbe, Julie | 2000 |
| Teen sex : risks and consequences | Endersbe, Julie | 2000 |
| Teen suicide | Tamara L. Roleff | 2000 |
| The abortion conflict : a pro/con issue | Durrett, Deanne | 2000 |
| When can I start dating? : questions about love, sex, and a cure for zits | Watkins, James | 2000 |
| Best best colors | Hoffman, Eric | 1999 |
| Deal with it! : a whole new approach to your body, brain, and life as a gurl | Drill, Esther | 1999 |
| Everything you need to know about going to the gynecologist | Diamond, Shifra | 1999 |

| Title | Author | Published |
|---|---|---|
| From boys to men : all about adolescence and you | Gurian, Michael | 1999 |
| It's so amazing! : a book about eggs, sperm, birth, babies, and families | Harris, Robie H. | 1999 |
| Kids still having kids : talking about teen pregnancy | Bode, Janet | 1999 |
| The blue lawn | Taylor, William | 1999 |
| The teenage body book | McCoy, Kathy | 1999 |
| The teenage guy's survival guide | Daldry, Jeremy | 1999 |
| The year they burned the books | Garden, Nancy | 1999 |
| Thumbelina : a novel | Koenig, Andrea | 1999 |
| "Hello," I lied : a novel | Kerr, M. E. | 1998 |
| Articles of faith : a frontline history of the abortion wars | Gorney, Cynthia | 1998 |
| Changing bodies, changing lives : a book for teens on sex and relationships | Bell, Ruth | 1998 |
| Cool and celibate? : sex or no sex | Bull, David | 1998 |
| Gay and lesbian rights : a struggle | Oliver, Marilyn Tower | 1998 |
| Love, sex, and God | Ameiss, Bill | 1998 |
| Roe v. Wade : abortion and the Supreme Court | Romaine, Deborah S | 1998 |
| The last time I wore a dress | Scholinski, Daphne | 1998 |
| "I'm pregnant, now what do I do?" | Buckingham, Robert W. | 1997 |
| A baby doesn't make the man : alternative sources of power and manhood for young men | Jamiolkowski, Raymond M. | 1997 |
| Abortion : opposing viewpoints | Tamara L. Roleff | 1997 |
| Dear diary, I'm pregnant : teenagers talk about their pregnancy | Englander, Anrenée | 1997 |
| Everything you need to know about teen pregnancy | Hughes, Tracy | 1997 |
| The legal atlas of the United States | Fast, Julius | 1997 |
| The new Civil War : the lesbian and gay struggle for civil rights | Silver, Diane | 1997 |
| What's the big secret? : a guide to sex for girls and boys | Brown, Laurene Krasny | 1997 |
| Whistle me home | Wersba, Barbara | 1997 |
| Bad boy | Wieler, Diana J. | 1996 |
| Free your mind : the book for gay, lesbian, and bisexual youth--and their allies | Bass, Ellen | 1996 |
| It's a girl thing : how to stay healthy, safe, and in charge | Jukes, Mavis | 1996 |
| The abortion battle : looking at both sides | Lowenstein, Felicia | 1996 |
| The case of Roe v. Wade | Stevens, Leonard A. | 1996 |
| The Seventeen guide to sex and your body | Weill, Sabrina Solin | 1996 |
| Baby be-bop | Block, Francesca Lia | 1995 |
| Beyond dreams : true-to-life series from Hamilton High | Reynolds, Marilyn | 1995 |
| Human sexuality : opposing viewpoints | Brenda Stalcup | 1995 |
| Looking for Jamie Bridger | Springer, Nancy | 1995 |
| My two uncles | Vigna, Judith | 1995 |
| The abortion controversy | Charles Cozic | 1995 |
| The eagle kite : a novel | Fox, Paula | 1995 |
| The journey out : a guide for and about lesbian, gay and bisexual teens | Pollack, Rachel | 1995 |
| Am I blue? : coming out from the silence | Marion Dane Bauer | 1994 |
| Deliver us from Evie | Kerr, M. E. | 1994 |
| Hearing us out : voices from the gay and lesbian community | Sutton, Roger | 1994 |
| Invisible life : a novel | Harris, E. Lynn | 1994 |
| Pregnancy : private decisions, public debates | Gay, Kathlyn | 1994 |
| Pregnancy | Cush, Cathie | 1994 |
| Roe v. Wade : abortion | Gold, Susan Dudley | 1994 |
| Roe v. Wade : the abortion question | Herda, D. J. | 1994 |
| The reproductive system | Silverstein, Alvin | 1994 |
| You are the Supreme Court justice | Aaseng, Nathan | 1994 |
| Black swan. | Dhondy, Farrukh | 1993 |
| Detour for Emmy | Reynolds, Marilyn | 1993 |
| Drugs and sex | Boyd, George A. | 1993 |
| Homosexuality : opposing viewpoints | William Dudley | 1993 |
| The cider house rules | Irving, John | 1993 |
| The confessions of Nat Turner | Styron, William | 1993 |

| Title | Author | Published |
|---|---|---|
| Thinking out loud : on the personal, the political, the public, and the private | Quindlen, Anna | 1993 |
| Twelve days in August. | Ketchum, Liza | 1993 |
| A question of choice | Weddington, Sarah Ragle | 1992 |
| The drowning of Stephan Jones. | Greene, Bette | 1992 |
| The facts of life : science and the abortion controversy | Morowitz, Harold J. | 1992 |
| When heroes die. | Durant, Penny Raife | 1992 |
| Asking about sex and growing up : a question-and-answer book for boys and girls | Cole, Joanna | 1991 |
| Boys and sex | Pomeroy, Wardell Baxter | 1991 |
| Everything you need to know about growing up female | Kahaner, Ellen | 1991 |
| Everything you need to know about growing up male | Glassman, Bruce | 1991 |
| Medical ethics : moral and legal conflicts in health care | Jussim, Daniel | 1991 |
| Whose life? : a balanced, comprehensive view of abortion from its historical context to the current debate | Whitney, Catherine | 1991 |
| Abortion decisions of the Supreme Court, 1973 through 1989 : a comprehensive review with historical commentary | Drucker, Dan | 1990 |
| Everything you need to know about teen motherhood | Hammerslough, Jane | 1990 |
| Jack | Homes, A. M. | 1990 |
| Roe vs. Wade | Video | 1990 |
| Those other people | Childress, Alice | 1989 |
| Coping with birth control | Benson, Michael D. | 1988 |
| Roe v. Wade : the untold story of the landmark Supreme Court decision that made abortion legal | Faux, Marian | 1988 |
| Tommy stands alone : the Roosevelt High School series | Velásquez, Gloria | 1985 |
| Abortion and the politics of motherhood | Luker, Kristin | 1984 |
| Matters of life and death | Dolan, Edward F. | 1982 |
| Why am I so miserable if these are the best years of my life? : A survival guide for the young woman | Eagan, Andrea Boroff | 1976 |
| A case of need | Crichton, Michael | 1969 |

# EXHIBIT 24

(https://www.facebook.com/DailyTrib) (https://twitter.com/daily_trib) (https://instagram.com/thepicayune/)

| (https://www.youtube.com/user/dailytrib) My Account (https://www.dailytrib.com/subscription-account/)

# DAILYTRIB.COM

(https://www.dailytrib.com/)



(https://business.marblefalls.org/community-events-calendar/details/marble-falls-mayfest-may-4-7-may-4-2022-5-00-pm-may-7-2022-12-00-am-542850)

Marble Falls, Burnet, Kingsland, Llano, Spicewood, Horseshoe Bay, and ALL of the Highland Lakes

**News** ⌄

**Business** **Crime & Courtroom** **Government** ⌐ **Health**

Elections Burnet County KMUD KWSCL CRA Llano County PEC Texas Parks and Wildlife

**Lake News** ⌐

Inks Lake Lake Buchanan Lake LBJ Lake Marble Falls Lake Travis

**News By Towns** ⌐

Bertram Blanco Buchanan Dam Burnet News Cottonwood Shores Double Horn Granite Shoals Highland Haven Horseshoe Bay Johnson City Kingsland Lampasas Llano Marble Falls Meadowlakes Smithwick Spicewood Sunrise Beach Tow

**Weather and Environment** ⌐

**Flood 2018** ⌐

Flood Photo Journal Flood 2018 Coverage

**COVID-19** **Schools**

**Sports** ⌄

Baseball Basketball Cross country Football Golf Outdoors Powerlifting Soccer Softball Swimming Tennis Track & Field Volleyball

**Community** ⌄ **Obituaries**

Announcements Church Listings Group Meetings Resources **Classifieds** ⌄

Garage Sales Browse Categories Place A Classified Ad Search Ads

**Opinion** **Locals Love Us** **101 Fun Things To Do**

**The Picayune** ⌄

Book Reviews Brush with Fame Features Highland Lakes Helpers My Highland Lakes Out and About Picayune People Remember When

**Contact Us**

## SUPPORT COMMUNITY PRESS

You can show your support of a vibrant and healthy free press by becoming a voluntary subscriber.

**Subscribe Now (dailytrib.com/subscribe)**

HOME (HTTPS://WWW.DAILYTRIB.COM/) » GOVERNMENT (HTTPS://WWW.DAILYTRIB.COM/CATEGORY/GOVERNMENT/) » LLANO COUNTY
(HTTPS://WWW.DAILYTRIB.COM/CATEGORY/GOVERNMENT/LLANO-COUNTY/) » LLANO COUNTY LIBRARY ADVISORY BOARD CLOSES MEETINGS TO THE PUBLIC

# Llano County Library Advisory Board closes meetings to the public

🕐 2 months ago  | Brigid Cooley (https://www.dailytrib.com/author/brigidcooley/)

## Current Edition



(https://www.dailytrib.com/FlipB...



*A sign directing people to the Llano County Library, 102 E. Haynie St. in Llano, just past the Roy B. Inks Bridge on Texas 71. During a March 3 meeting, members of the Llano County Library Advisory Board voted to close its meetings to the public after listening to a discussion on the Texas Open Meetings Act given by a member of the county's legal department. Staff photo by Brigid Cooley*



(https://www.opendoorrecovery....

The Llano County Library Advisory Board voted to hold future meetings in private during its Thursday, March 3, meeting. The decision followed a presentation from Matthew Rienstra, assistant attorney to the county, on the Texas Open Meetings Act and Public Information Act.

First adopted by the state in 1967, the Texas Open Meetings Act (https://www.texasattorneygeneral.gov/sites/default/files/files/divisions/open-government/openmeetings_hb.pdf) establishes rules of conduct for governmental bodies to ensure a certain level of transparency while also allowing members of the public an opportunity to hold elected officials and appointees accountable. The act requires these entities host meetings publicly as well as post meeting agendas in a place accessible to the public beforehand.



(https://www.dailytrib.com/signu...

Receive Breaking news and the best of DailyTrib.com Direct to your inbox

**Choose List(s)**

Types of groups, boards, and committees falling under the term "governmental body" are outlined in Section 552.003 of the act (https://statutes.capitol.texas.gov/docs/GV/htm/GV.552.htm) and include county commissioners courts, school boards, and city councils.

Because the Library Advisory Board does not meet criteria listed in the act and all recommendations made must be approved by the Llano County Commissioners Court in order to be enacted, public meetings are not required, Rienstra explained.

"(The act) does not apply to you," he told the board. "You're not passing rules or exercising any authority."

The public was allowed to attend previous meetings, except for those held by the board's five subcommittees. Residents attended each of the five publicly held meetings, addressing the board during a section set aside for public comments until the board stopped allowing comments at its Feb. 17 meeting (https://www.dailytrib.com/2022/02/21/llano-county-library-board-considers-switching-online-reading-service/).

The March 3 meeting is not the only time the board has discussed whether it should hold its meetings publicly. After the topic was brought up during a Jan. 24 meeting, board Vice-Chair Bonnie Wallace informed the group that, while the board was not subject to the Open Meetings Act, commissioners had encouraged meetings be held publicly "so that we can have transparency."

However, Rienstra made it clear that board members could decide how they wanted to conduct meetings amongst themselves.

"If you're not a governmental body, you do not have to post meetings (and) you do not have to have open meetings," he explained. "If several of you want to walk around your neighborhood and say, 'Hey, I'm on a special advisory board, what do you think?' You can do that. If you want to have some kind of meeting where the public comes in and fires off their questions, you can do it. How you do it? That's your business."

Near the end of the meeting, board member Rhonda Schneider made a motion to make future meetings private. The board approved it unanimously.

In addition to discussing open meetings, Rienstra gave board members a briefing on the Public Information Act. According to the Texas Attorney General's website (https://www.texasattorneygeneral.gov/open-government/office-attorney-general-and-public-information-act), the act provides legal guidelines "for the disclosure and protection of public information."

Through the act, members of the public can request access to information such as legal documents and emails shared between government employees. However, it does not apply to communication between private citizens such as advisory board members.

☐ 101HighlandLakes.com

☐ DailyTrib.com

**First Name:**

**Last Name:**

**Email address:**

SIGN UP

**Browse The Archives**

Select Month ⌄

**Tags**

BURNET
(HTTPS://WWW.DAILYTRIB.COM/TA...

BURNET BASKETBALL
(HTTPS://WWW.DAILYTRIB.COM/TA...
BASKETBALL/)

BURNET CONSOLIDATED INDEPEND...
SCHOOL DISTRICT
(HTTPS://WWW.DAILYTRIB.COM/TA...
CONSOLIDATED-INDEPENDENT-SCH...
DISTRICT/)

BURNET COUNTY
(HTTPS://WWW.DAILYTRIB.COM/TA...
COUNTY-2/)

"You are not subject to it for the same reason (as the Open Meetings Act)," Rienstra said during the meeting. "You are not a governmental body."

An exception, however, applies when communication includes a county employee, he continued.

"We're not trying to scare you off," Rienstra said. "We're trying to let you know that you do not have any obligation to send any of your information to us, but once you do, it becomes open records."

During the meeting, it was asked whether notes taken by Amber Milum, the director of the county's library system, would be considered public record.

Milum is the only library staff member to attend every one of the board's meetings in order to provide insight on library policies and day-to-day work.

"If (Milum) is taking notes of these meetings, that could become a public information document, yes," Rienstra confirmed.

"Take her pen," Wallace quipped.

The Llano County Library Advisory Board will hold its next meeting at 3 p.m. Thursday, March 24, at the Justice of the Peace Annex Meeting Hall, 8347 RR 1431 in Buchanan Dam. No one from the public will be allowed to attend.

*brigid@thepicayune.com* (mailto:brigid@thepicayune.com)

AUTHOR: | ### Brigid Cooley (https://www.dailytrib.com/author/brigidcooley/)

See author's posts (https://www.dailytrib.com/author/brigidcooley/)

Tags: Llano County Library Advisory Board (https://www.dailytrib.com/tag/llano-county-library-advisory-board/), llano county library system (https://www.dailytrib.com/tag/llano-county-library-system/)

**Previous**
**Marble Falls resident laments war in home country of Ukraine (https://www.dailytrib.com/2022/03/04/marble-falls-resident-laments-war-in-home-country-of-ukraine/)**

**Next**
**Marble Falls students win stock show prize with kühl project (https://www.dailytrib.com/2022/03/07/marble-**

BURNET COUNTY COMMISSIONERS (HTTPS://WWW.DAILYTRIB.COM/TAG/BURNET-COUNTY-COMMISSIONERS-COURT/)

BURNET FOOTBALL (HTTPS://WWW.DAILYTRIB.COM/TAG/BURNET-FOOTBALL/)

BURNET NEWS (HTTPS://WWW.DAILYTRIB.COM/TAG/BURNET-NEWS/)

BURNET SCHOOLS (HTTPS://WWW.DAILYTRIB.COM/TAG/BURNET-SCHOOLS/)

BUSINESS (HTTPS://WWW.DAILYTRIB.COM/TAG/

COMMUNITY (HTTPS://WWW.DAILYTRIB.COM/TAG/

CORONAVIRUS (HTTPS://WWW.DAILYTRIB.COM/TAG/

COTTONWOOD SHORES (HTTPS://WWW.DAILYTRIB.COM/TAG/COTTONWOOD-SHORES-2/)

COVID-19 (HTTPS://WWW.DAILYTRIB.COM/TAG/COVID-19/)

CRIME (HTTPS://WWW.DAILYTRIB.COM/TAG/

ELECTIONS (HTTPS://WWW.DAILYTRIB.COM/TAG/

FAITH ACADEMY BASKETBALL (HTTPS://WWW.DAILYTRIB.COM/TAG/FAITH-ACADEMY-BASKETBALL/)

falls-students-win-stock-show-prize-with-
kuhl-project/)

## You Might Like

(https://www.dailytrib.com/2022/05/05/may-is-motorcycle-safety-awareness-
month-so-watch-out/)

**May is Motorcycle Safety Awareness Month, so watch out
(https://www.dailytrib.com/2022/05/05/may-is-motorcycle-safety-
awareness-month-so-watch-out/)**

🕐 3 HOURS AGO | DANIEL CLIFTON (HTTPS://WWW.DAILYTRIB.COM/AUTHOR/DANIELTHEPICAYUNE-COM/)

(https://www.dailytrib.com/2022/05/05/burnet-county-rodeo-a-fun-and-
fundraising-event/)

**Burnet County Rodeo a fun and fundraising event
(https://www.dailytrib.com/2022/05/05/burnet-county-rodeo-a-fun-
and-fundraising-event/)**

🕐 3 HOURS AGO | DANIEL CLIFTON (HTTPS://WWW.DAILYTRIB.COM/AUTHOR/DANIELTHEPICAYUNE-COM/)

(https://www.dailytrib.com/2022/05/05/traffic-count-costs-pay-off-in-the-future-
marble-falls-edc-learns/)

FAITH ACADEMY FOOTBALL
(HTTPS://WWW.DAILYTRIB.COM/TAG/FAITH-
ACADEMY-FOOTBALL/)

GOVERNMENT
(HTTPS://WWW.DAILYTRIB.COM/TAG/GOVERNMENT-
2/)

GRANITE SHOALS
(HTTPS://WWW.DAILYTRIB.COM/TAG/GRANITE-
SHOALS-2/)

GRANITE SHOALS CITY COUNCIL
(HTTPS://WWW.DAILYTRIB.COM/TAG/GRANITE-
SHOALS-CITY-COUNCIL/)

GRANITE SHOALS NEWS
(HTTPS://WWW.DAILYTRIB.COM/TAG/GRANITE-
SHOALS-NEWS/)

HORSESHOE BAY
(HTTPS://WWW.DAILYTRIB.COM/TAG/HORSESHOE-
BAY-2/)

LCRA
(HTTPS://WWW.DAILYTRIB.COM/TAG/LCRA/)

LLANO COUNTY
(HTTPS://WWW.DAILYTRIB.COM/TAG/LLANO-
COUNTY/)

LLANO FOOTBALL
(HTTPS://WWW.DAILYTRIB.COM/TAG/LLANO-
FOOTBALL/)

MARBLE FALLS
(HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-
FALLS/)

MARBLE FALLS ATHLETICS
(HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-
FALLS-ATHLETICS/)

MARBLE FALLS BASKETBALL
(HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-
FALLS-BASKETBALL/)

**Traffic count costs pay off in the future, Marble Falls EDC learns (https://www.dailytrib.com/2022/05/05/traffic-count-costs-pay-off-in-the-future-marble-falls-edc-learns/)**

4 HOURS AGO | SUZANNE FREEMAN (HTTPS://WWW.DAILYTRIB.COM/AUTHOR/SFREEMAN/)

# 4 thoughts on "*Llano County Library Advisory Board closes meetings to the public*"

**getitright** says:

03/05/2022 at 12:38 pm (https://www.dailytrib.com/2022/03/04/llano-county-library-advisory-board-closes-meetings-to-the-public/#comment-25771)

Sounds like they sure are scared that Llano citizens will find out what they are trying to cover up.

**Joy** says:

03/04/2022 at 9:59 pm (https://www.dailytrib.com/2022/03/04/llano-county-library-advisory-board-closes-meetings-to-the-public/#comment-25768)

What is it that they want to hide?

**Jim Olive** says:

03/07/2022 at 11:30 am (https://www.dailytrib.com/2022/03/04/llano-county-library-advisory-board-closes-meetings-to-the-public/#comment-25776)

It does appear odd that these meetings are secret.

**Ruth** says:

03/04/2022 at 9:51 pm (https://www.dailytrib.com/2022/03/04/llano-county-library-advisory-board-closes-meetings-to-the-public/#comment-25767)

This is censorship at it's worst. Law suits will inevitably follow as the Llano County Library System's policies and procedures are currently still in effect.
Censorship and government appointed committees need and must be investigated.

Comments are closed.

*DailyTrib.com moderates all comments. Comments with profanity, violent or discriminatory language, defamatory statements, or threats will not be allowed. The opinions and views expressed here are those of the person commenting and do not necessarily reflect the official position of DailyTrib.com or Victory Media Marketing.*

MARBLE FALLS CITY COUNCIL (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-CITY-COUNCIL/)

MARBLE FALLS FOOTBALL (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-FOOTBALL/)

MARBLE FALLS INDEPENDENT SCHOOL DISTRICT (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-INDEPENDENT-SCHOOL-DIST

MARBLE FALLS NEWS (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-NEWS/)

MARBLE FALLS PARKS (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-PARKS/)

MARBLE FALLS SCHOOLS (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-SCHOOLS/)

MARBLE FALLS TRACK (HTTPS://WWW.DAILYTRIB.COM/TAG/MARBLE-FALLS-TRACK/)

NEWS (HTTPS://WWW.DAILYTRIB.COM/TAG

OBITUARIES (HTTPS://WWW.DAILYTRIB.COM/TAG 2/)

OBITUARY (HTTPS://WWW.DAILYTRIB.COM/TAG

OUTDOORS (HTTPS://WWW.DAILYTRIB.COM/TAG

PEC (HTTPS://WWW.DAILYTRIB.COM/TAG

SCHOOLS
(HTTPS://WWW.DAILYTRIB.COM/TA(

SPORTS
(HTTPS://WWW.DAILYTRIB.COM/TA(
2/)

SPORTS'
(HTTPS://WWW.DAILYTRIB.COM/TA(

THE PICAYUNE MAGAZINE
(HTTPS://WWW.DAILYTRIB.COM/TA(
PICAYUNE-MAGAZINE/)

WEATHER
(HTTPS://WWW.DAILYTRIB.COM/TA(

News (https://www.dailytrib.com/category/the_news/)    COVID-19 (https://www.dailytrib.com/category/covid-19/)    Schools (https://www.dailytrib.com/category/schools/)

Sports (https://www.dailytrib.com/category/sports/)    Community (https://www.dailytrib.com/category/marble-falls-area-community-news/)

Obituaries (https://www.dailytrib.com/category/obituaries/)    Classifieds (https://www.dailytrib.com/classified-ads/)    Opinion (https://www.dailytrib.com/category/opinion/)

Locals Love Us (http://www.101highlandlakes.com/best)    101 Fun Things To Do (http://www.101highlandlakes.com/)    The Picayune (https://www.dailytrib.com/category/picayune/)

Contact Us (https://www.dailytrib.com/contact-us/)

© 2022 DailyTrib.com

# EXHIBIT 25

# *LOCAL*

Case: 23-50224   Document: 15   Page: 268   Date Filed: 04/25/2023



*Joseph, portrayed by Micah Davis, and Destiny, portrayed by Gillian Fletcher, perform a scene titled Joseph's Decision in Star in The East.*

*Nikki Pusche stars in the Star in The East, a dance musical performed by Wildflower Dance Studio and created by Dana Sanchez.*

## Tudyk Accepted into Stanford Summer Session

Kenna Tudyk, a junior at Llano High School, has been accepted to the Stanford University's 2022 Summer Session, a program that welcomes academically curious and talented students from across the United States and around the world to Stanford's campus for a college-level for the eight-week Summer Session, a program that at least 16 years of age and a current sophomore, junior, senior or a...

...is a classroom course, as well as discussion about stars and planets in a humanities course," Kenna said.

During its stay at the university, Kenna will be taking classes and courses on a Stanford transcript, meet new admitted students, and also hosting a series of fundraisers to help pay for the cost of the program that begins in $13,460, which includes the cost of tuition, housing in the...

...run the school's high-freight future ahead of her.

When Summer Session student posted this to her on the inside of "The quality of instruction, engaging classroom environment, important academic offering social activities and creative community that Stanford Summer Session is truly unparalleled education. What an exciting experience for Kenna in the summer of 2022.



*Kenna Tudyk*

## Letters to the Editor

Dear Fellow Llano Citizens,

...

Rose White

8 * The Llano News
December 29, 2021
llanonews.com

# REAL ESTATE

## Harlem Wizards are coming to Llano

The Harlem Wizards, the most interactive fan community basketball event in the world is coming to **Llano, Texas.**

The world-famous Harlem Wizards will visit **Llano High School** on **Saturday, January 15, 2022** for an evening of great fun and fundraising. The Wizards will play a game against a team of Llano ISD teachers, youth leaders, and community members. The event is a fundraiser for the **LHS Class of 2022 Project Graduation.**

The energy at a Wizards game is electric. The laughter is infectious. The dunks are rim-rattling, high-flying and awe-inspiring. The hoop artistry, ball handling, tricks and teamwork are mesmerizing.

What really takes it to another level is the hometown participation from the kids on court experiences to the teachers, youth leaders, and other community members who take on the Wizards as the "hometown heroes." Besides cheering for their teachers, the kids are involved all night long. They will all have a chance to get in the court!

Pre-game, any child or teen with a Wizards jersey can warm up with the Wizards. Throughout the game audience members will be asked to volunteer in different contests and acts. And the end of night final moments includes an invitation to all students to come onto the court for a dance celebration with the Wizards.

The experience at a Wizards game is the community and the school coming together for a night of good.

## Letters to the Editor

Dear Llano County Citizens,

This letter is in reference to the letter that Rose White wrote that was published in The Llano News last week. I am in total agreement with her and ask the Llano County Commissioners to reinstate this OverDrive online service at the Llano Public Library. As she stated this service is a great help for the elderly, people with physical conditions and I would like to add for those who live several miles out in the country and do not go into town to the library very often. If you live several miles out of town, you need to go on a day the library is open and at the time that is open. Being able to download a book in your own home at any time on any day is also a great help. I have talked with other friends that I know that live in the country that feel the same way about this.

Also, by downloading your reading material onto whatever device you are using, you can make the print the size that helps you see what you are reading a lot easier.

This service was something that many citizens of Llano County enjoy and relied on for their reading material so it is requested of the Llano County Commissioners that this service be reinstated at the Llano Public Library. As Rose White requested & I am joining her in this request to give them a call and request that this service be reinstated for all these people who were depending on this service plus more in the future. I will be calling the Commissioner for my area & ask that everyone else who depended on this service call your Commissioner so we can get back this service that we all enjoyed.

Linnie Osbourn

pure fun and excitement and it's a fundraiser.

"We are thrilled to host the Wizards again," says Melinda Lockhart, Project Graduation President and event organizer. "Our 2018 game was a huge success and we look forward to more Wizards magic!"

Tickets are priced as follows:

| | |
| --- | --- |
| Student Admission | $10.00 |
| General Admission | $12.00 |
| Reserved | $20.00 |
| Courtside Plus | $30.00 |

Courtside Plus ticket holders receive first row seating and meet privately with some of the Wizard players before the game, for a meet and greet.

To purchase tickets and for more information, visit **www.harlemwizards.com**, (Select Schedule and Tickets tab, Click Event List and the calendar, and Click on Buy tickets under Llano, TX)



## TERRY WOOTAN REAL ESTATE

506 West Young Street * Llano, Texas 78643

office at terrywootan.com

## Homes in Town: City Lots

**108 W Ollie St** - Commercial property in an excellent location. This property has it all and could be used for a variety of businesses. Reception area, waiting room, 2 half baths, kitchenette, showroom, garage, parking in front and back, close to the hospital, and the crowning jewel is the outdoor kitchen area with hot tub. **$350,000**

**220 Sarah Circle** - 3/2 home located in Llano in The Village of Llano Subdivision. Laminate floors throughout, fresh paint, privacy fence, this home is move in ready. The owners of this property are a Licensed Texas Real Estate Broker and Associate. Please contact owner/broker Terry Wootan at 830-285-5711. **$145,000**

Case: 23-50224   Document: 15   Page: 270   Date Filed: 04/25/2023

**12 The Llano News**
**February 16, 2022**
**llanonews.com**

# LOCAL

## SERVICES

Lone Star Land & Tree Service, free estimates, insured. Call us today. 830-370-6943. Tree trimming, pruning, tree top-ping, removal, stump grinding, land-clearing, all types of fence work. Bobcat, backhoe, and dozer work.

www.HillCountryLandandTreeService.com

D&D Services offering quality tree care, stump grinding, land lot & homesite clearing, driveway & road-in, dirt work & demo-lation. Odd jobs welcome. Insured. (325) 248-1007 or (325) 216-0094

DustBusters housekeeping weekly, bi-weekly, deep cabins or call as needed. Special pricing for the elderly. Ashley Leeds (210) 650-4531

## HUNTING LEASE

In search of year-round deer hog hunting lease for 5+ responsible family-oriented hunters. Reference available from rancher of recent 14 years lease. Contact Steve 979-216-0948

Wanted: year round hunting lease for 1-2 hunters. 979-203-4027 leave message

## FOR SALE

30x40 shop, 5 miles off 29. Between Burnet & The Dam. Spray Foam • Compressor Welder • Floor stand drill press • A/C • Complete wired • Compress air plumbing • Body Shop Boxes • 30 ton storage • Water pump • Water tank • Nurses

## Letter to the Editor

Dear Editor

Open Letter to the County Commissioners:

I am here to speak about Overdrive and to reiterate how vitally important the e-services are to some of your constituents who are isolated, alone, or on fixed or limited incomes, people you should know about and be caring for as part of your public duties.

When this started, you shut down the physical libraries for 3 days. For us you have closed our Library for 2 months. For 60 days we have been unsupported by our County with these remote services. And now you are no longer even considering taking action. Your agenda is blank on this subject. The local newspaper didn't even report it when you tabled your last agenda item.

Your concerns about patrons accessing certain material in Overdrive and in the physical library have been dealt with. The Library's computer program has been reconfigured to disable cards by age. Physical books have been pulled from the shelves. You restricted the physical Library, and you were poised to give us access to Overdrive.

Then you were stopped, deciding instead to table action and to wait for recommendations from your new advisory board. To leave my group hanging.

You didn't similarly shut down the physical Libraries while your board worked that you did shut down any e-access to library materials while you waited. You may have mentioned the cost involved, BUT IT WAS PALTRY, literally pennies

on the dollar compared to past line item on the agenda that day.

After 2 subsequent meetings it's become clear the Library advisory board:

*wants to complete the entire review process of all policies, procedures, guidelines, budgets, etc. before they make any recommendations

*that process is expected to take another 4-6 months before they are ready to begin formulating any report

*they have evidenced they have little to no experience with any electronic access to the library

*indeed, some Library board members have no prior experience with the local libraries at all - the County attorney had to coach the Board to all get library cards, so they have a lot of work to do to come up to speed on modern libraries

*that the Board intends to, and prefers to, work outside of public view with private subcommittee meetings, tele-conferences, emails, and closely held information not available to the public - with no open public forum

And so, it is our request, as a significant part of your constituency, not merely 10-15, that you re-instate Overdrive for the year while your Board works.

This will be the last time I can attend a meeting. I simply can no longer endure the days it takes to recover from each meeting. I can't continue to endure nights of sleeplessness while I mentally berate the process involved in cutting so many off from their library. For my mental health, I must let go of this lack of consideration for others. I must go find something else to take the place of what has been taken from me.

Rose White

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF CYNTHIA WARING IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Cynthia Waring, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am a resident of Llano County. I have a library card that gives me access to books available in the Llano County public libraries. I have used my Llano County library card to check out books from the public libraries for several years. I check out many different types of library books from Llano County public libraries on a variety of topics, including fiction and nonfiction books, and books written for young adults and adults.

3.      I know that several books were removed from Llano County's physical library collection, including the following: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books in the future if they were returned to library shelves.

4.      I would also use my library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated.

5.      Before its termination, OverDrive was of particular importance to me because I suffer from visual impairments that make reading regular-sized print books very difficult. The viewing features that ebooks offer me, for example, adjusting font size and lighting background, are extremely helpful for reading.

6.      OverDrive was also a vital resource for me because my husband and I frequently travel to Austin to visit my daughter, in part because our granddaughter has special needs and requires adult supervision at all times and the circle of adults who can and do provide this care is very limited. With all the travelling we have to do, OverDrive was life changing for me because it offered me access to library books while away from home. Since the pandemic started, I became even more dependent on OverDrive. I was unable to go into a library in person because I could not risk infecting my granddaughter or my 85-year-old husband. E-reading was all I could do during the pandemic. And thank the stars I had it!

1.      When Llano County took away access to Overdrive I was absolutely devastated. I could not believe that the County my home is in, and the County I pay taxes to, took away more than 17,000 books from me and others in one fell swoop. And to this day, they are still gone. I have attempted to access OverDrive with my Llano County library card without success. I was also angered, dismayed, and outraged with the removal of OverDrive because of my concerns for my husband, who suffers from wet macular degeneration (gradual blindness). As a family, we have had a long road with this disease. He gets shots in his eye about every month or two to address the progression of vision loss. OverDrive was truly a game changer for him and our family. For years I have witnessed that OverDrive enables him to continue to thrive and be connected to the world because he can still read books because of it. This connection that

OverDrive offers is very dear to me and I feel fiercely about protecting it, not only because of my own vision impairments but also for him and others like him.

2.      I absolutely revere libraries. I have since I was a child, when I used to ride my bicycle to my local library. A kind librarian recognized how much I needed that sanctuary, and encouraged me to read all kinds of books, including books I never would have picked for myself: fiction, non-fiction, autobiographies of people I could not even have imagined. Those books inspired me. I became a prolific reader.

3.      The censorship of library books is so troubling to me not just because I cannot access books that I want to read, but because all of Llano County is being deprived of access to books and to the sanctuary they can provide.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  May 8, 2022

By:      _Cynthia Waring_

Cynthia Waring

3

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,<br><br>Plaintiffs,<br><br>v.<br><br>LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00424-RP<br><br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having reviewed all materials submitted in support of and in opposition to Plaintiffs' Motion for a Preliminary Injunction, and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **GRANTS** Plaintiffs' Motion as follows:

1. Within twenty-four hours of the issuance of this Order, Defendants shall return the following print books to their original locations in the Llano County Libraries:

   a. *Caste: The Origins of Our Discontent* by Isabel Wilkerson;

   b. *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti;

   c. *Spinning* by Tillie Walden;

   d. *In the Night Kitchen* by Maurice Sendak;

   e. *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris;

   f. *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan;

   g. *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley;

   h. *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings;

   i. *Shine* by Lauren Myracle;

   j. *Under the Moon: A Catwoman Tale* by Lauren Myracle;

   k. *Gabi, a Girl in Pieces* by Isabel Quintero; and

   l. *Freakboy* by Kristin Elizabeth Clark.

2. Within twenty-four hours of the issuance of this Order, Defendants shall return all print books that were removed or hidden because of their viewpoint or content to their original locations in the Llano County Libraries.

3. Immediately after returning the books to their original locations as ordered in (1) and (2) above, Defendants shall update the Llano County Library Service's searchable catalog to reflect that these books have been returned to library shelves and are available for check out.

4. Defendants are hereby enjoined from removing any books from the Llano County Library Service's physical shelves for any reason during the pendency of this action.

5. Within forty-eight hours of the issuance of this Order, Defendants shall reinstate full access to the OverDrive system for all patrons of the Llano County Library Service. Immediately thereafter, Defendants are ordered to notify all current patrons of the Llano County Library Service by whatever means necessary (*e.g.*, email, website update, physical signs, mail etc.) that full access to OverDrive has been restored.

6. Defendants are hereby enjoined from closing future meetings of the Library Board to members of the public.

**IT IS SO ORDERED.**

Dated: May 9, 2022

_____
Hon. Robert Pitman
United States District Judge

### Certificate Of Service

I certify that on April 25, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Max Bernstein
Ellis E. Herington
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
bernstein@braunhagey.com
herington@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs-Appellees*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

### Certificate of Electronic Compliance

Counsel also certifies that on April 25, 2023, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, through http://www.pacer.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*