No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

---

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs-Appellees*,

v.

Llano County; Ron Cunningham, in his official capacity as Llano County Judge; Jerry Don Moss, in his official capacity as Llano County Commissioner; Peter Jones, in his official capacity as Llano County Commissioner; Mike Sandoval, in his official capacity as Llano County Commissioner; Linda Raschke, in her official capacity as Llano County Commissioner; Amber Milum, in her official capacity as Llano County Library System Director; Bonnie Wallace, in her official capacity as Llano County Library Board Member; Rochelle Wells, in her official capacity as Llano County Library Board Member; Rhoda Schneider, in her official capacty as Llano County Library Board Member; Gay Baskin, in her official capacity as Llano County Library Board Member,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Western District of Texas
Case No. 1:22-cv-424-RP

---

## Motion To Expedite Consideration Of Motion To Expedite Appeal

---

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

Earlier today, the appellants filed a motion to expedite their appeal from the district court's preliminary-injunction order, along with a motion to stay the preliminary injunction pending appeal. Under the rules of appellate procedure, the appellees' responses to each of these motions are due on May 5, 2023. *See* Fed. R. App. P. 27(a)(3).

The appellants respectfully ask the Court to expedite consideration of their motion to expedite the appeal, so that the appellees' response will be due by close of business on Friday, April 28, 2023. The appellants will then file their reply brief within 48 hours of service of the appellees' response. The appellants are not requesting expedited consideration of their motion to stay the preliminary injunction pending appeal.

The appellants are asking the Court to expedite consideration of their motion to expedite the appeal because they are requesting a briefing schedule that will allow oral argument to be heard in July of 2023. The appellants are prepared to file their opening brief within 14 days after issuance of a briefing order, and they can file their reply within 7 days of service of the appellees' brief. If the motion to expedite the appeal is considered on an expedited basis, then the Court could issue a briefing schedule that accommodates the appellants' request while still allowing the appellees a full 30 days to file their answering brief, thereby avoiding prejudice to the appellees who are opposing the motion to expedite the appeal.

## Conclusion

The motion to expedite consideration of the appellants' motion to expedite the appeal should be granted, and the Court should instruct the appellees to respond to the motion to expedite the appeal by close of business on Friday, April 28, 2023.

Respectfully submitted.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: April 25, 2023

*Counsel for Defendants-Appellants*

## Certificate of Conference

I certify that on April 24, 2023, at 11:32 a.m. central time, I e-mailed counsel for the appellees to request their position on the motion, but they have not responded to the e-mail or informed us of their position.

                                          /s/ Jonathan F. Mitchell
                                          Jonathan F. Mitchell
                                          *Counsel for Defendants-Appellants*

## Certificate Of Service

I certify that on April 25, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Max Bernstein
Ellis E. Herington
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
bernstein@braunhagey.com
herington@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs-Appellees*

                                                /s/ Jonathan F. Mitchell
                                                Jonathan F. Mitchell
                                                *Counsel for Defendants-Appellants*

## Certificate of Compliance

with type-volume limitation, typeface requirements,
and type-style requirements

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 286 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: April 25, 2023

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

## Certificate of Electronic Compliance

Counsel also certifies that on April 25, 2023, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, through http://www.pacer.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*
