# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2023

Ms. Maria Amelia Calaf
Wittliff Cutter, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

    No. 23-50224   Little v. Llano County
                      USDC No. 1:22-CV-424

Dear Counsel:

This letter is to advise that the Court is requesting a response from the Appellees to the motion for stay pending appeal, to be filed by 11:59 p.m. on Friday, April 28, 2023.

Any reply filed by the Appellants, should be filed by 11:59 p.m. on Monday, May 1, 2023.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Melissa Mattingly*
                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

cc:
    Mr. Jonathan F. Mitchell