# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2023

Mr. Max Bernstein
BraunHagey & Borden, L.L.P.
118 W. 22nd Street
12th Floor
New York, NY 10011

    No. 23-50224    Little v. Llano County
               USDC No. 1:22-CV-424

Dear Mr. Bernstein,

The following pertains to your electronically filed appearance
form.

The submitted appearance form does not match the registered
attorney.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7793