

1209 Nueces Street, Austin, Texas 78701
wittliffcutter.com

May 1, 2023

<u>*Via U.S. Court of Appeals CM/ECF Document Filing System*</u>

Lyle W. Cayce, Clerk of Court
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

    Re:    *Little et al. v. Llano County et al.; Case No. 23-50224*

Dear Mr. Cayce:

    Plaintiffs-Appellees respectfully submit for corrected filing (1) Appellees' Corrected Response in Opposition to Appellants' Motion for Stay of Preliminary Injunction Pending Appeal and Motion to Expedite Appeal, attached herein as Ex. 1; and (2) corrected Appendix to Appellees' Opposition, attached herein as Ex. 2.

    On April 28, 2023 Appellees erroneously filed draft versions of the referenced documents at Docket Nos. 38 and 39. The filed Appellees' Response in Opposition contains typographical errors and does not satisfy the Fifth Circuit's word count certification requirement. The filed Appendix does not contain continuous page numbers or a table of contents.

    On April 29, 2023 Appellees promptly notified Fifth Circuit Case Managers Amanda Sutton-Foy and Melissa Mattingly of the erroneous filings and shared with them and with Appellants corrected versions of the documents. On May 1, 2023 Appellees were advised to submit this letter to the Court with those same corrected versions attached. Those corrected versions are attached herein and correct the typographical errors set forth below. They do not contain any substantive changes.

    The typographical corrections to Appellees' Response in Opposition are:

- Addition of a Table of Contents and Table of Authorities;

- Correction of record citations to correspond to the respective appendices submitted by Appellants and Appellees, including Appellees' corrected Appendix submitted herein, *passim*;

- Correction of "Appellants" to "Defendants," *see* Ex. 1 at 8;

- Correction of "The" to "They," *see* Ex. 1 at 12;



Katherine P. Chiarello  |  p (512) 960-4524  |  m (512) 487-2876  |  katherine@wittliffcutter.com

May 1, 2023
Page 2

- Correction of "[x]" to "120," *see* Ex. 1 at 13;

- Correction of "Defendants'" to "this," *see* Ex. 1 at 16;

- Deletion of size 12 additional footnote text at n.4, *see* Ex. 1 at 21 n.4;

- Correction of "Defendants assertion that the Plaintiffs" to "Defendants' assertion that Plaintiffs," *see* Ex. 1 at 28;

- Replacement of "/s/ DRAFT" with "/s/ Katherine P. Chiarello" on all signature lines; and

- Replacement of "XXXX words" with "5176 words" in Certificate of Compliance.

The typographical corrections to the Appendix to Appellees' Opposition are:

- Addition of a cover page and Table of Contents; and

- Addition of continuous page numbers for citation purposes.

Appellees apologize for the regrettable error and respectfully request that the Court accept the attached corrected documents to replace Docket Nos. 38 and 39. We are available to address any inquiries at the Court's convenience.

Respectfully submitted,

WITTLIFF | CUTTER, PLLC

*K. Chiarello*

Katherine Chiarello

cc: Amanda Sutton-Foy (Amanda_Sutton-Foy@ca5.uscourts.gov),
    Melissa Mattingly (Melissa_Mattingly@ca5.uscourts.gov)