# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2023

Ms. Katherine Patrice Chiarello
Wittliff Cutter, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

> No. 23-50224   Little v. Llano County
>                USDC No. 1:22-CV-424

Dear Ms. Chiarello,

We received your Letter filed listing corrections to response, however, because it was incorrectly filed as a motion, we are taking no action on the filing.

The letter has since been correctly filed and will be processed accordingly.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
  Ms. Marissa Benavides
  Mr. Ryan A. Botkin
  Ms. Maria Amelia Calaf
  Mr. Jonathan F. Mitchell