# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 tel
(512) 686-3941 fax
jonathan@mitchell.law

May 4, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

Re:   *Little, et al. v. Llano County, et al.*, No. 23-50224

Dear Mr. Cayce:

On April 25, 2023, appellants Llano County et al. filed a motion for stay pending appeal and for expedited consideration of the appeal (ECF No. 18). On May 1, 2023, we filed our reply brief in support of the motions (ECF No. 48).

Earlier today, the district court denied the motion for stay pending appeal that the appellants had filed in the district court, and which had been pending since April 11, 2023. A copy of the district court's text-only order is attached to this letter. The district court's denial of the motion for stay obviates any concerns raised by the plaintiffs-appellees that a ruling on the appellants' motion for stay in this Court would be premature. *See* Fed. R. App. P. 8(a)(2)(A)(ii).

Thank you for considering this.

Sincerely,

*Jonathan F. Mitchell*

Jonathan F. Mitchell
Mitchell Law PLLC
*Counsel for Appellants Llano County, et al.*

cc: All counsel (via CM/ECF)

**From:** TXW_USDC_Notice@txwd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-00424-RP Little et al v. Llano County et al Order on Motion to Stay
**Date:** May 4, 2023 at 1:45 PM
**To:** cmecf_notices@txwd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 5/4/2023 at 3:44 PM CDT and filed on 5/4/2023
**Case Name:** Little et al v. Llano County et al
**Case Number:** [1:22-cv-00424-RP](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order DENYING [146] Motion to Stay entered by Judge Robert Pitman. Because Defendants have failed to show that they are likely to succeed on the merits of their claim, IT IS ORDERED that Defendants' motion is DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (lolc)**

**1:22-cv-00424-RP Notice has been electronically mailed to:**

Dwain K. Rogers , Jr    drogers@co.llano.tx.us, cao5@co.llano.tx.us

Ellen V. Leonida    leonida@braunhagey.com, morrissey@braunhagey.com, OkaiKoi@braunhagey.com, rivera@braunhagey.com

Ellis E. Herington    herington@braunhagey.com

J. Noah Hagey    hagey@braunhagey.com, kushnir@braunhagey.com, morrissey@braunhagey.com, noah-hagey-9147@ecf.pacerpro.com, ridge@braunhagey.com, shaw@braunhagey.com

Jonathan F. Mitchell    jonathan@mitchell.law

Katherine Patrice Chiarello    katherine@bccaustin.com, joy@bccaustin.com, tracy@bccaustin.com

Kayna Stavast Levy    kayna@bccaustin.com

Maria Amelia Calaf    mac@bccaustin.com, joy@bccaustin.com, tracy@bccaustin.com

Marissa R. Benavides    benavides@braunhagey.com

Matthew Borden    borden@braunhagey.com, morrissey@braunhagey.com, rivera@braunhagey.com

Matthew L. Rienstra    matt.rienstra@co.llano.tx.us, cao5@co.llano.tx.us, drogers@co.llano.tx.us

Max Benjamin Bernstein    bernstein@braunhagey.com, morrissey@braunhagey.com, rivera@braunhagey.com

Ryan A. Botkin    ryan@bccaustin.com, joy@bccaustin.com, tracy@bccaustin.com

**1:22-cv-00424-RP Notice has been delivered by other means to:**