# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Ellen Leonida, Esq.**
Partner
leonida@braunhagey.com

May 10, 2023

**<u>VIA U.S. Court of Appeals CM/ECF Document Filing System</u>**

Lyle W. Cayce, Clerk of Court
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

      Re:    *Little et al. v. Llano County et al.*; Case No. 23-50224

Dear Mr. Cayce:

      I write on behalf of Plaintiffs-Appellees in the above-referenced matter to inform the Court that Plaintiffs-Appellees intend to file an opposition to the motion to stay district court proceedings that Defendants-Appellants filed in this matter today. *See* Dkt. 64 ("Motion"). Because the Motion is substantial—including 17 pages of briefing and 161 pages of exhibits—Plaintiffs-Appellees will require at least 48 hours, or until May 12, 2023 at 5:00pm Central Time, to prepare and file an adequate response.

      Plaintiffs-Appellees understand that this Motion has already been submitted to the motions panel for consideration. Plaintiffs-Appellees respectfully request that the Court withhold ruling on the Motion until Plaintiffs-Appellees have had the opportunity to submit their opposition and supporting exhibits on May 12. Defendants will not be prejudiced by this request, as no discovery deadlines are pending in the District Court this week.

      Plaintiffs-Appellees are available at the Court's convenience for any inquiry on this matter.

      Very truly yours,

Ellen V. Leonida

**San Francisco**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel.: (415) 599-0210
Fax: (415) 276-1808

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel.: (646) 829-9403
Fax: (646) 403-4089