# In the United States Court of Appeals for the Fifth Circuit

———————————

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs-Appellees*,

v.

Llano County; Ron Cunningham, in his official capacity as Llano County Judge; Jerry Don Moss, in his official capacity as Llano County Commissioner; Peter Jones, in his official capacity as Llano County Commissioner; Mike Sandoval, in his official capacity as Llano County Commissioner; Linda Raschke, in her official capacity as Llano County Commissioner; Amber Milum, in her official capacity as Llano County Library System Director; Bonnie Wallace, in her official capacity as Llano County Library Board Member; Rochelle Wells, in her official capacity as Llano County Library Board Member; Rhoda Schneider, in her official capacty as Llano County Library Board Member; Gay Baskin, in her official capacity as Llano County Library Board Member,

*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the Western District of Texas
Case No. 1:22-cv-424-RP

———————————

## Exhibits In Support Of Reply Brief In Support Of Motion To Stay District-Court Proceedings Pending Appeal

———————————

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

# Table Of Contents

Mitchell Declaration...........................................................................................Ex. 1

Expert Report of Belinda Boon.......................................................................... Ex. 2

Expert Report of David Lankes .........................................................................Ex. 3

Order Denying Plaintiffs' Motion to Compel (ECF No. 165) ........................... Ex. 4

Plaintiffs' Notices of Deposition .......................................................................Ex. 5

# Exhibit 1
## (Declaration of Jonathan F. Mitchell)

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**Leila Green Little**, et al.,

        Plaintiffs-Appellees,

v.

**Llano County**, et al.,

        Defendants-Appellants.

Case No. 23-50224

### DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent the defendants-appellants in this litigation, and I submit this declaration in support of the reply brief in support of the defendants-appellants' motion to stay the district-court proceedings pending appeal.

4. We moved for a stay of proceedings in the district court on Monday, May 8, 2023. *See* ECF No. 168. Under the rules of the Western District of Texas, the defendants' response is due on Monday, May 15, 2023. *See* W.D. Tex. R. CV-7(d)(2) ("A response to . . . case management motion shall be filed not later than 7 days after the filing of the motion."). We intend to file our reply brief within 24 hours of the plaintiffs' response, although it may take a bit longer because our opening appellate brief is due in this Court by midnight on Tuesday, May 16, 2023.

5. We will file a letter with the clerk's office if the district court denies our pending motion to stay proceedings, or if the district court fails to afford the relief requested by Wednesday, May 17, 2023.

6. Authentic copies of the plaintiffs' expert reports are attached as Exhibit 2 and 3 to this brief. Each of the reports is premised on the plaintiffs' belief that content- and viewpoint-based weeding is constitutionally impermissible in public libraries.

7. There is very little fact discovery remaining in this litigation. The fact-discovery deadline is May 19, 2023—only five days from today. The defendants have already produced or prepared nearly all of the native-format e-mails that the plaintiffs have demanded. The plaintiffs wish to take second depositions of three of the defendants (Bonnie Wallace, Jerry Don Moss, and Amber Milum), but they have not noticed or subpoenaed any other parties or witnesses for depositions. I estimate that remaining fact discovery will consume about 10–15 attorney hours at most on the defendants' side, including the time spent defending the three remaining depositions. But I expect hundreds of attorney hours to be spent on the expert depositions, *Daubert* motions, summary-judgment briefing, and trial preparation if the trial-court proceedings are not stayed pending appeal.

8. The plaintiffs repeatedly and falsely accuse the defendants of "withholding" evidence. We have never withheld requested discovery from the plaintiffs apart from documents and communications over which we asserted privilege. We have acknowledged the plaintiffs' entitlement to the requested e-mails; it has simply taken Llano County more time than expected to produce those e-mails in native format because Llano County lacks a full-time IT person. The plaintiffs have demanded native-format e-mails throughout this litigation and refuse to accept PDFs of the requested e-mails. It is false and defamatory for the plaintiffs to accuse us of "withholding" evidence when Llano County has been attempting to produce the requested discovery but has been delayed by resource constraints.

9. The only time that the defendants "withheld" or "refused to produce" discovery was when we asserted attorney–client privilege, and the magistrate judge backed our privilege claims and denied the plaintiffs' motion to compel when they

sought to compel disclosure of these privileged documents. *See* Order Denying Mot. to Compel, ECF No. 165 (attached as Exhibit 4 to the brief).

10.   The plaintiffs have already deposed each of the 10 individual defendants in this litigation. Authentic copies of the notices of deposition for each of the 10 individual defendants are attached as Exhibit 5 to the brief. Each of those noticed depositions proceeded.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2023

Jonathan F. Mitchell

JONATHAN F. MITCHELL

# Exhibit 2

## (Expert Report of Belinda Boon)

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY
KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA
WARING, AND DIANE MOSTER,**

Plaintiffs,

v.

**LLANO COUNTY, RON CUNNINGHAM, in his official capacity as
Llano County Judge, JERRY DON MOSS, in his official capacity as
Llano County Commissioner, PETER JONES, in his official capacity
as Llano County Commissioner, MIKE SANDOVAL, in his official
capacity as Llano County Commissioner, LINDA RASCHKE, in her
official capacity as Llano County Commissioner, AMBER MILUM, in
her official capacity as Llano County Library System Director,
BONNIE WALLACE, in her official capacity as Llano County
Library Board Member, ROCHELLE WELLS, in her official
capacity as Llano County Library Board Member, RHONDA
SCHNEIDER, in her official capacity as Llano County Library Board
Member, and GAY BASKIN, in her official capacity as Llano County
Library Board Member,**

Defendants.

**Civil Action No. 1:22-cv-00424-RP**

**EXPERT REPORT OF**

**BELINDA BOON**

**February 17, 2023**

# TABLE OF CONTENTS

I.  INTRODUCTION & SUMMARY OF OPINIONS ................................................................. 3

II.  MY QUALIFICATIONS ........................................................................................... 7

III.  OVERVIEW OF EVENTS ...................................................................................... 13

    A.  Removal of the "Butt Books" and "Fart Books" ........................................................... 13

    B.  Removal of Books Containing Sexual Content, Nudity, and Racial or LBGTQ Issues or Experiences ...................................................................................................... 14

IV.  METHODOLOGY ................................................................................................. 15

V.  ANALYSIS AND OPINION ..................................................................................... 17

    A.  Weeding as a Professional Practice .......................................................................... 17

    B.  The Original Purpose and Limitations of *The CREW Manual* ...................................... 18

    C.  Misapplication of Weeding Guidelines Outlined in *The CREW Manual* ...................... 20

        1.  The "Butt Books" and "Fart Books" ................................................................. 20

        2.  *In the Night Kitchen* and *It's Perfectly Normal* .................................................. 22

        3.  Books on African American History and Lived Experience ............................... 25

        4.  Books on LGBTQ Issues and Experiences ....................................................... 27

    D.  The Weeding and Closed Circulation Practices of the Llano County Library Inhibit the Public's Free and Open Access to Information on Diverse Topics ........... 30

VI.  CONCLUSION ..................................................................................................... 32

## I.    INTRODUCTION & SUMMARY OF OPINIONS

1.    My name is Belinda Boon. I am currently a professor and full-time faculty member in the Kent State University School of Information, an American Library Association-accredited program located in Kent, Ohio where I have taught graduate-level courses in public librarianship since 2006.  My library career spans more than 35 years and includes positions as a professional children's librarian and assistant branch librarian in a large Texas library system, responsible for developing and weeding the children's collection; as the library director of a small Texas community library, solely responsible for collection development, collection maintenance, and weeding of both adult and children's materials, as well as overall fiscal and personnel management in the library; as a continuing education consultant working for the State of Texas, where I developed and managed a management training program for small community library directors who do not have professional library degrees, and created a nationally recognized weeding manual called *The CREW Method: Expanded Guidelines for Collection Evaluation and Weeding for Small and Medium-sized Public Libraries*; as an independent library trainer and consultant specializing in collection development and management, including weeding; and as a college professor teaching graduate level courses including *Materials & Services for School-age Children*, *The Public Library*, and *Selection & Acquisition of Library Materials*, in addition to other courses pertaining to public librarianship including *Reference and Information Services*, *Access to Information*, *Foundations of Library and Information Science,* and *Information Services for Diverse Populations*.  My academic credentials include a Master of Library & Information Science (MLIS) degree and Doctor of Philosophy (Ph.D.) in Library and Information Science degree, both of which were earned at the University of Texas at Austin. I have been retained by Plaintiffs' counsel in this case to serve as an expert on the topics of weeding and collection management.

2.    I have been asked to render my opinion on the weeding practices performed by the Director and staff of the Llano County Public Library system and evaluate whether these practices adhere to professional guidelines laid out in the publication *CREW: A Weeding Manual for Modern Libraries* ("*The CREW Manual*"), and whether these weeding practices have encroached on the public's right to free and convenient access to information in a public library setting.

3

3.      My opinions, as outlined herein, are informed by my knowledge, skill, experience, training, and education, including more than three decades of experience working in the field of Library and Information Science as a professional librarian, consultant, trainer, and university faculty member.  My opinions are also based on my direct knowledge of weeding practices outlined in *The CREW Manual*, the latest edition of which was published online in 2012 by the Texas State Library and Archives Commission ("TSLAC"), the Texas Public Library Standards established by the TSLAC in 2014 that relate to library collections, Llano County Library policies, and professional guidelines governing access to library materials developed by the American Library Association.

4.      My opinions are also informed by over 30 hours of review of the relevant testimony provided by defendants and plaintiffs in court filed and other case-related documents, including:

1.      Complaint (ECF No. 1),

2.      Plaintiffs' Motion for Preliminary Injunction (ECF No. 22),

3.      Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 49),

4.      Declaration of Amber Milum (ECF No. 49-1),

5.      Supplemental Declaration of Amber Milum (ECF No. 53),

6.      Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 59),

7.      Declaration of Sarah Salomon and Exhibits (ECF No. 59-1),

8.      Declaration of Diane Moster in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 59-2),

9.      Declaration of Richard Day in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction *and* Declaration of Cynthia Waring in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 59-3),

10.     Declaration of Rebecca Jones in Support of Plaintiffs' Reply in Support of Their

Motion for Preliminary Injunction (ECF No. 59-4),

11.     Declaration of Kathy Kennedy in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 59-5),

12.     Declaration of Jeanne Puryear in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 59-6),

13.     Declaration of Leila Green Little in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction and Exhibit (ECF No. 59-7),

14.     Declaration of Suzette Baker in Support of Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 59-8),

15.     Plaintiffs' Post-Hearing Brief in Further Support of Their Motion for Preliminary Injunction (ECF No. 91),

16.     Plaintiffs' Reply in Support of Their Post-Hearing Brief (ECF No. 98),

17.     Defendants' Response to Plaintiffs' Post-Hearing Brief in Support of Their Motion for Preliminary Injunction (ECF No. 100),

18.     Third Declaration of Amber Milum (ECF No. 100-5),

19.     2022-10-28 Preliminary Injunction Hearing Transcript Volume 1 of 2,

20.     2022-10-31 Preliminary Injunction Hearing Transcript Volume 2 of 2, and

21.     2022-06-28 Amber Milum Deposition Transcript.

5.     I was asked to assess whether the weeding guidelines specified in *The CREW Manual*, including the MUSTIE (Misleading, Ugly, Superseded, Trivial, Irrelevant, and found Elsewhere) factors, were accurately applied by the Llano County Library Director to weed specific library materials listed in the court documents. Based on my experience, education, training, review of pertinent court documents, weeding guidelines, and professional guidelines, and as the author of a previous version of *The CREW Manual*, I conclude the following:

      a.    **One**, the full range CREW guidelines were not applied when making specific weeding decisions. For example, the 1998 edition of *It's Perfectly Normal* was superseded by newer editions published in 2014 and 2021 but never replaced. And a newer edition of *In the Night Kitchen* could have been ordered to replace

the older copy if it had been damaged, as it is a classic title in children's literature and Caldecott Honor Book.

b. **Two**, the CREW guidelines and MUSTIE factors appear to have been applied inconsistently and only to certain library materials. For example, the "Butt" books were allegedly weeded due to their trivial content. If so, this standard should be applied to other materials in the collection such as the Barbie, My Little Pony, and Minnie Mouse DVDs featured prominently on the Llano County Library's catalog webpage, as these are marketing tools intended to sell toys and Disney merchandise.

c. **Three**, the CREW Guidelines and MUSTIE factors were misapplied in several instances.

- *Caste: The Origin of Our Discontents* was allegedly weeded based on low circulation, although it had circulated at least once the same year it was weeded and was added to the collection less than one year before it was weeded. If it was weeded due to condition, a replacement copy should have been ordered to meet patron demand.

- The "Butt Books" and "Fart Books" should not have been weeded simply to avoid controversy. Removing items to avoid unpleasant confrontations with members of the public, board members, or library employees or administration is a form of self-censorship when practiced by library staff.

- In reference to the "Butt books" and "Fart Books" that were discarded before they were shelved and had a chance to circulate, no CREW or MUSTIE guidelines can be applied to any items before they are added to the collection.

d. **Four**, the practice of moving children's materials into the adult section, shelving controversial titles behind the desk, and making certain titles available only in-house and upon request without also taking steps to make patrons aware these items are available in the library, are violations of the principle of free and open access endorsed by the American Library Association[1].

e. **Five**, the Llano County librarian's weeding decisions in regard to the titles identified in court documents were likely made under duress in response to external pressures exerted by her direct supervisors, as well as former patrons who were subsequently appointed as board members.

6.  Further details regarding these conclusions are provided in the following report.

7.  My work on these issues is ongoing and my opinions are based on the information I have reviewed to date.  It is my understanding that additional documents and information may be forthcoming during the course of this litigation.  In light of this, I reserve the right to supplement my opinions as additional relevant information becomes available to me.

8.  I am not requesting any compensation for my expert testimony other than reimbursement of travel expenses to and from Cleveland, Ohio should my in-person testimony be required.  The guarantee of a travel expense reimbursement is not tied to the conclusions that I reach.

## II.    MY QUALIFICATIONS

9.  I have over 35 years of experience in the Library and Information Science field as a professional children's librarian, a small community library director, a state library consultant, an independent library trainer and consultant, and as a college professor.  My curriculum vitae (CV), which further details my education, work experience, and credentials, is attached to this report as **Exhibit 1**.

10. My post-secondary education includes a Bachelor of Arts degree earned in 1983, an American Library Association ("ALA")-accredited Master of Library and Information

---

[1] "Libraries are a traditional forum for the open exchange of information. Attempts to restrict access to library materials violate the basic tenets of the Library Bill of Rights." ALA Statements and Policies on Access, https://www.ala.org/advocacy/intfreedom/access.

Science degree earned in 1987, and a Doctor of Philosophy in Library and Information
Science degree earned in 2006, all from the University of Texas at Austin ("UT Austin").

11.     I began my professional career as a children's librarian in the Harris County Public
Library ("HCPL") system near Houston, Texas in 1988. I worked in two separate
branches of HCPL, the Kingwood Branch Library (from April to October of 1988) and
the Woodforest Branch Library (from October 1988 to July 1989) where I also served as
the assistant branch librarian.

12.     In my role as a children's librarian, I was responsible for selecting materials for children
and young adults ages birth to 18 and maintaining the existing collections, including
weeding. I also provided reference and readers advisory services for children, young
adults, their parents and caregivers, and delivered story time programming for young
children ages birth to 5 twice a week.

13.     In the capacity of children's librarian, I was also responsible for managing the annual
statewide Summer Reading Program ("SRP") for very young and school-age children at
each branch library, and served on the HCPL SRP programming committee, a group that
developed and performed system-wide puppet shows and activities for multiple branch
libraries in HCPL over the summer.

14.     In 1991, I was hired as the Director of the Bastrop Public Library ("BPL") in Bastrop,
Texas, a position I held until 1993. In my capacity as the library director, I was
responsible for hiring, training, and supervising four part-time staff members; all aspects
of fiscal management, including administering the library's materials budget; and
developing monthly reports for the City of Bastrop.

15.     I also attended monthly meetings of the library's advisory board, serving as the board
secretary; and actively participated in monthly departmental staff meetings as a
department head for the City of Bastrop.

16.     As the only professional librarian on the BPL staff, I was solely responsible for selecting
and weeding library materials for children, teens, and adults; providing reference and
readers advisory services in the general collection, the reference collection, and the

8

genealogy and local history collection; and developing and presenting programming for children and adults, including managing the annual statewide Summer Reading Club.

17. As the director, I also represented and advocated for the library in the community as a member of the Rotary Club and engaged in continuing professional education by attending workshops and conferences sponsored by the Texas Library Association ("TLA") and Central Texas Library System. I was also an active member of TLA, and have retained my membership in that organization to the present day.

18. In my position as the library director, I also handled several patron requests to remove library materials from the collection that some individuals perceived as being harmful to children. This included visiting informally with the patrons expressing concerns, explaining the library's stance on intellectual freedom and parental responsibility for children's reading, guiding patrons through the library's reconsideration policy and instructing them on how to complete the reconsideration form. I also presented each case—with completed reconsideration forms—to the library's advisory board, offering my professional input on each situation which included explaining and advocating for the intellectual freedom tenets outlined in the library's Materials Selection policy as endorsed by the American Library Association. In every case, the advisory board voted unanimously to retain the challenged materials in the library's collection. I was then responsible for contacting patrons who made the initial request to inform them of the board's decision.

19. In 1993, I accepted a position as a Continuing Education Consultant with the TSLAC where I served until 2003. My primary duties were to provide library training and consulting services to public, school, academic, and special library staff throughout the state of Texas and act as a guide and consultant on library issues. Consulting topics I helped with ranged from how to start a new community library to working effectively with advisory boards to developing budgets and programming.

20. As a Continuing Education Consultant, I was responsible for developing and managing what became TSLAC's Small Library Management Training Program

("SLMTP"). This multi-part training program was originally intended to provide knowledge of standard management practices for small community library directors in Texas who did not have a master's degree in Library and Information Science. In recent years, the program has been made available to degreed library directors and non-degreed staff. Between 1994 and 2002, I oversaw the training of more than 100 small community library directors taking part in the SLMTP program.

21.    In 1995, I was charged with revising, updating, and developing new content for *The CREW Manual*, a weeding guide originally developed for TSLAC in 1976 by Joseph P. Segal, a librarian at the Fort Worth Public Library system. The revised publication, titled *The CREW Method: Expanded Guidelines for Collection Evaluation and Weeding for Small and Medium-sized Public Libraries* includes the first appearance of the MUSTIE guidelines for weeding, which I borrowed with permission from guidelines developed by a consultant with the Wyoming State Library.

22.    Between 1995 and 2003, I also developed and presented numerous workshops for public, school, academic, and special librarians on the topics of weeding, reference services, and collection development. These experiences inspired me to apply for the doctoral program in Library and Information Science at UT Austin which I started in 1999.

23.    In 1998, I was appointed as the Youth Services Consultant at TSLAC, responsible for overseeing the statewide Summer Reading Program. In this capacity, I led an advisory group of librarians who selected the yearly themes for the program, managed the contract process with nationally known illustrators to create artwork for the program around those themes, and edited manuals created by Texas librarians to accompany the program.

24.    During this same period, I also selected and led a team of librarians to represent Texas in a multi-state, national grant program sponsored by the National Science

Foundation and the Vermont Center for the Book known as "Mother Goose Asks Why".

25.    In 2001, I was appointed as the Interim Manager of the Continuing Education and Consulting ("CE") department in Library Development at TSLAC, a role I assumed permanently in 2001. In this capacity, I hired three new library consultants, including Dawn Vogler (the author of the CREW method slideshow which I understand was used as a weeding guide by Llano County Library system staff), who assumed the position of CE Manager when I left TSLAC in 1994.

26.    As the CE Manager, I supervised six professional continuing education and consulting staff, generated monthly reports for TSLAC, and oversaw the development of publications and workshops for public, school, academic, and special librarians across the state.

27.    In 2003, I left TSLAC to pursue my doctoral degree full time. I also began working as an independent library trainer and consultant until I earned my Ph.D. in 2006.

28.    As an independent library consultant, I was contracted by regional library systems and library agencies in Texas, Arkansas, Missouri, Utah, Kentucky, and Ohio to present training workshops for public, school, and academic library staff. These workshops included several weeklong institutes on collection development and weeding for the Missouri and Utah state libraries and presenting the collection development portion of the SLMTP (in 2004), as well as numerous workshops on weeding with the CREW method.

29.    In 2003, I presented a series of workshops for public librarians in the South Texas Library System on developing a Materials Selection Policy. The policy template I developed for this series was later adopted by other Texas regional library systems.

30.    From 2000-2006, while earning my doctoral degree, I worked part-time as a Teaching Assistant ("TA") at UT Austin for two adjunct faculty members teaching Children's Literature and one full-time faculty member teaching Youth Services courses at both the undergraduate and graduate level. My TA duties included developing exam questions and lecture materials and occasionally presenting lectures. I also taught an undergraduate

Children's Literature course for UT Austin as an adjunct faculty member in 2005.

31.     In 2006, I accepted a tenure-track position as a full-time faculty member in Kent State University's School of Library and Information Science ("SLIS"), known since 2017 as the School of Information ("iSchool"). My responsibilities included teaching face-to-face graduate-level courses including, *Materials and Services for School-age Children*, *Foundations of Library & Information Science*, *Access to Information*, and *Selection & Acquisition of Library Materials* at the school's satellite location in Columbus, Ohio and advising graduate students enrolled in the Columbus program.

32.     Both the *Foundations* class and the *Selection & Acquisitions* class, which I later converted from a face-to-face course into an asynchronous online course, included units on intellectual freedom and censorship. The *Selection & Acquisitions* class also includes a unit on how to develop a materials selection policy, including a reconsideration of library materials process.

33.     Between 2007 and 2017, I served on two SLIS/iSchool committees: the Youth Services Working Group which develops and modifies curriculum in the area of children's and youth services and the Virginia Hamilton Conference on Multi-cultural Literature for Youth advisory board. Established in 1988, the Virginia Hamilton Conference is the longest running conference in the U.S. devoted to the celebration of multi-cultural literature for children, teens, and young adults.

34.     In 2008, I was invited to serve on the State Library of Ohio's ("SLO") Choose to Read Ohio committee which annually selects outstanding children's and adult literature written by Ohio residents or natives and develops corresponding toolkits for distribution to Ohio school and public libraries. Between 2008 and 2015, I also served on numerous Library Services and Technology Act ("LSTA") committees for the SLO, reviewing grant applications and recommending the award of grant monies distributed by the Institute of Museum and Library Services ("IMLS"), a division charged with distributing federal funds to U.S. libraries and museums.

35.     Between 2008 and 2015, I also served on and chaired the Ohio Library's Council's

Library Education committee where I oversaw the development of a statewide continuing education certification program for Ohio library staff.

36.   In 2017 I provided consulting services to academic library staff at Central Washington University on their extensive weeding efforts and presented a workshop on weeding for academic and public library staff working in Washington state.

37.   Between 2018 and 2022 I presented numerous workshops and webinars on the topics of collection development and management, collection analysis, weeding, diversity and inclusion, and intellectual freedom. These included a panel presentation on conducting diversity audits for the American Bookseller's annual conference in 2019, and presentations on how to handle materials challenges for the Ohio Educators Library Media Association ("OELMA") presented in 2022.

38.   Since 1995, I have presented well over 100 workshops, institutes, and webinars on the topics of weeding and collection development as both a library trainer and consultant and as a post-secondary educator. Recent clients include the North Richland Hills (Texas) Public Library, the Prairieland Library Exchange in Minnesota, the Mansfield-Richland Co. (Ohio) Public Library, the Northeast Regional Library System (Ohio), and the Church and Synagogue Library Association.

39.   In 2015, I moved my office to the main Kent campus in Kent, Ohio and in 2016 I was promoted to Associate Professor. I was promoted to full Professor in 2022.

40.   I currently teach *Information Fluency in the Workplace and Beyond* (undergraduate), *Information Services for Diverse Populations*, *The Public Library*, *Collection Management*, and the core (required) *Masters Portfolio* course.

## III.   OVERVIEW OF EVENTS

### 1.   Removal of the "Butt Books" and "Fart Books"

41.   In the summer of 2021, two library patrons (Rochelle Wells and Rhonda Schneider), both of whom were later appointed to the Llano County Library Advisory Board) came into the library to express their concerns about two children's picture books titled, *I Broke My*

*Butt!* and *My Butt is So Noisy!* (referred to in court documents as the "Butt Books").

42.   According to Llano County Library director Amber Milum (the "Director")— who selected the books for the collection—in her first deposition, the three patrons specifically objected to (line drawing) illustrations in the books that depicted a child's naked buttocks.

43.   In her sworn testimony given on October 28, 2022, former Llano Library Children's Librarian, Martina Castelan, who also encountered these patrons on their initial visit to the library, stated that they complained the "Butt Books" were grooming children. ("Grooming" is a term used to describe methods used by adults who spend long periods of time gaining a child's trust so they can sexually abuse them.)

44.   To prevent children or other adults in the community from having access to the two "Butt Books", these two patrons began to check the items out repeatedly. Their actions prevented the books from being available on the library shelves where other patrons could locate them through browsing.

45.   In response to these repeated materials checkouts, the Director weeded, i.e., permanently removed, the books from the library's collection.

46.   The Director also decided not to add other new books on similar themes to the Llano County Library collection and instead donated them to the Friends of the Library for their book sale or to a local resale shop. These included another "Butt Book" (*I Need a New Butt!*) and other children's books on similar themes (the "Fart Books") that had been previously purchased by the Director and considered appropriate for children.

47.   In testimony and declaration statements, the Director cited specific weeding criteria in the CREW method as justification for removing these books from the collection.

### 2.   Removal of Books Containing Sexual Content, Nudity, and Racial or LBGTQ Issues or Experiences

48.   On November 10, 2021, Judge Ron Cunningham forwarded an email to the Director from Bonnie Wallace, who was subsequently appointed to the Library Advisory Board. The email complained of "pornographic filth" in Llano County libraries and included a

list of books taken from a list developed by Texas House Representative Matt Krause[2] that had been identified by Wallace as being housed in the Llano County Library collection.

49.    In a separate email, Judge Cunningham instructed the Director to pull "any books with photos of naked or sexual conduct regardless if they are animated or actual photos . . . until further notice."

50.    After receiving the initial email from Judge Cunningham, the Director reviewed and pulled all the books on the "Wallace List" for review.

51.    The Director subsequently weeded the following books: *In the Night Kitchen*, an award-winning picture book written for young children; *It's Perfectly Normal*, a non-fiction book about puberty and sex written for children; *Caste: The Origins of our Discontents*, an Oprah Winfrey Book Club selection; and several young adult books including *Freakboy*, *Shine, Spinning*, *Being Gabi: A Girl in Pieces*, and *They Called Themselves the KKK: The Birth of an American Terrorist Group.*

52.     In testimony and declaration statements, the Director cited specific weeding criteria in the CREW method as justification for removing these books from the collection.

## IV.    METHODOLOGY

I was asked to assess whether the weeding guidelines specified in *The CREW Manual*, including the MUSTIE factors were correctly applied by the Llano County Library Director to weed specific library materials listed in the court documents. The methodology I used to evaluate the weeding practices carried out by the Director included the following:

---

[2] The Krause List, as it came to be called, includes about 850 books for children, teens, and adults that allegedly include depictions of sexuality (including sexual development, sexual activity, gender identity, and abortion), race and racism. It was created and distributed to school boards and libraries across the state by Texas House Representative Matt Krause in October 2021 with the express intent of removing those titles from school and public library collections.

53.   Reviewing specific weeding recommendations in the publication, *CREW: A Weeding Manual for Modern Libraries* (*The CREW Manual*) (https://www.tsl.texas.gov/ld/pubs/crew/index.html), including the main narrative as well as quantitative and objective formulas and guidelines for non-fiction, children's, and young adult materials, and comparing these criteria to the weeding practices implemented by the Llano County Library Director.

54.   Reviewing turnover rates and other statistics recommended for Enhanced and Exemplary public library collections in the *Texas Public Library Standards, 2014 Revision* published by the Texas State Library & Archives Commission (https://www.tsl.texas.gov/sites/default/files/public/tslac/plstandards/2014%20TLA_Standards_Final.pdf) and applying them to items weeded from the Llano County Library collection.

55.   Using my knowledge of the intended purpose of *The CREW Manual* as the author of the first revised edition of the manual to interpret the recommended weeding guidelines and compare them to the weeding practices implemented by the Director.

56.   Using my extensive expertise in collection development, collection management, and weeding gained over 35 years as a professional librarian, library trainer and consultant, and educator in accredited Library and Information Science programs to assess whether the weeding practices followed by the Llano County Library Director were informed by her understanding of and commitment to the principles guiding public librarianship in the United States, including the Library Bill of Rights, the Freedom to Read Statement, and the Librarian's Code of Ethics developed by the American Library Association.

57.   Using my firsthand experience as a professional librarian, a former small community library director, and a former state library consultant working with dozens of small community library directors in Texas over a ten-year period to assess whether the actions taken by the Llano County Library Director were influenced by external pressures.

58.   After applying this method and reviewing the pertinent court documents, I concluded that in several instances, the Llano County Library Director did not accurately apply

weeding criteria outlined in *The CREW Manual*, including the MUSTIE guidelines. Further, the Director, as well as the Llano County Library Board and the Commissioners Court, which is responsible for establishing library policies and procedures, took actions in direct opposition to essential professional standards, principles, and practices of the Library and Information Science field which are endorsed by both state and national associations.

## V.    ANALYSIS AND OPINION

### A.    Weeding as a Professional Practice

59.    The purpose of weeding is to ensure that library collections are kept current and accurate and offer information that is of use and/or interest to the library's community of users.

60.    Library staff who perform weeding duties should have relevant training or education and ideally, responsibility for selecting the types of materials being reviewed (e.g., adult fiction).

61.    In public libraries, weeding decisions may include a variety of factors depending on the types of materials being de-selected (fiction, non-fiction, children's, young adult, or reference materials). The stated mission, goals, and service responses of the library should also be considered.

62.    In general, weeding criteria include: 1) the physical condition of the material, 2) the accuracy or currency of the information, 3) the relevance of the subject matter to the library's service community or target audience (e.g., school-age children), 4) circulation statistics, 5) duplicates or other materials available in the collection on the same subject, 6) ability to easily access the information or item if it is not retained in the collection, 7) shelf space, and 8) replacement cost.

63.    Additional considerations for weeding children's and young adult materials include: 1) format, 2) reading level, and 4) dated jacket art and illustrations.

64.    Unfortunately, many rural and small public libraries will retain older and inaccurate materials that should be weeded because they cannot afford to replace them with

17

newer editions or titles due to budget constraints. This is one reason why weeding is an essential part of collection maintenance.

65. Low circulating items may be on topics that are only of interest periodically. For example, many non-fiction titles on contemporary social issues like gun control, abortion rights, and the effects of systemic racism are used primarily as source materials for students writing research papers and are not of general interest to the public. Likewise, interest often picks up for older fiction titles (e.g., *Captain Horatio Hornblower* and *All Things Great and Small*) when they are made into mini-series or movies. In these cases, older editions should be weeded in favor of newer ones.

66. It is also very common for books to be overlooked and forgotten on the shelves which is why librarians are advised to put low circulating items on display to garner more interest and attention.

67. It is also worth noting that while circulation is one criterion, it should never be considered in the absence of other criteria such as physical condition, whether a title has been superseded by a more recent edition and, in the case of topics that have historical or social significance, if there are any other materials on that subject in the collection. Determining this requires a form of professional judgment gained from experience.

68. Other qualitative weeding criteria include: 1) the work's status as a "classic" title (i.e., in print for more than 20 years), 2) any state or national book awards or prizes it has received, and 3) regional authors or topics such as Texas history (items in the latter category may be retained indefinitely and weeded only for condition).

## B.    The Original Purpose and Limitations of *The CREW Manual*

69. The original intent behind *The CREW Manual* was to develop a systematic, step-by-step process for weeding collections in rural and small community public libraries in Texas. The emphasis was on providing objective guidance on collection maintenance for library staff who did not have the advantage of a professional library education or training.

70.   *The CREW Manual* was never intended to be used to remove materials that were considered to be controversial or otherwise inappropriate for a particular group. Rather, these weeding guidelines were originally developed to encourage librarians working in small and rural areas to maintain accurate and up to date collections.

71.   The 10-step method and weeding formulas originally developed by Joseph P. Segal were expanded and refined in subsequent editions of the manual that were published in 1995, 2006, and 2012.

72.   The manual includes a section titled CREW Guidelines by Dewey Class that provides specific formulas for evaluating non-fiction materials arranged by Dewey Decimal Classification, as well as fiction materials, reference materials, media (audio and video), and materials for children and teens. These formulas provide some objective criteria for weeding materials due to age and circulation, as well as physical condition, accuracy and objectivity, literary merit, and other materials available on the topic (the MUSTIE factors).

73.   The narrative content included in the first half of the manual and that are provided in the CREW Guidelines by Dewey Class section of the manual is intended to broaden the weeder's understanding of *what*, *why* and *how* to weed, and help develop a keener method of discerning the difference between relevant and nonrelevant materials.

74.   The CREW formulas are intended to be used in conjunction with a librarian's professional judgment and not taken as an inflexible measurement of the merits of individual items. This is explained in the introduction to this section: "The formulas are intended to be used in conjunction with a librarian's professional judgment and not taken as an inflexible measurement of the merits of individual items" and "While the CREW formula may be used as a guide in making weeding decisions, these guidelines can and should be adjusted to meet the needs of the specific library" (Larson, 2012, p. 61).

75.   One of the drawbacks of *The CREW Manual* acknowledged by its authors is the general nature of the weeding formulas and that they do not include every Dewey Decimal Classification ("DDC") category. This is another reason why it is useful for

librarians to consult a variety of authoritative guidelines that may provide more detailed guidance for weeding certain DDC categories.

76.    One additional consideration that must be taken into account in relation to weeding library materials in 2021 was the lockdown period imposed during the COVID-19 pandemic. Since the public was unable or unwilling to visit the physical library for several months, this had the effect of "stopping the clock" on the circulation of individual library materials. As such, lack of circulation of physical books during 2020 should not be factored into the Dewey formulas.

### C.    Misapplication of Weeding Guidelines Outlined in *The CREW Manual*

77.    After reviewing testimony and statements filed by the Director, former Llano County Library staff, members of the Llano Library Advisory Board and Llano County Commissioners Court, *The CREW Manual,* and state and national library standards and guidelines, I believe most of the weeding decisions made by the Director were incorrect and appear to have been motivated by external pressures.

78.    The Director is familiar with general weeding guidelines and the recommendations outlined in *The CREW Manual*, including the MUSTIE factors as she cited many of them in detail in her sworn testimony and declaration statements. She also stated that she had attended professional continuing education events to learn good weeding practices.

### 1.    The "Butt Books" and "Fart Books"

79.    In her first declaration statement, the Director stated that she weeded two of the "Butt Books" because "they had been checked out too infrequently to remain on the shelves". Yet, both books had been checked out at least four times in the month after they were added to the collection. (Pls.' Prelim. Inj. Hr'g Ex. 24 at 43.)

80.    It was also established through sworn testimony that the reason these books were not being circulated by the public was that "concerned patrons" had checked the books out repeatedly to keep other members of the community, including children, who were the target audience for the books, from having access to them.

20

81.    Rather than removing the controversial materials, the Director should have communicated to these patrons that preventing others from accessing library materials was a violation of the library's Materials Selection Policy[3] and the principles of intellectual freedom as articulated by the American Library Association in their Accesses to Library Resources and Services statement.[4]

82.    If these patrons refused to stop restricting access to the items, the Director's next step should have been to suspend their borrowing privileges and return the books to the shelf.

83.    Weeding the items in question only ensured that no one else in the community would have access to them, which in effect did the work of the would-be censors for them.

84.    The Director cited the MUSTIE (misleading, ugly, superseded, trivial, irrelevant, may be obtained elsewhere) factors from *The CREW Manual* to justify her weeding decisions. However, there is no CREW or MUSTIE factor recommending that books be removed from the collection to avoid controversy, especially books that have not had a chance to circulate freely and for the public to access.

85.    In her third declaration filed on January 9, 2023, the Director stated that the "Butt Books" were weeded due to their trivial nature and could be obtained elsewhere through interlibrary loan, again citing the MUSTIE formula. However, according to the Llano County Library System Policies document on page 19, "The Library should make available materials for … recreation even if not enduring in value, interest, or accuracy" in the interests of popular demand. And the return postage cost of $3.15 per item for interlibrary loan (ILL) requests, in addition to the time it takes to receive titles sent from libraries outside the system, make it unreasonable to expect patrons to request these titles using the ILL process.

---

[3] "Responsibility for the use of materials by children and adolescents shall rest with their parents or legal guardians. While a person may reject materials for himself or herself and for his or her children, he or she shall not exercise censorship to restrict access to the materials by others." (Pls.' Prelim. Inj. Hr'g Ex. 1 at 19.)

[4] "Access to materials, without prejudice, to every member of the community must also be assured." https://www.ala.org/advocacy/intfreedom/access

86. The "trivial" criterion also should be applied consistently to other materials in the collection. For example, the Barbie, *My Little Pony*, and Minnie Mouse DVDs featured prominently on the Llano County Library's catalog webpage are marketing tools intended to sell toys and Disney merchandise. According to *The CREW Manual* at page 19, "Books that feature popular and commercial characters should be weeded when interest has faded or the television show is no longer shown." This consideration can also be applied to media purchased purely for its entertainment value.

87. Additionally, in her declaration filed on July 15, 2022, the Director stated that, "the library purchased some books that had not yet been put on the shelves: *I Need a New Butt ... Larry the Farting Leprechaun*, *Harvey the Heart Had Too Many Farts*, *Gary the Goose and His Gas on the Loose*, and *Freddie the Farting Snowman*. I decided to weed these books in July and August of 2021 because I felt they would have the same fate as the *I Broke My Butt* and *My Butt is So Noisy* books, and that they would not circulate sufficiently if added to the system." (ECF No. 49-1 ¶ 7.)

88. The Director again cited the MUSTIE (misleading, ugly, superseded, trivial, irrelevant, may be obtained elsewhere) factors from *The CREW Manual* to justify her weeding decisions. However, since these books had never been added to the system, they could not be evaluated for weeding using any CREW or MUSTIE factors. *The CREW Manual* specifically states, "Immediately after entering Circulation and Reference (CR) use, the library materials enter the CREW processes of inventory and maintenance" (Larson, 2012, p. 13). The books in question never had a chance to circulate or be used by the public.

## 2. *In the Night Kitchen* and *It's Perfectly Normal*

89. Written by award-winning author and illustrator Maurice Sendak, *In the Night Kitchen* is still in print more than 50 years after its publication, qualifying it as a classic of children's literature. It has received multiple awards and nominations and was named as a Caldecott[5] Honor Book a year after its publication.

---

[5] The Randolph Caldecott Medal is awarded annually by the Association for Library Service to Children, a division of the American Library Association, to the artist of the most distinguished American picture book for children.

90.   In her sworn testimony given on October 28, 2022, the Director stated that she weeded *In the Night Kitchen* because she "believed it was old and worn" and that it was being checked out "periodically" (a total of 33 times over 15 years). (Hr'g Tr. Vol. 1 at 92:23-94:3.)

91.   However, in that same testimony, the Director confirmed that her response to the question about which books she had reason to believe were weeded due to content included the "Butt Books" and *In the Night Kitchen*. (Hr'g Tr. Vol. 1 at 95:5-8.) This again would be a violation of the Llano County Library's Materials Selection Policy for the same reasons stated in the previous section.

92.   The CREW guidelines for picture books include the formula X/2/MUSTIE, meaning that copyright or age of the item is not a deciding factor. Rather, if the item has not circulated in 2 years it should be evaluated using the MUSTIE factors. Narrative elaborating on this formula also states, "Picture books are so heavily used that every title should go out at least once in a two-year period." The library's copy of *In the Night Kitchen* had last been checked out on September 20, 2020, approximately 14 months before it was weeded.

93.   Based on its lifetime circulation, the turnover rate for the book was 2.22 (30 checkouts divided by 15 years in the collection). According to the *Texas Public Library Standards* (p. 8), libraries serving populations between 5,000 and 24,999 people should maintain a collection turnover rate of .94 to be considered at the Enhanced Level,[6] and a turnover rate of 1.42 to be considered at the Exemplary Level. (According to the 2021 Texas Public Library Statistics,[7] Llano County Library's service population is 21,958.)

94.   Although the *Texas Public Library Standards* refer to collection turnover rates rather than individual item turnover rates, it could be extrapolated as a representative sample of

---

[6] According to the *Texas Public Library Standards* (p. 2), "The Task Force elected to recognize two service levels of enhanced, and exemplary. The enhanced level builds upon the basic and the exemplary upon the enhanced. Libraries which achieve the enhanced or exemplary level will be those where improvement is a progressive rather than reactive process." The basic level of service was removed for the 2014 edition of the standards.

[7] Available on the Texas State Library & Archives Commission website: https://www.tsl.texas.gov/ldn/statistics.

the library's entire picture book collection.

95. The narrative included with the weeding formula recommends that librarians "Replace popular titles that are torn and worn or that have been 'loved' too much" (Larson, 2012, p. 81). Therefore, if the book was weeded due to poor condition, it should be replaced with a newer copy.

96. *It's Perfectly Normal: Changing Bodies, Growing Up, Sex, and Sexual Health* is just what it says: a book about puberty, sex, and sexual health written for school-age children and young adults.

97. The Director indicated in her declaration filed on July 15, 2022, that the book "contains graphic illustrations of naked persons at various ages, including infants and adolescents. The book also contains illustrations of adults engaging in sexual intercourse." This is to be expected from a book on the topics of puberty, sex, and sexual health. (ECF No. 49-1 ¶ 8.)

98. However, the illustrations included in the book do not meet the commonly accepted definition of pornography: "1 : the depiction of erotic behavior (as in pictures or writing) intended to cause sexual excitement; 2 : material (such as books or a photograph) that depicts erotic behavior and is intended to cause sexual excitement; 3 : the depiction of acts in a sensational manner so as to arouse a quick intense emotional reaction."[8]

99. *Publisher's Weekly*, a trade publication used as a selection tool by public libraries and booksellers, gave the newest edition a starred (outstanding) review stating, "Providing accurate, unbiased answers to nearly every imaginable question, from conception and puberty to birth control and AIDS, *It's Perfectly Normal* offers young people the information they need — now more than ever — to make responsible decisions and to stay healthy."

100. The library should do everything it can to make health information accessible to those who need it, including children and young adults. According to the ALA, "Libraries and

---

[8] Merriam-Webster Online, https://www.merriam-webster.com/dictionary/pornography.

their governing bodies have a legal and professional obligation to ensure that all members of the communities they serve have free and equitable access to a diverse range of library resources and services that is inclusive, regardless of content, approach, or format. This principle of library service applies equally to all users, minors as well as adults. Lack of access to information can be harmful to minors."[9]

101.   The CREW formula for DDC 610s (health) is 5/3/MUSTIE, indicating that materials in these categories should be published within the last five years and circulate at least once in the last three years. The accompanying narrative explains, "Patrons rely on up-to-date information and outdated information can be dangerous."

102.   The copy weeded from the library was published in 1998 making it 25 years old. (A quick search of the Llano County Library catalog brought up one other title on the subject of "Puberty", also published in 1998.)

103.   According to one court document, *It's Perfectly Normal* was added to the Llano County Library collection in 2006 and had last circulated in 2018. This circulation date falls just outside the 3-year period recommended in the CREW guidelines and, in tandem with the older publication date, makes it a likely candidate for weeding but only if it were replaced by the newer edition.

104.   MUSTIE factors recommend replacing superseded titles with newer editions and a new edition of this title was published in 2021. Given the age of other books in the collection on these topics[10], its important subject matter, and the strong review it received from a premiere professional selection tool, this title should be replaced with the latest edition and shelved where young people can access the information without fear of embarrassment. However, until the new title is received, the older edition should be retained on the shelves.

### 3.    Books on African American History and Lived Experience

---

[9] American Library Association. (2019). *Access to library resources and services for minors: An interpretation of the Library Bill of Rights.*
https://www.ala.org/advocacy/intfreedom/librarybill/interpretations/minors
[10] Considering other books on the same topic in the collection is a standard weeding criterion.

105.  According to court documents, "On November 10, 2021, Defendant Wallace sent
      Defendant Cunningham and others an email entitled 'Pornographic Filth at the Llano
      Public Libraries,'" attaching a list of books she considered "atrocious." (Compl. ¶ 62,
      ECF No. 1.) The list included "famous and award-winning books such as *Between the
      World and Me* and *We Were Eight Years in Power* by Ta-Nehisi Coates and *The New
      Jim Crow*[] by Michelle Alexander, as well as other fiction and nonfiction books related
      to sexuality, sex education, gender identity, racial equality . . . ." (*Id.* ¶ 59.)

106.  The Director subsequently pulled books on the list to review them and decided to
      conduct a weeding evaluation of these materials since she was already examining each
      one for content. The titles she removed from the collection and her weeding methods of
      each will be considered separately in the following paragraphs.

107.  One of the books weeded by the Director that appeared on the "Wallace List" was
      *Caste: The Origin of Our Discontents.* The Director stated in court documents that it was
      weeded due to low circulation. This title, written by a Pulitzer Prize-winning author, was
      an Oprah's Book Club pick and was ranked #1 on the *New York Times* Bestsellers list. It
      was adapted for young adults in 2022.

108.  According to court documents, the book was added to the Llano County Library
      collection in December 2020 and had circulated three times through January 2021. The
      book was weeded by the Director in November 2021. Fppot

109.  This book was catalogued in DDC number 305.51 and housed in the adult section of the
      library. Although there is no corresponding CREW formula for this classification
      number, the manual recommends that books cataloged in the 300s (social sciences)
      "should include information that represents various viewpoints on controversial issues
      and is current, accurate, and fair" (Larson, 2012, p. 64).

110.  A former Llano County Library staff member stated that five years was the accepted
      circulation period for most non-fiction books in the system (ECF No. 59-8 ¶ 6.)
      However, no CREW or MUSTIE guidelines recommend weeding a new book in good
      condition that has been in the collection less than a year and that has circulated. Based
      on its age and circulation history, if this book was weeded due to damage it should have

been replaced with a new copy. It is clear that standard weeding practices were not followed in this instance.

111. A second book housed in the Political area (322.42) of the adult section, *They Called Themselves the KKK: The Birth of an American Terrorist Group* was weeded due to low circulation, according to the Director. A former Llano County Library staff member confirmed the title was last checked out in 2011, the same year it was added to the collection but noted it was the only book on the history of the Ku Klux Klan in the collection.

112. This title was written by a Newbery Award winning author who won the award for a book about Hitler youth. The intended audience for the book is young adults (ages 12 and over). The book received positive reviews from *Publisher's Weekly*, *School Library Journal*, and *The Horn Book* and a starred (highly recommended) review from *Booklist*, another standard selection tool used by librarians. All reviews noted the thoroughness of the author's research and the usefulness of the bibliography and Civil Rights timeline as research tools.

113. The CREW guidelines recommend books in the subject of Political Science be assessed using the formula 5/3/MUSTIE; i.e., published more than five years ago and not circulating in the last three years. However, the narrative accompanying this DDC category focuses on weeding older titles about politics and political systems. It also includes the caveat, "Be aware also of how books in this classification area interrelate with titles in other areas, such as history."

114. The importance of the topic in U.S. history, the high quality of the scholarship, the lack of other materials on the topic in the system, and the current discourse around race and racism in American society make this title an important addition to the Llano County Library collection. Finally, other small Texas community libraries—such as the Bastrop Public Library—still retain this title, cataloged in the Juvenile non-fiction section. If shelf space is not an issue and the item was not damaged, there was no compelling reason to weed the physical book.

### 4. Books on LGBTQ Issues and Experiences

115.  In her third declaration, the Director stated that "a Young Adults book…becomes eligible for weeding two years after its last circulation or three years after it was first acquired." (ECF No. 100-5 ¶ 28.) While the first number in the CREW formulas refers to the copyright date, she is correct that the accession date should be used to evaluate fiction materials.

116.  However, school-age children and teenagers are much less likely to stumble across fiction titles through browsing. As I taught in my *Materials for School-age Children* course, people in these age groups need to be made aware of or "introduced" to award-winning titles through programs like book talks, where the teacher or librarian gives a short summary of the book and reads an excerpt from it to pique their attention. Another tried and true method of promotion of juvenile and young adult fiction is through in-house displays that draw their attention to titles they might otherwise miss. There is no indication that the titles removed from the collection had been similarly promoted before discarding them.

117.  Also in her third declaration, the Director stated that the removal of several LGBTQ books did not impact the overall collection because there were 10 other titles available in the system. (ECF No. 100-5 ¶ 29.) However, only six of these titles were written for young adults. The remaining four are geared towards parents.

118.  One of these four titles, *Far from the Tree: Parents, Children and the Search for Identity* appears to equate being trans-gender with physical and mental disabilities. Another, *Irreversible Damage: The Transgender Craze Seducing Our Daughters* may offer an alternative viewpoint to gender-affirming practices. However, according to a review in *Psychology Today*, "many trans activists have decried the book as transphobic, hostile, and harmful to trans individuals more broadly" and the author dismisses "the idea that gender identity is biological despite a wealth of evidence to suggest just that."[11] It certainly does not offer a nuanced or authentic view of the experiences of young people in the LGBTQ community, which all of the weeded titles do.

---

[11] https://www.psychologytoday.com/us/blog/checkpoints/202101/review-irreversible-damage-abigail-shrier

119. *Spinning* is a coming-of-age and coming-out memoir written for teens in graphic novel format. It recounts the author's experiences growing up as an ice skater and her subsequent journey of self-discovery. It received several literary distinctions and was named a 2017 *Booklist* Youth Editor's Choice title, a 2018 YALSA (Young Adult Library Services Association) Great Graphic Novel, a Chicago Public Library Best Book of 2017, and a New York City Public Library Notable Best Book for Teens. It also received the Eisner award, given for creative achievement in American comic books and sometimes referred to as the comics industry's equivalent of the Academy Awards for Best Reality-Based Work in 2018.

120. *Spinning* received positive critical reviews in several professional selection tools including *The Horn Book*, the *New York Times Book Reviews*, *Kirkus Reviews*, and received a starred (highly recommended) review from *Booklist*.

121. In her declaration filed on July 17, 2022, the Director stated that "*Spinning* was weeded because it had been checked out only four times since it was added to the library's collection in 2018 and had not been checked out at all in the last two years." She also stated that the book had been added to the system in September of 2018 and had been checked out most recently in May of 2019. (Pls.' Prelim. Inj. Hr'g Ex. 24 at 72.) The dates were corroborated by a former library staff member. (ECF No. 59-8 ¶ 15.)

122. The CREW formula for graphic novels is X/1/MUSTIE. The X indicates that the publication date is not an important a weeding criterion; rather, graphic novels should be evaluated based on their popularity. The narrative included with this formula states that "The exception would be classics or milestone titles" (Larson, 2012, p. 77).

123. At 400 pages, this book is considerably longer than most graphic novels and had received critical acclaim. The book's turnover rate of 1.33 was also respectable, considering the library was closed to the public for much of 2020 due to the COVID-19 pandemic. If shelf space and physical condition were not factors in the evaluation, there would be no reason to single this title out for weeding.

124. *Shine* is a coming-of-age young adult novel about a teenage girl living in a small town who investigates the savage beating of her friend who is gay. In the process, she finds

the courage to confront injustice in the community where she has lived all her life despite feeling pressured to drop the issue. It received positive critical reviews in *Booklist Online*, *Publisher's Weekly*, *The Horn Book*, *School Library Journal*, and *Kirkus Reviews*, all of which are professional selection tools. According to the declaration made by a former Llano County Library staff member filed on July 29, 2022, the book was added to the collection in 2012—the year after it was published—and had last checked out in July 2021, statistics confirmed by the Director. (ECF No. 59-8 ¶ 17; Pls.' Prelim. Inj. Hr'g Ex. 24 at 71.) It was weeded by the Director in November 2021.

125.   The weeding formula for young adult fiction is 3/2/MUSTIE. The accompanying narrative in *The CREW Manual* provides more clarification stating, "Any item that has not circulated within two years should be considered 'dead' and removed (and anything that hasn't circulated within the past year is suspect and should be evaluated for promotion, relocation, or discard)." Since the title had circulated only a few months before being weeded, it should not have been eligible for weeding based on its circulation statistics. If the item was in good physical condition, it could have been promoted in a display to gauge whether there was any interest among the community.

126.   *Gabi, A Girl in Pieces* is a young adult novel written from the point of view of a Mexican-American girl recounting her tumultuous senior year in high school. It received a starred (highly recommended) review in *Booklist Online* and positive reviews in *Kirkus Reviews*, *Publisher's Weekly*, and *School Library Journal*. It was also named to *Kirkus Review's* Best Books of 2014 and *School Library Journal's* Best Books of 2014 lists. According to the declaration made by a former Llano County Library staff member filed on July 29, 2022, the book was added to the system in January 2016 and last circulated in June of 2018. (ECF No. 59-8 ¶ 18.)

127.   This book falls into the same weeding category as *Shine* and deserves the same considerations. Although it had not circulated in the last three years, the COVID-19 pandemic lockdown period and lack of in-house promotion should have been considered as affecting its popularity.

   **D.   The Weeding and Closed Circulation Practices of the Llano County
   Library Inhibit the Public's Free and Open Access to Information on**

### Diverse Topics

128.   The Director's statements in her sworn testimony and declaration about the right of individuals to access information in the library, the responsibility of parents and legal guardians for their children's reading, and that removing materials because someone disapproves of their content is tantamount to censorship lead me to believe she is very familiar with the basic principles and guidelines of the Library and Information Science profession explicitly stated in documents like the Library Bill of Rights and Freedom to Read statement, created by the American Library Association and endorsed by the Texas Library Association and other state and national organizations.

129.   Given this, the Director's assertion that the books removed from the system are still readily available to patrons through an in-house checkout system—when none of them are discoverable through the library's catalog or other means—is extremely concerning.

130.   In perpetuating the sham of an "in-house" checkout system that includes books donated by her attorney, ostensibly to satisfy specific materials requests, the Director—along with the Llano Library Advisory Board and Commissioners Court— is contributing to physical and psychological barriers that intimidate patrons from seeking access to information. This is the antithesis of a free public library whose stated purpose "is to make available to every individual within the county, and to the public in general, the free use of books and recreational materials in order to promote through guidance and stimulation the communication of ideas."[12]

131.   Further, "The American Library Association asserts that the charging of fees and levies for information services, including those services utilizing the latest information technology, is discriminatory in publicly supported institutions providing library and information services."[13] Frankly, the Director's assertion that interlibrary loan is a viable alternative to obtaining materials not in the collection is disingenuous at best. Due to the cost of postage levied per item, this restriction simply creates an

---

[12] Llano County Library System Constitution and By-Laws. (2006). N.p.

[13] American Library Association. (n.d.). B.4.2. Free access to information (old number 50.3). https://www.ala.org/aboutala/governance/policymanual/updatedpolicymanual/section2/50natinfosvc

additional barrier for patrons trying to access information "which meets their personal, educational, professional, and recreational needs" (Llano County Policies, p. 1). This is especially true in rural areas like Llano County where the per capita income is $62,839 and approximately 12% of residents live below the poverty level.[14]

## VI.    CONCLUSION

132.    In his seminal article, "Not Censorship, But Selection" which was originally published in *The Wilson Library Bulletin* in 1953 (the same year the Freedom to Read statement was issued by the American Library Association), Lester Asheim asserts that "For the selector, the important thing is to find reasons to keep the book" and "For the censor, on the other hand, the important thing is to find reasons to reject the book" (Asheim, 1953, p. 66). In my opinion, every instance of book removal discussed in this report falls into the latter category.

133.    Based on my review of the *The CREW Manual* and other state and national collections standards, it is clear that weeding criteria outlined in *The CREW Manual* were misapplied to the items reviewed in this report.

134.    Further, the weeding and closed circulation practices of the Llano County Library in reference to these materials inhibit the public's right to free and open access to information on diverse topics and in a variety of formats since there is no way for the public to discover these titles in the library's online catalog or through signage or notifications, such as newsletters.

135.    These practices are clear violations of the professional principles of the Library and Information Science field, defined and endorsed by the American Library Association, the Texas Library Association, and the Texas State Library and Archives Commission.

Dated:  February 17, 2023          By:

Belinda Boon

---

[14] U.S. Census Bureau. https://www.census.gov/quickfacts/llanocountytexas.

# EXHIBIT 1

**Belinda Boon, MLIS, PhD**
Professor | Kent State University | School of Information
P.O. Box 5190 | Library 314 | Kent, OH 44333
(330) 672-0015 | bboon1@kent.edu

## EDUCATION

**THE UNIVERSITY OF TEXAS AT AUSTIN**
Doctorate in Library and Information Science                                        2006
Master of Library and Information Science                                            1987
Bachelor of Arts, English Literature                                                1983

**SOUTHWEST TEXAS STATE UNIVERSITY**
English Literature/Fine Art (Major/Minor)                                      1979-1981

## TEACHING FELLOWSHIPS

**KENT STATE UNIVERSITY CENTER FOR TEACHING & LEARNING**

**Faculty Fellows Program** (competitive)                                       2018-2019
- *Developed an onboarding guide for adjunct faculty that was distributed for use across the University, including the eight regional campuses*

**Teaching Scholars Program** (competitive)                                     2013-2014
- *Conducted a scholarly examination of online teaching practices to enhance student learning and presented the results to university colleagues*

## HONORS, AWARDS & RECOGNITIONS

**KENT STATE UNIVERSITY**
Faculty Recognition Award                                              2016, 2015, 2013
Faculty Excellence Award                                                            2008

**STATE LIBRARY OF OHIO**
LSTA Advisory Council Service Proclamation                                          2015

**ASSOCIATION OF LIBRARY & INFORMATION SCIENCE EDUCATORS (ALISE)**
Tague-Sutcliffe Award Winner, Doctoral Student Poster Competition                   2005
Nominated for Doctoral Student to ALISE Award                                       2005

**THE UNIVERSITY OF TEXAS AT AUSTIN, GRADUATE STUDIES**
David Bruton, Jr. Continuing University Fellowship                                  2005
David Bruton, Jr. Continuing University Fellowship                                  2004
Sam Whitten Endowed Presidential Scholarship for Academic Excellence                2002

**TEACHING EXPERIENCE**

**KENT STATE UNIVERSITY | SCHOOL OF INFORMATION**

**Professor (Non-tenure Track)** 2022 – Present
Undergraduate Courses:
LIS 30010 Information Fluency in the Workplace and Beyond
- American Academy-PUCPR-Pontifícia Universidade Católica do Paraná (Fall 2022)

LIS 1150 Reference and Information Services
- Belmont College (Summer 2022)

Graduate Courses (online):
LIS 60280 Master's Portfolio (Core)
LIS 60608 The Public Library
LIS 60614 Collection Management
LIS 60669 Information Services for Diverse Populations

**Associate Professor (Non-tenure Track)** 2016-2022
Undergraduate Course (face-to-face and online):
LIS 30010 Information Fluency in the Workplace and Beyond

Graduate Courses (face-to-face and online):
LIS 60600 Foundations of Library & Info. Science (Core; discontinued in 2017)
LIS 60001 Access to Information (Core; discontinued in 2017)
LIS 60040 The Information Landscape (Core; Discontinued in 2021)
LIS 60280 Master's Portfolio (Core)
LIS 60601 Information Sources & Reference Services
LIS 60608 The Public Library
LIS 60614 Selection & Acquisition of Library Materials
LIS 60669 Information Services for Diverse Populations

**Assistant Professor (Non-tenure Track)** 2010-2016
Graduate Courses (face-to-face and online):
LIS 60600 Foundations of Library & Info. Science (Core; discontinued in 2017)
LIS 60001 Access to Information (Core; discontinued in 2017)
LIS 60608 The Public Library
LIS 60614 Selection & Acquisition of Library Materials

**Assistant Professor (Tenure-Track)** 2006-2010
Graduate Courses (face-to-face):
LIS 60600 Foundations of Library & Information Science
LIS 60614 Selection & Acquisition of Library Materials
LIS 60629 Library Materials & Services for School-Age Children

THE UNIVERSITY OF TEXAS AT AUSTIN | SCHOOL OF INFORMATION

| | |
|---|---|
| **Adjunct Instructor** | Summer 2005 |
| INF 322T Children's Literature | |
| | |
| **Teaching Assistant** | 2002-2006 |
| INF 322T Children's Literature | |
| INF 380F Materials for Children | |
| INF 382F Young Adult Literature | |

## PROFESSIONAL WORK EXPERIENCE

**TEXAS STATE LIBRARY & ARCHIVES COMMISSION**

| | |
|---|---|
| Manager, Continuing Education & Consulting | 2001-2003 |
| Interim Manager, Continuing Education & Consulting | 2000-2001 |
| Youth Services Consultant | 1998-2000 |
| Continuing Education Consultant | 1993-2000 |

**BASTROP (TX) PUBLIC LIBRARY**

| | |
|---|---|
| Library Director | 1991-1993 |

**THE UNIVERSITY OF TEXAS AT AUSTIN, SCHOOL OF SOCIAL WORK**

| | |
|---|---|
| Interim Graduate Advisor/Administrative Assistant | 1990-1991 |

**HARRIS COUNTY (TX) PUBLIC LIBRARIES**

| | |
|---|---|
| Children's Librarian/Assistant Librarian - Woodforest Branch | 1988-1990 |
| Children's Librarian - Kingwood Branch | 1988 |

**FORD FOUNDATION ARCHIVES**

| | |
|---|---|
| Assistant Archivist (Temporary Position) | May-Sept. 1987 |

## PUBLICATIONS

### BOOK

Boon, B. (1995). *The CREW method: Expanded guidelines for collection evaluation and weeding for small and medium-sized public libraries.* Austin, TX: Texas State Library & Archives Commission.

### INVITED ARTICLES

Boon, B. (2017). Bibliographic research. *Sage Encyclopedia of Communication Research Methods*. Sage Publications, Inc.

Boon, B. (2009). Using the CREW method to enhance public and school library collections. *Journal of Access Services*, 6: 324-336.

Boon, B. (2008). The professional development of small community librarians in Texas: A qualitative study of the female experience. *Advances in Library Administration and Organization*, 26: 209-264.

**OTHER REFEREED ARTICLES**

Boon, B. (2007). A helping hand: The importance of mentoring in the professional development of female library directors working in small Texas communities. *Rural Libraries*, 27(2): 7-18.

Boon, B. (2007). More than just the 'library lady':  Archetypal management roles exhbited by female librarians in small Texas communities.  *Bookmobile and Outreach Services*, 10(1): 9-24.

**OTHER PUBLISHED ARTICLES**

Boon, B. (2015). SLIS faculty member discusses tips for promoting student engagement in online courses. *Online Connections Newsletter*. Kent State University: Office of Continuing and Distance Education.

Boon, B. (2011). Getting the most from online learning. *The News*. State Library of Ohio.

Boon, B. and Cheng, L. (2010). Social networking at Kent State University. *The News*. State Library of Ohio.

Boon**,** B. and Vogler, D*.* (Winter 2001). TexShare database training. *Texas Library Journal*, *77*(4), 158-159.

**WEB-BASED ARTICLES**

Boon, B. (2009). Weeding library collections. *Small Libraries Division Blog*, Ohio Library Council <http://olcsmalllibraries.wordpress.com/>

**LIBRARY TRAINING MANUALS**

Texas State Library & Archives Commission. (1998). *Adopt a bunny program*. Austin, TX: Texas State Library & Archives Commission.

Texas State Library & Archives Commission. (1998). *Dia de los ninos, dia de los libros.* Austin, TX: Texas State Library & Archives Commission.

Texas State Library & Archives Commission. (1998). *Welcome to read, Texas!* Austin, TX: Texas State Library & Archives Commission.

**EDITED WORKS**

Ellis, K. (2012). *Partnerships and collaborations in public library communities: Resources and solutions*. IGI Global. (Editorial Advisory Board)

Nichols, M. I. (1998). *A guide for developing CD-ROM reference collections: Issues and strategies.* Austin, TX: Texas State Library & Archives Commission. (Editor)

Nichols, M. I., Boon, B., Henry, S. (1997). *Texas information resources for libraries.* Austin, TX: Texas State Library & Archives Commission. (Contributor & Editor)

**BOOK REVIEW**

Boon**,** B. (Spring 2000). *The volunteer library*, by Linda S. Fox. [Book review]. *Journal of Youth Services in Libraries*, 13 (3), 26-26.

**INTERVIEWS AND QUOTED PASSAGES**

Keren, P. (January 27, 2022). Hudson parents wanted 3 'offensive' books pulled from high school library. What happened? *Akron Beacon-Journal*.

Anderson, K. (January 12, 2015). Profs seek input to improve online courses. *Featured News.* Kent State University Website.

MacDonald, G. J. (June 18, 2012). E-book battle: Libraries, publishers square off on pricing. *Christian Science Monitor*.

Adamczak, R. (August 23, 2011). Dewey Decimal squares off with the Web: Today's librarians are tech-savvy resources. *Akron Legal News.*

# PRESENTATIONS

## INVITED CONFERENCE PRESENTATIONS

**2022**    *Be Prepared! Navigating Materials Challenges,* Ohio Educational Library Media Association (OELMA) Annual Conference (Dublin, OH)
*Be Prepared! Navigating Materials Challenges,* Ohio Educational Library Media Association (OELMA) Freedom to Read Forum (Kent, OH)

**2020**    [Canceled due to COVID-19]. *Conducting a Diversity Audit*, Texas Library Association Annual Conference (Houston, TX)

**2019**    *Conducting a Diversity Audit* [Panel Presentation], American Booksellers Association Annual Conference (Pittsburgh, PA)

**2017**    *Open Access and Intellectual Freedom* [Plenary Session], Church & Synagogue Library Association Annual Conference (Rochester, NY)
*Best Practices in Weeding*, Church & Synagogue Library Association Annual Conference (Rochester, NY)
*Online Learning is for EVERYONE: Using Universal Design Principles to Develop Accessible Online Course Content* [Blind Peer-reviewed Conference Session], Lilly Conference on Evidence-Based Teaching and Learning (Austin, TX)

**2016**    *Steal My Idea* [Panel Presentation], Kent State University Online Teaching Symposium
*What Should We Keep?: Donations & Weeding Considerations*, Church & Synagogue Library Annual Conference (Kent, OH)

**2015**    *Active Online Teaching Strategies: Sharing Best Practices* (Blind Peer-reviewed Round Table), Lilly Conference on Evidence-Based Teaching and Learning

**2014**    *A Survey of Active Online Teaching Strategies* [Panel Presentation], Kent State University Online Learning Symposium
*To Buy or Not To Buy: Vetting in the Age of Independent Publishing* (Panel Moderator), Ohio Library Council Convention & Expo
*Carpe Diem! Seize the Day! 5 Things You Can Do NOW to Transform Your Library* (Keynote Address), Texas Library Association District 9 Meeting

**2010**    *When Disaster Strikes…Will You Be Prepared?*, Ohio Education Library Media Association (OELMA) Conference
*Training Camp: How Libraries Can Benefit from Hosting a Library Practicum Student*, 61st Annual Ohio Regional Association of Law Libraries (ORALL) Conference

**2008**     *Weeders Attract More Readers!*, Ohio Education Library Media Association
             (OELMA) Conference

             *Weeders Attract More Readers!*, Ohio Library Council (OLC) Children's and YA
             Conference

             *Weeders Attract More Readers!*, Public Library Association (PLA) National
             Conference (Minneapolis, MN)

             *Weeders Attract More Readers!* [Webinar] Public Library Association (PLA)
             Virtual Conference (Minneapolis, MN)

             Panel Discussion: *Preparing for a Tenure-Track Position*, Association of Library
             and Information Science Educators (ALISE) (Seattle, WA)

**2005**     *Collection Development* and *Weeding with the CREW Method*, New Hampshire
             Library Association Annual Conference

**2000**     *Weeding Library Collections* and *Reference Resources*, Border Regional Library
             Association (BRLA) (Las Cruces, NM)

**1998**     *Weeding School Library Collections*, Texas Association of School Librarians
             (TASL) Annual Conference

             *Using String Stories in Library Programming*, Children's Book Festival, Sam
             Houston State University (Huntsville, TX)

## IN-SERVICE WORKSHOPS & WEBINARS

**2022**     *Weeding Library Collections* [webinar], Columbus State Community College
             (OH)

**2021**     *Weeding with the CREW Method* [webinar], North Richland Hills Library (TX)

             *Weeding with the CREW Method* [webinar], Northwest Library System (OH)

             *Collection Analysis* [webinar for directors], Mansfield-Richland County (OH)
             Public Library

             *Collection Analysis* [webinar for staff], Mansfield-Richland County (OH)
             Public Library

             *Weeding Library Materials* [webinar for directors], Mansfield-Richland County
             (OH) Public Library

             *Weeding Library Materials* [webinar for staff], Mansfield-Richland County (OH)
             Public Library

**2019**     *Collection Development Basics* [webinar], Prairieland (MN) Library Exchange

**2018**     *Conducting a Reference Interview* [2 workshops], Geauga County Library
             System (Geauga, OH)

             *Weeders Attract More Readers! Weeding Children's Materials*, Northeast Ohio
             Regional Library System (NEO-RLS) (Stow, OH)

**2017**     *Best Practices in Weeding* [4 workshops], San Francisco Public Library & Pacific
             Library Partnership (San Francisco, CA)

*Best Practices in Weeding*, Central Washington University (Ellensburg, WA)
[Panel Moderator] Take 5! Teen Services Symposium (Dayton, OH)

**2016**   *Best Practices in Weeding*, Northeast Ohio Regional Library System (NEO-RLS) (Twinsburg, OH)
*The Kids Are Alright! Serving Youth on the Frontlines,* Mansfield/Richland County Public Library In-Service (Mansfield, OH)
*Reference Services Boot Camp,* Northeast Florida Library Information Network (NEFLIN) (Ormond Beach, FL)

**2014**   *Weeding Nonfiction and E-Materials*, Northeast Ohio Regional Library System Summer Library Symposium (Kent, OH)
*Module 6 Introduction* [Video recording], Kent State University Office of Continuing and Distance Education (OCDE) Orientation for Online Teaching Faculty

**2013**   *Tips for Successful Online Teaching*, Kent State University Office of Continuing and Distance Education (OCDE) Peer Mentoring Videos

**2012**   *Collection Development: The New Balancing Act*, Northeast Florida Library Information Network (NEFLIN) (Jacksonville, FL)

**2011**   *Collection Development Tips for Tight Budgets,* Northeast Florida Library Information Network (NEFLIN) (Jacksonville, FL)
*Weeding Library Collections*, London Public Library Staff Development (London, OH)
*Collection Development Tips for Tight Budgets*, Southwest Florida Library Network (SWFLN) (Key West, FL)

**2010**   *Collection Development: The New Balancing Act*, Southwest Ohio and Neighboring Libraries (SWON) (Cincinnati, OH)

**2009**   *The Reference Interview/Providing Effective Reference Services*, Western Massachusetts Regional Library System (WMRLS) (multiple locations)
*Weeders Attract More Readers!* Western Massachusetts Regional Library System (WMRLS), Central Massachusetts Regional Library System (CMRLS), and Northeast Massachusetts Regional Library System (NEMLS) (multiple locations)
*Weeders Attract More Readers!*, Southeast Massachusetts Regional Library System (SEMLS) and Metrowest Massachusetts Regional Library System (MWRLS) (Multiple locations)
*Weeders Attract More Readers!*, Southwest Ohio and Neighboring Libraries (SWON) (Cincinnati, OH)
*Revisiting the Reference Interview*, Southwest Ohio and Neighboring Libraries (SWON) (Cincinnati, OH)
*Weeders Attract More Readers!*, Southeast Ohio Regional Library System (SERLS) (Athens, OH)

**2008**    *Weeders Attract More Readers!* [Videoconference] Northeast Ohio Regional Library System (NEO-RLS)

*Collection Development: The New Balancing Act*, Tampa Bay (FL) Library Consortium (Tampa Bay, FL)

*Weeders Attract More Readers!*, Southeast Ohio Regional Library System (SERLS) [Athens, OH]

*Advanced Collection Building: Pulling It All Together*, Ft. Bend County (TX) Library System (Richmond, TX)

**2007**    *Weeders Attract More Readers!*, Southeast Ohio Regional Library System (SERLS) (Athens, OH)

*Collection Development: The New Balancing Act*, Northeast Ohio Regional Library System (NEO-RLS) (Twinsburg, OH)

*Weeding with the CREW Method*, Ft. Bend County (TX) Library System (Richmond, TX)

*Weeding Reference Collections*, Northeast Ohio Regional Library System (NEO-RLS) (Twinsburg, OH)

*Weeding for Exemplary Collections*, Houston (TX) Independent School District (Houston, TX)

**2006**    *Weeders Attract More Readers!*, Houston (TX) Area Library System (HALS) (Houston, TX)

*Collection Development,* Amigos Library Services (Little Rock, AR)

**2005**    *Weeding with the CREW Method*, (Preconference Workshop) Texas Library Association Annual Conference (Austin, TX)

**2004**    *Print and Online Reference Resources*, Houston (TX) Independent School District (Houston, TX)

*Weeding with the CREW Method*, Kentucky Department for Libraries and Archives (multiple locations)

*Using the TexShare Databases*, Houston Area Library System (Houston, TX)

*Basic Reference Skills*, Northeast Texas Library System (NETLS) (Denton, TX)

*Weeding with the CREW Method*, Kentucky Department for Libraries and Archives (multiple locations)

*Evaluating Print and Online K-12 Reference Resources*, Northside Independent School District (San Antonio, TX)

*Print and Online Reference Resources*, Houston (TX) Independent School District (Houston, TX)

*Weeding with the CREW Method*, Texas Trans-Pecos Library System (TTPLS) (El Paso, TX)

**2003**    *Weeding with the CREW Method*, (Preconference Workshop) Kentucky Library Association (multiple locations)

*Weeding with the CREW Method*, Alamo Area Library System (San Antonio, TX)

*Evaluating Reference Resources: Print and Online*, NOLA Regional Library System (OH) (New Philadelphia, OH)

*Weeding with the CREW Method*, Northside Independent School District (San Antonio, TX)

*Reference Skills*, West Texas Library System (WTLS) (Lubbock, TX)
*Kids' Stuff on the Web,* Amigos Library Services (Little Rock, A)R
*Business Internet Resources,* Amigos Library Services (Little Rock, AR)
*Writing a Collection Development Policy*, South Texas Library System (STLS) (Corpus Christi, TX)
*Reference Skills*, Greater Cincinnati Library Consortium (GCLC) (Cincinnati, OH)
*Weeding with the CREW Method*, Region IV Education Service Center (Houston, TX)
*Weeding with the CREW Method* and *Reference Skills*, North Texas Regional Library System (NTRLS) (Ft. Worth, TX)
*Reference Skills*, Ohio Valley Area Libraries (OVAL) (Massilon, OH)
*Weeding with the CREW Method*, NOLA Regional Library System/Cleveland Area Municipal Libraries (CAMLS) (Twinsburg, OH)
*Reference Skills* workshop series Amigos Library Services (Lawton, OK)
*Reference Skills*, Texas Panhandle Library System (TPLS) (Amarillo, TX)

**2002**   *Reference Skills*, Houston Area Library System (HALS) (Houston, TX)
*Weeding with the CREW Method*, Greater Cincinnati Library Consortium (GCLC) (Cincinnati, OH)
*Weeding with the CREW Method*, MOLO Regional Library System (New Philadelphia, OH)
*Weeding with the CREW Method*, Ohio Valley Area Libraries (OVAL) (Marietta, OH)
*The Reference Interview*, San Antonio Public Library (San Antonio, TX)
*Weeding Library Collections*, Region V Education Service Center (TX)

**1999**   *Weeding Library Collections*, Oklahoma Department of Libraries (multiple locations)

**1998**   *Urban Legends, Using String Stories in Library Programming,* Texas Library Association/District 8 Meeting (Huntsville, TX)
*Reference Services for Children*, Texas Library Association/District 8 Meeting (Huntsville, TX)

## TRAINING INSTITUTES

**2006**   *Reference Services*, Utah Public Library Institute for Training (UPLIFT),  Utah State Library (St. George, UT)
*Reference Services,* Advanced Track, Winter Institute, Missouri State Library (Columbia, MO)

**2005**   *Collection Development*, Advanced Track, Winter Institute, Missouri State Library (Columbia, MO)

**2004**   *Reference Services*, Small Library Management Training Program, Texas State Library & Archives Commission (4 locations)
*Reference Services*, Utah Public Library Institute for Training (UPLIFT), Utah State Library Division (Salt Lake City, UT)

*Collection Development*, Small Library Management Training Program, Texas State Library & Archives Commission (4 locations)

**2003**    *Collection Development*, Advanced Track, Summer Institute, Missouri State Library (Columbia, MO)

**2002**    *Reference Services*, Utah Public Library Institute for Training (UPLIFT), Utah State Library Division (Salt Lake City, UT)

**2000**    *Reference Services*, Utah Public Library Institute for Training (UPLIFT), Utah State Library Division (Salt Lake City, UT)
*Reference Services*, Advanced Track, Summer Institute, Missouri State Library (Columbia, MO)

## RESEARCH PROJECTS

### KENT STATE UNIVERSITY
A Survey of the Active Online Teaching Strategies Used by SLIS Full-time and Part-time Faculty — 2014
Harry Potter and the Would-Be Censors: Can the Boy-Who-Lived Enchant the Would-Be-Censors Who Read His Story? ($3,000 grant) — 2008-2009

### STATE LIBRARY OF OHIO
Determining the Training and Professional Development Needs of Ohio Public Library Staff Serving Children and Teens ($15,000 grant) — 2006-2007

### KSU INTERDISCIPLINARY STUDIES
Book Discussion Groups for Women Aged 65 and Over by Barbara Bauer (Faculty Reader) — 2014-2015

## GRANTS

### TEXAS STATE LIBRARY & ARCHIVES COMMISSION
Primary Author, Training Component of Library of Texas Project Grant — 2001
Secondary Author, Gates Training Grant ($200,800) — 1999

## CONSULTING

**Central Washington University** — 2017
Advised library director and staff on collection management and weeding.

**Biblioteca, Universidad Francisco Marroquin (Guatemala)** — 2005-2006
Assisted university librarian in establishing reference services and policies, provided training for student reference staff and university faculty.

**The University of Texas at Austin, School of Information** — 2004
Conducted focus groups for IMLS-funded research on school library collaboration.

**South Texas Library System**                                                                2003
    Reviewed and approved collection development policies for 59 public libraries.

**Austin Community College**                                                                2000-2001
    Conducted focus groups with faculty for planning and restructuring of the
        College's services and courses.

## UNIVERSITY SERVICE

### KENT STATE UNIVERSITY
| | |
|---|---:|
| Advisory Board, Center for Teaching and Learning | 2015-2016 |
| College of Communication (CCI) Diversity Team | |
|     *Chair, Student Event Sub-committee,* 2017 | 2016-Present |
| Great Space Initiative Committee | 2018-Present |
| iSchool Representative for KSU Libraries | 2010-Present |
| University Teaching Council (*Chair,* 2017-2018) | 2014-2018 |
| University Commencement Committee | 2008-Present |
| Learning Management System (LMS) Selection Committee | 2019-2020 |
| University Committee to select a Learning Management System | 2019-2020 |
| University Press Editorial Board (*Chair,* 2022-2023) | 2019-2023 |

### KSU SCHOOL OF INFORMATION
| | |
|---|---:|
| Accreditation & Assessment Committee (*Chair*) | 2012-2013 |
| Admissions, Awards and Academic Standing | 2007-2008, 2015-2017 |
| Committee on Accreditation, Team IV | 2010-2011 |
| Core Curriculum Review Committee | 2014-2016 |
| Curriculum Committee | 2006-2015 |
| Director Review Committee | 2009 |
| Diversity, Inclusion, Equity, and Belonging ad hoc Committee (*Chair*) | 2022-23 |
| Faculty Affairs Committee | 2017-2019, 2021-2022 |
| Faculty Handbook Committee | 2022-2023 |
| Faculty Search Committee – Columbus Faculty | 2007-08 |
| Faculty Search Committee – Youth Services Faculty | 2011-12 |
| Part-Time Faculty Handbook Committee | 2010 |
| Online Education Committee (*Chair,* 2013-2014, 2016-2017) | |
|     *Committee Action: Developed Online Instructor Manual* | 2011-2017 |
| Student Academic Complaint Committee | 2008-2009, 2019-2020 |
| Student Affairs Committee (*Co-Chair*, 2019-2020, 2020-2021) | 2019-2021 |
| Youth Services Working Group | 2012-2017 |
| Virginia Hamilton Conference on Multi-cultural Literature for Youth | 2007-2017 |
|     (Planning Committee) | |

## PROFESSIONAL SERVICE

### STATE LIBRARY OF OHIO
| | |
|---|---:|
| Ohio Library Support Staff Certification Working Group | 2014-2016 |
| Take 5! Youth Services Museum-Library-School Partnership | 2011-2017 |
| Choose to Read Ohio Program Production Team | 2008-2017 |
| Youth Services Advisory Council | 2006-2017 |
| Library Services & Technology Act Advisory Board | 2008-2015 |

**OHIOANA LIBRARY**
    Ohioana Book Festival Planning Committee                  2008-2012
    Ohioana Book Festival - Kids Activities (Organizer)         2008-2012

**OHIO LIBRARIES**
    Ohio Council of Library and Information Services (OCLIS)     2008-2012

## GRANT REVIEW COMMITTEES

**STATE LIBRARY OF OHIO**
    Reviewer, Choose to Read Ohio Special LSTA Grants         2009-2011
    Library Services & Technology Act (LSTA) Advisory Council Member   2009-2014
    LSTA Full Grant Reviewer                              2008-2014
      *Committee Chair*  (2011)
    LSTA Mini-Grant Reviewer                          2007-2014
      *Committee Chair* (2010, 2012, 2013)

**UNIVERSITY OF TEXAS AT AUSTIN**
    Co-op Fellowship Grants
      Member, Final Review Committee                     2004
      *Chair*, Review Committee for Schools of Natural Sciences and Fine Arts   2003

**TEXAS PUBLIC BROADCASTING EDUCATIONAL NETWORK (TPBEN)**
    Content Advisory Board                           2001-2003

**TEXAS STATE LIBRARY & ARCHIVES COMMISSION**
    TexShare Education Working Group                   1999-2003

**TEXAS LIBRARY ASSOCIATION**
    Texas Book Festival Grant Review Committee               2000
    Texas Book Festival Grant Review Committee               1999
    Christina B. Woll Memorial Grant Review Committee       1997-2000

**TOCKER FOUNDATION (AUSTIN, TX)**
    Grant Review Committee                              2000
    Grant Review Committee                              1998

## PROFESSIONAL AFFILIATIONS

**STATE ASSOCIATIONS**

**Ohio Library Council (OLC)**
    Library Development Committee                     2008-2009
    Library Education Committee                      2009-2015
      Past Chair (2013-2014)
        *Committee Action: Revised Core Competencies for Ohio Public Library Staff*
      Chair (2012-2013)

*Committee Action: Developed Public Library Staff Certification Program*
Assistant Chair (2011-2012)

## Texas Library Association (TLA)

| | |
|---|---|
| Secretary-elect, District III | 2005-2006 |
| Annual Conference Local Arrangements Committee | 2004-2005 |
| Chair, TLA Store Subcommittee | |
| Continuing Education Providers Interest Group | 2000-2006 |
| Chair (2001-2002) | |
| Councilor or Alternate Councilor (2002-2005) | |
| Intellectual Freedom Committee | 2000-2002 |
| Continuing Education and Development Committee | 1995-2001 |
| Chair (1999-2000, 1998-1999) | |
| Public Library Division | 1993-Present |
| Nominating Committee (1997-1998) | |
| Chair, Planning Committee (1999-2000) | |

### NATIONAL ASSOCIATIONS

American Library Association (ALA)
Association of Library and Information Science Educators (ALISE)
Association of Library Services To Children (ALSC)
Public Library Association (PLA)

# Exhibit 3
## (Expert Report of David Lankes)

**EXPERT REPORT OF**
**Dr. R. David Lankes, Ph.D.**

**INTRODUCTION & SUMMARY OF OPINIONS**

Public libraries hold a special place in communities and in our democracy. They were formed and promoted out of a revolutionary zeal and the belief that a people that govern themselves must be informed. Public librarianship has always been shaped by democratic movements in culture, including the rise of social philanthropy. Andrew Carnegie built libraries across the country to improve social welfare. The rise of the public library as an institution of societal education coincided with the introduction of child labor laws and the advent of public schools. Free schools provided education for children, and free libraries provided education for adults.

Libraries have, therefore, evolved as unique social institutions strongly tied to democratic access to information and knowledge. This is a responsibility that has not always been upheld (in the era of state-sponsored segregation, for example). But librarianship has always aspired to serve a whole community, particularly those with little individual resource, voice, or access to learning.

Against this historical background, the American Library Association ("ALA") promulgated the Library Bill of Rights in 1938. Although it has been amended several times over the decades, the principles have remained the same. https://www.ala.org/advocacy/intfreedom/librarybill. Today, the Library Bill of Rights provides, in relevant part:

- "Books and other library resources should be provided for the interest, information, and enlightenment of **all people in the community the library serves**. Materials should not be excluded because of the origin, background, or views of those contributing to their creation."

- "Libraries should provide materials and information presenting all points of view on current and historical issues.  **Materials should not be proscribed or removed because of partisan or doctrinal disapproval.**"

- "**Libraries should challenge censorship** in the fulfillment of their responsibility to provide information and enlightenment."

- "Libraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas."

Consistent with generally accepted industry practices and modern library science, the Llano County Library has adopted the ALA Library Bill of Rights. *See* Llano County Public Library's "Materials Selection Policy." Unfortunately, it is clear that Llano County failed to follow its mandate when it improperly censored 15 books from the Llano County Library in the fall of 2021.

Based on my review of the facts of this case, I have concluded that:

1.  The defendants did not follow their own stated policy in terms of both collection development and weeding.

2.  The Llano County Library does not have an appropriately well-defined materials challenge process, which is inconsistent with best practices. A materials challenge process must be clear, consistent, inclusive, and transparent. The ad hoc procedure for collection development and de-selection (or weeding) carried out by the defendants violates both the Llano County Library's policies and the norms of library practice.

3.  The defendants' use of lists of books created by third parties in making de-selection decisions is improper for two reasons. First, the lists at issue here were blatantly based on the content of the books and thus violates the de-selection portion of the Llano County Library's Materials Selection Policy and best practices. Second, the defendants abdicated their responsibility to read the challenged materials and to make an independent determination of whether those materials were a fit for the Llano County Library's collection.

4.  The defendants' removal of certain materials from the shelves and the catalog and subsequent placement in an in-house system that was not publicly available violates the standards of Texas public library accreditation regarding inter-library loan, violates best practices of the field, and improperly and unnecessarily burdens Llano County Library patrons.

5.  The evidence strongly suggests that the re-constituted Llano Library Advisory Board displayed an overreach of authority and acted against the norms of librarianship and best practices as outlined in the Texas Public Library Standards by closing their meetings, refusing to include the whole of the community in policy considerations, and directly interfering with library operations (including materials selection and de-selection).

As a general matter, engaging in a de-selection/weeding process is an important and necessary function of a library but only if it is part of a continuous and wholistic operation. Although this process properly involves both discretion on the part of the librarians and input from the community, it is also governed by standards promulgated by the applicable authorities. As discussed in more detail below, the defendants violated or ignored the best practices laid out by the state library, the state library association, national library associations, and even the written policies of the Llano County Library itself.

## QUALIFICATIONS

I am the Virginia & Charles Bowden Professor of Librarianship at the School of Information at the University of Texas at Austin. I have authored, co-authored or edited 20

books, written over 40 book chapters and journal articles and numerous pieces for the professional audience on topics of or directly related to library science and librarianship. I have been principal investigator on over $13 million of competitively awarded research. I have been a keynote speaker around the globe, and given over 200 presentations at national and international conferences on librarianship or related topics. In 2012, my book, *The Atlas of New Librarianship*, won the ABC-CLIO/Greenwood Award for the Best Book in Library Literature, and I received the Isadore Gilbert Mudge Award for distinguished contribution to reference librarianship. In 2016, I received the American Library Association's Ken Haycock Award for Promoting Librarianship.

I began his scholarly career co-creating the AskERIC project with Michael Eisenberg and Nancy Preston in 1992. This work began a long collaboration with Eisenberg, the ERIC system, and the U.S. Department of Education. In my work as Researcher (1992-1994), Head of AskERIC R&D (1994-1995), Associate Director (1996-1998) and later Director (1998-2003) of the ERIC Clearinghouse on Information & Technology, I explored the growth of the Internet. Within this ERIC work I would create one of the first 100 web sites, the first web presence for CNN, the Discovery Channel, and the U.S. Department of Education.

As the work of the ERIC Clearinghouse expanded beyond Department of Education, Eisenberg and I founded the Information Institute of Syracuse (IIS) in 1996 to house ERIC projects such as the Virtual Reference Desk and the Gateway to Educational Materials, as well as projects for the telecommunications and technology industries. The IIS, under my leadership would go on to house several high-profile research efforts for the National Science Foundation, the Institute for Museum and Library Services, and the MacArthur Foundation.

In 1998, while Director of the IIS, I joined the faculty of Syracuse University's School of Information Studies. In my dual role as professor and director, I spearheaded the development of the virtual reference movement through his Virtual Reference Desk (VRD) project. VRD helped coalesce the virtual reference movement in libraries through research, projects, and events including seven international conferences, a research symposium and several White House sponsored briefings. These activities led to a visiting scholar position at Harvard's School of Education, a visiting fellow position at the National Library of Canada, and being named as the first fellow at the American Library Association's Office of Information Technology Policy.

From 2016-2021, I was the director of the School of Library and Information Science (renamed the School of Information Science) and Associate Dean for the College of Information and Communications at the University of South Carolina. I was also the Follett Chair of Library and Information Science at Dominican University in the 2016-2017 academic year.

More recently I have developed initiatives with organizations such as the American Library Association, the Institute for Museum and Library Services and the MacArthur Foundation that have focused on credibility, and participatory networks building on library practice. My current focus is on reconceptualizing the library field through the lens of "New Librarianship." New librarians approach their work as facilitators of conversation. Be it in practice, policies, programs and/or tools, participatory librarians seek to enrich, capture, store and disseminate the conversations of their communities.

My relevant experience includes the following:

- I am a certified public librarian in the state of New York, and meet the requirements for "professional librarian" in the state of Texas (https://texreg.sos.state.tx.us/public/readtac$ext.TacPage?sl=R&app=9&p_dir=&p_rloc=&p_tloc=&p_ploc=&pg=1&p_tac=&ti=13&pt=1&ch=1&rl=84).

- In my role as director of the ERIC Clearinghouse on Information and Technology, I ran a public access information center which included overseeing collection development.

- I have taught graduate students in library science for over 25 years at top ranked library science programs in the US.

- I have been a consultant for the National Library of Education, the Philadelphia Free Library, the State Library of Illinois, the Texas State Library and Archives, and the Dallas Public Library.

- I was a board member for the Onondaga Public Library from 2000-2007

- I was a member of the Advisory Group for ALA's Center for the Future of Libraries

- I served on the American Library Association's Office for Information Technology Policy Committee on The Future of America's Libraries in the 21st Century

- I served on the OCLC Library Advisory Council

- I served on the Institute for Museum and Library Services 21st Century Skills Task Force

- I am a Member National Academy of Sciences Review Board on Transpiration information and the National Library of Transportation

- I am a Member Library of Congress Working Group on Digital Reference

- I am a Member NISO Standards Committee AZ that set standards for how library reference services can interoperate.

A copy of my curriculum vitae is attached as Exhibit 1.

## METHODOLOGY AND MATERIALS CONSIDERED

I have been retained by the plaintiffs to evaluate the conduct of the defendants with respect to collection development, de-selection/weeding, the role of the advisory board in library operations, the role of the librarians, and the conformance of defendants conduct to official Llano County Public Library Policy and best practice in the field of public librarianship as memorialized by the Library Bill of Rights, the Texas Public Library Standards and the ALA

Standards for Collection Development and Materials Challenges. I am not being compensated for my time on this matter.

In addition to replying on my knowledge, skill, expertise, education, and experience, I reviewed the Plaintiffs' Complaint [#1]; Corrected Defendants' Post Hearing Response Brief [#100]; Plaintiffs' Exhibits 5, 6, 8, 10, 23, and 32; Ms. Milum's June 28, 2022 deposition transcript and certain emails discussed therein; the October 31, 2022 Preliminary Injunction Transcript (Vol. 2), existing library policy from the Llano County Library System Policies, applicable state regulation for public library accreditation, and widely available professional standards such as the Texas State Library and Archives Commission CREW manual (https://www.tsl.texas.gov/ld/pubs/crew/index.html); the materials from the American Library Association as referenced in Llano County Public Library Policy (namely the Library Bill of Rights https://www.ala.org/advocacy/intfreedom/librarybill), and the Texas Public Library Standards (https://www.tsl.texas.gov/sites/default/files/public/tslac/plstandards/2014%20TLA_Standards_Final.pdf).

I anticipate reviewing additional material, including but not limited to additional discovery belatedly produced by the defendants, and I may supplement, alter, or amend my opinions if necessary.

## ANALYSIS AND OPINION

1.  *The defendants did not follow their own stated policy in terms of both collection development and weeding*

There are three documents that govern the treatment of challenged materials at the Llano County Public Library. The first is the Materials Selection Policy of the Llano County Public Library itself. This document lays out a series of general principles that are mostly about ensuring access to materials across all of the county's citizens. Of particular note here, the Policy specifically mandates that "Responsibility for the reading of children rests with the parents or legal guardians. Selection should not be inhibited by the possibility that media may inadvertently come into the possession of children." If books were being removed from stacks and circulation after they had already been acquired through this policy, that should constitute a challenge, and thus part of a materials challenge process to be discussed later. The defendants' decision to remove materials from the stacks and general collection outside of a formal dispute of a specific book and on the basis that they might be read by children violates this principle inscribed in the Policy.

The Materials Selection Policy also states that "Materials with an emphasis on sex, or containing profane language should not be automatically rejected. Selection should be made on the basis of whether the media presents life in its true proportions, whether characters and situations are realistically presented, and whether the media has literary value." The fact that the challenged books were in the stacks to begin with shows this principle was at least at some point in effect. The defendants' decision to revise or reverse a selection decision at a later date without a formal, clear, consistent, inclusive, and transparent dispute process violates this Policy.

The second document of specific interest in reviewing the actions of the defendants is the American Library Association's *Library Bill of Rights*. This document is specifically incorporated by reference in the Materials Selection Policy. The Library Bill of Rights prohibits (1) the exclusion of books because of the origin, background, or views of the authors; and (2) the removal of books because of partisan or doctrinal disapproval.

The Llano County Library Materials Policy states that "in no case should any book be excluded because of race or nationality or the political or religious views of the writer. There should be the fullest practicable provision of materials presenting all points of view concerning the problem and issues or our times."

The defendants' use of ideological driven lists like the Krause list and the Wallace list[1] which explicitly represent an ideological perspective on issues like critical race theory, directly violates the principles set out in the Library Bill of Rights and the Llano County Library Materials Policy. By selecting these books for the Llano County Library, the librarian need not agree or disagree with a certain position on the topic of critical race theory, antiracism, trans rights, or any other topics covered in the Krause list. She must simply acknowledge that these books address the a "problem and issues or our times." After all, what the Library Bill of Rights seeks to do is not declare winners and losers of contested ideas, but to ensure that as a democratic society, libraries ensure a full, fair, and *informed* discussion of the issues. The fact that the Llano County Library System Director specifically removed books from the collection and took down related displays to avoid addressing or even stimulating discussion on topics of community interest is a violation of the Llano County Materials Policy, the Library Bill of Rights, and the norms of the field.

The third and final document of specific interest in reviewing the defendants' actions is the CREW Manual. This is the document that is the most relevant to claims about whether the defendants engaged in appropriate weeding (as opposed to inappropriate censorship).

Weeding of materials is not only standard practice in public libraries, it is seen as a way to enhance the usability of a collection. The Materials Selection Policy states that "The 'de-selection' of materials [weeding] will be based on information supplied in the *Crew Manual*." The CREW Manual is a document provided by the Texas State Library and Archive Commission ( https://www.tsl.texas.gov/sites/default/files/public/tslac/ld/ld/pubs/crew/crewmethod12.pdf ) – the same agency charged with the accreditation, education, and support of public libraries in Texas.

CREW is an acronym standing for **C**ontinuous **R**eview, **E**valuation, and **W**eeding. A freely available digital document on the state library's website and easily findable through a

---

[1]  The Krause list refers to Representative Krause's October 25, 2021 Letter to the Texas Education Agency and others, including a list of books as a 16-page addendum. *See* Plaintiffs' Exhibit 6 (Preliminary Injunction Hearing). On November 11, 2021, Defendant Rochelle Wells referred to this addendum as the "16-page list of CRT and LGBTQ book[s] . . . ." Plaintiffs' Exhibit 8 (Preliminary Injunction Hearing). The Wallace list refers to the list of books presented by Defendant Bonnie Wallace to Defendant Ron Cunningham (and others) as representing "Pornographic Filth." Plaintiffs' Exhibits 5 and 10 (Preliminary Injunction Hearing).

simple web search. In 107 pages, the CREW Manual lays out processes and best practices for librarians in making weeding decisions. The Llano County Library did not explicitly follow these standards. As a general practice, the Llano County Library underwent systematic weeding in August of each year.  The library was not closed for this process.  In the case of the removal of the books at issue in this lawsuit, however, the defendants departed dramatically from the Llano County Library's normal practice.  Specifically, the librarians reviewed a specific list of books and also closed the library to search for specific categories of books at the direction of county officials, whose dictate had been prompted by the complaints of just a few citizens of Llano County. This was not weeding based on ongoing evaluation and alignment to mission of the library, but based upon a subset of the community's concerns about the content or viewpoint of specific books.

The weeding of the collection was based on the removal of specific types of materials (those involving nudity or appearance on the Krause/ Wallace lists) not a systemic review of things like collection strength or circulation. The fact that some books on the Krause/Wallace lists might also have low circulation data does not justify weeding based on content.

There is one last point that must be made in terms of weeding. It, as stated in the CREW Manual, is a process and one that is tied to acquisition. If you remove materials from a collection, you have to determine the impact on the collection, and then re-balance the collection. For example, if you weed all of the books on diabetes because they are out of date, you need to then buy more current books to take their place so long as the topic of the book has not disappeared or lost relevance.

At the direction of the defendants, the Llano County Public Library has not had new books added to the collection since 2021. So rather than weeding enhancing the collection, as laid out in CREW, the content/viewpoint-driven weeding that took place in the fall of 2021 has built in blind spots and not filled the holes. Also, by having all new purchase decisions reviewed by the advisory committee, and with the assumed force of Llano county officials, the idea that like topics would replace weeded materials seems implausible.

What's more, while a librarian should exercise discretion in his or her interpretation of the library's policy about what should be weeded, it is a violation of library best practices to use that discretion to avoid controversy or to limit the available views on a topic. Examples of the proper use of discretion include a decision to keep older materials or low circulation materials because the book is a classic or no longer available from a publisher. But a librarian has an obligation to take special care not to censor a book. As the current version of ALA's Library Bill of Rights states "Libraries should challenge censorship in the fulfillment of their responsibility to provide information and enlightenment." (https://www.ala.org/advocacy/intfreedom/librarybill)

Weeding of materials that are out of date is a best practice, but the determination about whether a book is out of date is about whether it contains factual inaccuracies, not simply the publication date. We still read *To Kill a Mockingbird* and do not hide it behind a desk because it was first published in 1960. Nor do we pull it because it generates controversy about the authenticity of black voices or the use of a racial epithet.

2.     *The Llano County Library does not have an appropriately well-defined materials challenge process, which is inconsistent with best practices. A materials challenge process must be clear, consistent, inclusive, and transparent. The ad hoc procedure for collection development and de-selection (or weeding) carried out by the defendants violated both the Llano County Library's policies and the norms of library practice.*

A materials challenge process must be clear, consistent, inclusive, and transparent. The Llano County materials challenge process does not meet any of these requirements. The entirety of policy devoted to materials challenges in the Llano County Library System Policies is found, once again, in the Materials Selection Policy:

"Request for removal of materials
- The patron's choice of library materials for personal use will be an individual matter.
- Responsibility for the use of materials by children and adolescents shall rest with their parents or legal guardians. While a person may reject materials for himself or herself and for his or her children, he or she shall not exercise censorship to restrict access to the materials by others."

In my professional opinion this is a completely inadequate policy, and, to make matters worse, the defendants ignored even the limited guidance provided by the policy when it removed the books at issue in this lawsuit.

Although the defendants claim that the banned books were either removed, or sequestered, through weeding, it is hard to see the removal of the books on the Krause and Wallace lists as anything but a materials challenge: a small (but vocal) group of citizens sought to remove a set of books from the collection. It does not matter if those citizens sit on an advisory board, the county council, or have no affiliation with county government at all. It does not matter why someone wants a book (or DVD, or magazine) removed from the stacks. All of these attempts to remove existing items from the library's collection are materials challenges.

Best and common practice in libraries of all sorts is to establish a dispute process. This process should be clear, consistent, inclusive, and transparent. Clear in that the steps and timing of a dispute must be easy to access and understand. Consistent in that all disputes, no matter their source, are treated equally. Inclusive in that as the library serves the whole of the county, people of varied backgrounds and beliefs should be involved in making decisions about the contents of their library. Transparent in that the process must be known by the community (not just the library employees/officials), the materials under review must be known by the community, and the outcomes must be known by the community.

Standard practice in public libraries is that materials challenges should involve a well-stated petition for removal and a requirement that all involved in the process read the book. The specific timing may vary – many libraries build in a "cooling off" period to ensure challenges are not a result of a heat of the moment decision. The role of the librarian may vary, but the library should have a voice in the process to ensure, for example, accordance with the Library Bill of Rights if that, as in Llano's case, is specifically referenced in library policy.

According to Defendant Amber Milum's sworn testimony, the Llano County Library followed a more robust process than the one described in the Materials Selection Policy:

"15  A. We are supposed to read the book, see if it   13:08:28
16  follows our policies, read from the form of what      13:08:35
17  their concern is about, what it's pertaining to.      13:08:43
18  And then go about and see if, you know, we think      13:08:48
19  that it should either be moved, or -- or if there's   13:08:50
20  anything -- yeah, removed, or relocated, or, you      13:08:53
21  know, there's not an issue."

It is problematic that this process was not included in their formal policy documents.

In the case of the removal of the books on the Krause/Wallace lists, the defendants admitted that did not read all (or even most) of the challenged books. They stated this explicitly because they say they did not weed them for content. They did not run the challenged works through a clear, consistent, inclusive, nor transparent process. In fact, the decisions were made in closed sessions that excluded any dissenting opinions, such as those represented by the plaintiffs. Even more troubling is the fact that these closed sessions were held by a board that was created with the specific intention of empowering a singular perspective or voice as seen in the provided emails.

Even if the Llano County Advisory Board did not have specific power to remove books from the library, they were given near direct access to the County Judge and could by-pass any formal process. The end result of whether the board made weeding decisions or the county court made the weeding decisions or even that the librarian made the weeding decisions based on a sub-set of the community voice pressuring her through her direct supervisor was the same. Disputed books from a subset of the community were given preference in an ad hoc process that was neither clear, consistent, inclusive, nor transparent.

None of this is standard practice. None of this is basic practice. And the sophistication of the materials policies and materials referenced within them betray a much higher sophistication with library practice than was evidenced by the action of the defendants.

> 3.    *The defendants' use of lists of books created by third parties in making de-selection decisions is improper for two reasons. First, because the lists at issue were based on the content of the books and thus violates the de-selection portion of the Llano County Library's Materials Selection Policy and best practices. Second, the defendants abdicated their responsibility to read the challenged materials and make an independent determination of whether those materials were a fit for the Llano County Library's collection.*

The use of targeted lists of challenged books in weeding goes against the CREW Manual and thus stated policies of the Llano County Public Library. The problem with the list that State Representative Matt Krause distributed to Texas school districts

(https://static.texastribune.org/media/files/965725d7f01b8a25ca44b6fde2f5519b/krauseletter.pdf
?_ga=2.167958177.1655224844.1635425114-1180900626.1635425114) was that it was a list of
books that Krause indicated might be problematic based on their content or viewpoint. He asked
school districts to:

> "Please identify any other books or content in your District, specifying the
> campus location and funds spent on acquisition, that address or contain the
> following topics: human sexuality, sexually transmitted diseases, or human
> immunodeficiency virus (HIV) or acquired immune deficiency syndrome (AIDS),
> sexually explicit images, graphic presentations of sexual behavior that is in
> violation of the law, or contain material that might make students feel discomfort,
> guilt, anguish, or any other form of psychological distress because of their race or
> sex or convey that a student, by virtue of their race or sex, is inherently racist,
> sexist, or oppressive, whether consciously or unconsciously."

Essentially, the Krause/Wallace lists included books simply based on their content or
viewpoint. Specifically, content related to human sexuality, sexually transmitted diseases, or
human immunodeficiency virus (HIV) or acquired immune deficiency syndrome (AIDS), and so
on. In my expert opinion, each of these topics is "concerning the problem and issues of our
times," and therefore should not be removed "from the library shelves because of partisan or
doctrinal disapproval." (ALA's Library Bill of Rights as explicitly quoted in the Llano County
Library's Materials Selection Policy.)

But even if I set this obvious violation of the applicable standards aside, the fact that
these books were not first read by the librarian before being weeding or sequestered is
tantamount to library malpractice.

Either the defendants accepted someone else's ideological conclusions on materials in the
public library and violated stated policy, or they themselves made a content determination and
thus violated their own stated policy. Or, I suppose, they did neither, and simply used flawed
methods to disrupt access to important topics in their community.

> 4.    The defendants' removal of certain materials from the shelves and the catalog
>       and subsequent placement in an in-house system that was not publicly available
>       violates the standards of Texas public library accreditation regarding inter-
>       library loan, violates best practice of the field, and improperly and unnecessarily
>       burdens Llano County Library patrons.

In their post-hearing brief, the defendants claim that disputed books were not censored
because they were still in the physical library (apparently though that might have been in staff
offices) and could be located and circulated by an in-house system. This in-house system is not
available on the web or through the standard library catalog. This makes these materials
inaccessible for all practical purposes.

10

If library patrons cannot find a book through the library website or by browsing the stacks, it is inaccessible. If the only way to find it is by asking a library staff member, this places an unnecessary and improper burden on the citizen. It requires internal knowledge of library operations which is non-obvious.

For children and parents this is doubly so. Once again, the principle laid out in the Materials Selection Policy states that "responsibility for the reading of children rests with their parents or legal guardians." By sequestering materials and creating/perpetuating an in-house systems whose contents are unknown and unknowable to the public, the library is limiting the decision-making ability of parents and guardians. What if a parent wants their children to read Fart Books, or queer-based graphic novels? The parent now has to not only know they need to talk to a librarian, but they (or the child) must talk to a librarian—specifically a librarian who is part of a system that has formally expressed disapproval of those books by removing them from the shelves.

Historically, when American public libraries by-and-large transitioned from closed stacks (which required library patrons to request books to be read from a gatekeeping librarian) to open stacks (where any member of the community could browse materials at their own leisure and in their own privacy), they did so deliberately. Browsing and in-library reading are more than just conveniences or systems of optimized serendipity (i.e. happening into an unexpected relevant book of interest). They are mechanisms of creating a physically and intellectually safe space for citizens to explore potentially unpopular ideas. This is why parents are recommended to be with their children in the library and explicitly tasked with the "responsibility for the reading of children."

The library acting as a gatekeeper and unnecessarily burdening the access on citizens was also seen in the discontinuation of Overdrive and the Libby app for ebook access. While another system was provided, Bibliotheca, the issue and burden are not about the library's discretion to pick ebook vendors. It is the fact that the switch was based on the same violation of Materials Selection Policy as the weeding and sequestration of materials. Now, citizens of Llano County had to know an item existed and could no longer access it online.

This burden then extends to the idea that citizens could still access weeded materials in other libraries or through interlibrary loan. Pushing access to interlibrary loan assumes someone knows that a book exists, and they know what interlibrary loan is, and they are willing to wait for location and delivery of the item in another library. Furthermore, it is a costly system for access to books, raising the operational question of efficient and effective use of funds.

> 5.    *The evidence strongly suggests that the re-constituted Llano Library Advisory Board displayed an overreach of authority and acted against the norms of librarianship and best practices by closing their meetings, refusing to include the whole of the community in policy considerations, and directly interfering with library operations (including materials selection and de-selection).*

There is no one model for library boards, advisory or otherwise, in public libraries. But in not-for-profit libraries in Texas and across the nation, boards tend to have oversight and policy

roles. That is, the board makes policy that the library staff implements it. Llano County makes the claim that its board was appointed as advisory.

It is not unusual for such advisory boards to be involved in materials disputes by providing their opinions to the library director about the appropriate action in response to the dispute. It is also not unusual for such boards to advise on policies, including materials selection and de-selection. What is unusual about this case is that the board seemed to direct action and operations without going through formal county procedures. The fact that members of the board were active in weeding and the sequestering of materials is *much* more unusual (and is an actively discouraged practice).

Boards, advisory or otherwise, should be established to act as a buffer between politics, the community, and library operations. Dismissing a long-standing advisory board to re-create a new board by ignoring/violating then-existing board by-laws flies against common library practice. Having a board selected specifically for their espoused views on collection review and collection decisions flies against the very concept of an advisory board. Excluding different viewpoints on such boards – whether those viewpoints are established through polling, community analysis, focus groups, or review of volunteers – flies in the face of the word "public" in public library.

## CONCLUSION

What has happened in the Llano County Public Library is extremely troubling to me because I see it as such a deviation from the principles and standards on which modern libraries are based. I have built a career of not just studying libraries, but of promoting libraries as vital social infrastructure. I have helped build library services that support democratic participation. I have seen libraries, and the librarians that run them, be forces for positive change. It is difficult to criticize any library or librarian when I have also seen first-hand the enormous pressure that librarians must bear as different parts of the community seek opposing paths; all working from a core belief that they are right.

But I have seen how librarians—when they stay true to serving all of a community, not just those they may agree with—can weave together a fractured people. It is these examples that both inspire me, show me how vital libraries and librarians are to our democracy, and, in the end, require me to speak out when librarians and libraries are not meeting their obligations.

Throughout this report I have held up the actions of Llano County to their own ideals as expressed in their policies. With the exception of the materials challenge policy, these policies were clearly written in accordance with not only the best practices of the field, but the ideals of the field to be a principled force for positive change to all who seek service.

For those who see a library as a place to read only the right books, or a place of safety from potentially upsetting ideas, they must expect more. They must expect a library that is a safe space to explore dangerous ideas. A place where parent and child can read, and explore, and yes, struggle together. A place all parts of a community can come together and have difficult conversations in a civic space. The citizens of Llano deserve such a library.

Dated: February 17, 2023

R. David Lankes, Ph.D

Case 8:23-cv-00240 Document 03-3 74-1 Page: 67 Page 14 of 14 Filed Date Filed: 07/14/2023

# EXHIBIT 1

**R. David Lankes**
Curriculum Vitae

School of Information
University of Texas at Austin
E-mail: rdlankes@utexas.edu
URL: https://DavidLankes.org/
Phone: (315) 254-1389

## EDUCATION

Ph.D.    1999    Syracuse University, School of Information Studies
Syracuse, NY. Information Transfer
Advisor: Michael B. Eisenberg
Dissertation: Building & Maintaining Internet Information Services

M.S.    1999    Syracuse University
Syracuse, NY. Telecommunications

B.F.A.    1992    Syracuse University
Syracuse, NY. Special Studies in Art (Multimedia Design)

## TEACHING AND PROFESSIONAL EXPERIENCE

2022-Present    University of Texas at Austin, School of Information, Austin, Teas. Interim Associate Dean of Research and Faculty Affairs. Monitored and promoted research while planning the addition of tenure and promotion duties to the associate dean.

2021-Present    University of Texas at Austin, School of Information, Austin, Teas. Virginia & Charles Bowden Professor of Librarianship. Served as tenured member of the faculty with an endowed position.

2021    ENSSIB, Lyon, France. Visiting Researcher. Worked with faculty and students of the French national library school to prepare master classes and publications around the idea of post-neutrality librarianship.

2016-2021    University of South Carolina, School of Library & Information Science, Columbia, SC. Professor, Director, and Associate Dean. Oversees and administers the school. Also serve as Associate Dean for the College of Information & Communications.

2016-2017    Dominican University, Graduate School of Library and Information Science, Chicago, IL. Follett Chair in Library and Information Science. This prestigious appointment is the highest academic honor bestowed by GSLIS upon a master researcher and scholar who has achieved renown in the profession

2011-2016    Syracuse University, School of Information Studies, Syracuse, NY.
Professor and Dean's Scholar for New Librarianship. Served as tenured member of the faculty.

2009-2011    Syracuse University, School of Information Studies, Syracuse, NY.
Director of the Library and Information Science Program. Oversee the Masters of Science in Library and Information Science. Duties include curriculum development, program promotion, scholarship decisions, new program development, and recruitment.

2007-2010    American Library Association's Office for Information Technology Policy, Washington, DC.
First OITP Fellow. Provided research input to the office and staff.

| | |
|---|---|
| 2005-2011 | Syracuse University, School of Information Studies, Syracuse, NY. <br> Associate Professor. Served as tenured member of the faculty. |
| 2002-2004 | National Library of Canada, Ottawa, Canada <br> Visiting Fellow. Worked with National Library staff on digital reference projects. |
| 2001-2004 | OCLC Institute, Dublin, OH. <br> Adjunct Instructor. Reference curriculum redesign and delivery as part of OCLC's outreach effort. |
| 2001-2002 | Upstate Medical University, College of Health Professions, Syracuse, NY. <br> Adjunct. Worked with faculty to create joint research programs in technology, education and public health information. |
| 2000-2001 | Harvard University, School of Education, Cambridge, MA. <br> Visiting Scholar. Worked with the Gutman Library on library and education research. |
| 2000 | Syracuse University, Syracuse, NY. <br> Faculty Technology Associate. Worked with Faculty Computing to organize and deliver faculty development programs. |
| 1998-2005 | Syracuse University, School of Information Studies, Syracuse, NY. <br> Assistant Professor. Served as tenure track member of the faculty. |
| 1998-2016 | Information Institute of Syracuse, Syracuse, NY. <br> Executive Director. Set policy and manage a research institute that has included the ERIC Clearinghouse on Information & Technology, AskERIC, the Gateway to Educational Materials, the Virtual Reference Desk and others. Sponsors have included the U.S. Department of Education, MCI/WorldCom, ATT, Microsoft, AASL, NSF, IMLS, ALA, The John D. & Catherine T. MacArthur Foundation. |
| 1996-1998 | Information Institute of Syracuse, Syracuse, NY. <br> Associate Director. Set policy and managed a major research institute at Syracuse University. |
| 1997 | University of North Carolina, Chapel Hill, Chapel Hill, NC. <br> Adjunct Faculty. Taught INLS 110-82, Information Reporting and Presentation (Summer). |
| 1996 | Syracuse University, School of Information Studies, Syracuse, NY. <br> Adjunct Faculty. Taught IST 600, Building and Managing Internet Services (Spring), Designing Multimedia with the Internet (Summer 1996). |
| 1992-1995 | Syracuse University, School of Information Studies, Syracuse, NY. <br> Instructor and Teaching Assistant. Developed and co-taught a new graduate course, IST 600, Building and Managing Internet Services (Summer, 1994). |
| 1992-1995 | AskERIC, ERIC Clearinghouse on Information & Technology, Syracuse, NY. <br> Coordinator Research & Development. Co-creator of the AskERIC project with Mike Eisenberg. |

## PUBLICATIONS

### Journal Articles and Special Issues

Lankes, R. David (2020). Never Neutral, Never Alone. *Journal of Education for Library and Information Science*. 61(3). Available: https://doi.org/10.3138/jelis.61.3.2020-0007

Freeburg, D. & Lankes, R. David (2019). Special issue: Knowledge school within an historical context. *Journal of New Librarianship*. Volume 4, Special. Available: https://www.newlibs.org/issue/1623

Lankes, R. David (2019). Why Do We Need a New Librarianship? *Journal of New Librarianship*. Volume 4, Special. Available: https://doi.org/10.21173/newlibs/7/3

Lankes, R. David (2019). Forget the future: Our time is now. *Journal of New Librarianship*. Volume 4, Special. Available: https://doi.org/10.21173/newlibs/7/2

Lankes, R. David (2019). Eulogy for the Information Age: The future is impact not access. *Journal of New Librarianship*. Volume 4, Special. Available: https://doi.org/10.21173/newlibs/7/8

Walter, S. & Lankes, R. David (2015). The Innovation Agenda. *College & Research Libraries.* 76(7). Available: http://crl.acrl.org/content/76/7/854.full.pdf+html

Lankes, R. David, Stephens, M. & Arjona, M. (2015). Participatory and Transformative Engagement in Libraries And Museums: Exploring And Expanding The Salzburg Curriculum. Volume 56, Supplement 1. *Journal of Education for Library and Information Science*. Available: http://www.dpi-journals.com/index.php/JELIS/article/view/1323

Lankes, R. David (Summer, 2012). Libraries are Obsolete. *OLA Quarterly* 18(2). [Available at http://www.olaweb.org/assets/documents/olaq_18no2.pdf].

Lankes, R. David (February, 2012). Joining the Conversation: School Librarian as Facilitators of Learning. *Teacher | Librarian. 39(3), 8-12.*

Stanton, J. M., Kim, Y., Oakleaf, M., Lankes, R. D. Gandel, P., Cogburn, D. & Liddy, E. D. (June 2011). Education for eScience Professionals: Job Analysis, Curriculum Guidance, and Program Considerations. *Journal of Education in Library and Information Science*. 52(2).

Lankes, R. David (2008). Extending the conversations at the department of justice. *Conversants, 1.* [Available at http://conversants.syr.edu/2008/05/01/61/].

Lankes, R. David (2008). Collecting conversations in a massive scale world. *Library Resources & Technical Services, 52*(2), 12-18.

Lankes, R. David (2008). The ethics of participatory librarianship. *Journal of Library Administration*, *47*(3/4), 233 241. *Also published in Besnoy, A. L. (2009). Ethics and integrity in libraries. London: Routledge.*

Lankes, R. David (2008). Credibility on the Internet: Shifting from authority to reliability. *Journal of Documentation, 64*(5), 667-686. **- 2009 Literati Outstanding Paper Award**

Lankes, R. David, Silverstein, J.L., Nicholson, S., & Marshall, T. (2007). Participatory networks: The library as conversation. *Information Research, 12*(4). [Available at http://informationr.net/ir/12-4/colis/colis05.html].

Lankes, R. David, Silverstein, J.L., Nicholson, S. (2007). Participatory networks: The library as conversation. *Information Technology and Libraries, 26*(4), 17-33.

Nicholson, S. & Lankes, R. David (2007). The Digital Reference Electronic Warehouse (DREW) project: Creating the infrastructure for digital reference research through a multi-disciplinary knowledge base. *Reference and User Services Quarterly, 46*(3), 45-59.

Lankes, R. David, Gross, M., & McClure, C.R. (2006). Costing reference: Issues, approaches, and directions for research. *The Reference Librarian, 46*(95/96), 171-184.

Lankes, R. David (2005). Digital reference research: Fusing research and practice. *Reference and User Services Quarterly, 44*(4), 320-326.

Lankes, R. David (2004). The digital reference research agenda. *Journal of the American Society for Information Science and Technology, 55*(4), 301-311.

Pomerantz, J., Nicholson, S., Belanger, Y., & Lankes, R. David (2004). The current state of digital reference: Validation of a general digital reference model through a survey of digital reference services. *Information Processing & Management, 40*(2), 347-363.

Lankes, R. David (2003). Current state of digital reference in primary and secondary education. *D-Lib Magazine, 9*(2), 21.

Pomerantz, J., Nicholson, S., & Lankes, R. David (2003). Digital reference triage: An investigation using the Delphi Method into the factors influencing question routing and assignment. *The Library Quarterly, 73*(2), 103-120.

Lankes, R. David & Bonner, H. (2003). Building an education infrastructure for allied health. *Journal of Allied Health, 32*(1), 32-37.

Lankes, R. David, Gross, M., & McClure, C. (2003). Cost, statistics, measures, and standards for digital reference services: A preliminary view. *Library Trends, 51*(3), 410-413.

Belanger, Y.M., Lankes, R. David, & Shostack, P.L. (2003). Managing data collection for real time reference: Lessons from the AskERIC Live! experience. *Internet Reference Services Quarterly, 8*(1/2), 137-149.

Lankes, R. David (2002/2003). The digital reference fallacy. Co-published simultaneously in Bill Katz (Ed.), *Digital Reference Services*, New York: Hawthorn Press, Inc.; and *The Reference Librarian, 79/80*, 35-44.

Lankes, R. David & Shostack, P. (2002). The necessity of real-time: Fact and fiction in digital reference systems. *Reference and User Services Quarterly, 41*(4), 350-355.

Kasowitz, A., Bennett, B., & Lankes, R. David (2000). Quality standards for digital reference consortia. *Reference and User Services Quarterly, 39*(4), 355-363.

Lankes, R. David (Ed.). (2000). The birth cries of digital reference [special section]. *Reference and User Services Quarterly, 39*(4), 352-390.

Lankes, R. David & Sutton, S.A. (1999). Developing a mission for the national education network: The challenge of seamless access. *Government Information Quarterly, 16*(2), 169-181.

Lankes, R. David (1999). AskA's: Lesson learned from k-12 digital reference services. *Reference & User Services Quarterly, 38*(1), 63-71.

Lankes, R. David (1997). Digital reference on the Internet. *Internet Research, 7*(4), 342-346.

Lankes, R. David (1995). AskERIC and the virtual library: Lessons for emerging digital libraries. *Internet Research 5*(1), 56.

Nilan, M.S., Silverstein, J.L. & Lankes, R. David (1992). The VR technology agenda in medicine. Nilan, Michael S., *Virtual Reality 93 Special Report,* 33-37.

**Peer Reviewed Proceedings**

Kim, Y., Zhang, P., & Lankes, R. David (2009). Future of Information Seeking on the Internet and Web Advertising: How Can We Guide Web Advertising. [Available at http://nora.lis.uiuc.edu/images/iConferences/iConference-FutureOfInformationSeekingWebAds-Paper-Final-Ver21.doc].

Lankes, R. David, Cogburn, D., Oakleaf, M., & Stanton, J. (2008). Cyberinfrastructure facilitators: New approaches to information professionals for e-Research. Oxford e-Research Conference. [Available at http://ora.ouls.ox.ac.uk/objects/uuid:392876bd-5d9f-40b0-822f-269332643e6b].

Lankes, R. David (2004). The roles of digital reference in a digital library environment. In Zhan Furui (Ed.), *The proceedings of digital library – advance the efficiency of knowledge utilization*. (pp. 262-274). Beijing, China: Scientific and Technical Documents Publishing House.

Pomerantz, J., & Lankes, R. David (2003). Taxonomies for automated question triage in digital reference. In C. C. Marshall, G. Henry & L. Delcambre (Eds.), *Proceedings of the 2003 joint conference on digital libraries, May 27-31 2003, Rice University, Houston, TX*. (pp. 119-121). Washington DC: IEEE Computer Society.

Lankes, R. David & McClure, C., & Gross, M. (2001). Assessing quality in digital reference services. In *2001 proceedings of the 64st annual meeting*. (pp. 323-329). Silver Spring, MD: The American Society for Information Science.

Wasik, Joann M., Lankes, R. David (1999). The virtual reference desk: Supporting education through a network of human expertise. In Nixon, C. and Burmood, J. (Eds.), *Internet librarian 99: Proceedings of the third Internet librarian conference*. (pp. 198-202). Medford, NJ: Information Today.

Lankes , R. David (1998). The virtual reference desk: Building human expertise into information systems. In Preston, C. (Ed.), *1998 proceedings of the 61st annual meeting (vol. 35)*. (pp. 81-90). Silver Spring, MD: The American Society for Information Science.

Sutton , Stuart A., Lankes, R. David, Small , Ruth, & Eisenberg , Michael (1998). Networked information discovery and retrieval for educational materials on the Internet: Metadata development, deployment, and evolution. In Preston, C. (Ed.), *1998 proceedings of the 61st annual meeting (vol. 35)*. (pp. 54-62). Silver Spring, MD: The American Society for Information Science.

**Books**

Lankes, R. David (2022). *The New Atlas of New Librarianship*. Under contract. Cambridge, Ma: MIT Press

Lankes, R. David (2021). *Forged in War: How a century of war created today's information society*. New York, NY: Rowman & Littlefield.

Lankes, R. David (2016). *The New Librarianship Field Guide*. Cambridge, Ma: MIT Press. Translations: Dutch

Lankes, R. David (2014). *The Boring Patient*. Jamesville, NY: Riland Publications.

Lankes, R. David (2012). *Expect More: Demanding Better Libraries For Today's Complex World*. Jamesville, NY: Riland Publications. 2nd Edition 2016. Translations: Catalan (*Ampliemos expectativas* Col·legi Oficial de Bibliotecaris i Documentalistes de la Comunitat Valenciana), Spanish (*Ampliemos Expectativas* by National Library of Peru), Portuguese, German (*Erwarten Sie mehr* by Simon Verlag), French (*Exigeons de meilleures* bibliothèques by Ateliers de [sens public]), and Italian (*Biblioteche innovative in un mondo che cambia* Editrice Bibliografica.

Lankes, R. David (2011). *The Atlas of New Librarianship*. Cambridge, Ma: MIT Press. – **2012 ABC-CLIO/Greenwood Award for the Best Book in Library Literature.** Translations: Italian [L'atlante della biblioteconomia moderna].

Radford, M. & Lankes, R. David (Eds.) (2010). *Reference renaissance: Current and future trends*. New York: Neal-Schuman Publishers.

Lankes, R. David (2009). *New concepts in digital reference*. San Rafael, CA: Morgan-Claypool

McClure, C., Lankes, R. David, Gross, M., & Choltco-Devlin, B. (2007). *Statistics, measures and quality standards for assessing digital reference library services: Guidelines and procedures.* Beijing: Beijing Library Press. (also translated into Arabic)

Lankes, R. David, Westbrook, L., Nicholson, S., Radford, M., & Silverstein, J. (Eds.). (2007).*Virtual reference service: From competencies to assessment.* New York: Neal-Schuman Publishers.

Lankes, R. David, Abels, E., White, L., & Haque, S. (Eds.). (2005). *Creating a reference future.* New York: Neal-Schuman Publishers.

Lankes, R. David, Janes, Joseph, Smith, Linda C., & Finneran, Christina M. (Eds.). (2004). *The virtual reference experience: Integrating theory into practice.* New York: Neal-Schuman Publishers.

Lankes, R. David, Goodrum, A., & Nicholson, S. (Eds.). (2003). *The digital reference research agenda.* Chicago: Publications In Librarianship, Association of College & Research Libraries.

McClure, C., Lankes, R. David, Gross, M., & Choltco-Devlin, B. (2002). *Statistics, measures and quality standards for assessing digital reference library services: Guidelines and procedures.* Syracuse: ERIC Clearinghouse on Information & Technology.

Lankes, R. David, McClure, C., Gross, M., & Pomerantz, J. (Eds.). (2002). *Implementing digital reference services: Setting standards and making it real.* New York: Neal-Schuman Publishers. Also published by Facet Publishing, the publisher of the UK Library Association.

Lankes, R. David, Collins, J. & Kasowitz, A. S. (2001). *Digital reference services in the new millennium.* New York: Neal-Schuman. Also published by Facet Publishing, the publisher of the UK Library Association.

Lankes, R. David (1998). *Building & maintaining Internet information services: K-12 digital reference services.* Syracuse: ERIC Clearinghouse on Information & Technology**.**

Lankes, R. David & Kasowitz , A. S. (1998). *AskA starter kit: How to build and maintain digital reference services.* Lanham: Scarecrow Press**.**

Lankes, R. David (1998). *Building & maintaining Internet information services.* Dissertation, Syracuse University.

Lankes, R. David (1996). *The bread and butter of the Internet: A primer and presentation packet for educators.* Syracuse: ERIC Clearinghouse on Information & Technology.

**Book Chapters**

Lankes, R. David (2021). The Library as a Movement. In Slijkerman & van Vlimmeren (Eds.), *Living Libraries: The House of the Community around the World*. De Bibliotheek Utrecht.

Lankes, R. David (2010). Innovators wanted: No experience necessary? In Walter, & Williams (Eds.), *The expert library: Sustaining, staffing, and advancing the academic library in the 21st century.* Association of College & Research Libraries.

Lankes, R. David & Jureller, P. (2010). Conversations and the true knowledge of generations. In Rothstein & Schull (Eds.), *Longevity and libraries: Unexpected voices.* American Library Association.

Lankes, R. David (2010). Setting Sail with Map in Hand. In Radford, M. & Lankes, R. David (Eds.). *Reference renaissance: Current and future trends*. Neal-Schuman Publishers.

Lankes, R. David (2008). Trusting the Internet: New approaches to credibility tools. In M.J. Metzger & A.J. Flanagin (Eds.), *Digital media, youth, and credibility*. The John D. and Catherine T. MacArthur Foundation

Series on Digital Media and Learning. (pp. 101-122). Cambridge, MA: The MIT Press. doi: 10.1162/dmal.9780262562324.101.

Nicholson, S. & Lankes, R. David (2005). The Digital Reference Electronic Warehouse (DREW) project: Creating the infrastructure for digital reference research through a multi-disciplinary knowledge base. In Lankes, Abels, White, & Haque (Eds.), *Creating a reference future*. New York: Neal-Schuman Publishers, Inc.

Lankes, R. David (2003). Digital reference. In M. Drake (Ed.), *Encyclopedia of library and information science*. (2nd ed.). New York: Marcel Dekker, Inc.

Lankes, R. D. (2002). Virtual service. In M. Melling & J. Little (Eds.), *Building a successful customer-service culture: A guide for library and information managers.* London, UK: Library Association Publishing.

Lankes, R. David (2002). Emerging standards for digital reference: The question interchange profile. In R. D. Lankes, C. McClure, M. Gross & J. Pomerantz (Eds.), *Implementing digital reference services: Setting standards and making it real*. New York: Neal-Schuman Publishers, Inc.

Gross, M., McClure, C. & Lankes, R. David (2002). Assessing quality in digital reference services: An overview of the key literature in digital reference. In R. D. Lankes, C. McClure, M. Gross & J. Pomerantz (Eds.), *Implementing digital reference services: Setting standards and making it real*. New York: Neal-Schuman Publishers, Inc.

Lankes, R. David (2002). Assessing quality in digital reference services: Preliminary findings. In R. D. Lankes, C. McClure, M. Gross & J. Pomerantz (Eds.), *Implementing digital reference services: Setting standards and making it real*. New York: Neal-Schuman Publishers, Inc.

Lankes, R. David (2001). Assessing the provision of networked services: ERIC as an example. In C. McClure & J.C. Bertot (Eds.), *Evaluating networked information services: Techniques, policy and issues.* Medford, N.J.: Information Today.

Lankes, R. David (2000). The growing support crisis in federal STI. In P.D. Fletcher & J.C. Bertot (Eds.), *World libraries on the information superhighway : Preparing for the challenges of the next millennium.* Hershey, PA: Idea Group Publishing.

Lankes, R. David (1997). Building the virtual reference desk. In B. Collis & G. Knezek (Eds.), *Teaching & learning in the digital age: Research into practice with telecommunications in educational settings*. (pp. 119-128). University of North Texas, Denton, TX: TCET.

Small, R. & Lankes, R. David (1996). Motivating students. In L. Lambert, S. Tice, & P. Featherstone (Eds.), *University teaching: A guide for graduate students.* Syracuse, NY: Syracuse University Press**.**

## Juried Posters

Nicholson, S., & Lankes, R. David (2005, 7-11 July). *DREW: Digital reference electronic warehouse.* Poster presented at the Joint Conference on Digital Libraries, Denver, CO.

Pomerantz, J., & Lankes, R. David (2002, 14-18 July). *Integrating expertise into the NSDL: Putting a human face on the digital library.* Poster presented at the Joint Conference on Digital Libraries, Portland, OR.

## Research Reports and White Papers

Lankes, R. David (2015). *Expect more: Why libraries cannot become STEM educators*. For the Public Libraries & STEM Conference. [Available at http://www.lpi.usra.edu/education/stemlibraryconference/events/Lankes_Expect_More_PRINT.pdf].

Lankes, R. David (2008). *The future of libraries and librarians in a democracy*. For the John D. and Catherine T. MacArthur Foundation.

Lankes, R. David, Silverstein, J. L., & Nicholson, S. (2007). *Participatory networks: The library as conversation.* For the American Library Association's Office of Information Technology Policy [Available at https://secureservercdn.net/50.62.174.113/61c.5b7.myftpupload.com/rdlankes/Publications/Others/Particiap toryNetworks.pdf].

Lankes, R. David (2002). *Impact and opportunity of digital reference in primary and secondary education.* For the Harvard University Digital Reference Research Symposium.

Silverstein, J. L., Pomerantz, J. & Lankes, R. David (2001). *Digital reference at the U.S. Department of Education: Implications for digital reference software tools.* For the U.S. Department of Education.

Silverstein, J. L. & Lankes, R. David (1999). *Digital reference services and centers at the United States Department of Education: Analysis and recommendations.* For the U.S. Department of Education.

Lankes, R. David (1999). *The Virtual Reference Desk: Question interchange profile*. For the Virtual Reference Desk.

Lankes, R. David (1999). *Adjuncts, affiliates and partners: Building an ERIC network for the 21st century*. Paper presented to the ERIC Directors.

Lankes, R. David (1998). *The Virtual Reference Desk: Building a network of expertise for America's schools*. White Paper for the Virtual Reference Desk. ERIC Clearinghouse on Information & Technology; Syracuse, NY. ED417728.

Lankes, R. David & Kasowitz, A. (1998). *Virtual Reference Desk AskA software: Decision points and scenarios*. Paper presented to the ERIC Directors.

Lankes, R. David (1997). *Building the Virtual Reference Desk*. White Paper for the Virtual Reference Desk.

Lankes, R. David & Nilan, M. S. (1994). *SonicScreen: Use of alternate modalities in the user interface.* For the U.S. Air Force Office of Scientific Research.

Nilan, M. S. & Lankes, R. David (1992). *User-Based requirements for large-scale distributed information management systems: Representation for system designers.* For the Rome Laboratory/Air Force Office of Scientific Research.

**Book Forewords**

M. Elena Lopez, M. E., Bharat Mehra, B., & Caspe, M. (2021). *A Librarian's Guide to Engaging Families in Learning*. Libraries Unlimited. Denver, CO.

Moorefield-Lang, H. (2018). *School library makerspaces in action*. Libraries Unlimited, Santa Barbara, CA.

Nelson, C. (2018). *Oral history in your library: Create shelf space for community voice*. Libraries Unlimited. Denver, CO.

Molaro, A., & In White, L. L. (2015). *The Library innovation toolkit: Ideas, strategies, and programs*. ALA Editions. Chicago, IL.

Fontichiaro, K. and Hamilton, B. (Eds.), *School Libraries: What's Now, What's Next, What's Yet to Come*. Available: https://docs.google.com/document/d/1SaWhOId9ZqywMuJaKfMIQjgyNl8f-SPEaQYF1TTnTLQ/edit?hl=en_US

**Other Invited Publications**

Lankes, R. David (2021). Bibliotecários construindo o novo normal. *Revista Brasileira de Biblioteconomia e Documentação* Vol. 17 [available https://rbbd.febab.org.br/rbbd/article/view/1573]

Lankes, R. David (July 10, 2020) "Why Libraries Are Committing to Systemic Change?" Publishers Weekly. [available https://www.publishersweekly.com/pw/by-topic/industry-news/libraries/article/83817-reclaiming-our-virtue.html].

Lankes, R. David (July, 2017). "New Librarianship." BuB. Forum Bibliothek und Information" 69 -07/2017 (S.400-403) [in German translated from an English text]

Lankes, R. David (March, 2010) "Ereaders, the iPad—Is That All There Is?" School Library Journal. [available http://www.schoollibraryjournal.com/article/CA6723753.html].

Lankes, R. David (Spring 2009). A Sparrow with a Machine Gun. *netConnect: Data in Context* supplement to Library Journal. [available http://www.libraryjournal.com/article/CA6650838.html].

Gandel, P.B., Oakleaf, M., Stanton, J.M., Lankes, R. David, Cogburn, D.L., & Liddy, E.D. (2009). More people, not just more stuff: Developing a new vision for research cyberinfrastructure, *Research Bulletin, 2*. [Available at http://www.educause.edu/].

Lankes, R. David. (2008, December/January). Virtual reference to participatory librarianship: Expanding the conversation. *ASIS&T Bulletin.* [Available at http://www.asis.org/Bulletin/Dec-07/lankes.html].

Lankes, R. David (2007, September). Library association 2.0. *Searcher Magazine*.

Lankes, R. David and Nicholson, S. (2005). Reference extract: Extending the reach of digital reference through collaborative data warehousing. *IEEE Technical Committee on Digital Libraries Bulletin 2*(1).  [Available at http://www.ieee-tcdl.org/Bulletin/current/nicholson/nicholson.html].

Lankes, R. David (2002). Introduction: I want my flying car. In R. D. Lankes, C. McClure. M. Gross & J. Pomerantz (Eds.), *Implementing digital reference services: Setting standards and making it real*. New York: Neal Schuman Publishers, Inc.

Lankes, R. David (2000). Grabbing ERIC by the tail: Introducing the ERIC commissioned papers. *Government Information Quarterly, 18*(1), 3-4.

Lankes, R. David (1998, November/December). Synthesis tools I. *The Big6 Newsletter: Teaching Technology and Information Skills*, *2*(2),12-13.

Lankes, R. David (1998, July/August). A hyperfiction continuum. *The Big6 Newsletter: Teaching Technology and Information Skills, 1*(6), 12-15.

Lankes, R. David (1998, May/June). Presenting a good image. *The Big6 Newsletter: Teaching Technology and Information Skills, 1*(5), 12-13.

Lankes, R. David (1998, March/April). Real time messaging for collaboration. *The Big6 Newsletter: Teaching Technology and Information Skills, 1*(4), 12-13.

Lankes, R. David (1998, January/February). AskA services. *The Big6 Newsletter: Teaching Technology and Information Skills, 1*(3), 12-13.

Lankes, R. David (1997, November/December). Web authoring. *The Big6 Newsletter: Teaching Technology and Information Skills, 1*(1), 12-15.*.*

Lankes, R. David (1997, September/October). Intranets. *The Big6 Newsletter: Teaching Technology and Information Skills, 1*(1), 10-15.

Lankes, R. David (1997). Build a World Wide Web commerce center. *Internet Research,* 7(4), 51-52.

Lankes, R. David (1997, January). The bread and butter of the Internet: A primer and presentation packet for educators. *ERIC Digest.*

Lankes, R. David (1996, March). New toys and trends for the Internet. *Information Searcher*, *8*(2), 1-9.

Lankes, R. David (1996, January). The World Wide Web or do spiders really surf? *Information Searcher, 8*(1), 1-8.

Lankes, R. David (1995). Gopher: What if the world was one big menu?" *Information Searcher, 7*(4), 3-5.

Lankes, R. David (1995). Telnet and FTP: The Internet's forgotten heroes. *Information Searcher, 7*(3), 16-19.

Lankes, R. David (1995). E-Mail: The Net's common currency. *Information Searcher, 7*(2), 6-9.

Lankes, R. David (1995). The Internet model. *Information Searcher, 7*(1), 3-6.*.*

Lankes, R. David (1993). AskERIC: The virtual librarian. *Information Searcher, 6*(1), 20-22*.*

## FUNDED RESEARCH AND DEVELOPMENT ACTIVITIES

2021-Present    Evaluation of LSTA program at the Texas State Library and Archives Commission, TSLAC. **PI**. Conducted an evaluation of the Library Service and Technology Act programs and funding at the Texas state library with Kim Silk. Prepared assessment training and conducted research into the need for professional development in rural and tribal Texas areas. $100,000

2021-2022    New Librarianship Symposia, IMLS and Others. Organizer. Convened an international series of symposia on the issues of post-neutrality librarianship; diversity, equity, and inclusion; cross-border connections; and a post-COVID new normal agenda. The New Librarianship Symposium Series was sponsored by the University of South Carolina, MIT Press, the Institute of Museum and Library Services, the International Federation of Library Associations and Institutions, the U.S. Library of Congress, the British Library, KB National Library of the Netherlands, OCLC, URFIST de Bordeaux, Enssib, the Black Caucus of the American Library Association, the American Indian Library Association, the University of Texas at Austin Bowden Folio, and Gigabit Libraries Network. $35,000

2020-2022    NEWCOMER: Building a Network Community Centered Librarianship, Erasmus+ European Union. **Project Consultant**. Build a network of librarians from Belgium, Italy, Denmark, Germany, Slovenia, Czech Republic, and the Netherlands to exchange best practice in community librarianship focused on inclusion and adult education. $137,798 (€117,250)

2017-2021    Library Scholars, Various. **PI**. Built school library cohort programs with South Carolina School districts to transition classroom teachers to school librarians. $800,000

2017-2018    A Community Based Literacy Solution, Hearst Foundation. **Co-PI**. Studied increasing literacy through a community approach that brought together teachers, literacy specialists, librarians (school and public), community leaders, and community government. $100,000

2015-2016    Community as Collection: Building the Community Profile System, IMLS. **Co-PI**. A three-year investigation into building a community profile system to allow libraries to better connect to community expertise. $281,000

| | |
|---|---|
| 2015-Present | Expect More Collaboratory, Various. **PI**. A two-year collaborative effort to develop advocacy and training materials for librarians and libraries based on the Expect More book. $63,000 |
| 2014-2016 | Design On Learning: 21st Century Online Learning For Library Workers, IMLS. **Co-PI**. A three-year continuing education (CE) development and implementation partnership project among South Central Regional Library Council, Syracuse University's School of Information Studies, and the NY 3Rs Association, Inc. *Design on Learning* will 1) enable librarian-trainer participants to successfully transfer their in-person teaching skills/pedagogy to the online environment; 2) enable librarian-trainers to evaluate and gain experience with various delivery platforms; and 3) teach library workers to learn effectively in the online environment. |
| 2012-2015 | Project ILEAD USA, IMLS. **Chair of the Instructor Corps**. A three-year continuing education initiative that directly addresses the need to expand librarians' leadership abilities to use participatory technology to effectively engage their libraries' constituents. The primary goals of this project are 1) to help library staff understand and respond to user needs through the application of participatory technology tools, and 2) the creation of an easy-to-replicate model program. $470,000 |
| 2012-2013 | Cyber Security and Information Systems, U.S. Department of Defense. **Researcher**. Assist Quanterion, as it operates the CSIAC, in developing a community of practice platform. $307,000 |
| 2012-2014 | Developing the Salzburg Curriculum, IMLS and The Global Salzburg Seminar. **Principal Investigator**. Develop a high-level curriculum framework for librarians and museum professionals and then map it to relevant curricula and standards. $10,000 |
| 2010-2012 | DACS – Digital Library Research, U.S. Department of Defense. **Principal Investigator for Digital Library Portion.** Assist Quanterion, as it operates the DACS, in identifying, recommending, and applying technologies and techniques, particularly automated techniques, for efficiently identifying, collecting, cataloging, and aggregating electronic information resources in targeted focal software related technology areas. $646,844 |
| 2010-2011 | Reference Extract, John D. and Catherine T. MacArthur Foundation. **Co-Principal Investigator.** First phase of development for Reference Extract, a credibility engine, allowing users to embed the credibility judgments of librarians worldwide into their applications. $350,000 |
| 2009-2012 | Project ILEAD U, IMLS. **Chair of the Instructor Corps**. A three-year continuing education initiative that directly addresses the need to expand librarians' leadership abilities to use participatory technology to effectively engage their libraries' constituents. The primary goals of this project are 1) to help library staff understand and respond to user needs through the application of participatory technology tools, and 2) the creation of an easy-to-replicate model program. $418,658 |
| 2008-2009 | Reference Extract Planning Grant, John D. and Catherine T. MacArthur Foundation. **Principal Investigator**. Investigated and developed a business plan and technical architecture for a general-purpose search engine built around credible communities (initially reference librarians). $97,428 |
| 2008 | Future of Libraries, John D. and Catherine T. MacArthur Foundation. **Consultant**. Prepared a report on the area of libraries and their future evolution. $2,500 |
| 2008-2011 | CI-Facilitators: Accelerating Knowledge Development and Collaboration across the STEM Disciplines, NSF. **Co-Principal Investigator**. Developing a curriculum to train cyber-infrastructure facilitators to aid in the adoption of technologies to further e-science. $239,945 |
| 2007-2010 | A Virtual Learning Laboratory for Digital Reference: Transforming the Internet Public Library, IMLS. **Consultant**. Enhancing the Internet Public Library to make digital reference learning objects available to faculty in all ALA-accredited LIS programs, provide a laboratory with access |

to new technologies used to offer digital reference and digital library services and create a collaborative learning community for faculty, students and working librarians. $613,478

2006-2008    Exploring the Social Internet, American Library Association, **Principal Investigator**. Researching and writing a detailed technology brief on the topic of the social Internet. The brief will put an emphasis on interactive and social web applications such as blogs, social networks, and include a survey of the general "Web 2.0" and "Library 2.0" development world. $12,000

2006-2008    Credibility Commons, MacArthur Foundation. **Co-Principal Investigator**. The Credibility Commons is an experimental environment enabling individuals the opportunity to try out different approaches to improving access to credible information on the World Wide Web. Tools will be provided to researchers as well as the public, allowing them to try out search strategies, collections and other approaches to improving access to credible information. The Commons can be viewed as a collaborative space in which to share ideas, data sets, results and innovations. This project is sponsored by the MacArthur Foundation who is deeply invested in improving access to credible information on the World Wide Web. $250,000

2004-2006    National Research Study on the Future of Librarians in the Workforce, IMLS. **Co-Principal Investigator**. Joined with the University of North Caroline (lead) to identify the nature of anticipated labor shortages in the library and information science (LIS) field over the next decade; assessed the number and types of library and information science jobs that will become available in the U.S. either through retirement or new job creation; determined the skills that will be required to fill such vacancies; and recommended effective approaches to recruiting and retaining workers to fill them. $1,000,000

2003-2006    Digital Reference Education Initiative, IMLS. **Co-Principal Investigator**. Implemented an international effort to define core competencies in reference and built web-based resources to advance and educate the reference community. $250,000

2002-2006    National Science Digital Library: Core Integration, NSF. **Principal Investigator** for Virtual Reference Desk Portion. Implemented, maintained and improved a distributed expert/support component of the NSDL. With Cornell University, UCAR, Columbia University, University of Massachusetts Amherst. $1,200,000 (Syracuse University Portion)

2002-2004    Question Triage for Experts and Documents: Expanding the Information Retrieval Function of the NSDL, NSF. **Co-Principal Investigator**. Merged digital triage system with NSDL information retrieval system. With Bruce Croft, University of Massachusetts Amherst, and Matt Koll, Wondir Foundation. $350,000

2002-2005    Education Digital Library Initiative, U.S. Department of Education. **Principal Investigator**. Operated and Improved the Virtual Reference Desk project and the Gateway to Educational Materials projects. $5,000,000

2002    Digital Reference Research Symposium, National Library of Canada, ACRL, Harvard, Library of Congress, OCLC. **Principal Investigator and Organizer**. Organized a research symposium to develop an international research agenda in digital reference. $35,000

2001-2003    Integrating Expertise into the NSDL: Putting a Human Face on the Digital Library, NSF. **Principal Investigator**. Created a distributed virtual reference desk for the NSF's NSDL program. $350,000

2001-2002    Assessing Quality in Digital Reference Services, OCLC. **Co-Principal Investigator** with Charles McClure to develop quality assessment techniques and standards. $150,000

| | |
|---|---|
| 2000-2001 | Agile Collaboration Environments (ACE) for Systems Synthesis in Engineering Education, NASA. **Contributor** to a proposal to NASA for an advanced training environment for engineers and K-12 students. Partners included School of Engineering and Cornell University. $1,000,000 |
| 2000-2003 | Preparing Tomorrow's Teachers to Use Technology. **Consultant**. Worked with the Syracuse University School of Education on implementing projects to increase technology use of School of Education faculty. $500,000 |
| 2000 | Department of Education Referral Tool, U.S. Department of Education. **Principal Investigator**. Worked with the Department of Education to develop specifications and policies for a department-wide referral tool to improve customer service. $60,000 |
| 1999-2000 | MCI/WorldCom MarcoPolo Search Engine. **Principle Investigator**. A contract with MCIWorldCom to create a cross-site search system for the MarcoPolo project. Included cataloging nearly 7,000 records as well as systems development, network discovery and information retrieval, and interface research. $250,000 |
| 1998-2003 | ERIC Clearinghouse on Information & Technology. **Principal Investigator** and director of ERIC/IT. A U.S. Department of Education sponsored clearinghouse that collects, indexes, abstracts and distributes information related to library and information science and educational technology. $5,000,000 |
| 1997-2002 | Virtual Reference Desk, National Library of Education. **Principal Investigator** on a study to improve Internet reference services. [Later Education Digital Library Initiative] $1,200,000 |
| 1996-2002 | Gateway to Educational Materials, Federal Dept. of Education. Participated in a standards and cataloging project for Internet-based lesson plans. [Later Education Digital Library Initiative] $5,000,000 |
| 1996-1999 | KidsConnect, AASL. Assisted in ongoing work with the K-12 digital reference project. $200,000 |
| 1996-1998 | AskLN, AT&T. **Co-Principal Investigator** on a planning grant for AT&T's Learning Network mentoring service. $250,000 |
| 1992-2003 | AskERIC, U.S. Department of Education. **Co-created** an Internet service that sought to provide high quality education information to front-line educators through electronic networks. |

## PRESENTATIONS AND KEYNOTES

**2022**

"Less; Better." State Librarian's Program, New Jersey Library Association Annual Conference 2022. Atlantic City, NJ.

"Serving & Saving Communities." Tennessee Library Association Annual Conference 2022. Knoxville, TN.

**2021**

"Relationships Instead of Transaction."  X Congreso Nacional de Bibliotecas Públicas. Online.

"New Librarianship and Defining the Role of Librarians in Today's Communities." National Library of Peru. Online

"Challenges of Academic Libraries in the Digital Landscape: Retaining Value by Retaining the Human Connection" National Library Day Keynote. Sharda University, Greater Noida, India.

"Come together: Librarians across borders for better communities." Next Library Festival 2021. Online.

"New Librarianship and Our Better Angels." #vBIB as an independent, digital conference - organized by the Professional Association Information Library (BIB) and TIB - Leibniz Information Center Technology and Natural Sciences and University Library. Online.

"A New Normal – Renaissance of the public Library." Stelline Conference, Milan, Italy. Online.

"Libraries Leading the New Normal." Computers in Libraries 2021. Online.

"Librarians Building the New Normal." Brazilian Federation of Associations of Librarians, Information Scientists and Institutions Keynote. Via Video.

**2020**

"Library as Place." Advisory Group for the National Strategy for Public Libraries in Scotland. via Video.

"What is a Library if the Building is Closed?" Gigabit Libraries. via Video Conference.

"New Librarianship." Texas Woman's University Webinar.

"Reference is Dead…Again." NÅR DEN NY VIN BLOMSTRER, Morgendagens veileder – sluttkonferanse Hotell Klubben. Tønsberg, Norway.

"Rebuilding the Town Square in a Digital Age" ALMPUB Seminar, Oslo, Norway.

**2019**

"Never Neutral, Never Alone." Transforming LIS education for professionals in a global information world: digital inclusion, social inclusion and lifelong learning IFLA Satellite Conference. Vatican City (via video).

"The Knowledge School: or Why Teaching Library Science is Getting Harder." École de bibliothéconomie et des sciences de l'information, Université de Montréal. Montreal, Canada.

"Neighbors Not Users, Members not Customers, Partners not Patrons." Congrès des professionnel.les. de l'information. Montreal, Canada.

"Data, Media, and Society." University of Maryland Libraries Future of the Research Library Series. College Park, MD.

"Library as Movement: How Public Libraries are Building Communities" Presentation for the U.S. Embassy at the International Lima Book Fair. Lima, Peru. (via Video Conference)

"Library as Movement." Victoria Libraries 2019 Planning Summit. Kalorama, Victoria, Australia. (via video conference)

"Decoding AI and Libraries." KB College: AI en de Bibliotheek – de computer leest alles. The Hague, Netherlands. (via video conference)

"Librarianship in an Era of Big Data: The Vital Human Touch." Conference of European National Librarians. Mo i Rana, Norway. (via video conference)

**2018**

"Expect More: From Change Agent to Change Advocate" Congrès des professionnels de l'information. Montreal, Canada.

"Information Science Versus Library Science in the in the Era of Technology." Keynote to the ICLIS International Conference 2018. Bandung, Indonesia

"New Librarianship: How Transformation is Necessary to Sustain Our Communities." 13th National Congress of Librarians Archivists and Documentalists. Portugal.

"A Manifesto for Global Librarianship" Next Library Conference. Berlin, Germany

**2017**

"Forget the Future: Our Time is Now" RUSA President's Program, American Library Association Annual Conference. Chicago, IL

"The Social Responsibility of the Library and the Librarian in a Post-Factual World" Dominican University School of Information Studies Annual Follett Lecture. Chicago, IL.

"The Opportunities and Obligations of the Knowledge School" South Carolina Association of School Librarians. Greenville, SC.

"A Knowledge Organization in an Age of Alternative Facts" Sarasota County Public Library Staff Development Day. Sarasota, FL.

"Expecting More From Our Libraries & Communities" Florence Public Library Staff Development Day. Florence, SC.

**2016**

"Data, Information, & Knowledge: The Right Profession for The Right Time" 2016 Maine Library Association Conference. Newry, ME.

"Building the Knowledge School" 2016 Charleston Conference. Charleston, SC.

"The Future of Libraries: Predicting Through Invention" LACONI Workshop. Schaumburg, IL.

"How to Check Out a Teacher in a Non-Creepy Way" South Carolina State Library Collaboration Meeting. Columbia, SC.

"Pragmatic Utopians & Building a Movement" LLAMA Thought Leaders Webinar. Video Conference

"A Faculty of One: Navigating the Complexities of Interdisciplinary Work" Dominican University's McGreal Lecture. Chicago, IL.

"From Books and Mortar to Community Hubs" The Society of Chief Librarians Seminar 2016 – Changing Horizons: challenges, trends and new ways of delivering. Warwick University, England

"Rocket Science is Easy" Urban Librarians Conference. Brooklyn, NY.

"Building an Academic Platform for the Future (and NOW)" Reinventing the Library: The Future Role of Libraries within SUNY and Beyond. Syracuse, NY.

"Librarianship: Saving the World One Community At A Time" VALA 2016. Melbourne, Australia.

"Librarianship in the Growing Information Domain…or How I Learned to Stop Worrying and Love Information" University of Sydney Library's Experts Program Series. Sydney, NSW, Australia.

"The Obligation of Innovation" OLA Super Conference 2016. Toronto, ON, Canada.

**2015**

"New Narratives for Librarians" SLA Military Libraries Division Training Workshop 2015. Washington, DC.

"Customer, Consumer, Users, and Other Mistakes" LIANZA Annual Conference 2015. Wellington, New Zealand.

"7 White Guys and a Weather Balloon" MakerSpace 3.0: Retinkering Libraries. Westport, CT.

"From Bringer of Doom to Bringer of Hope" Upstate New York and Ontario Chapter of the Medical Library Association. Buffalo, NY.

"Day 45,626" NYLA's 125th Annual Conference. Lake Placid, NY.

"Librarians as Agents of Transformation" Informatie aan Zee 2015. Oostende, Belgium.

"Expect More: What's in It For the Information Professional?" European Social Innovation Week. Tilburg, Netherlands.

"Expect More: Why Libraries Cannot Become STEM Educators" Public Libraries and STEM. Denver, CO.

"The Changing Role of Librarians in Learning" Vatican Library School Lecture. Rome, Italy.

"Community as Collection" Workshop at the Sangiorgio Library in Pistoia. Pistoia, Italy.

"An Action Plan for World Domination Through Librarianship" CILIP 2015 Annual Conference. Liverpool, UK.

"Everything You Learned in Library School is Wrong" ILEAD USA. Springfield, IL.

"Expecting More from Our Libraries and Communities" Professional Development Speaker Series. Toronto, Canada.

"Radical Librarians" 50th Anniversary Bertha Bassam Lecture University of Toronto Faculty of Information. Toronto, Canada.

"The Librarian, The Closet, & The Empty Room" School Library Systems Conference. White Plains, NY.

**2014**

"The Future *some assembly required" 9th Sebina Day. Rome, Italy (via pre-recorded video).

"The Turning Tide: From Collection Development to Community Facilitation" Saint John's University Invited Lecture. New York City, NY.

"Burn the Libraries and Free the Librarians" University of Maryland iSchool Talk. College Park, MD.

"Publisher of the Community: We're All Doomed" Closing keynote for the NISO Workshop on "Using the Web as an E-Content Distribution Platform: Challenges and Opportunities."

"The Faithful and the Radicals" Opening Keynote for Expect More, The NYLA-SSL Annual Conference 2014. Syracuse, NY.

"The Community is Your Collection" Closing Keynote for ILEADU March Session. Springfield, IL (via pre-recorded video).

"Libraries as Community" Information Resource Center Directors (branch libraries in US Embassies) from East and Central Africa, U.S. Embassy, Kigali (via pre-recorded video).

"The Bad, The Good, and The Great" 2nd Annual Wild Wisconsin Winter Web Conference (via pre-recorded video)

**2013**

"Library as Facilitator" KUB Project, Sweden (via pre-recorded video).

"Don't Save Libraries, Save the World Instead" The Librarian's Toolbox: Reopened! Fayetteville, NY.

"The Mortal in the Portal or Why Almost Everything You Learned in Library School is Wrong" Digital Library Federation Annual Forum. Austin, TX (via Video Conference).

"Community as Collection" iGroup Users Group Meeting. Singapore (via video conference)

"Changing Literacy Changes Literacy Organizations" Unspoken Conference. Utica, NY.

"From Loaning to Learning" Slovenian Library Association Congress. Lasko, Slovinia (via video conference)

"New Librarianship Master Class: A MOOC Case Study" Internet Librarians International Pre-Conference. London, UK (via video conference).

"What Higher Education Can Learn from Libraries" Hamilton College Couper Phi Beta Kappa Library Lecture. Clinton NY.

"Engineers of Innovation" NCSLMA 2013 Annual Conference. Winston-Salem, NC.

"New Librarianship Master Class: MOOC Statistics" Pushing the Envelope in Education: Roles for Libraries-MOOCs, eLearning & Gamification. Toronto, CA. (via video conference)

"Realigning Higher Education: From Starting Them Off to Keeping Them Going" Future Professoriate Program. Hamilton, NY.

"Moving Past the Deficit Model and Demonstrating Our Worth" Texas Library Association Annual Conference. Fort Worth, TX (via video conference).

"School Librarians as Facilitators of Learning" Texas Library Association Annual Conference. Fort Worth, TX (via video conference).

"Learning, Information, and Technology Walk into a Bar…" Jefferson Community College Spring Convocation. Watertown, NY.

"Success Through Collaboration" HELIN Annual Conference. Smithfield RI. (video conference)

**2012**

"Master Class on New Librarianship" de Library School, Amsterdam, Neterlands.

"New Librarianship and the Library as Platform" Ticer 15th International Summer School on Digital Libraries 2012, Tillburg, Netherlands.

"Library as Platform: Unlocking the Potential of Our Communities" SCRLC Leadership Luncheon Webinar.

"Digital Libraries as Platforms" DILL Florence Residency, Web.

"Community Outreach/Understanding Community Needs" The 4th Annual Connecticut Library Leadership Institute, West Hartford, CT.

"The Road to Self-Publishing" ALA 2012 Conference Session, Anaheim, CA.

"Making a New Promise With Our Communities" ALSC Leadership Meeting, Anaheim, CA.

"The Bad, The Good, and The Great" Keynote Academic Librarians 2012, Syracuse, NY.

"New Librarianship's New Promise" Keynote New Jersey Library Association Annual Conference, Atlantic City, NJ.

"New Librarianship: From Sharing to Lending and Back Again" Tennessee Library Association Brown Bag Series, Webinar

"Libraries are Obsolete" Harvard Library Strategic Conversations, Cambridge, MA

"World Domination Through Librarianship" Keynote 2012 Annual Conference Kansas Library Association, Wichita, KA.

"Expect More" Hunters and Gatherers: Reshaping College Libraries for the 21st Century, Syracuse, NY.

**2011**

"Expect More: Our Most Important Conversation" ALA Midwinter 2012 Presidents Program, Dallas, TX.

"A New Librarianship for a New Age" 57Â° Congresso nazionale AIB (57th National Congress of the Italian Library Association), Rome, Italy

"Librarians as Change Agents" Video Webchat, U.S. Embassy in Rome, Rome, Italy.

"Expect More: Service is Proactive" CARLI Virtual Meeting, Webcast.

"Publisher of the Community: New Librarianship Unencumbered by Our Stacks" PLS President's Program at the NYLA 2011 Annual Conference. Saratoga Springs, NY.

"Building the Skills of Library and Museum Professionals" Lecture to the Libraries and Museums in an Era of Participatory Culture Summit, Salzburg Global Seminar, Salzburg, Austria.

"Killing Librarianship" Keynote New England Library Association Annual Conference, Burlington, VT.

"LIS Grand Challenges and the Death of the User" iSchool Colloquium Series University of Pittsburgh, Pittsburgh, PA.

"New Librarianship in Rural Libraries" PEACE Library System Annual Conference (via video conference), Alberta, CA.

"Reinventing Library Services and Librarians in the Digital Age" University of Pittsburgh Staff Development Participatory Librarianship: A Vital Conversation about Librarianship and its Future, Pittsburgh, PA.

"Fulfilling the Potential: Digital Libraries and The Future" Visiting Lecture, Digital Library Learning (DILL) International Masters Program, Florence, Italy.

"Reinventing Librarianship" Keynote ALA 2011 Virtual Conference

"The Future of Librarianship" Delaware Library Town Hall, Dover, DE.

"The Future of Librarianship" Keynote FLICC Forum, Washington, DC.

"Grand Challenges of Librarianship" Keynote Swedish Library Association's Annual Conference 2011, Visby, Sweden.

"Radical" Keynote Florida Library Association's Annual Conference 2011, Orlando, FL.

"The Heart of Teaching and Learning Into the Future" SUNY Oswego Library, Oswego, NY.

"The Post Recession Library" PLA Virtual Spring Symposium 2011, Online.

"Awesome Librarians" ILEADU Kickoff, Springfield, IL.

"Libraries and Broadband: Forging a New Social Compact" Delaware Library BTOP Launch, Newark, DE.

**2010**

"Libraries of the Future" Presentation to the Friends of the Dallas Public Library, Dallas, TX.

"Libraries and Broadband: Becoming Radical Change Agents in Our Communities" Vermont FiberConnect: The Library Link Summit, Stowe, VT.

"The Librarian Militant, The Librarian Triumphant" NEXT: A Library Futures Symposium, The Alberta Library, Edmonton, Alberta, Canada

"You Must Focus on Connection Management Instead of Collection Management" Allegheny County Library Association, Pittsburgh, PA.

"Killing the User and Other Necessary Acts" Keynote, Polaris Users Group Annual Meeting, Syracuse, NY.

"The New Librarianship in the Age of the Ebook" Closing Keynote, ebooks: Libraries at the Tipping Point, Library Journal/School Library Journal Virtual Summit.

"Reference in the Crowd" Trendy Topics Online Conference on Digital Reference

"Turn Right at the Obelisk" Keynote American Association for Law Libraries Annual Conference. Denver, Co.

"The Need for a New Librarianship" Presentation for the U.S. Consulate, Naples, Italy

"Building a New Librarianship" U.S. Embassy Rome's spring event Libraries in the 21st Century, Rome, Italy

**"**Year of the Librarian: The Future is ours for the Taking" Keynote Illinois Association of College and Research Libraries Annual Conference, Springfield, IL.

"Year of the Librarian: Enduring Value and Shifting Mission" Invited Talk, State Library of Illinois, Springfield, IL

"Year of the Librarian: Of the People," Keynote Pennsylvania District Library Center/Library Systems Meeting. Hershey, PA.

"What Does the Future Hold for Reference Services" Institute on the Future of Reference and its Impact on Library and Information Science Education, Philadelphia, PA.

"Participation and Leadership" ILEAD U Keynote, Springfield, IL.

"A Call for a New Librarianship" HMCPL Staff Development Day, Huntsville, AL.

**2009**

"New Librarianship" Keynote Charleston Conference 2009, Charleston, SC.

"Inventing the Future of Librarianship" Keynote Knutpunkt 2009, Linkoping, Sweden.

"They Named the Building after Us" Northern New York Library Network 2009 Conference, Potsdam, NY.

"A Time of our Choosing" Keynote for the Michigan Library Consortium Annual Meeting, Lansing, MI.

"Change Management" Connecticut Library Association Leadership Institute, Hartford, Ct.

"Conversants" Virtual Conference Presentation, ALA Annual Conference 2009, Chicago, IL.

"The Death of the Document" Program for Cooperative Cataloging, American Library Association Annual Conference, Chicago, IL.

"Einstein Goes to a Party..." State University of New York Library Association, Syracuse, NY.

"Fighting for the Soul of Libraries" New York State Library Assistants Association, Troy, NY

"Not Done Yet" Beta Phi Mu Induction, Syracuse, NY

"Challenge your Thinking" Connecticut Library Association Annual Conference, New Haven, CT

"Libraries Facilitating Conversations and Communities" Texas Library Association Annual Conference, Houston, TX

"The Big Picture" Arizona State Library, Phoenix, AZ

"Obligations and Opportunities" ALA Annual Conference, Denver, CO.

"Panel: Participatory Librarianship" ALISE Conference, Denver, CO.

**2008**

"Participatory Librarianship and Change Agents" Blended Librarians, Webcast.

"Obligations and Opportunities" IMLS Grants to States Conference, Washington, D.C.

"The Times They are a-Changin'" NMRLS Annual Meeting, North Andover, MA.

"Conversations: 2 Grand Pianos on a Stage" Joint Metrowest and SEMLS Annual Council of Members, Ashland, MA.

"Not Done Yet: Charting a New Course for Librarianship" 40th Anniversary Speakers Series, Smithsonian Libraries, Washington, D.C.

"The Library as Conversation" Library Adaptation: Expose Yourself, WNYLRC Conference, Buffalo, NY.

"The Obligation of Leadership" Keynote 2008 LITA Forum, Cincinnati, OH.

"Cyberinfrastructure Facilitators: New Approaches to Information Professionals for e-Research" Oxford e-Research08, Oxford University, Oxford, UK.

"If They Build It They Will Come" Rethinking Access to Information IFLA Satellite Conference, Boston, MA.

"Theory Meets Practice: Educators and Directors Talk" Reference Renaissance Conference, Denver, CO.

"The Dewey-Level Shift" WiLSWorld Conference, Madison, WI.

"Participatory Librarianship Update" ALA Annual Conference, Anaheim, CA.

"Social Networking and Reference" Reinvented Reference 4: Emerging Technologies for Reference Services (an ALA pre-conference), Anaheim, CA.

"You Are the Future of Libraries: No Pressure" Path to the Future, a University of Maryland Libraries Speaker Series, College Park, MD.

"Same Old Story: Everything is Different" Metro Spring Conference, Brooklyn, NY.

"LIS and the Ivy League" Cornell University Libraries, Ithaca, NY.

"Participatory Librarianship and Radical Change Agents" Eastern New York ACRL, Syracuse NY.

"The Innovation Imperative" Oregon Virtual Reference Summit 2008, Salem, OR.

"The Library as Conversation" Connecticut Library Association Annual Conference, Groton, CT.

"The Dewey-Level Shift" Information Futures Institute, Berkman Center, Cambridge, MA.

"Information Technology, Participatory Librarianship, and Educating LIS Professionals" Rutgers MLIS Colloquium, New Brunswick, NJ.

"Systems, Conversations and Participation" Innovative Interface's Academic Library Director's Conference, Berkeley, CA.

"Conversations, Participation and Libraries" SILS Colloquium at the Catholic University of America, Washington D.C.

"Participatory Libraries" Drexel University School of Information and Technology College Colloquium Series, Philadelphia, PA.

"Scapes" OCLC Symposium on Reference and Social Networking, Philadelphia, PA.

"Participatory Librarianship and Web 2.0 in the Curriculum" Presentation at the ALA/ALISE Meeting, Washington, D.C.

### 2007

"Participatory Librarianship" OCLC, Dublin, OH.

"The Library as Conversation" Free Library of Philadelphia President's Forum, Philadelphia, PA.

"Participatory Networks: The Library as Conversation" CoLIS 6, Boras, Sweden.

"The Future of Retrieval: Finding Conversations" ALA Annual Conference, Washington, D.C.

"Collecting Conversations in a Massive Scale World" ALCTS 50th Anniversary Conference, Washington, D.C.

"Participatory Networks: The Library as Conversation" Presentation to the National Agricultural Library, Washington, D.C.

"Library as Conversation" NYLink Annual Members Conference, Saratoga Springs, NY.

"Participatory Networks: The Library as Conversation" Amigos Annual Members Conference, Dallas, TX.

"Library as Conversation: Facing the Challenge" Informare a Distanza 2.0: Condividere e Cooperare nel Reference Oggi. Florence, Italy.

"Developing an Open Infrastructure for the Greater Good" ASIDIC Spring Meeting, Orlando, FL.

"Participatory Networks: The Library as Conversation" ALA/OITP. Information Island, Second Life.

"Using Virtual Reference to Rule the World" Information Online Satellite Workshop, Sydney, NSW, Australia.

"Technology as Conversation" TAFE New South Wales Meeting, Sydney, NSW, Australia.

"The Changing Face of Reference" Information Online Conference 2007, Sydney, NSW, Australia.

"Participatory Networks: The Library as Conversation" ALA Washington Office Update, ALA Midwinter Conference, Seattle, WA.

"The K-12 Environment: A Compromised Setting for Studying Information Seeking" Panel Presentation, ALISE, Seattle, WA.

**2006**

"Massive Scale Librarianship" Plenary Presentation, Charleston Conference, Charleston, SC.

"The Social Internet: A New Community Role for Libraries?" Lecture, Pratt Institute SILS, New York, NY.

"Reference Authoring" Presentation to the Information School, Seattle, WA.

"Reference: An Island of Chaos in a Sea of Order" Lazerow Lecture at Pratt, New York, NY.

"The Future is Here: The New World for Integrated Environmental Data Systems" Environmental Geospatial Information for Transportation: An Exchange for the Mid-Atlantic Region, Washington, D.C.

"Reference in Academic Libraries: Virtual Reference" Ontario College and University Library Association Spring Workshop, Toronto, ON, Canada.

"Customer Service in Academic Libraries" Jackson Library Speaker Series, UNC Greensboro, Greensboro, NC.

"Reference Authoring" School of Information's iForum, University of Texas, Austin, TX.

**2005**

"Reference Authoring" Friday Seminar SIMS, UC Berkeley, Berkeley, CA.

Closing Session at the Virtual Reference Desk Annual Conference, San Francisco, CA.

"Reference Authoring" Virtual Reference Desk Annual Conference, San Francisco, CA.

Opening Session at the Virtual Reference Desk Conference, San Francisco, CA.

"Digital and Information Trends on the Library Landscape" AASHTO RAC, Wilmington, NC.

"Building DREW" Reference Research Roundtable, ALA Annual Conference, Chicago, IL.

"Virtual Reference" NYSLAA Annual Conference, Geneva, NY.

"Tools and Precision of a User Perspective" Symposium on the Credibility of Internet Information from a User Perspective, Seattle, WA.

"Cooperative Reference" AgNIC Tenth Annual Meeting, Potomac, MD.

"Breaking the K-12 Crust: The Realities of Digital Libraries for Education" WebWise, Washington, D.C.

"Creation of Shared Electronic Collections" Harvard Symposium on the Education Information Commons, Cambridge, MA.

## 2004

"Archiving Human Intermediation: The Digital Reference Electronic Warehouse (DREW) Project" ASIS&T Annual Conference, Providence, RI.

Closing Session at the Virtual Reference Desk Annual Conference, Cincinnati, OH.

"Research in Digital Reference" Session at the Virtual Reference Desk Conference, Cincinnati, OH. Co-.

"Archiving Human Intermediation: The Digital Reference Electronic Warehouse (DREW) Project" Virtual Reference Desk Annual Conference, Cincinnati, OH.

Opening Session at the Virtual Reference Desk Conference, Cincinnati, OH.

"Standardizing your Website" Preconference Presentation VRD2004, Cincinnati, OH.

"The Rise and Fall of the National Library of Education" Transportation Research Board, Washington, DC.

"Reenergizing the Academic Library: A Knowledge Driven Organization in an Information Age" Pennsylvania Library Association Annual Conference, Valley Forge, PA.

"The Roles of Digital Reference in a Digital Library Environment" International Conference of Digital Library- Advance the Efficiency of Knowledge Utilization, Beijing, China.

"Managing Services in the Digital Library: Future of Reference Services" National library of China, Beijing, China.

"The Reference Revival" WiLS World, Madison, WI.

"Technology Trends in Public Libraries" OCPL Leadership Workshop Series, Syracuse, NY.

"The Digital Reference Transition" University of Maryland Digital Dateline Lecture, College Park, MD.

"Costs and Benefits of Virtual Reference: Is it Worth It?" Ontario Library Association's Superconference, Toronto, ON Canada.

"The Educator's Reference Desk: Building on an 11 Year Investment to Promote Libraries" EBSS Discussion Group, San Diego, CA.

"Repackaging Librarianship" OCLC Symposium: The Reference Reality Check - A Practical Look at Rethinking Reference, San Diego, CA.

"Re-Packaging Librarianship: Some Assembly Required" Presentation to Villanova Library Staff Retreat, Virtual Presentation.

**2003**

"Education Information: Lessons Learned in Supporting K-12 Education" Presentation to the Joint PI Meeting of NSF and IMLS Washington, D.C. A

Closing Session at the Virtual Reference Desk Conference, San Antonio, TX.

"Digital Reference Research: Fusing Research and Practice" Session at the Virtual Reference Desk Conference, San Antonio, TX.

"Reference Roundup - Integrating the Virtual Reference Experience: Theory and Practice" Opening Session at the Virtual Reference Desk Conference, San Antonio, TX.

"Personnel Management and Training for Digital Reference Services" Pre-Conference Session at the Virtual Reference Desk Conference, San Antonio, TX.

"The Future of Reference" Columbia University Libraries, New York, NY.

"Can Librarians Afford the Cutting Edge?" Keynote Polaris Users Group, Syracuse, NY.

"Customer Service: Part of a Grand Tradition" Pennsylvania State University Libraries, State College, PA.

"The Evolving Education Digital Library: Or Why the Plumbing Matters" Apple Education Leadership Institute, Key West, FL.

**2002**

"AskNSDL: A Revelatory Case?" 2002 NSDL All Projects Meeting, Washington, D.C.

"Introduction" VRD 2002 Annual Conference, Chicago, IL.

"Impact and Opportunity of Digital Reference in Primary and Secondary Education" VRD 2002 Annual Conference, Chicago, IL.

"The Future of Reference" VRD 2002 Annual Conference, Chicago, IL.

"The Future of Reference" MINITEX Reference Symposium, Minneapolis, MN.

"Virtual Think" Bibliocentre Libraries Meeting, Toronto, CA.

"Impact and Opportunity of Digital Reference in Primary and Secondary Education" Digital Reference Research Symposium, Cambridge, MA.

"Introductory Thoughts: Charting the Course" RUSA/MARS Pre-Conference Keynote at the ALA Annual Conference, Atlanta, GA.

"Setting the Standards in Digital Reference: Defining Quality and Performance Measures" RUSA/MARS Pre-Conference at the ALA Annual Conference, Atlanta, GA.

"Setting the Standards for Virtual Reference" National Library of Canada Forum on Digital Reference, Ottawa, Canada.

"Digital Reference Services" Pennsylvania Library District Library Centers Meeting, Hershey, PA.

"Intro and the Digital Reference Cloud plus Standards to Make it Work: Information about Standards and a Guide for Planning for a Digital Reference Service" ACRL Pre-conference Workshop at ALA Midwinter, New Orleans, LA.

**2001**

"Using Virtual Reference to Rule the World" Teleconference to Washington State Library Grant Kickoff, Syracuse, NY. State of Washington.

"Setting the Standards and Making it Real" Opening Presentation at VRD 2001 Annual Conference, Orlando, FL.

"The Question Interchange Profile" Presentation at VRD 2001 Annual Conference, Orlando, FL.

"Creating a New Reference Librarianship" Presentation at VRD 2001 Annual Conference, Orlando, FL.

"Assessing Quality in Digital Reference" Presentation at ASIS&T 2001 Annual Meeting, Washington, D.C.

"Digital Reference: Setting the Standards" Presentation at the Centennial Pennsylvania Library Association Conference, Philadelphia, PA.

"The Question Interchange Profile" Presentation at the ACCESS 2001 Conference on digital reference standards, Winnipeg, Canada.

"Digital Reference: The Future of Academic Reference?" Satellite IFLA Meeting sponsored by ACRL and Harvard, Cambridge, MA.

"Digital Reference: The Future of Academic Reference?" Panel for ACRL Conference, Denver, CO.

"Exploring Virtual Reference Services" Lecture to Purdue University Librarians, West Lafayette, IN.

"Current Status and Future Directions for Digital Reference" Symposium on Digital Reference Co-hosted by Library of Congress and OCLC, Washington, D.C.

**2000**

"The Future of Library Service: Context is King" California Millennium Conference (part of the California Library Association Annual Conference), Santa Clara, CA.

"The Emerging Global Education Information Infrastructure" NYS TESOL, Rochester, NY.

"Opening Remarks" 2nd Annual Virtual Reference Desk Conference, Seattle, WA.

"Impacts of Digital Reference" Virtual Reference Desk 2nd Annual Conference, Seattle, WA.

"Digital Reference Standards" Virtual Reference Desk 2nd Annual Conference, Seattle, WA.

"Online Learning: Schools as Producers and Consumers" Blackboard Day/Liverpool Virtual School, Liverpool, NY.

"Professional Portfolios" Teaching Assistant Orientation Program, Syracuse, NY.

**1999**

"Question Interchange Profile: Metadata for Cooperative Reference" ASIS Annual Meeting, Washington, D.C.

"Reference in the New Millennium: The Evolving Role of the Information Professional" Virtual Reference Desk Annual Conference, Cambridge, MA.

**1998**

"The Virtual Reference Desk: Building Human Expertise into Information Systems" ASIS Annual Meeting, Pittsburgh, PA.

"The Reference Revolution: Laying the Foundation for a Question Economy" Connecting Users with Services: Reference Service in the Networked Environment Conference, Minneapolis, MN.

"AskAs: Lessons learned from K-12 Digital Reference Services**"** Library of Congress Institute Reference Service in a Digital Age, Washington, D.C.

"KidsConnect" National Education Computing Conference (NECC). San Diego, CA

"AskERIC" National Education Computing Conference (NECC). San Diego, CA.

"The National Library of Education" Special Library Association, Washington, D.C.

**1997**

"ERIC Unbound" ERIC Technical Meeting, Washington D.C.

"The Impact of the Internet on Educational Publishing" Harcourt Brace, Orlando, FL.

"Technology is the Answer, What's the Question?" Society of Information Management (Upstate New York Chapter), Syracuse, NY.

"Education Information Network" U.S. Department of Education's Secretary Summit on Research, Washington D.C.

"The Virtual Reference Desk" White House Briefing, Washington, D.C.

"Issues: Internet in the Classroom" Manlius Pebble Hill School, Syracuse, NY.

"GEM and FIBRE" FIBRE Interagency Working Group, Washington D.C.

"Internet in the Classroom" Alaska Society for Technology in Education, Anchorage, AK.

"AskERIC" Alaska Society for Technology in Education, Anchorage, AK.
"GEM: Accessing the Facets of Educational Material" U.S. Department of Education, Washington, D.C.

**1996**

"Internet 101" National School Board Association pre-conference workshop, Dallas, TX.

"Applying the Internet in the Classroom" National School Board Association pre-conference workshop, Dallas, TX.

"Evolution versus Revolution in Schools" Keynote speech, Chittenango Superintendent Day.

"AskERIC R&D" ERIC Joint Meeting, Washington, D.C.

"Internet 101" Consortium for School Networking pre-conference workshop, Washington D.C.

"Building Successful Web Sites" Consortium for School Networking pre-conference workshop, Washington D.C.

**1995**

"Internet 101" National School Board Association pre-conference workshop, Atlanta, GA.

"Applying the Internet in Schools" National School Board Association pre-conference workshop, Atlanta, GA.

"Challenges for the Telecommunications Industry in the K-12 Market" BICSI Fall Conference, Tucson AZ.

"Levels of the Internet" SIRM Conference, Syracuse NY.

"Technology Issues in Internet Services" SIRM Workshop, Washington D.C.

"AskERIC, A Case Study" SIRM Workshop, Washington D.C.

**1994**

"ERIC and AskERIC" Chief State School Officers, Washington D.C.

"AskERIC" NYSC&TE Annual Conference, Uniondale, NY.

"AskERIC and the National Library of Education" Federal Department of Education, Washington, D.C.

"Building and Managing Internet Services" University of Rochester Library, Rochester NY.

"Virtual Communities" National Alliance of Community and Technical Colleges, Chicago, IL.

"Surviving the Internet" Wayne/Finger Lakes BOCES Superintendents Conference, Rochester NY.

"AskERIC: The Virtual Reference Librarian" Multimedia Schools Conference, San Fransico, CA.

"AskERIC as Information Science in K-12 Education" ASIS, Washington D.C.

"AskERIC: The Virtual Reference Librarian" NECC, Boston, MA.

"Surviving the Internet" Global Enterprises, Princeton NJ.

"Community Networks" Syracuse FreeNet Meeting.

"Establishing Internet Services" Colgate Computer Science Department, Hamilton, NY.

"Using the Internet in the Classroom" NYSERNet Annual Conference, Rochester, NY.

**1993**

"AskERIC" SENDIT Conference, Fargo, ND.

"SPIN: Syracuse Projects in Information Networking" Coalition for Networked Information Winter Conference , San Fransico, CA.
"SUN Microsystems, Apple Computers, IBM: Cognitive Space" Syracuse, NY.

"What is the Internet?" School Library Media Conference, Syracuse, NY.

"Context of Telecommunications" Keynote: Superintendent's Conference, Waterloo, NY.

"IST 444: Teaching Multimedia with Multimedia" Teaching Tools, Syracuse, NY.

"AskERIC" Nation Net '93, Washington D.C.

"Partnership for Education" Eisenhower Clearinghouse, Columbus, OH.

**1992**

"Communicating with Computers" Teaching Tools, Syracuse, NY. Presenting new technologies in multimedia and demonstrating curriculum integration of these tools.

## MEETINGS AND SYMPOSIA

**2021**

"New Librarianship Symposia." Convened an international series of symposia on the issues of post-neutrality librarianship; diversity, equity, and inclusion; cross-border connections; and a post-COVID new normal agenda. The New Librarianship Symposium Series was sponsored by the University of South Carolina, MIT Press, the Institute of Museum and Library Services, the International Federation of Library Associations and Institutions, the U.S. Library of Congress, the British Library, KB National Library of the Netherlands, OCLC, URFIST de Bordeaux, Enssib, the Black Caucus of the American Library Association, the American Indian Library Association, the University of Texas at Austin Bowden Folio, and Gigabit Libraries Network. Online.

**2017**

"Library Renaissance: Building the International Knowledge School." Organized an international panel on advancing librarianship. Florence, Italy

**2015**

"Public Libraries & STEM" Invited Contributor to an NSF sponsored conference on the role of public libraries in STEM formal and informal education. Denver, CO.

**2012**

"Empowering Voices/ Transforming Libraries" Facilitated a conference wide dialog as part of the ALA President's Program, ALA Midwinter Conference, Dallas, TX.

**2011**

"Libraries and Museums in an Era of Participatory Culture" Salzburg Summit, Salzburg, Austria. The session plunged fifty-eight library, museum, and cultural heritage leaders from thirty-one countries around the world into discussion, debate, and the development of a series of practical recommendations for ensuring maximum access to and engagement in museums and libraries, as they examined the meaning of "participatory culture" writ large.

**2010**

**"**Institute on the Future of Reference and its Impact on Library and Information Science Education," Philadelphia, PA.

**2008**

"Participatory Librarianship and Web 2.0 in the Curriculum" Philadelphia, PA. Convened a meeting of LIS educators to discuss the implications of participatory librarianship in pre-professional education.

**2007**

"Participatory Librarianship" New York, NY. OITP meeting with New York City area LIS programs to discuss the implications of participatory librarianship in pre-professional education.

"The Future of Technology and Libraries" Wye River, MD. OITP meeting on upcoming technology and policy trends.

**2006**

NCHRP Meeting, part of the National Academies, Washington, DC. Part of Advisory Panel

"Environmental Geospatial Information for Transportation: An Exchange for the Mid-Atlantic Region" Washington, D.C. Part of organizing committee.

**2005**

"Celebrating the Success of Reference" Virtual Reference Desk 7th Annual Conference, San Francisco, CA. Convened and organized digital reference conference.

"Credibility of Internet Information" Chicago, IL. Participated in a MacArthur Foundation discussion of how users can determine the credibility of Internet information.

"Future of Reference Service in Public Libraries" Boston, MA. Participated in a discussion of reference service and the needs of public reference in light of findings by OCLC.

"Education Information Commons" Harvard Symposium. Participated in a discussion of the education information commons and possible collaborations of education libraries.

**2004**

"Creating a New Reference Future" Virtual Reference Desk 6th Annual Conference, Cincinnati, OH. Convened and organized digital reference conference.

Transportation Research Board Research Panel on Transportation Information Infrastructure: Washington, D.C. Part of a TRB (part of the National Academy of Sciences) research panel exploring how to create a long term, stable technology infrastructure to share transportation information among local, state and federal agencies.

"Charting the Landscape/Mapping New Paths: Museums, Libraries & K-12" Washington, DC. Was 1 of 60 invited individuals that participated in an IMLS sponsored workshop looking at the convergence of libraries, museums and education.

DREI Advisory Board Meeting: Orlando, FL. Hosted a discussion of the Digital Reference Education Initiative Advisory board on developing digital reference competencies.

Co-Chaired Gateway to Educational Materials Consortium Meeting: Alexandria, VA. Chaired GEM Consortium meeting.

**2003**

"Reference Roundup - Integrating the Virtual Reference Experience: Theory and Practice" Virtual Reference Desk 5th Annual Conference, San Antonio, TX. Convened and organized digital reference conference.

Gateway to Education Materials Washington Mid-Year Meeting: Washington, D.C. Hosted and presented the GEM project to federal agencies.

**2002**

OCLC Research Invitational Web Services Seminar: Dublin, OH. One of 18 participants selected to advise OCLC Research on their research agenda in Web services.

"Charting the Course of Reference: Towards a Preferred Future" Virtual Reference Desk 4th Annual Conference, Chicago, IL. Convened and organized digital reference conference.

ERIC Director's Symposium on the Dissemination of Education Information: Washington, D.C. Chaired and organized a symposium discussing the dissemination of education information for the U.S. Department of Education.

Digital Reference Research Symposium: Cambridge, MA. Organized and chaired a research symposium to create a research agenda in digital reference.

ERIC Executive Committee Meeting: Washington, D.C. Chaired the ERIC Executive Committee and helped organize a research symposium on the dissemination of education information.

NISO Standards Committee AZ: Networked Reference: Washington, D.C. Participated in a NISO standards process for digital reference.

Virtual Reference Canada: Ottawa, ON, Canada. Participated in founding forum for the National Library of Canada's national digital reference network.

**2001**

Co-Chaired Gateway to Educational Materials Consortium Meeting: Denver, CO. Chaired GEM Consortium meeting.

"Setting the Standards and Making it Real" Virtual Reference Desk 3rdAnnual Conference, Orlando, FL. Convened and organized digital reference conference.

Virtual Reference Desk Consortium Meeting: Orlando, FL. Chaired the Virtual Reference Desk Consortium Meeting.

National Education Network. Washington, D.C. Participated as a member of executive committee of a group representing education information providers and the National Library of Education.

**2000**

Co-Chaired Gateway to Educational Materials Consortium Meeting: Dublin, OH. Participated in GEM Consortium meeting.

"Facets of Digital Reference" Virtual Reference Desk Annual Conference, Seattle, WA. Convened and organized digital reference conference.

Virtual Reference Desk Consortium Meeting: Seattle, WA. Chaired the Virtual Reference Desk Consortium Meeting.

Japanese National Education Center: Syracuse, NY. Hosted a delegation from the Japanese government exploring education portals.

**1999**

National Education Network. Washington, D.C. Participated as a member of executive committee of a group representing education information providers and the National Library of Education. There were two meetings of this group.

"Reference in the New Millennium: The Evolving Role of the Information Professional" Virtual Reference Desk Annual Conference, Cambridge, MA. Convened and introduced digital reference conference at Harvard's Graduate School of Education.

Virtual Reference Desk Consortium Meeting: Cambridge, MA. Chaired the Virtual Reference Desk Consortium Meeting.

Co-Chaired Gateway to Educational Materials Consortium Meeting: Washington, D.C. Participated in GEM Consortium meeting.

Intel Education Group. Discussed emerging Intel education and Web initiatives.

Library of Congress Working Group: Collaborative Digital Reference Service. Served as head of technical working group at meetings at the Library of Congress (2), Virtual Reference Desk Conference and ALA Annual.

OCLC. Met to discuss research and development opportunities between the Information Institute of Syracuse and OCLC. Topics included incorporation of GEM into CORC and Dewey Mapping.

NCREL (North-Central Regional Education Laboratory) Meeting on Best Practices in Education Websites. Participated in a national forum on best practices in building and marinating Internet information services for K-12 education. This meeting was followed up by a NCREL visit to the Information Institute of Syracuse.

AskERIC Summit. Hosted a meeting of AskERIC participants nationally.

IBSTIPE. Presented to an international forum setting standards for education technology educators.

**1998**

National Education Network. Washington, D.C.

Eisenhower National Clearinghouse Executive Committee. Washington, D.C. Participated as a member of the executive committee for the Eisenhower National Clearinghouse.

White House Technical Workshop on the Virtual Reference Desk. San Jose, CA. Hosted a workshop on the Virtual Reference Desk for the White House. Participants included OCLC, NLE, NASA, Intel, and IBM

Virtual Reference Desk Stakeholder Meeting. Syracuse, NY. Hosted a stakeholder meeting for the White House and National Library of Education on the formation of an AskA consortium for the Virtual Reference Desk.

**1997**

Software Publishers Association, San Diego, CA. Attended a meeting to determine a research agenda for educational software.

Gateway to Educational Materials Stakeholder Meeting, Washington, D.C. Participated in a GEM stakeholder meeting.

Initial Gateway to Educational Materials Consortium Meeting, Syracuse, NY. Participated in the formation of the GEM Consortium.

Building and Supporting Library Research, Washington DC. Participated in an exploratory working group convened by the National Institute on Postsecondary Education, Libraries, and Lifelong Learning to develop a national research agenda for libraries.

**1996**

Internet Lesson Plan (later GEM) Stakeholder Meeting, Syracuse, NY. Participated in the formation of the GEM specification.

## SYRACUSE UNIVERSITY SERVICE

| | |
|---|---|
| 2015-2016 | Personnel Committee |
| 2015-2016 | Research Committee |
| 2010-2012 | Doctoral Committee |
| 2009-2012 | Director Library Science Program |
| 2009-Present | School of Information Studies Executive Committee |
| 2009-2010 | School of Information Studies, Personnel Committee |
| 2008-2010 | University Committee on Sustainability in the Curriculum |
| 2007-Present | WISE Program Advisor |
| 2006-2007 | School of Information Studies, Distance Education Committee |
| 2004-2006 | School of Information Studies, Chair Search Committee |
| 2004-2006 | University Fellowship Selection Committee |
| 2004-2005 | School of Information Studies, Web Committee |
| 2003-2004 | School of Information Studies, Personnel Committee |
| 2002-2003 | School of Information Studies, Curriculum Committee |
| 2001-2003 | University Fellowship Selection Committee, Engineering, Information Studies Division |
| 2002 | School of Information Studies, Student Services Search Committee, Chair |
| 2000 | School of Information Studies, MLS Accreditation Steering Committee |
| 1999 | School of Information Studies, Joint Search Committee |
| | School of Information Studies, Web Committee, Co-Chair |
| | School of Information Studies, Community Grant Program |
| 1998 | School of Information Studies, Community Grant Program |
| | School of Information Studies, Information Technology Committee |
| | School of Information Studies, Joint Search Committee |
| 1996 | School of Information Studies, Information Technology Committee |
| 1995 | School of Information Studies, Personnel Committee |
| 1994 | School of Information Studies, Information Technology Committee |

## SERVICE TO THE PROFESSION

| | |
|---|---|
| 2020 | ETS Praxis Library Media Specialist National Advisory Committee |
| 2017-Present | Founding Member Public Libraries 2030 |
| 2015-2019 | Advisory Group for ALA's Center for the Future of Libraries |
| 2012-Present | AIB Studi Editorial Board |
| 2008-2010 | OITP Committee on The Future of America's Libraries in the 21st Century |
| 2009-2010 | OCLC Library Advisory Council |
| 2008-2009 | WebWise Planning Committee |
| 2008-2009 | IMLS 21st Century Skills Task Force |
| 2008-2009 | ALISE Paper Chair |
| 2008 | ASIS&T Conference Reviewer |
| 2007 | ALISE Panel Moderator |
| 2006-2009 | Member National Academy of Sciences Review Board for NCHRP Study SP20-75 |
| 2006 | Best Paper in JASIS&T Reviewer |

| | |
|---|---|
| 2006 | IMLS Grant Reviewer |
| 2005 | ASIS&T Conference Reviewer |
| 2005-2006 | Member Transportation Research Board Peer Exchange Planning Group |
| 2004-2005 | Member National Academy of Sciences Study on Transportation Information |
| 2005 | ASIS&T Conference Reviewer |
| 2004 | IMLS Grant Reviewer |
| 2003 | 2004 ASIS&T Conference Committee |
| 2003 | QuestionPoint Advisory Board |
| 2002-2003 | Chair National Science Digital Library Technology Committee |
| 2002-2005 | Member NISO Standards Committee AZ: Networked Reference |
| 2001-2003 | SAGE Reference Advisory Board |
| 2000-2007 | Member Onondaga County Public Library Board |
| 2000-2003 | Chair ERIC Executive Committee |
| 2000 | Member CoSN Board |
| 1999-2001 | Member Library of Congress Working Group on Digital Reference |
| 1999 | Chair, ERIC Database Futures Committee |
| 1998-2003 | Member ERIC Executive Committee |
| 1998-2000 | ERIC System-wide Web Taskforce |
| 1998-2003 | Executive Committee Eisenhower National Clearinghouse |
| 1997-2003 | Executive Committee/Founding Member National Education Network |

## AWARDS & HONORS

| | |
|---|---|
| 2021 | RUSA Isadore Gilbert Mudge Award for distinguished contribution to reference librarianship |
| 2016 | American Library Association's 2016 Ken Haycock Award for Promoting Librarianship |
| 2012 | ABC-CLIO/Greenwood Award for the Best Book in Library Literature for the book *Atlas of new librarianship* |
| 2009 | Emerald Literati Network 2009 Outstanding Paper Award Journal of Documentation for the article *Credibility on the internet: shifting from authority to reliability* |
| 2009 | Aslib-Emerald Award for the article *Credibility on the internet: shifting from authority to reliability* |
| 2007-2010 | First OITP Fellow, American Library Association |
| 2002-2004 | Visiting Fellow National Library of Canada |
| 2001 | Visiting Scholar Harvard University's Graduate School of Education |
| 1997 | ASIS/ISI Doctoral Proposal Award |
| 1996 | Certificate of University Teaching, Syracuse University |
| 1996 | Syracuse University Outstanding Teaching Assistant |
| 1994 | Syracuse University Fellowship, Syracuse University |
| 1993 | Graduate Teaching Associate, Syracuse University |
| 1992 | Syracuse University Fellowship, Syracuse University |
| 1992 | Research Assistant, Syracuse University |
| 1992 | Phi Beta Kappa, Syracuse University |
| 1992 | Graduate Magna Cum Laude, Syracuse University |

*(revised August 16, 2021)*

# Exhibit 4
**(Order Denying Plaintiffs' Motion to Compel (ECF No. 165))**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LEILA GREEN LITTLE, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **1:22-CV-424-RP** |
| | § | |
| **LLANO COUNTY, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiffs' Opposed Motion to Compel Production of Documents (Dkt. #124).[1] After reviewing all the relevant briefing and receiving oral arguments, and reviewing the entire case file, the court **DENIES** the Motion.

Plaintiffs sought production of various communications, which otherwise are subject to attorney-client privilege, contending that the privilege had been waived by Defendants' Counsel.[2] Pursuant to the court's instruction at the April 27, 2023 hearing, Defendants' Counsel provided the relevant communications to the court, which the court reviewed in camera.[3] Upon review, the court concluded that the communications were made for the purpose of facilitating legal services to the client and were not reached by the waiver.[4] Therefore, they must be kept confidential. *See EEOC v. BDO USA, L.L.P.*, 876 F.3d 690, 695 (5th Cir. 2017).

---

[1] On March 29, 2023, U.S. District Judge Robert Pitman referred the above motion for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

[2] At a hearing on October 31, 2022, U.S. District Judge Robert Pitman determined there had been a limited waiver of attorney-client privilege. *See* Dkt. #148 at 143; *see also id.* at 184–85.

[3] The Supreme Court has endorsed the well-established practice of requiring parties who seek to avoid disclosure of documents to make them available for in camera inspection. *See, e.g., U.S. v. Zolin*, 491 U.S. 554, 569 (1989).

[4] Attorney-client privilege was waived on the topic of whose decision it was to donate books to the Llano County Library. *See* Dkt. #148 at 143; *see also id.* 184–85.

Accordingly, Plaintiffs' Opposed Motion to Compel Production of Documents (Dkt. #124)

is **DENIED**.

SIGNED May 2, 2023.

_____

MARK LANE
UNITED STATES MAGISTRATE JUDGE

# Exhibit 5
## (Plaintiffs' Notices of Deposition)

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § | |
| Defendants. | § § § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF AMBER MILUM

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Amber Milum. The deposition will take place via Zoom videoconference on June 28, 2022 at 9 am CT.

The deposition will be limited to four (4) hours of on record time and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: June 23, 2022

Respectfully submitted,

/s/ *Ellen Leonida*
Ellen V. Leonida (CA Bar No. 184194)
Matthew Borden (CA Bar No. 214323
J. Noah Hagey (CA Bar No. 262331)
Sarah Salomon (CA Bar No. 308770)
Pratik Ghosh (NY Bar No. 5754940)
Amy Senia (CA Bar No. 329134)
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax:  415-599-0210

1

leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
Kayna Stavast Levy (TX Bar No. 24079388)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com
kayna@wittliffcutter.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2022, a true and correct copy of the foregoing document

was served on the following via electronic mail:

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants*

*/s/ Sarah Salomon*
Sarah Salomon

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF JERRY DON MOSS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Jerry Don

Moss. The deposition will take place via Zoom videoconference on June 28, 2022 at 1 pm CT.

The deposition will be limited to four (4) hours of on record time and shall be taken

before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to

Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means

and videotape. All or part of the deposition may be used at hearing or trial as permitted under

Rule 32 of the Federal Rules of Civil Procedure.

Dated: June 23, 2022                    Respectfully submitted,

                                        /s/ *Ellen Leonida*
                                        Ellen V. Leonida (CA Bar No. 184194)
                                        Matthew Borden (CA Bar No. 214323
                                        J. Noah Hagey (CA Bar No. 262331)
                                        Sarah Salomon (CA Bar No. 308770)
                                        Pratik Ghosh (NY Bar No. 5754940)
                                        Amy Senia (CA Bar No. 329134)
                                        **BraunHagey & Borden LLP**
                                        351 California Street, 10th Floor
                                        San Francisco, CA 94104
                                        Tel & Fax:  415-599-0210

leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
Kayna Stavast Levy (TX Bar No. 24079388)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com
kayna@wittliffcutter.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2022, a true and correct copy of the foregoing document

was served on the following via electronic mail:

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants*

*/s/ Sarah Salomon*
Sarah Salomon

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF BONNIE WALLACE

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Bonnie Wallace. The deposition will take place via Zoom videoconference on June 29, 2022 at 11 am CT.

The deposition will be limited to four (4) hours of on the record time and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: June 23, 2022                    Respectfully submitted,

/s/ *Ellen Leonida*
Ellen V. Leonida (CA Bar No. 184194)
Matthew Borden (CA Bar No. 214323)
J. Noah Hagey (CA Bar No. 262331)
Sarah Salomon (CA Bar No. 308770)
Pratik Ghosh (NY Bar No. 5754940)
Amy Senia (CA Bar No. 329134)
**BraunHagey & Borden LLP**
351 California Street, 10th Floor

1

San Francisco, CA 94104
Tel & Fax:  415-599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
Kayna Stavast Levy (TX Bar No. 24079388)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com
kayna@wittliffcutter.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2022, a true and correct copy of the foregoing document

was served on the following via electronic mail:

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants*

*/s/ Sarah Salomon*
Sarah Salomon

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF ROCHELLE WELLS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Rochelle Wells. The deposition will take place via Zoom videoconference on October 17, 2022, or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: September 12, 2022                    BRAUNHAGEY & BORDEN LLP


                                             By: ___*/s/ Ellen Leonida*_____
                                                 Ellen Leonida

                                             *Attorneys for Plaintiffs*

1

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF RON CUNNINGHAM

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Ron Cunningham. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 20, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: March 1, 2023                    BRAUNHAGEY & BORDEN LLP

By:    */s/ Ellen Leonida*
Ellen Leonida

*Attorneys for Plaintiffs*

1

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, §<br>§<br>    Plaintiffs, §<br>§<br>    v. §<br>§<br>Llano County, *et al.*, §<br>§<br>    Defendants. §<br>§ | Civil Action No. 1:22-cv-00424-RP |

## PLAINTIFFS' NOTICE OF DEPOSITION OF LINDA RASCHKE

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Linda Raschke. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 21, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: March 1, 2023                    BRAUNHAGEY & BORDEN LLP


                                        By:   */s/ Ellen Leonida*
                                              Ellen Leonida

                                        *Attorneys for Plaintiffs*

1

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § | |
| Defendants. | § § § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF GAY BASKIN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Gay Baskin. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 23, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: March 1, 2023                        BRAUNHAGEY & BORDEN LLP


By:      */s/ Ellen Leonida*
                     Ellen Leonida

        *Attorneys for Plaintiffs*

1

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## <u>PLAINTIFFS' NOTICE OF DEPOSITION OF RHONDA SCHNEIDER</u>

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Rhonda Schneider. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 24, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: March 1, 2023                    BRAUNHAGEY & BORDEN LLP

By:   */s/ Ellen Leonida*
          Ellen Leonida

*Attorneys for Plaintiffs*

1

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | § Civil Action No. 1:22-cv-00424-RP § |
| Llano County, *et al.*, | § § |
| Defendants. | § § § |

## PLAINTIFFS' NOTICE OF DEPOSITION OF MIKE SANDOVAL

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Mike Sandoval. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 28, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: March 1, 2023          BRAUNHAGEY & BORDEN LLP

                              By: ___*/s/ Ellen Leonida*___
                                    Ellen Leonida

                              *Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § | |
| Defendants. | § § § | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF PETER JONES

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Peter Jones. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 31, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: March 1, 2023                      BRAUNHAGEY & BORDEN LLP

By:___*/s/ Ellen Leonida*_____
Ellen Leonida

*Attorneys for Plaintiffs*

1

## Certificate Of Service

I certify that on May 14, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Max Bernstein
Ellis E. Herington
Marissa Benavides
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
bernstein@braunhagey.com
herington@braunhagey.com
benavides@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Kayna Stavast Levy
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

*Counsel for Plaintiffs-Appellees*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*