# United States Court of Appeals for the Fifth Circuit

———————

No. 23-50224

———————

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs—Appellees,*

*versus*

Llano County; Ron Cunningham, *in his official capacity as Llano County Judge*; Jerry Don Moss, *in his official capacity as Llano County Commissioner*; Peter Jones, *in his official capacity as Llano County Commissioner*; Mike Sandoval, *in his official capacity as Llano County Commissioner*; Linda Raschke, *in her official capacity as Llano County Commissioner*; Amber Milum, *in her official capacity as Llano County Library System Director*; Bonnie Wallace, *in her official capacity as Llano County Library Board Member*; Rochelle Wells, *in her official capacity as Llano County Library Board Member*; Rhoda Schneider, *in her official capacity as Llano County Library Board Member*; Gay Baskin, *in her official capacity as Llano County Library Board Member*,

*Defendants—Appellants*

ORDER:

In order to have sufficient time to consider Appellants' emergency motion for stay, the court hereby enters a temporary administrative stay of all district court proceedings, including any pending discovery.

No. 20-10705

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT