# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 17, 2023

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                      USDC No. 1:22-CV-424

Dear Mr. Mitchell,

Due to the expeditious nature of this case, you must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Melissa V. Mattingly, Deputy Clerk
                                        504-310-7719

cc:
    Ms. Marissa Benavides
    Mr. Max Bernstein
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Ms. Ellen Valentik Leonida