# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 30, 2023

Ellen Valentik Leonida
BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

    No. 23-50224   Little v. Llano County
                       USDC No. 1:22-CV-424

Dear Leonida,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Melissa Mattingly*
                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc:
    Ms. Marissa Benavides
    Mr. Max Bernstein
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Mr. Jonathan F. Mitchell