# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Ellen Leonida, Esq.**
Partner
leonida@braunhagey.com

May 30, 2023

## VIA U.S. COURT OF APPEALS CM/ECF DOCUMENT FILING SYSTEM

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

    **Re:**    *Little et al. v. Llano County et al.;* Case No. 23-50224

Dear Mr. Cayce:

Plaintiffs-Appellees respectfully submit for corrected filing Brief of Plaintiffs-Appellees.

On May 26, 2023, Plaintiffs-Appellees erroneously filed a version of the referenced document at Docket No. 99. The filed Plaintiffs-Appellees' Brief contains typographical errors. The corrected version is attached herein and corrects the typographical errors set forth below. The paper copies we submit will reflect these changes. It does not contain any substantive changes.

The typographical corrections to Brief of Plaintiffs-Appellees are:

- Correcting "Plaintiffs-Appellants" to "Plaintiffs-Appellees" in Certificate of Interested Persons;
- Correcting minor punctuation and typographical errors, *passim*;
- Removing "*Under the Moon*" from note 5; and
- Defining OB as "Opening Brief" in note 11.

Plaintiffs-Appellees apologize for the regrettable error and respectfully request that the Court accept the attached corrected document to replace Docket No. 99. We are available to address any inquiries at the Court's convenience.

Very truly yours,

Ellen V. Leonida

cc: All counsel of record via CM/ECF

| San Francisco | New York |
|---|---|
| 351 California Street, 10th Floor | 118 W 22nd Street, 12th Floor |
| San Francisco, CA 94104 | New York, NY 10011 |
| Tel.: (415) 599-0210 | Tel.: (646) 829-9403 |
| Fax: (415) 276-1808 | Fax: (646) 403-4089 |