NO. 23-50224

# In The United States Court Of Appeals For The Fifth Circuit

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs-Appellees*,

v.

Llano County; Ron Cunningham, In His Official Capacity As Llano County Judge; Jerry Don Moss, In His Official Capacity As Llano County Commissioner; Peter Jones, In His Official Capacity As Llano County Commissioner; Mike Sandoval, In His Official Capacity As Llano County Commissioner; Linda Raschke, In Her Official Capacity As Llano County Commissioner; Amber Milum, In Her Official Capacity As Llano County Library System Director; Bonnie Wallace, In Her Official Capacity As Llano County Library Board Member; Rochelle Wells, In Her Official Capacity As Llano County Library Board Member; Rhoda Schneider, In Her Official Capacity As Llano County Library Board Member; Gay Baskin, In Her Official Capacity As Llano County Library Board Member,

*Defendants-Appellants.*

On Appeal from the United States District Court for the Western District of Texas, Case No. 1:22-cv-424-RP

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE ASSOCIATION OF AMERICAN PUBLISHERS, INC., CANDLEWICK PRESS, INC., HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, MACMILLAN PUBLISHING GROUP, LLC, PENGUIN RANDOM HOUSE LLC, AND SIMON & SCHUSTER, INC.**

(Counsel Listed Inside Cover)

Marc A. Fuller
(TX Bar No. 24032210)
Maggie I. Burreson
(TX Bar No. 24116150)
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone:   (214) 953-6000
[mfuller@jw.com](mailto:mfuller@jw.com)
[mburreson@jw.com](mailto:mburreson@jw.com)

***Counsel for Amici Curiae***

# CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**<u>Plaintiffs-Appellees</u>**
Leila Green Little
Jeanne Puryear
Kathy Kennedy
Rebecca Jones
Richard Day
Cynthia Waring
Diane Moster

**<u>Plaintiffs-Appellees' Counsel</u>**
Katherine P. Chiarello
Ryan A. Botkin
María Amelia Calaf
Ian C. Crichton
Botkin Chiarello Calaf PLLC
Ellen V. Leonida
Matthew Borden
Marissa R. Benavides
Max Bernstein
Kory James DeClark
BraunHagey & Borden LLP

**<u>Defendants-Appellants</u>**
Llano County
Ron Cunningham
Jerry Don Moss
Peter Jones
Mike Sandoval

Linda Raschke
Amber Milum
Bonnie Wallace
Rochelle Wells
Rhonda Schneider
Gay Baskin

**Defendants-Appellants' Counsel**
Jonathan F. Mitchell
Mitchell Law PLLC
Dwain K. Rogers
Matthew L. Rienstra
Llano County Attorney's Office

**Amici Curiae**
The Association of American Publishers, Inc.
Candlewick Press, Inc.
Hachette Book Group, Inc.,
HarperCollins Publishers LLC,
Macmillan Publishing Group, LLC,
Penguin Random House LLC, and
Simon & Schuster, Inc.

**Counsel for Amici Curiae**
Marc A. Fuller
Maggie I. Burreson
Jackson Walker LLP

Undersigned counsel further certifies, pursuant to Federal Rule of Appellate

Procedure 26.1(a), that:

- The Association of American Publishers, Inc. is not a publicly held
  corporation and no publicly held corporation owns 10 percent or more of its
  stock.

- Candlewick Press, Inc. is a privately-held wholly owned subsidiary of Walker Books Limited, UK.   Walker Books Limited is a private company limited by shares incorporated in England. The immediate parent undertaking of Walker Books Limited is TGM UK Bidco Limited. The ultimate parent company is Trustbridge Global Media Holdings Co., Ltd, a company incorporated in the Cayman Islands.

- Hachette Book Group, Inc. is a wholly-owned subsidiary of Hachette Livre USA, Inc. Hachette Livre USA, Inc. is a wholly-owned subsidiary of Lagardère North America Inc. Lagardère North America Inc. is a wholly-owned subsidiary of Lagardère Media. Lagardère Media is a wholly-owned subsidiary of Lagardère SA, which is traded on the Paris stock exchange; and more than 10% of Lagardère SA's outstanding stock is owned by Vivendi SA, which is traded on the Paris stock exchange.

- HarperCollins Publishers LLC states that News Corporation, a publicly held company, is the ultimate parent corporation of HarperCollins. Based on public filings, no publicly held company owns 10% or more of News Corporation's Class B voting stock and T. Rowe Price Associates Inc. owns more than 10% of News Corporation's Class A non-voting stock.

- Macmillan Publishing Group, LLC's direct parent company is Macmillan Holdings, LLC. No publicly held company owns 10% or more of the stock of either legal entity.

- Penguin Random House LLC is a limited liability company whose ultimate parent corporation is Bertelsmann SE & Co. KGaA, a privately-held company.

- Simon & Schuster, Inc. is an indirect, wholly-owned subsidiary of Paramount Global (f/k/a ViacomCBS Inc.).  Paramount Global is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global.  In addition, Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, *i.e.*, Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on May 15, 2023.

*/s/ Marc A. Fuller*
Marc A. Fuller
***Counsel for Amici***

# INTRODUCTION

*Amici curiae* The Association of American Publishers, Inc., Candlewick Press, Inc., Hachette Book Group, HarperCollins Publishers LLC, Macmillan Publishing Group, LLC, Penguin Random House LLC, and Simon & Schuster, Inc. ("Amici"), through their undersigned counsel, move this Court for leave to file a Brief of Amicus Curiae in support of Appellees. *See* Fed. R. App. P. 29.[1]

## IDENTITY AND INTEREST OF AMICI CURIAE

Amici are the national trade association for the United States publishing industry, which represents the leading book, journal, and education publishers in the country, the five largest trade book publishers, and a leading independent publisher. Amici include the publishers of most of the books at issue in this case. Publishers cannot fulfill their mission of connecting authors' books with readers if the only speech allowed is that which aligns with the views of government authorities. In a democracy, the government can contest ideas, but it cannot ban them. State censorship—no matter the political cause behind it—quells free thinking. Llano County's removal of books from the shelves of the public libraries, which is motivated by government officials' disagreement with the views expressed in the

---

[1] Pursuant to Fed. R. App. P. 29(a)(4), Amici certify that counsel for Amici authored this brief in whole; that no counsel for a party authored this brief in any respect; and that no person or entity, other than amici and their counsel, contributed monetarily to this brief's preparation or submission.

books, violates the First Amendment. Amici have a shared interest in seeing the district court's injunction affirmed by this Court.

The Association of American Publishers, Inc. ("AAP"), a not-for-profit organization, represents the leading book, journal, and education publishers in the United States on matters of law and policy, advocating for outcomes that incentivize the publication of creative expression, professional content, and learning solutions. AAP's members range from major commercial book and journal publishers to small, non-profit, university, and scholarly presses, as well as leading publishers of educational materials and digital learning platforms. AAP's members publish a substantial portion of the general, educational, and religious books produced in the United States, including critically acclaimed, award-winning literature for adults, young adults, and children. AAP represents an industry whose very existence depends on the free exercise of rights guaranteed by the First Amendment.

Candlewick Press, Inc. publishes high quality, bestselling books for young readers of all ages, from birth through early adulthood. Based in Somerville, MA, and New York City, with 130 employees and nine imprints, Candlewick is part of the vibrant independent children's publishing group called Walker Books Ltd, which is headquartered in London and has additional offices in Sydney, Australia, and Mexico City. For more than thirty years, Candlewick has published outstanding titles by award-winning authors and illustrators such as National Ambassador for Young

People's Literature emerita Kate DiCamillo, current National Ambassador for Young People's Literature Meg Medina, Jon Klassen, Christina Soontornvat, and Carole Boston Weatherford, as well as classic favorites such as *Guess How Much I Love You*, *Maisy* by Lucy Cousins, and Martin Handford's *Where's Waldo?*.

Hachette Book Group, Inc. is a leading book publishing company, organized under the laws of Delaware, with its principal place of business in New York City. Hachette has been publishing books since 1837, and its publishing imprints include prominent brands such as Little, Brown and Company, Little, Brown Books for Young Readers, Grand Central Publishing, Basic Books, Public Affairs, Orbit, FaithWords, and Center Street. Hachette's books and authors have won Pulitzer Prizes, National Book Awards, Newbery Medals, Caldecott Medals, and Nobel Prizes, and its best-selling authors have been published all over the world.

HarperCollins Publishers LLC is the second largest consumer book publisher in the world, with operations in 17 countries. With 200 years of history and more than 120 branded imprints around the world, HarperCollins publishes approximately 10,000 new books every year in 16 languages and has a print and digital catalog of more than 200,000 titles. Writing across dozens of genres, HarperCollins authors include winners of the Nobel Prize, the Pulitzer Prize, the National Book Award, the Newbery and Caldecott Medals and the Man Booker Prize.

Macmillan Publishing Group, LLC is a New York-based group of U.S. publishers that includes Celadon Books, Farrar, Straus and Giroux, Flatiron Books, Henry Holt & Company, Macmillan Audio, Macmillan Children's Publishing Group, St. Martin's Publishing Group and Tor Books. The U.S. publishing group is part of Macmillan Publishers, a global trade book publishing company with prominent imprints around the world. Macmillan publishes a broad range of award-winning books for children and adults in all categories and formats.

Penguin Random House LLC publishes adult and children's fiction and nonfiction in print and digital trade book form throughout the U.S. The Penguin Random House global family of companies employ more than 10,000 people across almost 250 editorially and creatively independent imprints and publishing houses that collectively publish more than 15,000 new titles annually. Its publishing lists include more than 60 Nobel Prize laureates and hundreds of the world's most widely read authors of fiction, historical fiction, narrative nonfiction and nonfiction.

Simon & Schuster, Inc. is a global leader in general interest publishing, dedicated to providing the best in fiction and nonfiction for readers of all ages, and in all printed, digital and audio formats. Its distinguished roster of authors includes many of the world's most popular and widely recognized writers, and winners of the most prestigious literary honors and awards. It is home to numerous well-known imprints and divisions such as Simon & Schuster, Scribner, Atria Books, Gallery

Books, Adams Media, Avid Reader Press, Simon & Schuster Children's Publishing and Simon & Schuster Audio and international companies in Australia, Canada, India and the United Kingdom, and proudly brings the works of its authors to readers in more than 200 countries and territories.

## AUTHORITY TO FILE BRIEF AMICI CURIAE

FED. R. APP. P. 29(a)(3) and its counterpart, 5th CIR. R. 29(a)(3), contemplate the filing of amicus briefs where the participation of amici is "desirable and [where] the matters asserted are relevant to the disposition of the case." The Brief of *Amici Curiae* is desirable in this case for two primary reasons. First, *Amici* can speak to the broader concerns of publishers, whose published works are affected by bans like the one that occurred in Llano County. Second, because the district court's injunction presents numerous factual and legal issues, the parties' ability to address all of them in detail is limited. Amici are able to focus their attention on the critical issues of (1) the books at issue, (2) the historical backdrop against which the County's actions must be considered, and (3) the First Amendment rights at issue, about which *Amici* care deeply and which are fundamental to ability of *Amici* to connect authors with readers. Thus, the Brief is relevant and helpful to the Court's consideration of this case.

WHEREFORE, *Amici* respectfully request for the Court to issue an order granting leave to file a Brief of *Amici Curiae* in support of Appellees.

DATED: June 2, 2023

Respectfully submitted,

JACKSON WALKER LLP

By: /s/ *Marc A. Fuller*
     Marc A. Fuller
     TX State Bar No. 24032210
     mfuller@jw.com
     Maggie I. Burreson
     TX State Bar No. 24116150
     mburreson@jw.com
     2323 Ross Avenue, Suite 600
     Dallas, TX 75201
     Phone:  (214) 953-6000

**Counsel for Amici Curiae**

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that this brief complies with the typeface and volume limits of FED. R. APP. P. 32(a) and Local Rule 32.1. This document complies with the word limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f), this document contains 1,164 words. This brief has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in 14-point Times New Roman font for text and footnotes.

*/s/ Marc A. Fuller*
Marc A. Fuller

**CERTIFICATE OF CONFERENCE**

Pursuant to 5th Cɪʀ. R. 27.4, Counsel for Amici Curiae conferred with Counsel for Appellants and counsel for Appellees concerning this Motion. Appellants and Appellees both consent to the filing of Amici's brief.

/s/ Marc A. Fuller
Marc A. Fuller

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2023, a copy of the foregoing has been served upon counsel for all parties to this proceeding as identified below through the court's electronic filing system as follows:

Katherine P. Chiarello
Ryan A. Botkin
Maria Amelia Calaf
Ian C. Crichton
BOTKIN CHIARELLO
CALAF PLLC
1209 Nueces Street
Austin, TX 78701
Phone:  (512) 615-2341
Fax:      (737) 289-4695
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
ian@bccaustin.com

Ellen V. Leonida
Matthew Borden
Marissa Benavides
Max Bernstein
Kory James DeClark
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA  94104
Phone:  (415) 599-09210
leonida@braunhagey.com
borden@braunhagey.com
benavides@braunhagey.com
bernstein@braunhagey.com
declark@braunhagey.com

*Counsel for Plaintiffs-Appellees*

Jonathan F. Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX  78701
Phone:  (512) 686-3940
Fax:      (512) 686-3941
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

*/s/ Marc A. Fuller*
Marc A. Fuller