# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2023

Mr. Robert Corn-Revere
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

    No. 23-50224   Little v. County
                    USDC No. 1:22-CV-424

Dear Mr. Corn-Revere,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **for delivery by Monday, June 5, 2023**, pursuant to 5th Cir. ECF Filing Standard E.1.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc:
    Ms. Marissa Benavides
    Mr. Max Bernstein
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Mr. Marc Aaron Fuller
    Ms. Ellen Valentik Leonida
    Mr. Jonathan F. Mitchell