# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2023

Mr. Thomas F. Allen Jr.
Frost Brown Todd, L.L.P.
2101 Cedar Springs Road
Suite 900
Dallas, TX 75201

    No. 23-50224   Little v. Llano County
                           USDC No. 1:22-CV-424

Dear Mr. Allen,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Melissa Mattingly*
                By: _____
                Melissa V. Mattingly, Deputy Clerk
                504-310-7719

cc:
    Ms. Marissa Benavides
    Mr. Max Bernstein
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Robert Corn-Revere
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Mr. Marc Aaron Fuller
    Ms. Ellen Valentik Leonida
    Mr. Jonathan F. Mitchell
    Mr. JT Morris