# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

June 3, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:    Corrected appellants' reply brief in *Little v. Llano County, et al.*, No. 23-50224**

Dear Mr. Cayce:

After filing our appellants' reply brief on Friday, June 2, 2023, I discovered some typographical errors.

We have attached to this letter a corrected brief that corrects these mistakes. No substantive changes have been made. The paper copies that we submit will track the version attached to this letter.

Sincerely,

*Jonathan F. Mitchell*

Jonathan F. Mitchell
Mitchell Law PLLC
*Counsel for Defendants-Appellants*

cc: All counsel (via CM/ECF)