# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 tel
(512) 686-3941 fax
jonathan@mitchell.law

June 3, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:    Clarification and correction of statement of facts in opening appellants' brief in *Little v. Llano County, et al.*, No. 23-50224**

Dear Mr. Cayce:

I write to clarify and correct two statements of fact in our opening appellate brief.

On page 11, we wrote that "47 of the books on Ms. Wallace's spreadsheet were on the shelves at Llano Library." Those 47 books were actually on the shelves of three different libraries within the Llano County Library System: Llano Library, Kingsland Library, and Lakeshore Library. Most of those 47 books were housed at Llano Library, but not all of them were. This sentence in our opening brief should have said "the Llano County Library System" rather than "Llano Library."

A spreadsheet that contains the books on Ms. Wallace's list, which we have attached to this letter and which appears on page 357 of the record, indicates the library where each of the books was housed. "LC" stands for Llano Library; "KB" for Kingsland, and "LB" for Lakeshore. "O" means Overdrive, which is an online collection of books.

We also wrote on page 12 that "Ms. Milum concluded that only 6 of the 47 books on Ms. Wallace's spreadsheet should be weeded according to the MUSTIE criteria: *Freakboy*; *Shine*; *Caste: The Origins of our Discontents*; *Gabi, a Girl in Pieces*; and *They Called Themselves the K.K.K.: The Birth of an American Terrorist Group*. ROA.675. Ms. Milum determined that the remaining 41 books did not meet the criteria for weeding and she returned those 41 books to the shelves."

But there an additional wrinkle that needs to be explained. The library system had *two* copies of *Being Jazz*: one held at Llano Library, and one held at Kingsland Library. Ms. Milum weeded the copy at Llano but retained the one at Kingsland. So whether Milum

weeded six of the 47 titles or seven of the 47 titles depends on whether *Being Jazz* should be included as a weeded book. Titles that were held in more than location were counted only once in the denominator of 47, so it is more precise to say that Milum weeded 6 ½ of the 47 titles.

If we had counted by actual book copies rather than by titles, there would be 52 physical items in the denominator (counting twice for *Being Jazz*, *New Kid*, *I'll Give You the Sun*, and three times for *Me and Earl and the Dying Girl*). By that count, Ms. Milum would have weeded 7 of those 52 items.

However the precise ratio is calculated, the vast majority of the materials on Ms. Wallace's list were not weeded after review and were returned to the library shelves.

                                          Sincerely,

                                          */s/ Jonathan F. Mitchell*
                                          JONATHAN F. MITCHELL
                                          Mitchell Law PLLC

cc: All counsel (via CM/ECF)         *Counsel for Defendants-Appellants*

| Title | Author | Location | Shelf | Added to the system | Been checked out | Purchased by |
|---|---|---|---|---|---|---|
| Be dazzled | La Sala, Ryan | Overdrive | | | | |
| The girls I've been | Sharpe, Tess | LC | YF+ SHA | 3/30/2021 | 2 | Tina/Amber |
| A good kind of trouble | Ramee, Lisa Moore | O, LC | JF RAM | 2/3/2020 | 1 | Tommi |
| A home for goddesses and dogs | | O | | | | |
| All out : the no-longer-secret stories of queer teens throughout the ages | Saundra Mitchell | O | | | | |
| Ana on the edge | Sass, AJ | KB | JF SAS | 2/2/2021 | 0 | Suzette/Amber |
| Brave Face: A Memoir | Hutchinson, Shaun David | O | | | | |
| Caste : the origins of our discontents | Wilkerson, Isabel | LC | 305.5 | 12/15/2020 | 3 | Tommi |
| Cemetery boys | Thomas, Aiden | KB | YF THO | 6/3/2021 | 3 | Tina/Amber |
| Cinderella is dead | Bayron, Kalynn | O | | | | |
| Class act | Craft, Jerry | LB | JF CRA | 12/14/2020 | 5 | Tommi |
| Darius the Great deserves better | Khorram, Adib | O | | | | |
| Felix ever after | Callender, Kacen | O | | | | |
| Hot dog girl | Dugan, Jennifer | O | | | | |
| In The Dream House | Machado, Carmen Maria | O | | | | |
| In the role of Brie Hutchens . . . | Melleby, Nicole | O | | | | |
| Into the real | Brewer, Z | O | | | | |
| Reverie | La Sala, Ryan | LC | YF LAS | 2/3/2020 | 0 | Tommi |
| The whispers | Howard, Greg | KB | YF HOW | 1/23/2019 | 4 | Amber |
| How to be an antiracist | Kendi, Ibram X. | KB | 305.8 | 10/22/2020 | 1 | Amber |
| Ivy Aberdeen's letter to the world | Blake, Ashley Herring | LC | YF+ BLA | 5/7/2020 | 0 | Tommi |
| New kid | Craft, Jerry | LC, KB | JF CRA | 6-25-2019  2-10-2020 | 5  11 | Amber  Tommi |
| The devouring gray | Herman, Christine Lynn | LC | YF HER | 7/20/2020 | 2 | Tommi |
| The Deck of Omens | Herman, Christine Lynn | LC | YF HER | 7/20/2020 | 2 | Tommi |
| The downstairs girl | Lee, Stacey | LB | YF LEE | 8/29/2020 | 3 | Melissa |
| The last to let go | Smith, Amber | LC | YF SMI | 9/6/2019 | 1 | Tommi |
| The mighty heart of Sunny St. James | Blake, Ashley Herring | LC | YF+ BLA | 2/3/2020 | 1 | Tommi |
| Boys and Sex | Pomeroy, Wardell Baxter | O | | | | |
| The upside of unrequited | Albertalli, Becky | KB | YF ALB | 5/5/2017 | 10 | Renny |
| They both die at the end | Silvera, Adam | KB | YF SIL | 7/8/2021 | 1 | Suzette/Amber |
| We are the ants | Hutchinson, Shaun David | KB | YF HUT | 2/9/2016 | 6 | Renny |
| Between the world and me | Coates, Ta-Nehisi | KB | 305 | 7/29/2021 | 0 | Suzette/Amber |
| Cradle and all | Patterson, James | KB | F PAT | 10/25/2007 | 61 | Diane |
| Freakboy | Clark, Kristin Elizabeth | LC | YF CLA | 10/8/2015 | 1 | Diane |
| When the moon was ours | McLemore, Anna-Marie | KB | YF MCL | 3/2/2017 | 2 | Renny |
| Grasshopper jungle : a history | Smith, Andrew | LC | YF SMI | 10/8/2015 | 2 | Diane |
| I'll give you the sun | Nelson, Jandy | LC, KB | YF NEL | 11/5/2014  10/8/2015 | 10  4 | Diane |
| Me and Earl and the Dying Girl | Andrews, Jesse | KB | YF AND | 9/13/2017 | 5 | Amber |
| Me and Earl and the Dying Girl | Andrews, Jesse | KB, LB | DVD | 1/4/2016  1/3/2020 | 15  2 | Diane  Amber |
| Simon vs. the Homo Sapiens agenda | Albertalli, Becky | KB | YF ALB | 5/4/2018 | 6 | Amber |
| Beyond magenta : transgender teens speak out | Kuklin, Susan | LC | Y305 KUK | 10/8/2015 | 2 | Diane |
| Some assembly required : the not-so-secret life of a transgender teen | Andrews, Arin | LC | Y306 AND | 1/28/2016 | 4 | Diane |
| Gabi, a girl in pieces | Quintero, Isabel | LC | YF QUI | 1/28/2016 | 3 | Diane |
| Separate is never equal | Tonatiuh, Duncan | LC | J379 TON | 3/31/2015 | 7 | Diane |
| Drama | Telgemeier, Raina | KB | YF+ TEL | 2/25/2014 | 48 | Diane |
| Far from the tree : parents, children, and the search for identity | Solomon, Andrew | LC | 362 SOL | 1/28/2013 | 8 | Diane |
| Shine | Myracle, Lauren | LC | YF MYR | 1/23/2012 | 10 | Diane |
| They called themselves the K.K.K. : the birth of an American terrorist group | Bartoletti, Susan Campbell | LC | 322.4 BAR | 5/17/2011 | 2 | Diane |
| The teenage guy's survival guide | Daldry, Jeremy | KB | Y305 DAL | 5/4/2018 | 1 | Amber |
| Changing bodies, changing lives : a book for teens on sex and relationships | Bell, Ruth | LC | Y613.9 BEL | 3/5/2001 | 10 | Diane |
| The Cider House Rules | Irving, John | LC | DVD | 12/13/2010 | 72 | Diane |
| Boy erased : a memoir of identity, faith, and family | Conley, Garrard | KB | DVD | 3/28/2019 | 18 | Amber |
| What if it's us? | Albertalli, Becky | KB | YF ALB | 1/18/2019 | 3 | Amber |
| At the edge of the universe | Hutchinson, Shaun David | KB | YF HUT | 3/2/2018 | 5 | Amber |
| The 57 Bus | Slater, Dashka | KB | Y364 SLA | 6/25/2020 | 2 | Amber |
| Being Jazz : my life as a (transgender) teen | Jennings, Jazz. | LC | Y306 JEN | 10/14/2016  3/2/2017 | 1  3 | Jackie |
| Far from the tree : how children and their parents learn to accept one another | Solomon, Andrew | LC | 362 SOL | duplicate on list | | |
| Spinning | Walden, Tillie | LC | Y796 WAL | 9/11/2018 | 4 | Tommi |
| The best man | Peck, Richard | LC | YF+ PEC | 8/18/2017 | 11 | Tommi |
| Girl made of stars | Blake, Ashley Herring | LC | YF+ BLA | 6/6/2018 | 2 | Tommi |