# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2023

Mr. Marc Aaron Fuller
Jackson Walker, L.L.P.
2323 Ross Avenue
Dallas, TX 75201

    No. 23-50224   Little v. Llano County
                    USDC No. 1:22-CV-424

Dear Mr. Fuller,

We received your Letter of 6/2/23 referencing your amicus brief with the unfiled amicus brief attached. The incorrect filing option of 'amicus brief filed' was used. You motion for leave to file an amicus brief was still pending with court so you did not have leave to file the brief.

The court order granting you leave to file the amicus brief was filed this morning, along with your brief and the letter referencing the brief.

In light of the aforementioned, we are taking no action on the 6/2/23 filing.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    */s/ Melissa Mattingly*

                                  By: _____
                                  Melissa V. Mattingly, Deputy Clerk
                                  504-310-7719

cc:
    Mr. Thomas F. Allen Jr.
    Ms. Marissa Benavides
    Mr. Max Bernstein
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello

Mr. Robert Corn-Revere
Mr. Ian Crichton
Mr. Kory James DeClark
Ms. Ellen Valentik Leonida
Mr. Jonathan F. Mitchell
Mr. JT Morris