

Marc A. Fuller
(214) 953-5793 (Direct Dial)
(214) 953-5822 (Direct Fax)
mfuller@jw.com

June 2, 2023

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

      RE:    Corrected amicus brief in *Little, et al. v. Llano County, et al.*, No. 23-50224

Dear Mr. Cayce:

    Amici Curiae The Association of American Publishers, Inc. ("AAP") and several publishers today filed an amicus brief in this case. Doc. 104-2. The filed brief erroneously omitted one of the intended amici, Scholastic Inc.

    I have attached to this letter a brief that corrects this mistake by adding Scholastic as an additional amicus. In addition, the corrected brief supplements the Certificate of Interested Parties to add a link to a list of AAP's members. No substantive changes have been made to the brief. Amici respectfully request that the Court accept the attached corrected brief to replace Doc. 104-2. The paper copies that we submit will track the version attached to this letter.

                                       Sincerely,

                                       *s/Marc A. Fuller*
                                       Marc A. Fuller