# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 09, 2023

Ms. Marissa Benavides
BraunHagey & Borden, L.L.P.
118 W. 22nd Street
12th Floor
New York, NY 10011

Mr. Max Bernstein
BraunHagey & Borden, L.L.P.
118 W. 22nd Street
12th Floor
New York, NY 10011

Mr. Matthew Borden
BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

Mr. Ryan A. Botkin
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Ms. Maria Amelia Calaf
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Ms. Katherine Patrice Chiarello
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Mr. Ian Crichton
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Mr. Kory James DeClark

BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

Ellen Valentik Leonida
BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                   USDC No. 1:22-CV-424

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Peter A. Conners, Deputy Clerk
                                   504-310-7685

cc:
    Mr. Thomas F. Allen Jr.
    Mr. Robert Corn-Revere
    Mr. Marc Aaron Fuller
    Mr. Ryan W Goellner
    Mr. JT Morris
    Mr. Kevin T. Shook