# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2024

Ms. Marissa Benavides
BraunHagey & Borden, L.L.P.
118 W. 22nd Street
12th Floor
New York, NY 10011

Mr. Matthew Borden
BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

Mr. Ryan A. Botkin
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Ms. Maria Amelia Calaf
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Ms. Katherine Patrice Chiarello
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Mr. Ian Crichton
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Mr. Kory James DeClark
BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

Ellen Valentik Leonida

BraunHagey & Borden, L.L.P.
351 California Street
10th Floor
San Francisco, CA 94104

    No. 23-50224    Little v. Llano County
                     USDC No. 1:22-CV-424

Dear Ms. Benavides, Mr. Borden, Mr. Botkin, Ms. Calaf, Ms. Chiarello, Mr. Crichton, Mr. DeClark, Ms. Leonida,

The court has requested a response to the petition for rehearing en banc. Please submit your response within 10 days of the above date.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Renee S. McDonough, Deputy Clerk
                                        504-310-7673

cc:
    Mr. Jonathan F. Mitchell