# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 03, 2024

Ms. Marissa Benavides
BraunHagey & Borden, L.L.P.
118 W. 22nd Street
12th Floor
New York, NY 10011

Mr. Matthew Borden
BraunHagey & Borden, L.L.P.
747 Front Street
4th Floor
San Francisco, CA 94111

Mr. Ryan A. Botkin
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Ms. Maria Amelia Calaf
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Ms. Katherine Patrice Chiarello
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Mr. Ian Crichton
Botkin Chiarello Calaf, P.L.L.C.
1209 Nueces Street
Austin, TX 78701

Mr. Kory James DeClark
BraunHagey & Borden, L.L.P.
747 Front Street
10th Floor
San Francisco, CA 94111

Ellen Valentik Leonida

Braun Hagey & Borden, L.L.P.
747 Front Street
10th Floor
San Francisco, CA 94111

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                      USDC No. 1:22-CV-424

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until August 2, 2024, to file an en banc brief and the Appellees' en banc brief is due on September 3, 2024. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). The case will be heard sometime during the week of September 23, 2024. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by July 17, 2024. Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Thomas F. Allen Jr.
    Mr. Robert Corn-Revere
    Mr. Marc Aaron Fuller
    Mr. Ryan W Goellner
    Mr. JT Morris
    Mr. Kevin T. Shook