# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

July 14, 2024

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:   Corrected appellants' panel brief in *Little v. Llano County, et al.*, No. 23-50224 (opening brief)**

Dear Mr. Cayce:

The Court has ordered us to submit additional paper copies of our panel-stage briefs to the en banc court, which are due on July 17, 2024.

In reviewing our panel-stage briefs, I discovered and corrected some additional typographical and citechecking errors that were missed because the original panel-stage briefs were filed under a very expedited briefing schedule.

I have attached to this letter a copy of our opening panel-stage brief that corrects these mistakes. No substantive changes have been made. The paper copies that we submit on July 17, 2024, will track the version attached to this letter.

Sincerely,

*/s/ Jonathan F. Mitchell*

Jonathan F. Mitchell
Mitchell Law PLLC
*Counsel for Defendants-Appellants*

cc: All counsel (via CM/ECF)