# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 05, 2024

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                       USDC No. 1:22-CV-424

Dear Mr. Mitchell,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Thomas F. Allen Jr.
    Ms. Marissa Benavides
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Robert Corn-Revere
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Mr. Marc Aaron Fuller
    Mr. Ryan W Goellner
    Ms. Ellen Valentik Leonida
    Mr. JT Morris
    Mr. Kevin T. Shook

Mr. Henry Charles Whitaker