# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 12, 2024

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

   No. 23-50224   Little v. Llano County
                  USDC No. 1:22-CV-424

Dear Mr. Mitchell,

We received the paper copies of your supplemental brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of the appellants' En Banc brief should have blue covers. You must submit 22 copies.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Kim M. Pollard, Deputy Clerk
                              504-310-7635