# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2024

Mr. Henry Charles Whitaker
Office of the Attorney General
for the State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

　　No. 23-50224　Little v. Llano County
　　　　　　　　　USDC No. 1:22-CV-424

Dear Mr. Whitaker,

You must submit the 22 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Mary Frances Yeager, Deputy Clerk
　　　　　　　　　　　　　　504-310-7686

cc:　Mr. Thomas F. Allen Jr.
　　　Ms. Marissa Benavides
　　　Mr. Matthew Borden
　　　Mr. Ryan A. Botkin
　　　Ms. Maria Amelia Calaf
　　　Ms. Katherine Patrice Chiarello
　　　Mr. Robert Corn-Revere
　　　Mr. Ian Crichton
　　　Mr. Kory James DeClark
　　　Mr. Marc Aaron Fuller
　　　Mr. Ryan W Goellner
　　　Ms. Ellen Valentik Leonida
　　　Mr. Jonathan F. Mitchell
　　　Mr. JT Morris
　　　Mr. Kevin T. Shook