No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

LEILA GREEN LITTLE; JEANNE PURYEAR; KATHY KENNEDY; REBECCA JONES; RICHARD DAY; CYNTHIA WARING; DIANE MOSTER,

*Plaintiffs-Appellees,*

v.

LLANO COUNTY; RON CUNNINGHAM, *in his official capacity as Llano County Judge*; JERRY DON MOSS, *in his official capacity as Llano County Commissioner*; PETER JONES, *in his official capacity as Llano County Commissioner*; MIKE SANDOVAL, *in his official capacity as Llano County Commissioner*; LINDA RASCHKE, *in her official capacity as Llano County Commissioner*; AMBER MILUM, *in her official capacity as Llano County Library System Director*; BONNIE WALLACE, *in her official capacity as Llano County Library Board Member*; ROCHELLE WELLS, *in her official capacity as Llano County Library Board Member*; RHODA SCHNEIDER, *in her official capacity Llano County Library Board Member*; GAY BASKIN, *in her official capacity as Llano County Library Board Member*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Western District of Texas
No. 1:22-cv-424-RP

**UNOPPOSED MOTION TO PRESENT ORAL ARGUMENT AS AMICI CURIAE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), Amici the States of Florida, Texas, Alaska, Arkansas, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, Utah, and West Virginia respectfully request that this Court grant them leave to present oral argument.

The Amici States request that the Court divide the 30 minutes of argument time allotted to defendants-appellants by granting the Amici States 7 minutes and defendants-appellants 23 minutes. The Amici States conferred with the parties to the appeal, and they do not oppose the relief sought in this motion.

This case presents the question whether the removal of public-library materials is government speech. The Amici States have a strong interest in preventing federal courts from dictating state and state subdivisions' library-curation decisions. The Amici States also believe that this Court would benefit from hearing from the Amici States' perspective on the question presented.

For these reasons, the Amici States respectfully request that this Court grant them leave to participate in oral argument and divide the time allocated to defendants-appellants as described.

| | |
|---|---|
| Dated: August 16, 2024 | Respectfully submitted, |
| KEN PAXTON<br>  *Attorney General of Texas* | ASHLEY MOODY<br>  *Attorney General of Florida* |
| BRENT WEBSTER<br>  *First Assistant Attorney General* | */s/ Henry C. Whitaker*<br>HENRY C. WHITAKER<br>  *Solicitor General*<br>DANIEL W. BELL<br>  *Chief Deputy Solicitor General* |
| */s/ Aaron L. Nielson*<br>AARON L. NIELSON<br>  *Solicitor General*<br>LANORA C. PETTIT<br>  *Principal Deputy Solicitor General* | NATHAN A. FORRESTER<br>  *Senior Deputy Solicitor General*<br>BRIDGET K. O'HICKEY<br>  *Assistant Solicitor General* |
| Texas Attorney General's Office<br>P.O. Box 12548 (MC 059)<br>Austin, TX 78711-2548<br>(512) 936-1700<br>aaron.nielson@oag.texas.gov | Florida Attorney General's Office<br>The Capitol, PL-01<br>Tallahassee, Florida 32399<br>(850) 414-3300<br>henry.whitaker@myfloridalegal.com |
| *Counsel for Amicus Curiae State of Texas* | *Counsel for Amicus Curiae State of Florida* |

Additional Counsel:

Treg Taylor
Attorney General of Alaska

Tim Griffin
Attorney General of Arkansas

Raúl R. Labrador
Attorney General of Idaho

Theodore E. Rokita
Attorney General of Indiana

Brenna Bird
Attorney General of Iowa

Kris W. Kobach
Attorney General of Kansas

Liz Murrill
Attorney General of Louisiana

Lynn Fitch
Attorney General of Mississippi

Andrew Bailey
Attorney General of Missouri

Austin Knudsen
Attorney General of Montana

Michael T. Hilgers
Attorney General of Nebraska

Drew Wrigley
Attorney General of North Dakota

Dave Yost
Attorney General of Ohio

Alan Wilson
Attorney General of South Carolina

Sean Reyes
Attorney General of Utah

Patrick Morrisey
Attorney General of West Virginia

## Certificate of Conference

In several email exchanges that occurred between August 13, 2024, and August 15, 2024, counsel for Amici conferred with counsel for defendants-appellants and plaintiffs-appellees to inquire about their position on the relief sought in this motion. This motion is unopposed.

/s/ *Henry C. Whitaker*
Henry C. Whitaker

## Certificate of Service

On August 16, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13 and (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1.

/s/ *Henry C. Whitaker*
Henry C. Whitaker

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 177 words, excluding exempted text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word.

/s/ *Henry C. Whitaker*
Henry C. Whitaker