# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50224   Little v. Llano County
                 USDC No. 1:22-CV-424

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

Mr. Thomas F. Allen Jr.
Ms. Marissa Benavides
Mr. Matthew Borden
Mr. Ryan A. Botkin
Ms. Maria Amelia Calaf
Ms. Katherine Patrice Chiarello
Mr. Robert Corn-Revere
Mr. Ian Crichton
Mr. Kory James DeClark
Mr. Marc Aaron Fuller
Mr. Ryan W Goellner
Ellen Valentik Leonida
Mr. Jonathan F. Mitchell
Mr. JT Morris
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker