# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 04, 2024

Mr. Matthew Borden
BraunHagey & Borden, L.L.P.
747 Front Street
4th Floor
San Francisco, CA 94111

    No. 23-50224    Little v. Llano County
                           USDC No. 1:22-CV-424

Dear Mr. Borden,

Your supplemental brief has been processed. You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (red for the appellee).

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Renee S. McDonough, Deputy Clerk
                                            504-310-7673

cc:

    Ms. Marissa Benavides
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Ms. Ellen Valentik Leonida