No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

---

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs-Appellees*,

v.

Llano County; Ron Cunningham, in his official capacity as Llano County Judge; Jerry Don Moss, in his official capacity as Llano County Commissioner; Peter Jones, in his official capacity as Llano County Commissioner; Mike Sandoval, in his official capacity as Llano County Commissioner; Linda Raschke, in her official capacity as Llano County Commissioner; Amber Milum, in her official capacity as Llano County Library System Director; Bonnie Wallace, in her official capacity as Llano County Library Board Member; Rochelle Wells, in her official capacity as Llano County Library Board Member; Rhoda Schneider, in her official capacty as Llano County Library Board Member; Gay Baskin, in her official capacity as Llano County Library Board Member,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Western District of Texas
Case No. 1:22-cv-424-RP

---

## OPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS-APPELLEES' EN BANC SUPPLEMENTAL BRIEF

---

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

### Certificate of Interested Persons

Counsel of record certifies that the following persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| Plaintiffs | Plaintiffs' Counsel |
|---|---|
| • Leila Green Little<br>• Jeanne Puryear<br>• Kathy Kennedy<br>• Rebecca Jones<br>• Richard Day<br>• Cynthia Waring<br>• Diane Moster | Ellen V. Leonida<br>Matthew Borden<br>J. Noah Hagey<br>Max Bernstein<br>Ellis E. Herington<br>Marissa Benavides<br>Kory James DeClark<br>BraunHagey & Borden LLP<br><br>Ryan A. Botkin<br>Katherine P. Chiarello<br>María Amelia Calaf<br>Kayna Stavast Levy<br>Botkin Chiarello Calaf |

| Defendants | Defendants' Counsel |
|---|---|
| • Llano County<br>• Ron Cunningham<br>• Jerry Don Moss<br>• Peter Jones<br>• Mike Sandoval<br>• Linda Raschke<br>• Amber Milum<br>• Bonnie Wallace<br>• Rochelle Wells<br>• Rhonda Schneider<br>• Gay Baskin | Jonathan F. Mitchell<br>Mitchell Law PLLC<br><br>Dwain K. Rogers<br>Matthew L. Rienstra<br>Llano County Attorney's Office |

    /s/ Jonathan F. Mitchell
  Jonathan F. Mitchell
  *Counsel for Defendants-Appellants*

i

The defendants-appellants respectfully move for leave to a file a reply to the en banc supplemental brief that the plaintiffs-appellees filed on September 3, 2024 (ECF No. 230). Although the Court's scheduling order of July 3, 2024 (ECF No. 187-1), does not provide for a reply, the defendants-appellants believe that a reply is warranted and would be helpful to the en banc Court's consideration of this case. The defendants-appellants intend to address each of the following issues in their proposed reply brief, which they did not have an opportunity to address in any of their previous briefing:

- The implications of the Eighth Circuit's decision in *GLBT Youth in Iowa Schools Task Force v. Reynolds*, --- F.4th ---, 2024 WL 3736785 (8th Cir., August 9, 2024), which was issued after our opening supplemental en banc brief was filed on August 2, 2024. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 2; *id.* 21–22; *id.* at 26–27 (relying on *Reynolds* to rebut our government-speech argument).

- A response to the plaintiffs-appellees' claim that we "waived" our government speech argument. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 17–19.

- A response to the substance of the plaintiffs-appellees' attacks on our government-speech argument. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 19–37.

- A response to the plaintiffs-appellees' characterization of the facts, which contains misleading and inaccurate statements that did not appear in previous briefs and that have not yet been clarified or called out by opposing counsel.

- A response to the plaintiffs-appellees' accusation that we are attempting to "moot this lawsuit" by offering the 17 disputed books

1

through the in-house checkout system. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 9; *id.* at 16; *id.* at 52–56.

- A response to the plaintiffs-appellees' accusation that our contentions of factual mistakes in the panel's opinion are "inaccurate." *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 9.

- A response to the plaintiffs-appellees' concession that the First Amendment gives public libraries a free hand when it comes to the initial selection (as opposed to the removal) of library materials. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 43 & n.13; *id.* at 50. This concession did not appear in the plaintiffs-appellees' previous briefing.

- A response to the plaintiffs-appellees' apparent concession that content discrimination (as opposed to viewpoint discrimination) is permissible when weeding library materials. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 39 ("If a librarian removes a book for any reason other than viewpoint animus, the First Amendment has nothing to say about it."). This concession did not appear in the plaintiffs-appellees' previous briefing.

- A response to the plaintiffs-appellees' claim that *Campbell v. St. Tammany Parish School Board*, 64 F.3d 184 (5th Cir. 1995), establishes a "workable" legal standard. *See* Appellees' Supplemental En Banc Brief, ECF No. 230, at 39–41.

- An opportunity to respond to arguments that will appear in the many bottom-side amicus briefs that will be filed next week.

The defendants-appellants therefore respectfully request leave to file a reply brief, which they intend to file on or before Tuesday, September 17, 2024.

We have conferred with counsel for the plaintiffs-appellees. They oppose this motion and intend to file a response on or before Tuesday, September 10, 2024.

The defendants-appellants will file their reply brief in support of the motion on or before Wednesday, September 11, 2024.

The defendants-appellants respectfully ask the Court to rule on this motion by the end of day on Friday, September 13, 2024. The defendants-appellants are requesting a ruling by this date because oral argument is scheduled for Tuesday, September 24, 2024, and the defendants-appellants intend to file their reply (if the Court permits one) by Tuesday, September 17, 2024.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 6, 2024                *Counsel for Defendants-Appellants*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Matthew Borden, counsel for the plaintiffs-appellees. He informed me that he opposes the motion and will file a response on or before Tuesday, September 10, 2024.

        /s/ Jonathan F. Mitchell  
        JONATHAN F. MITCHELL  
        *Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The motion was prepared in 14-point Equity font, and it contains 629 words.

        /s/ Jonathan F. Mitchell  
        JONATHAN F. MITCHELL  
        *Counsel for Defendants-Appellants*

### Certificate Of Service

I certify that on September 6, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Matthew Borden
J. Noah Hagey
Marissa Benavides
Kory James DeClark
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
borden@braunhagey.com
hagey@braunhagey.com
benavides@braunhagey.com
declark@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com

*Counsel for Plaintiffs-Appellees*

  /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*