# CASE NO. 23-50224

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Leila Green Little, et al,

        Plaintiffs—Appellees

v.

Llano County, et al

        Defendants—Appellants

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
USDC NO. 1:22-CV-424

## UNOPPOSED MOTION TO ALLOW
## BRIAN MEADORS AS AN AMICUS CURIAE
## IN SUPPORT OF PLAINTIFFS-APPELLEES

SUBMITTED BY:
Brian Meadors
1930 W Oak Shadows Cir
Memphis, TN 38119
(980) 867-1371
brianmeadors@gmail.com

1. The undersigned, Brian Meadors, has decades of free speech study and advocacy, including litigating cases like the one at bar, as well as being published on issues like those at bar.

2. Mr. Meadors moves this Court to allow him to file a short, *pro se* amicus brief (548 words, excluding the parts of the brief exempted by [Fed. R. App. P. 32(f)](#)).

3. The brief would show the Court the long-term, adverse effects on conservatives' speech should a reversal occur in the instant case. This is a perspective that the parties have not adequately addressed in their briefs.

4. Mr. Meadors has conferred with all parties' counsel, and none oppose him filing an amicus brief.

WHEREFORE, Brian Meadors prays this Court allow the filing of his amicus brief. A current copy of the brief is attached with this motion; in parallel, undersigned is asking the Clerk for the courtesy review of the brief for compliance with Court's rules).

Respectfully,

*/s/ Brian Meadors*
Brian Meadors
1930 W Oak Shadows Cir
Memphis, TN 38119
(980) 867-1371
brianmeadors@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

>*/s/ Brian Meadors*
> Brian Meadors
> 1930 W Oak Shadows Cir
> Memphis, TN 38119
> (980) 867-1371
> brianmeadors@gmail.com

## CERTIFICATE OF COMPLIANCE

This motion complies with any applicable type-volume limitations because it contains 401 words. This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Hoefler Text font size 14.

>*/s/ Brian Meadors*
> Brian Meadors
> 1930 W Oak Shadows Cir
> Memphis, TN 38119
> (980) 867-1371
> brianmeadors@gmail.com

# CASE NO. 23-50224

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Leila Green Little, et al,

                Plaintiffs—Appellees

v.

Llano County, et al

                Defendants—Appellants

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
USDC NO. 1:22-CV-424

## BRIEF IN SUPPORT OF
## UNOPPOSED MOTION TO ALLOW
## BRIAN MEADORS AS AN AMICUS CURIAE
## IN SUPPORT OF PLAINTIFFS-APPELLEES

SUBMITTED BY:
Brian Meadors
1930 W Oak Shadows Cir
Memphis, TN 38119
(980) 867-1371
brianmeadors@gmail.com

1. During initial consideration of a case on the merits, Fed. R. App. Procedure 29 allows an amicus curiae to file a brief without leave of court if no party objects and to file with leave of court during consideration of a request for rehearing.

2. The Fifth Circuit has previously found briefs from amici to be "helpful." *See, e.g., Hook v. Morrison Milling Co.*, 38 F.3d 776, 779 (5th Cir. 1994); *Distributed v. U.S. Dep't of State*, 838 F.3d 451, 461 (5th Cir. 2016) ("The amicus briefs submitted in this case were very helpful").

3. Undersigned recognizes that FRAP 29 does not appear to directly address the filing of an amicus brief from a new amicus after rehearing has been granted. However, allowing a new amicus to file in an *en banc* proceeding would be consistent with the policy and spirit of FRAP 29 and Fifth Circuit case law.

Respectfully,

*/s/ Brian Meadors*
Brian Meadors
1930 W Oak Shadows Cir
Memphis, TN 38119
(980) 867-1371
brianmeadors@gmail.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Brian Meadors*
Brian Meadors
1930 W Oak Shadows Cir
Memphis, TN 38119
(980) 867-1371
brianmeadors@gmail.com

## CERTIFICATE OF COMPLIANCE

This motion complies with any applicable type-volume limitations because it contains 395 words. This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Hoefler Text font size 14.

*/s/ Brian Meadors*
Brian Meadors
1930 W Oak Shadows Cir
Memphis, TN 38119
(980) 867-1371
brianmeadors@gmail.com