# NO. 23-50224

# In the United States Court of Appeals For the Fifth Circuit

LEILA GREEN LITTLE; JEANNE PURYEAR; KATHY KENNEDY; REBECCA JONES; RICHARD DAY; CYNTHIA WARING; DIANE MOSTER,

*Plaintiffs-Appellees*

v.

LLANO COUNTY; RON CUNNINGHAM, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY JUDGE; JERRY DON MOSS, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; PETER JONES, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; MIKE SANDOVAL, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; LINDA RASCHKE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; AMBER MILUM, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY SYSTEM DIRECTOR; BONNIE WALLACE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER; ROCHELLE WELLS, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER; RHODA SCHNEIDER, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER; GAY BASKIN, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER,

*Defendants-Appellants*

On Appeal from the United States District Court for the Western District of Texas, Case No. 1:22-cv-424-RP

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF APPELLEES**

(Counsel Listed Inside Cover)

Marc A. Fuller
(TX Bar No. 24032210)
Maggie I. Burreson
(TX Bar No. 24116150)
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone:  (214) 953-6000
mfuller@jw.com
mburreson@jw.com

***Counsel for Amici Curiae***

Amici curiae, a coalition of authors, publishers, and trade groups that represent authors and publishers, respectfully request leave to file an amicus brief on behalf of the entities and individuals listed below. Appellants and Appellees have confirmed that they do not oppose this motion. A copy of the proposed brief, which supports Appellees, is attached to this motion.

## IDENTITY OF AMICI CURIAE

**The Association of American Publishers ("AAP")** is a not-for-profit organization that represents the leading book, journal, and education publishers in the United States on matters of law and policy, advocating for outcomes that incentivize the publication of creative expression, professional content, and learning solutions. AAP's membership includes approximately 130 individual members, who range from major commercial book and journal publishers to small, non-profit, university, and scholarly presses, as well as leading publishers of educational materials and digital learning platforms. AAP's members publish a substantial portion of the general, educational, and religious books produced in the United States in print and digital formats, including critically acclaimed, award-winning literature for adults, young adults, and children. AAP represents an industry that not only depends upon the free exercise of rights guaranteed by the First Amendment, but also exists in service to our Constitutional democracy, including the unequivocal freedoms to publish, read, and inform oneself. AAP's board companies are listed at

https://publishers.org/who-we-are/our-board/. Its full member roster is listed at https://publishers.org/who-we-are/our-members/.

**The Authors Guild** was founded in 1912, and is a national non-profit association of almost 15,000 professional, published writers of all genres. The Guild counts historians, biographers, academicians, journalists, and other writers of non-fiction and fiction as members; many are frequent contributors to the most influential and well-respected publications in every field. The Guild works to promote the rights and professional interests of authors in various areas, including copyright and artificial intelligence, as well the authors' right to fair contracts and the ability to earn a livable wage. One of the Authors Guild's primary areas of advocacy is to protect the free expression rights of authors.

**Candlewick Press** publishes high quality, bestselling books for young readers of all ages, from birth through early adulthood. Based in Somerville, MA, and New York City, with 130 employees and nine imprints, Candlewick is part of the vibrant independent children's publishing group called Walker Books Ltd, which is headquartered in London and has additional offices in Sydney, Australia, and Mexico City. For more than thirty years, Candlewick has published outstanding titles by award-winning authors and illustrators such as National Ambassador for Young People's Literature emerita Kate DiCamillo, current National Ambassador for Young People's Literature Meg Medina, Jon Klassen, Christina Soontornvat, and

4

Carole Boston Weatherford, as well as classic favorites such as *Guess How Much I Love You*, *Maisy* by Lucy Cousins, and Martin Handford's *Where's Waldo?*.

**Hachette Book Group, Inc.** is a leading U.S. general-interest book publisher made up of dozens of esteemed imprints within the publishing groups Basic Books Group, Grand Central Publishing, Hachette Audio, Hachette Books, Hachette Nashville, Little, Brown and Company, Little, Brown Books for Young Readers, Orbit, Running Press Group, and Workman Publishing. Hachette Book Group's books and authors have received the Pulitzer Prize, National Book Award, Caldecott Medal, Newbery Medal, Booker Prize, Nobel Peace Prize and other major honors. Hachette Book Group is a part of Hachette Livre, the world's third-largest trade and educational publisher.

**HarperCollins Publishers LLC** is the second largest consumer book publisher in the world, with operations in 15 countries. With 200 years of history and more than 120 branded imprints around the world, HarperCollins publishes approximately 10,000 new books every year in 16 languages and has a print and digital catalog of more than 250,000 titles. HarperCollins seeks to deliver content that presents a diversity of voices and speaks to the global community. Writing across dozens of genres, HarperCollins authors include winners of the Nobel Prize, the Pulitzer Prize, the National Book Award, the Newbery and Caldecott Medals and the Man Booker Prize.

**Macmillan Publishing Group, LLC** is a New York-based group of U.S. publishers that includes Celadon Books, Farrar, Straus and Giroux, Flatiron Books, Henry Holt & Company, Macmillan Audio, Macmillan Children's Publishing Group, St. Martin's Publishing Group and Tor Books. The U.S. publishing group is part of Macmillan Publishers, a global trade book publishing company with prominent imprints around the world. Macmillan publishes a broad range of award-winning books for children and adults in all categories and formats.

**Penguin Random House LLC** publishes adult and children's fiction and nonfiction in print and digital trade book form throughout the U.S. The Penguin Random House global family of companies employ more than 10,000 people across almost 250 editorially and creatively independent imprints and publishing houses that collectively publish more than 15,000 new titles annually. Its publishing lists include more than 60 Nobel Prize laureates and hundreds of the world's most widely read authors of fiction, historical fiction, narrative nonfiction and nonfiction.

**Scholastic, Inc.**, has been encouraging the personal and intellectual growth of all children, beginning with literacy, for more than 100 years. Having earned a reputation as a trusted partner to educators and families, Scholastic is the world's largest publisher and distributor of children's books, a leading provider of literacy curriculum, professional services, and classroom magazines, and a producer of educational and entertaining children's media. The company creates and distributes

best-selling books and e-books, print and technology-based learning programs for pre-K to grade 12, and other products and services that support children's learning and literacy, both in school and at home. With international operations and exports to 165 countries, Scholastic makes quality, affordable books available to all children around the world through school-based book clubs and book fairs, classroom libraries, school and public libraries, retail, and online.

**Simon & Schuster, LLC**, a global leader in general interest publishing, is dedicated to providing the best in fiction and nonfiction for readers of all ages, and in all printed, digital and audio formats. Its distinguished roster of authors includes many of the world's most popular and widely recognized writers, and winners of the most prestigious literary honors and awards. It is home to numerous well-known imprints and divisions such as Simon & Schuster, Scribner, Atria Books, Gallery Books, Adams Media, Avid Reader Press, Simon & Schuster Children's Publishing and Simon & Schuster Audio and international companies in Australia, Canada, India, the United Kingdom, and VBK in the Netherlands and Belgium. It proudly brings the works of its authors to readers in more than 200 countries and territories.

**Sourcebooks, LLC** is the largest woman-led publisher in the United States, with offices in Illinois and New York. Publishing both fiction and non-fiction for children, young adults, and adults across 19 imprints and growing, Sourcebooks is

committed to reaching readers with books that will illuminate, inspire, and enlighten lives and believes that books change lives.

**Stephen King** is the author of over 60 books and is widely recognized as one of the world's greatest storytellers. He is the recipient of the 2003 National Book Foundation Medal for Distinguished Contribution to the American Letters and the 2014 National Medal of Art. King's vast array of novels, many adapted for the screen, include *Misery, Carrie, Cujo, Pet Sematary, Holly, Lisey's Story*, and *11/22/63*, named a top ten book of the year by the *New York Times* Book Review. King has also written hundreds of novellas and short stories, including "Rita Hayworth and Shawshank Redemption" and "The Library Policeman."

**James Patterson** is the creator of unforgettable characters and series, including Alex Cross, the Women's Murder Club, Jane Smith, and Maximum Ride, and of true stories about the Kennedys, John Lennon, and Tiger Woods, as well as military heroes, police officers, and ER nurses. He has received an Edgar Award, ten Emmy Awards, the Literarian Award from the National Book Foundation, and the National Humanities Medal. His books for children and teens have won numerous awards, including National Parenting Publications Honors Awards, the American Library Association "Teens Top Ten" Pick, and the Children's Choice Book Awards' "Author of the Year."

### AUTHORITY TO FILE BRIEF OF AMICI CURIAE

Amici's proposed brief is desirable and relevant to the Court's disposition of this case. FED. R. APP. P. 29(a)(3); 5TH CIR. R. 29(a)(3).

The proposed brief provides additional context about the seventeen books that are the subject of the district court's preliminary injunction, many of which are published by amici. The brief also provides historical context and demonstrates how Llano County's actions fit within a nationwide trend of book-banning activities by state and local governments. Longstanding precedent of the Supreme Court and this Court has effectively protected libraries and readers for decades, and that precedent should be reaffirmed here.

In addition, the proposed brief addresses the government-speech argument made primarily by the coalition of states supporting Appellants. The brief shows that the states' argument is inconsistent with Supreme Court precedent and has been rejected in other recent cases involving banned books. ECF No. 217. The brief also argues that the extension of the government-speech doctrine to public libraries will sacrifice the intellectual independence of these vital public institutions, rendering them just one more tool of political partisanship.

For these reasons, amici request that the Court issue an order granting leave to file the attached brief of amici curiae in support of Appellees.

DATED: September 10, 2024

        Respectfully submitted,

        **JACKSON WALKER LLP**

        By: */s/ Marc A. Fuller*
           Marc A. Fuller
           TX State Bar No. 24032210
           mfuller@jw.com
           Maggie I. Burreson
           TX State Bar No. 24116150
           mburreson@jw.com
           2323 Ross Avenue, Suite 600
           Dallas, TX 75201
           (214) 953-6000

        **COUNSEL FOR AMICI CURIAE**

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this motion complies with the typeface and volume limits of FED. R. APP. P 32(a) and Local Rule 32.1. This document complies with the word limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f), this document contains 1,543 words. This motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in 14-point Times New Roman font.

*/s/ Marc A. Fuller*
Marc A. Fuller

## CERTIFICATE OF CONFERENCE

On September 6, 2024, I conferred with Jonathan Mitchell, counsel for Appellants, who stated that Appellants are unopposed to this motion.

On September 9, 2024, I conferred with Marissa Benavides, counsel for Appellees, who stated that Appellees are unopposed to this motion.

*/s/ Marc A. Fuller*
Marc A. Fuller

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2024, a copy of the foregoing has been served upon counsel for all parties to this proceeding as identified below through the Court's electronic filing system as follows:

| | |
|---|---|
| Katherine P. Chiarello | Matthew Borden |
| Ryan A. Botkin | J. Noah Hagey |
| Maria Amelia Calaf | Marissa Benavides |
| BOTKIN CHIARELLO | Max Bernstein |
| CALAF PLLC | Kory James DeClark |
| 1209 Nueces Street | BRAUNHAGEY & BORDEN LLP |
| Austin, TX 78701 | 351 California Street, 10th Floor |
| Phone: (512) 615-2341 | San Francisco, CA 94104 |
| Fax:    (737) 289-4695 | Phone: (415) 599-09210 |
| katherine@bccaustin.com | borden@braunhagey.com |
| ryan@bccaustin.com | hagey@braunhagey.com |
| mac@bccaustin.com | benavides@braunhagey.com |
| | bernstein@braunhagey.com |
| | declark@braunhagey.com |

*Counsel for Plaintiffs-Appellees*

Jonathan F. Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Phone: (512) 686-3940
Fax:    (512) 686-3941
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

                                      /s/ Marc A. Fuller
                                      Marc A. Fuller