No. 23-50224

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARINGAND DIANE MOSTER,

*Plaintiffs-Appellees,*

v.

LLANO COUNTY, RON CUNNINGHAM, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY JUDGE, JERRY DON MOSS, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, PETER JONES, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, MIKE SANDOVAL, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, LINDA RASCHKE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, AMBER MILUM, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY SYSTEM DIRECTOR, BONNIE WALLACE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER, ROCHELLE WELLS, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER, RHODA SCHNEIDER, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER AND GAY BASKIN, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER,

*Defendants-Appellants.*

Appeal from the United States District Court,
For the Western Division of Texas, Austin Division
1:22-cv-00424-RP

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE TEXAS FREEDOM TO READ PROJECT'S BRIEF IN SUPPORT OF APPELLEES AND EN BANC AFFIRMANCE**

*(Counsel Listed Inside Cover)*

Katherine Raunikar
Sydney C. Rupe
JORDAN, LYNCH & CANCIENNE PLLC
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713.955.4025
kraunikar@jlcfirm.com
srupe@jlcfirm.com

*Counsel for Amicus Curiae*
*Texas Freedom to Read Project*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the proposed amicus Texas Freedom to Read Project ("TXFTRP") hereby respectfully moves the Court for leave to file the attached brief amicus curiae in support of Plaintiffs-Appellees and Affirmance that is the subject of this Petition. All parties have consented to the filing of this brief.

"The phrase amicus curiae means, literally, 'friend of the court,' serving for the benefit of the court and for the purpose of assisting the court in cases of general public interest." *United States v. Gotti*, 755 F. Supp. 1157, 1158 (E.D.N.Y. 1991). "Courts enjoy broad discretion to grant or deny leave to amici under Rule 29." *Lefebure v. D'Aquilla*, 15 F.4th 670, 673 (5th Cir. 2021).

This case presents issues of constitutional, moral, and educational importance to the proposed amicus TXFTRP, a non-profit 501(c)(3) nonprofit organization that supports, connects, and mobilizes parent and community-led initiatives fighting for student rights and against literary censorship in Texas. TXFTRP believes that, in order to ensure today's children mature into responsible, well-informed citizens of tomorrow, it is necessary for those children to have access to a broad range of information and ideas. Equally necessary for this growth is a parent's ability to control the education of his or her child without undue influence from the state or other third-party actors.

TXFTRP is concerned that Defendants-Appellants and their supporters in this lawsuit have cast themselves as the sole voice and protector of Texas parents and their children—a far cry from the truth. TXFTRP (and the Texas parents it represents) offers a critical counter-opinion to this perspective, and its proposed amicus brief provides valuable insight into the parents and children in Llano County and beyond whose rights will be impacted by the outcome of this dispute.

TXFTRP thus respectfully submits that its brief will assist the Court in the consideration of this matter because TXFTRP is well-positioned to weigh in on the serious concerns and beliefs held by parents across Texas that relate to the legal matters at issue in this lawsuit. Moreover, TXFTRP has real-world expertise in the First Amendment rights at issue in this lawsuit, namely a child's right to receive information and a parent's right to control the education and upbringing of their children.

For these reasons, the proposed amicus urges the Court to grant this motion for leave to file the attached brief of amicus curiae.

DATED: September 10, 2024

          Respectfully submitted,

          */s/ Katherine Raunikar*
          Katherine Raunikar
          Sydney C. Rupe
          JORDAN, LYNCH & CANCIENNE PLLC
          1980 Post Oak Blvd., Suite 2300
          Houston, Texas 77056
          Telephone: 713.955.4025
          kraunikar@jlcfirm.com
          srupe@jlcfirm.com

          *Counsel for Amicus Curiae*
          *Texas Freedom to Read Project*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1.	The foregoing motion complies with the word limits of Fed. R. App. P. 32(g)(1) and Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(d)(2), the word count feature in Microsoft Word reports that this document contains 402 words.

2.	The foregoing motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14 font.

*/s/ Katherine Raunikar*
Katherine Raunikar

## **CERTIFICATE OF CONFERENCE**

I hereby certify under 5th Cir. R. 27.4 and Fed. R. App. P. 29(a)(2) that on September 4, 2024, counsel for amicus curiae contacted the Petitioner by electronic mail and that the Petitioner consented to the filing of the Brief of Amicus Curiae. Respondent's counsel had already consented to the Brief of Amicus Curiae before counsel joined as representation.

*/s/ Katherine Raunikar*
Katherine Raunikar