# EXHIBIT 1

| | |
|---|---|
| **From:** | Matt Borden |
| **To:** | Jonathan Mitchell |
| **Cc:** | Noah Hagey; Marissa Benavides; katherine@bccaustin.com; ryan@bccaustin.com; mac@bccaustin.com; kayna@bccaustin.com; Kory DeClark |
| **Subject:** | Re: motion for leave to file reply brief |
| **Date:** | Friday, September 6, 2024 4:55:11 PM |

Jonathan,

Thanks for the response. It does not appear to us that the Court contemplated any reply in its schedule. We do think it is fair for you to be able to respond to the Reynolds case, and we would assent to a 28j letter on that point.

Regards,

Matt

Sent from my iPhone

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Friday, September 6, 2024 11:11:55 AM
**To:** Matt Borden <borden@braunhagey.com>
**Cc:** Noah Hagey <hagey@braunhagey.com>; Marissa Benavides <Benavides@braunhagey.com>; katherine@bccaustin.com <katherine@bccaustin.com>; ryan@bccaustin.com <ryan@bccaustin.com>; mac@bccaustin.com <mac@bccaustin.com>; kayna@bccaustin.com <kayna@bccaustin.com>; Kory DeClark <declark@braunhagey.com>
**Subject:** Re: motion for leave to file reply brief

**\*\*\* EXTERNAL MESSAGE \*\*\***

Matt:

I know you're busy but I'm hoping to file our motion by COB (central time) today. Would it be possible for you to let us know your position on the motion by 2 p.m. pacific time today?

—Jonathan

> On Sep 5, 2024, at 7:54 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Matt:
>
> We believe that a reply brief is appropriate because:
>
> (1) We did not have an opportunity in our opening supplemental en banc brief to address the Eighth Circuit's decision in GLBT Youth in Iowa Schools Task Force v. Reynolds, which was issued after our opening supplemental en banc brief was filed.
>
> (2) We want to respond to your claim that we "waived" our government speech argument.
>
> (3) We want to respond to the substance of your attacks on our government-speech argument.
>
> (4) We want to respond to your characterization of the facts.
>
> (5) We want to respond to your accusation that we are trying to "moot this lawsuit" by offering the 17 disputed books through the in-house checkout system.
>
> (6) We want to respond to your claim that our contentions of factual mistakes in the panel's opinion are "inaccurate."
>
> (7) We want to respond to your concession that the First Amendment gives public libraries a free hand when it comes to the selection (as opposed to the removal) of library materials. This concession did not appear in your previous briefing.
>
> (8) We want to respond to your apparent concession that content discrimination is permissible when weeding library materials. Your previous briefing argued that "content discrimination" was either subject to strict scrutiny or per se impermissible.

(9) We want to respond to your claim that Campbell establishes a "workable" legal standard.

(10) We want an opportunity to respond to arguments that will appear in the many bottom-side amicus briefs that will be filed next week.

—Jonathan

On Sep 5, 2024, at 3:05 PM, Matt Borden <borden@braunhagey.com> wrote:

Mr. Mitchell, thank you for the email. However, it does not explain why Defendants believe there is cause to change the briefing schedule ordered by the Court or what arguments Defendants believe they were unable to present in their en banc brief that they now want to include. Please let us know.

Regards,

Matt

Matthew Borden
BRAUN**HAGEY** & BORDEN LLP
Direct: (415) 599-0212

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Thursday, September 5, 2024 12:29 AM
**To:** Matt Borden <borden@braunhagey.com>
**Cc:** Noah Hagey <hagey@braunhagey.com>; Marissa Benavides <Benavides@braunhagey.com>; katherine@bccaustin.com; ryan@bccaustin.com; mac@bccaustin.com; kayna@bccaustin.com; Kory DeClark <declark@braunhagey.com>
**Subject:** motion for leave to file reply brief

**\*\*\* EXTERNAL MESSAGE \*\*\***

Counsel:

I intend to move for leave to file a reply en banc supplemental brief in Little v. Llano County, No. 23-50224 (5th Cir.), of no more than 6,500 words, which we would file on or before Tuesday, September 17, 2024.

Please let us know whether you are opposed or unopposed to this request.

—Jonathan

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**