# EXHIBIT 2

| | |
|---|---|
| **From:** | Jonathan Mitchell |
| **To:** | Matt Borden |
| **Cc:** | Noah Hagey; Marissa Benavides; katherine@bccaustin.com; ryan@bccaustin.com; mac@bccaustin.com; kayna@bccaustin.com; Kory DeClark |
| **Subject:** | Re: motion for leave to file en banc reply brief |
| **Date:** | Tuesday, July 30, 2024 3:16:29 PM |

**\*\*\* EXTERNAL MESSAGE \*\*\***

Matt:

I spoke to the clerk's office last week and they explained that the en banc briefs should supplement the panel-stage briefing, and that the en banc court will have read the panel-stage briefs. I had been under the impression that the en banc briefing would relitigate the appeal from scratch. Given that explanation from the clerk's office, I don't think we need to seek leave to file a reply at this time.

—Jonathan

> On Jul 22, 2024, at 10:24 AM, Matt Borden <borden@braunhagey.com> wrote:
>
> Mr. Mitchell,
>
> As is often the case in en banc proceedings, the Court did not provide for a reply. It also scheduled the argument shortly after the filing of the opposition. Can you please explain what Defendants believe the Court overlooked in making this decision? Separately, we do not understand why this would affect Defendants' brief, which we assume would fully articulate all of Defendants' arguments anyway.
>
> Regards,
>
> Matt
>
> Matthew Borden
> **BRAUNHAGEY & BORDEN** LLP
> Direct: (415) 599-0212
>
> ---
>
> **From:** Jonathan Mitchell <jonathan@mitchell.law>
> **Sent:** Friday, July 19, 2024 10:21 PM
> **To:** Matt Borden <borden@braunhagey.com>; Noah Hagey

<[hagey@braunhagey.com](hagey@braunhagey.com)>; Marissa Benavides <[Benavides@braunhagey.com](Benavides@braunhagey.com)>; [katherine@bccaustin.com](katherine@bccaustin.com); [ryan@bccaustin.com](ryan@bccaustin.com); [mac@bccaustin.com](mac@bccaustin.com); [kayna@bccaustin.com](kayna@bccaustin.com)

**Subject:** Re: motion for leave to file en banc reply brief

**\*\*\* EXTERNAL MESSAGE \*\*\***

Counsel:

I know you're busy but could you please answer the e-mail below? I would like to get the motion on file this weekend so that I can know before I file my opening brief whether we will be allowed a reply.

—Jonathan

> On Jul 15, 2024, at 5:11 PM, Jonathan Mitchell <[jonathan@mitchell.law](jonathan@mitchell.law)> wrote:
>
> Counsel:
>
> The en banc briefing schedule sets deadlines for our opening brief and your response, but it does not mention a reply brief. I checked with the clerk's office and they told me that we will need to file a motion for leave to file a reply.
>
> Could you please let us know whether you are opposed or unopposed to this motion?
>
> —Jonathan
>
> -----------------------------

Jonathan F. Mitchell

Mitchell Law PLLC

111 Congress Avenue, Suite 400

Austin, Texas 78701

(512) 686-3940 (phone)

(512) 686-3941 (fax)

jonathan@mitchell.law

papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:

This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------

Jonathan F. Mitchell

Mitchell Law PLLC

111 Congress Avenue, Suite 400

Austin, Texas 78701

(512) 686-3940 (phone)

(512) 686-3941 (fax)

jonathan@mitchell.law

papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:

This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**


-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**