# B R A U N **H A G E Y** & B O R D E N LLP

San Francisco & New York

**Matthew Borden, Esq.**
Partner
borden@braunhagey.com

September 11, 2024

**VIA U.S. COURT OF APPEALS CM/ECF SYSTEM**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Re:    *Little et al. v. Llano County et al.;* **Case No. 23-50224**

Dear Mr. Cayce:

Plaintiffs-Appellees respectfully submit for corrected filing their Opposition to Defendants-Appellants' Motion for Leave to File Reply to Supplemental En Banc Brief ("Opposition").

On September 10, 2024, Plaintiffs-Appellees inadvertently filed a version of the referenced document at Docket No. 246-1 containing typographical errors. The corrected Opposition, attached hereto, corrects the typographical errors set forth below. It contains no other changes.

The typographical corrections to the Opposition are:

- Correcting "three business days" to "five business days"; *passim*.

Plaintiffs-Appellees apologize for the regrettable error and respectfully request that the Court accept the attached corrected document to replace Docket No. 246-1. We are available to address any inquiries at the Court's convenience.

Very truly yours,

Matthew Borden

Encl.

Cc: All counsel of record via CM/ECF