# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 12, 2024
Lyle W. Cayce
Clerk

No. 23-50224

_____

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs—Appellees*,

*versus*

Llano County; Ron Cunningham, *in his official capacity as Llano County Judge*; Jerry Don Moss, *in his official capacity as Llano County Commissioner*; Peter Jones, *in his official capacity as Llano County Commissioner*; Mike Sandoval, *in his official capacity as Llano County Commissioner*; Linda Raschke, *in her official capacity as Llano County Commissioner*; Amber Milum, *in her official capacity as Llano County Library System Director*; Bonnie Wallace, *in her official capacity as Llano County Library Board Member*; Rochelle Wells, *in her official capacity as Llano County Library Board Member*; Rhoda Schneider, *in her official capacity as Llano County Library Board Member*; Gay Baskin, *in her official capacity as Llano County Library Board Member*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-424

_____

No. 23-50224

ORDER:

IT IS ORDERED that Appellants' opposed motion for leave to file a supplemental reply brief is GRANTED.

IT IS FURTHER ORDERED that Appellants' request for a ruling on the motion by end of the day, Friday September 13, 2024, is DENIED as moot.

IT IS FURTHER ORDERED that Appellees' alternative request to allow Appellants and Appellees leave to file second supplemental briefs is DENIED without prejudice to subsequent renewal.

LYLE W. CAYCE, CLERK

United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT