# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 12, 2024

Ms. Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

    No. 23-50224   Little v. Llano County
                        USDC No. 1:22-CV-424

Dear Ms. Eidelman,

We are taking no action on your amici curiae brief. It's premature. We are processing the motion for leave to file same.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Mary Frances Yeager, Deputy Clerk
                                   504-310-7686

cc:  Mr. Thomas F. Allen Jr.
     Ms. Marissa Benavides
     Mr. Matthew Borden
     Mr. Ryan A. Botkin
     Ms. Maria Amelia Calaf
     Ms. Katherine Patrice Chiarello
     Mr. Robert Corn-Revere
     Mr. Ian Crichton
     Mr. Kory James DeClark
     Mr. Marc Aaron Fuller
     Mr. Ryan W Goellner
     Mr. J. Noah Hagey
     Ms. Ellen Valentik Leonida
     Mr. Jonathan F. Mitchell
     Mr. JT Morris
     Mr. Kevin T. Shook

Mr. Henry Charles Whitaker

Mr. Henry Charles Whitaker