No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs-Appellees*,

v.

Llano County; Ron Cunningham, in his official capacity as Llano County Judge; Jerry Don Moss, in his official capacity as Llano County Commissioner; Peter Jones, in his official capacity as Llano County Commissioner; Mike Sandoval, in his official capacity as Llano County Commissioner; Linda Raschke, in her official capacity as Llano County Commissioner; Amber Milum, in her official capacity as Llano County Library System Director; Bonnie Wallace, in her official capacity as Llano County Library Board Member; Rochelle Wells, in her official capacity as Llano County Library Board Member; Rhoda Schneider, in her official capacty as Llano County Library Board Member; Gay Baskin, in her official capacity as Llano County Library Board Member,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Western District of Texas
Case No. 1:22-cv-424-RP

## OPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMITS IN APPELLANTS' SUPPLEMENTAL REPLY BRIEF

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

The defendants-appellants respectfully move for leave to a file a supplemental en banc reply brief of no more than 9,636 words, and they respectfully ask the Court to grant this motion nunc pro tunc. Appellants' counsel had hoped to fit their brief within the normal 6,500-word limit but found it difficult to do so without ignoring or giving short shrift to many of the factual and legal contentions raised in the plaintiffs-appellees' supplemental en banc brief. We conferred with opposing counsel earlier today and they oppose this request but do not intend to file a response. Despite the plaintiffs' opposition, we respectfully believe that a modest extension of the reply-brief word limit is warranted given that: (1) The plaintiffs-appellees' supplemental en banc brief abandons several of their previously argued positions and espouses a new theory of the Speech Clause that prohibits only viewpoint discrimination (but not content discrimination) in library-weeding decisions; and (2) The parties are briefing for the first time the arguments for and against overruling *Campbell v. St. Tammany Parish School Board*, 64 F.3d 184 (5th Cir. 1995), including a government-speech argument that was not discussed or vetted in any of the district-court or panel-stage briefs.

The defendants-appellants therefore respectfully ask the Court to grant their motion for leave to exceed the word limits nunc pro tunc, and to accept a reply brief of no more than 9,636 words.

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 18, 2024               *Counsel for Defendants-Appellants*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Matthew Borden, counsel for the plaintiffs-appellees. He informed me that he opposes the motion but does not intend to file a response.

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The motion was prepared in 14-point Equity font, and it contains 213 words.

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

## Certificate Of Service

I certify that on September 18, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Max Bernstein
Ellis E. Herington
Marissa Benavides
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
bernstein@braunhagey.com
herington@braunhagey.com
benavides@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Kayna Stavast Levy
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

*Counsel for Plaintiffs-Appellees*

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*