# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2024
Lyle W. Cayce
Clerk

No. 23-50224

---

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

        *Plaintiffs—Appellees,*

versus

Llano County; Ron Cunningham, *in his official capacity as Llano County Judge*; Jerry Don Moss, *in his official capacity as Llano County Commissioner*; Peter Jones, *in his official capacity as Llano County Commissioner*; Mike Sandoval, *in his official capacity as Llano County Commissioner*; Linda Raschke, *in her official capacity as Llano County Commissioner*; Amber Milum, *in her official capacity as Llano County Library System Director*; Bonnie Wallace, *in her official capacity as Llano County Library Board Member*; Rochelle Wells, *in her official capacity as Llano County Library Board Member*; Rhoda Schneider, *in her official capacity as Llano County Library Board Member*; Gay Baskin, *in her official capacity as Llano County Library Board Member*,

        *Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-424

---

ORDER:

IT IS ORDERED that Appellants' opposed motion to file supplemental reply brief in excess of the word count limitation but not to exceed 9,636 words is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT