# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50224   Little v. Llano County
                  USDC No. 1:22-CV-424

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Renee S. McDonough, Deputy Clerk
                     504-310-7673

P.S. to Mr. Mitchell: Your sufficient supplemental reply brief is to be filed in our office by 5:00 today, September 20, 2024.

Ms. Marissa Benavides
Mr. Matthew Borden
Mr. Ryan A. Botkin
Ms. Maria Amelia Calaf
Ms. Katherine Patrice Chiarello
Mr. Ian Crichton
Mr. Kory James DeClark
Mr. J. Noah Hagey
Ms. Ellen Valentik Leonida
Mr. Jonathan F. Mitchell