# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50224   Little v. Llano County
                 USDC No. 1:22-CV-424

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Mr. Thomas F. Allen Jr.
Ms. Marissa Benavides
Mr. Matthew Borden
Mr. Ryan A. Botkin
Ms. Maria Amelia Calaf
Ms. Katherine Patrice Chiarello
Mr. Robert Corn-Revere
Mr. Ian Crichton
Mr. Kory James DeClark
Ms. Vera Eidelman
Ms. Katrina Feldkamp
Mr. Marc Aaron Fuller
Mr. Ryan W Goellner
Mr. J. Noah Hagey
Ms. Ellen Valentik Leonida
Mr. Brian Meadors
Mr. Jonathan F. Mitchell
Mr. JT Morris
Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker