# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2024
Lyle W. Cayce
Clerk

No. 23-50224

---

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs—Appellees,*

*versus*

Llano County; Ron Cunningham, *in his official capacity as Llano County Judge*; Jerry Don Moss, *in his official capacity as Llano County Commissioner*; Peter Jones, *in his official capacity as Llano County Commissioner*; Mike Sandoval, *in his official capacity as Llano County Commissioner*; Linda Raschke, *in her official capacity as Llano County Commissioner*; Amber Milum, *in her official capacity as Llano County Library System Director*; Bonnie Wallace, *in her official capacity as Llano County Library Board Member*; Rochelle Wells, *in her official capacity as Llano County Library Board Member*; Rhoda Schneider, *in her official capacity as Llano County Library Board Member*; Gay Baskin, *in her official capacity as Llano County Library Board Member*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-424

---

ORDER:

No. 23-50224

IT IS ORDERED that unopposed motion filed by Brian Meadors to file brief *Amicus curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by Association of American Publishers, Incorporated, Authors Guild, Candlewick Press, Incorporated, Hachette Book Group, Incorporated, HarperCollins Publishers, L.L.C., Macmillan Publishing Group, L.L.C., Penguin Random House, L.L.C., Scholastic Incorporated, Simon & Schuster, L.L.C., Sourcebooks, L.L.C., Stephen King and James Patterson to file brief *Amici curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by Foundation for Individual Rights and Expression to file brief *Amici curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by NAACP Legal Defense and Educational Fund, Incorporated, Intercultural Development Research Association, Transgender Education Network of Texas and Texas Appleseed to file brief *Amici curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by Texas Freedom to Read Project to file brief *Amicus curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by Freedom to Read Foundation, Texas Library Association and American Library Association to file brief *Amici curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by American Civil Liberties Union and ACLU of Texas to file brief *Amici curiae* is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT