# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

Mr. Brian Meadors
Brian Meadors
1930 W. Oak Shadows Circle
Memphis, TN 38119

    No. 23-50224   Little v. Llano County
                      USDC No. 1:22-CV-424

Dear Mr. Meadors,

You must submit the 22 paper copies of your amicus curiae brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Mary Frances Yeager, Deputy Clerk
                                504-310-7686

cc:  Mr. Thomas F. Allen Jr.
     Ms. Marissa Benavides
     Mr. Matthew Borden
     Mr. Ryan A. Botkin
     Ms. Maria Amelia Calaf
     Ms. Katherine Patrice Chiarello
     Mr. Robert Corn-Revere
     Mr. Ian Crichton
     Mr. Kory James DeClark
     Ms. Vera Eidelman
     Ms. Katrina Feldkamp
     Mr. Marc Aaron Fuller
     Mr. Ryan W Goellner
     Mr. J. Noah Hagey
     Ms. Ellen Valentik Leonida
     Mr. Jonathan F. Mitchell
     Mr. JT Morris

Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker