# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

Mr. Marc Aaron Fuller
Jackson Walker, L.L.P.
2323 Ross Avenue
Dallas, TX 75201

      No. 23-50224   Little v. Llano County
                USDC No. 1:22-CV-424

Dear Mr. Fuller,

You must submit the 22 paper copies of your amici curiae brief **via overnight mail** pursuant to 5th Cir. R. 31.1.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Mary Frances Yeager, Deputy Clerk
               504-310-7686

cc:  Mr. Thomas F. Allen Jr.
     Ms. Marissa Benavides
     Mr. Matthew Borden
     Mr. Ryan A. Botkin
     Ms. Maria Amelia Calaf
     Ms. Katherine Patrice Chiarello
     Mr. Robert Corn-Revere
     Mr. Ian Crichton
     Mr. Kory James DeClark
     Ms. Vera Eidelman
     Ms. Katrina Feldkamp
     Mr. Ryan W Goellner
     Mr. J. Noah Hagey
     Ms. Ellen Valentik Leonida
     Mr. Brian Meadors
     Mr. Jonathan F. Mitchell
     Mr. JT Morris
     Ms. Katherine May Raunikar

Mr. Kevin T. Shook
Mr. Henry Charles Whitaker