# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 20, 2024

Mr. Robert Corn-Revere
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

    No. 23-50224   Little v. Llano County
                      USDC No. 1:22-CV-424

Dear Mr. Corn-Revere,

You must submit the 22 paper copies of your amicus curiae brief **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Mr. Thomas F. Allen Jr.
     Ms. Marissa Benavides
     Mr. Matthew Borden
     Mr. Ryan A. Botkin
     Ms. Maria Amelia Calaf
     Ms. Katherine Patrice Chiarello
     Mr. Ian Crichton
     Mr. Kory James DeClark
     Ms. Vera Eidelman
     Ms. Katrina Feldkamp
     Mr. Marc Aaron Fuller
     Mr. Ryan W Goellner
     Mr. J. Noah Hagey
     Ms. Ellen Valentik Leonida
     Mr. Brian Meadors
     Mr. Jonathan F. Mitchell
     Mr. JT Morris
     Ms. Katherine May Raunikar
     Mr. Kevin T. Shook

Mr. Henry Charles Whitaker

Mr. Henry Charles Whitaker