# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

Ms. Katrina Feldkamp
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
New York, NY 10006-1738

  No. 23-50224  Little v. Llano County
        USDC No. 1:22-CV-424

Dear Ms. Feldkamp,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Mary Frances Yeager, Deputy Clerk
          504-310-7686

cc: Mr. Thomas F. Allen Jr.
   Ms. Marissa Benavides
   Mr. Matthew Borden
   Mr. Ryan A. Botkin
   Ms. Maria Amelia Calaf
   Ms. Katherine Patrice Chiarello
   Mr. Robert Corn-Revere
   Mr. Ian Crichton
   Mr. Kory James DeClark
   Ms. Vera Eidelman
   Mr. Marc Aaron Fuller
   Mr. Ryan W Goellner
   Mr. J. Noah Hagey
   Ms. Ellen Valentik Leonida
   Mr. Brian Meadors
   Mr. Jonathan F. Mitchell

Mr. JT Morris  
Ms. Katherine May Raunikar  
Mr. Kevin T. Shook  
Mr. Henry Charles Whitaker

Case: 23-50224    Document: 282-2    Page: 2    Date Filed: 09/20/2024