# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
Suite 115  
**NEW ORLEANS, LA 70130**

September 20, 2024

Mr. Thomas F. Allen Jr.
Frost Brown Todd, L.L.P.
2101 Cedar Springs Road
Rosewood Court
Suite 900
Dallas, TX 75201

    No. 23-50224   Little v. Llano County
                        USDC No. 1:22-CV-424

Dear Mr. Allen,

You must submit the 22 paper copies of your amicus curiae brief **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                   By: _____
                                   Mary Frances Yeager, Deputy Clerk
                                   504-310-7686

cc:  Ms. Marissa Benavides
     Mr. Matthew Borden
     Mr. Ryan A. Botkin
     Ms. Maria Amelia Calaf
     Ms. Katherine Patrice Chiarello
     Mr. Robert Corn-Revere
     Mr. Ian Crichton
     Mr. Kory James DeClark
     Ms. Vera Eidelman
     Ms. Katrina Feldkamp
     Mr. Marc Aaron Fuller
     Mr. Ryan W Goellner
     Mr. J. Noah Hagey
     Ms. Ellen Valentik Leonida
     Mr. Brian Meadors
     Mr. Jonathan F. Mitchell

```
Mr. JT Morris
Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker
```