# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 20, 2024

Ms. Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

    No. 23-50224   Little v. Llano County
                          USDC No. 1:22-CV-424

Dear Ms. Eidelman,

You must submit the 22 paper copies of your amici curiae brief **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Mary Frances Yeager, Deputy Clerk
                                  504-310-7686

cc:  Mr. Thomas F. Allen Jr.
     Ms. Marissa Benavides
     Mr. Matthew Borden
     Mr. Ryan A. Botkin
     Ms. Maria Amelia Calaf
     Ms. Katherine Patrice Chiarello
     Mr. Robert Corn-Revere
     Mr. Ian Crichton
     Mr. Kory James DeClark
     Ms. Katrina Feldkamp
     Mr. Marc Aaron Fuller
     Mr. Ryan W Goellner
     Mr. J. Noah Hagey
     Ms. Ellen Valentik Leonida
     Mr. Brian Meadors
     Mr. Jonathan F. Mitchell
     Mr. JT Morris
     Ms. Katherine May Raunikar

Mr. Kevin T. Shook
Mr. Henry Charles Whitaker