# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                          USDC No. 1:22-CV-424

Dear Mr. Mitchell,

You must submit the 22 paper copies of your supplemental reply brief **via overnight mail** pursuant TO 5ᵀᴴ Cir. ECF Filing Standard E.1.

The paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Lisa E. Ferrara, Deputy Clerk
                                        504-310-7675

cc:
    Mr. Thomas F. Allen Jr.
    Ms. Marissa Benavides
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Robert Corn-Revere
    Mr. Ian Crichton
    Mr. Kory James DeClark

```
Ms. Vera Eidelman
Ms. Katrina Feldkamp
Mr. Marc Aaron Fuller
Mr. Ryan W Goellner
Mr. J. Noah Hagey
 Ellen Valentik Leonida
Mr. Brian Meadors
Mr. JT Morris
Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker
```