# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2024

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

    No. 23-50224   Little v. Llano County
                          USDC No. 1:22-CV-424

Dear Mr. Morris,

We received your appearance form electronically filed on September 11, 2024. We are taking no action on this filing since it is a duplicate of the appearance form filed on June 2, 2023.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Renee S. McDonough, Deputy Clerk
                                  504-310-7673

cc:
    Mr. Thomas F. Allen Jr.
    Ms. Marissa Benavides
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Robert Corn-Revere
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Ms. Vera Eidelman
    Ms. Katrina Feldkamp
    Mr. Marc Aaron Fuller
    Mr. Ryan W Goellner
    Mr. J. Noah Hagey
     Ellen Valentik Leonida
    Mr. Brian Meadors

```
Mr. Jonathan F. Mitchell
Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker
```