# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2024

Mr. Robert Corn-Revere
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

　　　　No. 23-50224　　Little v. Llano County
　　　　　　　　　　　　USDC No. 1:22-CV-424


Dear Mr. Corn-Revere,

We received your appearance form electronically filed on September 11, 2024. We are taking no action on this filing since it is a duplicate of the appearance form filed on June 2, 2023.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Renee S. McDonough, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7673

cc:
　　Mr. Thomas F. Allen Jr.
　　Ms. Marissa Benavides
　　Mr. Matthew Borden
　　Mr. Ryan A. Botkin
　　Ms. Maria Amelia Calaf
　　Ms. Katherine Patrice Chiarello
　　Mr. Ian Crichton
　　Mr. Kory James DeClark
　　Ms. Vera Eidelman
　　Ms. Katrina Feldkamp
　　Mr. Marc Aaron Fuller
　　Mr. Ryan W Goellner
　　Mr. J. Noah Hagey
　　　Ellen Valentik Leonida
　　Mr. Brian Meadors
　　Mr. Jonathan F. Mitchell
　　Mr. JT Morris

Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Henry Charles Whitaker