No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

---

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs-Appellees*,

v.

Llano County; Ron Cunningham, in his official capacity as Llano County Judge; Jerry Don Moss, in his official capacity as Llano County Commissioner; Peter Jones, in his official capacity as Llano County Commissioner; Mike Sandoval, in his official capacity as Llano County Commissioner; Linda Raschke, in her official capacity as Llano County Commissioner; Amber Milum, in her official capacity as Llano County Library System Director; Bonnie Wallace, in her official capacity as Llano County Library Board Member; Rochelle Wells, in her official capacity as Llano County Library Board Member; Rhoda Schneider, in her official capacty as Llano County Library Board Member; Gay Baskin, in her official capacity as Llano County Library Board Member,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Western District of Texas
Case No. 1:22-cv-424-RP

---

## Motion To Dismiss Claims Against Llano County Library Advisory Board Members As Moot

---

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants-Appellants*

## Certificate of Interested Persons

Counsel of record certifies that the following persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| Plaintiffs | Plaintiffs' Counsel |
|---|---|
| • Leila Green Little<br>• Jeanne Puryear<br>• Kathy Kennedy<br>• Rebecca Jones<br>• Richard Day<br>• Cynthia Waring<br>• Diane Moster | Ellen V. Leonida<br>Matthew Borden<br>J. Noah Hagey<br>Max Bernstein<br>Ellis E. Herington<br>Marissa Benavides<br>BraunHagey & Borden LLP<br><br>Ryan A. Botkin<br>Katherine P. Chiarello<br>María Amelia Calaf<br>Kayna Stavast Levy<br>Wittliff \| Cutter PLLC |

| Defendants | Defendants' Counsel |
|---|---|
| • Llano County<br>• Ron Cunningham<br>• Jerry Don Moss<br>• Peter Jones<br>• Mike Sandoval<br>• Linda Raschke<br>• Amber Milum<br>• Bonnie Wallace<br>• Rochelle Wells<br>• Rhonda Schneider<br>• Gay Baskin | Jonathan F. Mitchell<br>Mitchell Law PLLC<br><br>Dwain K. Rogers<br>Matthew L. Rienstra<br>Llano County Attorney's Office |

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

Four of the named defendants in this lawsuit were sued in their official capacities as members of the Llano County Library Advisory Board: Bonnie Wallace, Rochelle Wells, Rhonda Schneider,[1] and Gay Baskin. These defendants no longer serve on the Llano County Library Advisory Board because each of their terms has expired. *See* Cunningham Decl. ¶¶ 4–6 & Ex. A. The terms to which Ms. Wells, Ms. Schneider, and Ms. Baskin were appointed expired on December 31, 2024, and the term to which Ms. Wallace was appointed expired on December 31, 2023. *See* Cunningham Decl. ¶¶ 5–6 & Ex. A. Ms. Wells also resigned her position on the Llano County Library Advisory Board before the expiration of her term and moved to Italy. *See* Wells Decl. ¶ 4 & Ex. A; Cunningham Decl. ¶ 8.

There are no longer any individuals serving on the Llano County Library Advisory Board because every appointee's term has expired, and Llano County will not be appointing anyone to the Llano County Library Advisory Board while this litigation remains pending. *See* Cunningham Decl. ¶¶ 9–10. The plaintiffs' claims against Ms. Wallace, Ms. Wells, Ms. Schneider, and Ms. Baskin are therefore moot, as the plaintiffs are seeking only prospective relief and sued these defendants in their official capacity. ROA.39; ROA.44–45 (¶ 24); ROA.68; *see also Church of Scientology v. United States*, 506 U.S. 9, 12 (1992) (a claim becomes moot when "an event occurs while a case is pending on appeal that makes it impossible for the court to grant any effectual relief whatever to a prevailing party . . ."); *Arizonans for Offi-*

1. Rhonda Schneider's first name is misspelled in the caption as "Rhoda." We have used the court-assigned caption in spite of this error. We will file a separate motion to amend the caption to correct the spelling of Ms. Schneider's name.

*cial English v. Arizona*, 520 U.S. 43, 68 n.23 (1997) ("It is the duty of counsel to bring to the federal tribunal's attention, '*without delay*,' facts that may raise a question of mootness." (quoting *Board of License Commissioners of Tiverton v. Pastore*, 469 U.S. 238, 240 (1985) (per curiam))). The Court should dismiss as moot all claims against Bonnie Wallace, Rochelle Wells, Rhonda Schneider, and Gay Baskin and remove their names from the caption.

The plaintiffs-appellees oppose this motion and will file a written response.

Respectfully submitted.

/s/ Jonathan F. Mitchell

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: January 7, 2025

*Counsel for Defendants-Appellants*

## Certificate of Conference

I certify that I have conferred with Katherine Chiarello, counsel for the plaintiffs-appellees, and they oppose this motion. They also intend to file a written response.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

## Certificate Of Service

I certify that on January 7, 2025, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Matthew Borden
J. Noah Hagey
Marissa Benavides
Kory James DeClark
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
borden@braunhagey.com
hagey@braunhagey.com
benavides@braunhagey.com
declark@braunhagey.com

*Counsel for Plaintiffs-Appellees*

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

## Certificate of Compliance

with type-volume limitation, typeface requirements, and type-style requirements

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 396 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*

Dated: January 7, 2025

## Certificate of Electronic Compliance

Counsel also certifies that on January 7, 2025, this document was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, through http://www.pacer.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants-Appellants*