UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **Leila Green Little**, et al.,<br><br>　　　Plaintiffs-Appellees,<br><br>v.<br><br>**Llano County**, et al.,<br><br>　　　Defendants-Appellants. | Case No. 23-50224 |

### DECLARATION OF RON CUNNINGHAM

1.  My name is Ron Cunningham. I am over the age of 18 and fully competent in all respects to make this declaration.

2.  I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.  I am a named defendant and appellant in this litigation, and I submit this declaration in support of the defendants-appellants' motion to dismiss the claims brought against the Llano County Library Advisory Board members as moot.

4.  Defendants-appellants Bonnie Wallace, Rochelle Wells, Rhonda Schneider, and Gay Baskin no longer serve on the Llano County Library Advisory Board because each of their terms has expired.

5.  When the Llano County Commissioners Court voted to dissolve the previous Llano County Library Advisory Board and establish a newly restructured Llano County Library Advisory Board on January 10, 2022, we created staggered terms for each of the newly appointed members. The terms to which Rochelle Wells, Rhonda Schneider, and Gay Baskin were appointed expired on December 31, 2024, and the term to which Bonnie Wallace was appointed expired on December 31, 2023.

6. The document attached as Exhibit A to this declaration is an authentic copy of the minutes for the Llano County Commissioners Court regular meeting held on January 10, 2022, at 9:00 A.M., where we voted to establish staggered terms for the new appointees to the newly restructured Llano County Library Advisory Board. The document shows that terms to which Rochelle Wells, Rhonda Schneider, and Gay Baskin were appointed expired on December 31, 2024, and it shows that the term to which Bonnie Wallace was appointed expired on December 31, 2023.

7. The document attached as Exhibit B to this declaration is an authentic copy of the Llano County Library Advisory Board bylaws. Article III, section 2 of the bylaws confirms that board members will serve "staggered terms" determined by the Commissioners Court, and that their terms "shall begin on January 1st and will expire on December 31st."

8. Rochelle Wells has also resigned her position on the Llano County Library Advisory Board effective January 18, 2024, before her term expired on December 31, 2024.

9. There are no longer any individuals serving on the Llano County Library Advisory Board because every appointee's term has expired.

10. Llano County will not be appointing anyone to the Llano County Library Advisory Board while this litigation remains pending, and all seats on the Llano County Library Advisory Board will remain vacant until at least the conclusion of this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2025

Signed by: Ron Cunningham

RON CUNNINGHAM

# Exhibit A

(to Cunningham Declaration)

LLANO COUNTY COMMISSIONERS COURT
REGULAR MEETING JANUARY 10, 2022  9:00 A.M.

## LLANO COUNTY COMMISSIONERS COURT

## REGULAR MEETING, JANUARY 10, 2022   9:00 A.M.

**STATE OF TEXAS**

**COUNTY OF LLANO**

9:00 A.M., January 10, 2022, the Llano County Commissioner's Court met in Regular Session. Members present were: Ron Cunningham, Presiding Officer; Peter Jones, Linda Raschke, Mike Sandoval, Jerry Don Moss; Commissioners of Precincts 1, 2, 3 & 4; Auditor Cindy Lent; County Clerk Marci Hadeler. Estimated Attendance: 38

**AGENDA ITEM #1:**

Announce To Call For Public Comments Signup

**AGENDA ITEM #2:**

Consent Agenda:
   a. Commissioners Court Minutes –Regular Called Meeting 12-13-2021, Special Called Meeting 12-20-2021
   b. Call For Bids/Discussions Of Bids/Approval And Or Awarding Of Bid/Bids/Contracts- Cindy Lent, Auditor
   c. Budget Transfers, Accounts Payable, Financial Reports – Cindy Lent, Auditor
   d. Interlocal/Agreements – Dwain Rogers & Matt Rienstra
   e. Treasurer Report/Investment Report – Teresa Kassell, Treasurer
   f. Monthly Reports:
      a) Justice Of The Peace (1, 2, 3 – Nov & Dec)
      b) Constable (1, 4)
      c) Hill Country Humane Society
      d) AgriLife Extension
      e) Tax Assessor Collector
      f) Llano Library System
      g) Indigent Health Care Program
      h) District Clerk
      i) Building & Maintenance
      j) Human Resources
      k) Office Of Emergency Management
      l) Development Services

**MOTION:** Sandoval; Second Jones: **UNANIMOUS. MOTION PASSED.**
Approved Consent Agenda A, B, C, D, E, F

**AGENDA ITEM #3:**

Public Service Announcements

**AGENDA ITEM #4:**

Discussion/Action: Prohibiting Or Restricting Outdoor Burning In Llano County.

**MOTION:** Raschke; Second Moss: **UNANIMOUS. MOTION PASSED.**
Reinstate Burn Ban Effective Immediately.

EXHIBIT D2

LLANO COUNTY COMMISSIONERS COURT
REGULAR MEETING JANUARY 10, 2022   9:00 A.M.

**AGENDA ITEM #5:**

Public Comments

See Public Sign Up Sheets

**AGENDA ITEM #6:**

Update/Discussion: Llano County COVID-19 Response Including Llano County Emergency Declaration And Report On Information Received From Office Of The Governor And TDEM, And Llano County Health Authority.

**AGENDA ITEM #7:**

Public Hearing/Discussion/Approval Of Plats/Replats/Vacating Of Lot/ Lots

No Plats/Replats/Vacating Of Lot/Lots

**AGENDA ITEM #8:**

Discussion/Action: Update Of Llano County Library System Activities Including The Suspension Of OverDrive Service.

**MOTION:** Moss; Second None: **MOTION FAILED.**
Remove Agenda Item #8

**MOTION:** Moss; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Remove Because The Llano County Advisory Library Board Is Going To Help The Situation.

**AGENDA ITEM #9:**

Discussion/Action: Dissolve The Current Llano County Library Advisory Board.

**MOTION:** Jones; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Dissolve The Current Library Board.

**AGENDA ITEM #10:**

Discussion/Action: Create Newly Restructured Llano County Advisory Board Consisting Of Three (3) Persons From Precinct 2, Three (3) Persons From Precinct 3, Two (2) Persons From Precinct 1, Four (4) Persons From Precinct 4 And One (1) Person By Llano County Judge.

**MOTION:** Moss; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Approve The Newly Restructured Llano County Advisory Board.

**AGENDA ITEM #11:**

Discussion/Action: Establish Rules For The Llano County Library Advisory Board Meetings/Bylaws/Chairperson/Duties/Etc.

**MOTION:** Moss; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Appoint Gay Baskin As Temporary Chairperson To Set Up Calendar Scheduling And Conduct Meetings.

**AGENDA ITEM #12:**

Discussion/Action: Appoint The Following To The Llano County Library Advisory Board, Effective Immediately Terms End December 31 Of That Calendar Year.

Precinct 1: Richard Day – January 1, 2022 – December 31, 2024
            Ravelle Kundinger – January 1, 2022 – December 31, 2023

LLANO COUNTY COMMISSIONERS COURT
REGULAR MEETING JANUARY 10, 2022  9:00 A.M.

Precinct 2: Gay Baskin – January 1, 2022 – December 31, 2024
Susie Sitton – January 1, 2022 – December 31, 2024
Cindy Travers – January 1, 2022 – December 31, 2023

Precinct 3: Nancy Miller – January 1, 2022 – December 31, 2023
Sharon Maki – January 1, 2022 – December 31, 2023
Louann Raley – January 1, 2022 – December 31, 2024

Precinct 4: Rochelle Wells – January 1, 2022 – December 31, 2024
Rhonda Schneider – January 1, 2022 – December 31, 2024
Anita Hilton – January 1, 2022 – December 31, 2023
Robyn Tibbs – January 1, 2022 – December 31, 2023

Judge: Bonnie Wallace – January 1, 2022 – December 31, 2023

**MOTION:** Moss; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Approve All Above Appointments With The Removal Of Richard Day From Precinct 1 And Adding Cheryll Mabray From Precinct 1.

**AGENDA ITEM #13:**

Discussion/Action: To Approve Commissioner Raschke To Apply For CAPCOG 2022-2023 Solid Waste Grant. This Grant Is Used To Help Supplement The Llano Countywide Collection Events That Are Held At The East Llano County Annex In April And October Of Each Year.

**MOTION:** Moss; Second Sandoval: **MOTION PASSED.**
**Abstained:** Raschke
Approved Commissioner Raschke To Apply For CAPCOG 2022-2023 Solid Waste Grant.

**AGENDA ITEM #14:**

Discussion/Action: Retaining And Paying Allison Bass To Conduct A Takings Impact Assessment (T.I.A.) Of The Proposed Game Room Regulations. A T.I.A. Is Required By The Private Real Property Rights Act., Ch. 2007 Government Code.

**MOTION:** Sandoval; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Approve Retaining And Paying Allison Bass To Conduct A Takings Impact Assessment (T.I.A.) Of The Proposed Game Room Regulations.

**AGENDA ITEM #15:**

Discussion/Action: Approve Bonds With Western Surety Company:
John Zavala – Deputy Sheriff
Rick Snitkin – County Attorney's Office & Game Room Regulations
Rob Wilson – County Attorney's Office

**MOTION:** Raschke; Second Jones: **UNANIMOUS. MOTION PASSED.**
Approve Above Three (3) Bonds.

**AGENDA ITEM #16:**

Discussion/Action: Llano County Constable's Racial Profiling Report For 2021, Precinct 1.

**MOTION:** Raschke; Second Jones: **UNANIMOUS. MOTION PASSED.**
Table Agenda Item #16.

**AGENDA ITEM #17:**

Discussion/Action: Accept Two Related Donations For The Kingsland Library To Paint The Existing Front Outside Handrails, Rear Steps And The Memorial Steps At The Rear Of The Building. 1. The Friends Of The Library Are Donating 2 Gallons Of Paint For The Project At A

LLANO COUNTY COMMISSIONERS COURT
REGULAR MEETING JANUARY 10, 2022  9:00 A.M.

Cost Of $43 Plus Tax; 2. Wayne Kirkpatrick Of Creative Iron Studios Is Donating His Labor To Paint The Aforementioned Items.

**MOTION:** Sandoval; Second Raschke: **UNANIMOUS. MOTION PASSED.**
Accept Above Donations For The Kingsland Library.

### AGENDA ITEM #18:

Discussion/Action: Approve The Resolution Of Llano County Investment Policy 2022.

**MOTION:** Raschke; Second Moss: **UNANIMOUS. MOTION PASSED.**
Approved Resolution Of Llano County Investment Policy 2022.

### AGENDA ITEM #19:

Discussion/Action: Approve Utilization Of Funds From Professional Services To Utilize One Of Llano County's Previously Vetted And Approved Engineering Firms To Serve As Llano County Capital Improvement Project Coordinator For Oversight Of RFPs And Construction Of Llano County Justice Building, EMS Station And Quarters Which Were Previously Approved For Construction By Commissioners Court.

**MOTION:** Raschke; Second Sandoval: **UNANIMOUS. MOTION PASSED.**
Approve Utilization Of Funds From Professional Services To Utilize One Of Llano County's Previously Vetted And Approved Engineering Firms To Serve As Llano County Capital Improvement Project Coordinator For Oversight Of RFPs And Construction Of Llano County Justice Building, EMS Station And Quarters And The Llano County East Annex Tax Office, Which Were Previously Approved For Construction By Commissioners Court.

### AGENDA ITEM #20:

Executive/Closed Session: To Receive Legal Advice Regarding Pending Or Contemplated Litigation Or Settlement Offers, Or Other Legal Advice, Pursuant To §551.071 (1) And/Or (2), Or Security Devices Or Security Audits Pursuant To §551.076 Of The Texas Government Code, Including But Not Limited To The Following Items:

Llano County Sheriff's Office Including The Jail, Audit And Current Inmate Census
Glenn And Spradlin Vs. Llano County Et Al; United States District Court (Austin)
Hutchings v. Llano County, et al; United States District Court (Austin)
Marshall, et al v. Llano County, et al; United States District Court (Austin)

Legal Advice Includes The Texas Local Government Code, The Open Meetings Act, The Public Information Act, Llano Jail, Employment And Personnel Law, Utility Law, Llano Local Health Authority, Procurement, And Contract Law, Evidentiary And Procedural Law, Road And Bridge Law, Ethics Law And General Government Law And Any Additional Federal Or State Law Regarding Any Item On This Open Or Executive/Closed Session Meeting Agenda.

### AGENDA ITEM #21:

Return To Open Session For Further Discussion And Possible Action On Any Matter Posted For Discussion In Executive Session. Any Matter Posted In Executive Session Also May Be Subject Of Discussion And/Or Action In Open Session Prior To Executive Session.

Executive Session Held – No Action Taken

Meeting Adjourned By Judge Ron Cunningham

Attest: _Marci Hadeler_
Marci Hadeler, County Clerk

# Exhibit B

(to Cunningham Declaration)

# LLANO COUNTY LIBRARY ADVISORY BOARD
## BYLAWS

**Article I -**      **NAME**

As authorized by the Llano County Commissioners Court (Commissioners Court), this body shall be known as the Llano County Library Advisory Board (Board).

**Article II -**      **PURPOSE**

The purpose of the Board is to review the Llano County Library System (LCLS), to advocate for the library and the community and to make recommendations to Commissioners Court to enhance library services for the community including:

- Review the existing library policies and procedures
- Review existing contractual agreements with vendors
- Review the library's affiliations with associations
- Review functions of the library
- Review cost associated with the library for efficiencies of operations

**Article III -**      **MEMBERS**
**Section 1.**      **Members**

The Board shall be made up of thirteen (13) residents of Llano County appointed by the Commissioners and County Judge and subsequently approved by Commissioners Court.

- Commissioner from Precinct 1 will appoint two (2) positions on the Board
- Commissioner from Precinct 2 will appoint three (3) positions on the Board
- Commissioner from Precinct 3 will appoint three (3) positions on the Board
- Commissioner from Precinct 4 will appoint four (4) positions on the Board
- County Judge will appoint one (1) position on the Board
- Llano County Library Director shall be an ex-officio member

Board Members' personal information including addresses, phone numbers and email addresses shall not be made public. Anyone desiring to make comment to the LCLAB shall use:    LlanoCo.LibraryAdvisoryBoard@gmail.com

Section 2.        Terms

Staggered terms of each Board member shall be determined by Commissioners Court. Terms shall begin on January 1st and will expire on December 31st.

Members may serve successive terms at the discretion of Commissioners Court.

Any vacancy occurring on the Board shall be filled by the original Commissioner and then be approved by Commissioners Court. The appointed replacement shall serve for the remainder of the unexpired term and shall be eligible for reappointment.

Section 3.        Duties and Responsibilities

Board Members duties and responsibilities include:

* Attend Board Meetings
* Participate actively on at least one committee
* Be knowledgeable of the resources, services and operations of LCLS
* Promote the LCLS within the community
* Acquire an awareness of public library standards, trends and laws
* Be receptive to community input
* Support Board policies
* Act in an advisory capacity to Commissioners Court in matters that pertain to the LCLS
* Be a member of the LCLS

## Article IV - OFFICERS
Section 1.        Officers

Officers of the Board shall be a Chairperson, Vice-Chairperson and Secretary. Officers shall be elected in January of each year by a majority vote of the Board.
Each officer shall serve a one (1) year term. Officers may succeed themselves with a majority vote of the current Board. If there are multiple candidates for an office, the vote shall be by written ballot.

Section 2.        Officer Duties

*Chairperson:*
The Chairperson shall preside at all meetings, appoint special committees, authorize calls for special meetings and shall prepare the agenda for such meetings. The Chairperson shall timely notify Commissioners Court of terms which are expiring. The

Chairperson shall know the LCLS trends and issues and shall act as liaison to Commissioners Court.

*Vice-Chairperson:*

The Vice-Chairperson shall assist the Chairperson in directing the affairs of the Board and shall assume the duties of the Chairperson in the absence of the Chairperson. In the absence of the Chairperson and Vice-Chairperson, the members shall designate one of their members to preside. The Vice-Chairperson shall act as a liaison to Commissioners Court.

*Secretary:*

The Secretary shall keep a true and accurate written account of all Board meeting proceedings and shall bring corrections to the attention of the Board at the next meeting. The Secretary shall sign the minutes after Board approval. The Secretary shall keep written records of members' retirement dates and notify the Chairperson of upcoming term expirations. In the absence of the Chairperson and Vice-Chairperson, the Secretary shall act as liaison to Commissioners Court.

**Article V -   MEETINGS**
**Section 1.            Regular Meetings**

The Board shall meet quarterly at one of the three Llano Public Library locations or at such a time and place that the Board Chairperson may determine.

**Section 2.            Special Meetings**

Special Meetings may be called by the Chairperson, provided that notice is given to all members of the Board.

**Section 3.            Quorum**

A simple majority will constitute a quorum.

**Section 4.            Votes**

All issues presented for a vote of the Board shall be decided by a simple majority of the quorum members present, including the vote of the Chairperson. No proxy votes are permitted. Votes shall be recorded and reported to Commissioners Court.

**Section 5.**          **Absences**

Any Board Member missing three (3) consecutive meetings without legitimate excuse (i.e, illness, death of a family member or civic/professional responsibilities) shall be deemed retired by vote of the Board. Another member shall be appointed as provided by Article III, herein and approved by Commissioners Court.

**Article VI - EXECUTIVE BOARD**

The Executive Board, consisting of the Board's elected officers, shall serve as liaison to Commissioners Court.

**Article VII -          COMMITTEES**
**Section 1.          Committees**

Committees of two or more members each may be appointed by the Chairperson. These committees may be temporary to perform work of a specific nature or may be permanent. The following committees will be created:

* *Bylaws* (to identify rules and principles to guide the actions of this Board)
* *Policies & Planning* (to review the administration, management and operation of the LCLS)
* *Finance* (to review the LCLS funds, to obtain efficiency and promote services)
* *Collection Review* (to determine resources that assist patrons to obtain information which meets their personal, educational, professional and recreational needs)
* *Public Relations* (to identify practices necessary to provide information about library services and programs and to address the public's concerns)

**Section 2.          Meetings**

Committees may elect to meet in person or via Zoom, as circumstances dictate. Committees will present a brief summary to the Board at each Regular Meeting.

**Article VIII -     PARLIAMENTARY AUTHORITY**

Unless stated otherwise in these bylaws, Robert's Rules of Order shall prevail.

## Article IX - AMENDMENT of BYLAWS

These Bylaws may be amended by a majority vote at any regular meeting of the Board, provided all members have been notified of the proposed amendments at least thirty (30) days prior to such meeting. All amendments are subject to approval by Commissioners Court.

Approved by vote of the Llano County Library Advisory Board on March 11, 2022

APPROVED THIS __28th__ DAY OF __March__, __2022__

Llano County Commissioner's Court:

_____
Ron Cunningham, Llano County Judge

_____
Peter Jones, Commissioner Precinct 1

_____
Linda Raschke, Commissioner Precinct 2

_____
Mike Sandoval, Commissioner Precinct 3

_____
Jerry Don Moss, Commissioner Precinct 4