# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**Leila Green Little**, et al.,

        Plaintiffs-Appellees,

v.

**Llano County**, et al.,

        Defendants-Appellants.

Case No. 23-50224

## DECLARATION OF ROCHELLE WELLS

1.  My name is Rochelle Wells. I am over the age of 18 and fully competent in all respects to make this declaration.

2.  I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.  I am one of the defendants-appellants in this litigation, and I submit this declaration in support of the defendants-appellants' motion to dismiss the claims brought against the Llano County Library Advisory Board members as moot.

4.  Last year I moved to Italy, and I resigned my position on the Llano Library Advisory Board effective January 18, 2024. An authentic copy of my resignation letter is attached as Exhibit A to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___1/5/2025_____

DocuSigned by:

*Rochelle Wells*

EF2F942AB5F941C...

ROCHELLE WELLS

# Exhibit A

### (to Wells Declaration)

January 18, 2024

Commissioner Moss,

We have accepted a call to the mission field and will be moving to Italy; therefore I am resigning from the Llano County Library Advisory Board effective immediately.

Sincerely,

Rochelle Wells