No. 23-50224

# In the United States Court of Appeals for the Fifth Circuit

LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,

*Plaintiffs-Appellees,*

v.

LLANO COUNTY, RON CUNNINGHAM, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY JUDGE, JERRY DON MOSS, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, PETER JONES, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, MIKE SANDOVAL, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, LINDA RASCHKE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER, AMBER MILUM, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY SYSTEM DIRECTOR, BONNIE WALLACE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER, ROCHELLE WELLS, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER, RHONDA SCHNEIDER, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER, AND GAY BASKIN, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER,

*Defendants-Appellants.*

Appeal from the United States District Court
for the Western District of Texas, Austin Division
1:22-cv-00424-RP

## PLAINTIFFS-APPELLEES' OPPOSITION TO MOTION TO DISMISS CLAIMS AGAINST LLANO COUNTY LIBRARY ADVISORY BOARD MEMBERS AS MOOT

(Counsel Listed Inside Cover)

Katherine P. Chiarello
(TX Bar No. 24006994)
Ryan A. Botkin
(TX Bar No. 00793366)
María Amelia Calaf
(TX Bar No. 24081915)
Botkin Chiarello Calaf PLLC
1209 Nueces Street
Austin, Texas 78701
Tel: 512-615-2341
Fax: 737-289-4695
ryan@bccaustin.com
katherine@bccaustin.com
mac@bccaustin.com


Matthew Borden
(CA Bar No. 214323)
Marissa R. Benavides
(NY Bar No. 5796891)
Kory James DeClark
(CA Bar No. 310571)
BraunHagey & Borden LLP
747 Front Street, 4th Floor
Tel: 415-599-0210
Fax: 415-276-1808
borden@braunhagey.com
benavides@braunhagey.com
declark@braunhagey.com


*Attorneys for Plaintiffs-Appellees*

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dwain K. Rogers
Texas Bar No. 00788311
County Attorney

Matthew L. Rienstra
Texas Bar No. 16908020
First Assistant County Attorney
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
dwain.rogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us

*Attorneys for Defendants-Appellants*

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees**
Leila Green Little
Jeanne Puryear
Kathy Kennedy
Rebecca Jones
Richard Day
Cynthia Waring
Diane Moster

**Plaintiffs-Appellants' Counsel**
Katherine P. Chiarello
Ryan A. Botkin
María Amelia Calaf
Botkin Chiarello Calaf PLLC

Matthew Borden
Marissa R. Benavides
Kory James DeClark
BraunHagey & Borden LLP

**Defendants-Appellants**
Llano County
Ron Cunningham
Jerry Don Moss
Peter Jones
Mike Sandoval
Linda Raschke
Amber Milum
Bonnie Wallace
Rochelle Wells

Rhonda Schneider
Gay Baskin

**Defendants-Appellants' Counsel**
Jonathan F. Mitchell
Mitchell Law PLLC

Dwain K. Rogers
Matthew L. Rienstra
Llano County Attorney's Office

# **ARGUMENT**

The Court should not dismiss the claims against any Defendant as moot. Defendants have not submitted sufficient evidence to establish mootness in their moving papers and have thus failed to carry their "formidable burden" of proving mootness in their two-page motion, *FBI v. Fikre*, 601 U.S. 234, 241 (2024) (citation omitted). They cannot attempt to shore up these failures for the first time in reply. *Hernandez v. United States*, 888 F.3d 219, 224 n.1 (5th Cir. 2018) (appellant cannot raise insufficiently briefed issues for first time in reply).

Moreover, mootness is an inherently fact-bound question that is more appropriately resolved in the trial court, which has the ability to take evidence and find facts. There is no emergent need to bypass that process, as the legal dispute under submission remains live, even under Defendants' theory. This is not an abstract concern given that evidence shows, for example, that Defendants Wells has not permanently moved out of the country and is instead on a temporary mission in Italy, from which she intends to return. *See* Decl. of L.G. Little ¶¶ 4-10.

Defendants' legal arguments are also incorrect. A defendant may not "automatically moot a case" by the simple expedient of suspending its challenged conduct after it is sued." *Fikre*, 601 U.S. at 241 (quoting *Already LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013)). Rather, "'voluntary cessation of a challenged practice' will moot a case only if the defendant can show that the practice cannot

'reasonably be expected to recur.'" *Id*. (quoting *Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC), Inc*., 528 U.S. 167, 189 (2000); and citing *United States v. W. T. Grant Co*., 345 U.S. 629, 632-33 (1953)). Defendants argue that they temporarily eliminated their Library Board positions for as long as this case is pending. (Motion at 1.) This voluntary cessation does not show that they will be incapable of engaging in the underlying conduct in future. To the contrary, it suggests that they intend to reconstitute the Library Board after this litigation is concluded.

For each of these reasons, the Court should either deny Defendants' motion outright or remand it to the District Court after it decides the pending appeal.

## I.    DEFENDANTS' VOLUNTARY CESSATION OF THEIR LIBRARY ADVISORY BOARD POSITIONS DOES NOT MOOT PLAINTIFFS' CLAIMS AGAINST THEM

Defendants' decision to allow their terms on the reconstituted Llano County Library Advisory Board to expire pending the conclusion of this litigation is textbook voluntary cessation; it neither moots Plaintiffs' claims nor excuses Defendants from this litigation.

A claim becomes moot only if "an intervening factual event causes a party to no longer have a present right to be vindicated or a stake or interest in the outcome." *Vinewood Cap., LLC. v. Dar Al-Maal Al-Islami Tr*., 295 F. App'x 726, 730 (5th Cir. 2008) (citing *Dailey v. Vought Aircraft Co*., 141 F.3d 224, 227 (5th

Cir. 1998)). A defendant's voluntary cessation of a complained-of activity—including administrative activities—generally is not sufficient to end his involvement in a case. "It is well settled that 'a defendant's voluntary cessation of a challenged practice does not deprive a federal court of its power to determine the legality of the practice.'" *Friends of the Earth, Inc.*, <u>528 U.S. at 189</u> (citation omitted). This standard "is stringent"—the defendant must make it "absolutely clear that the allegedly wrongful behavior could not reasonably be expected to recur." *Id.* (citation omitted).

Defendants' declarations—the only evidence they offer—do not meet this burden. Indeed, they undermine Defendants' position. As Defendant Cunningham states in his declaration, "Llano County will not be appointing anyone to the Llano County Library Advisory Board *while this litigation remains pending*, and all seats on the Llano County Advisory Board will remain vacant *until at least the conclusion of this litigation*." Dkt. 320-2 at 2. In his moving papers, Defendant Cunningham does not represent, let alone make it "absolutely clear," that the Library Advisory Board Defendants will not again join the Library Advisory Board when this litigation ends. Nor could he, as he cannot know Defendants' intentions with certainty and, in any event, does not unilaterally control the selection of all future Board members. This fails to carry Defendants' heavy burden of proving mootness.

Similarly, Defendant Wells, in her declaration, does not state that her move to Italy is permanent. Dkt. 320-3 at 1. This fails to carry her heavy burden of proving mootness with her moving papers. If she intends to move back to the Llano area after a year and resume her position on the Library Advisory Board, her resignation does not excuse her from this Court's jurisdiction.

## II.    DEFENDANTS' MOTION SHOULD BE BROUGHT IN DISTRICT COURT AFTER THIS COURT RESOLVES THE PENDING APPEAL

Whether Defendants might seek reappointment to the Library Advisory Board after this case ends is a factual question the District Court should resolve. In *Osborne v. Coleman Co.*, for example, this Court remanded to the District Court a defendant's motion to dismiss based on a release signed by the plaintiff, finding that it was proper for the District Court to determine whether the release mooted the appeal. 592 F.2d 1239, 1241 (5th Cir. 1979). As this Court explained: "Such a remand is clearly appropriate since the court below has never considered the effect of the release upon the instant appeal." The situation here is the same. The District Court has not considered how Defendants' decision to leave the Library Advisory Board unfilled until the conclusion of the litigation affects the claims in this case, nor has it made a factual determination as to whether Defendants might later resume the activities that gave rise to Plaintiffs' claims.

Factual findings are critical. For example, Plaintiffs understand from community postings and public records that Defendant Wells has moved to Italy as

part of a mission trip, has continued to maintain her home address in Llano, and is receiving a property tax reduction on that home on grounds that she still physically resides there for at least half the year. *See* Decl. of L.G. Little ¶¶ 4-10. These facts suggest that Defendant Wells' move is not permanent. Because the District Court is best equipped to engage in fact-finding, the most appropriate resolution of Defendants' motion is to remand it to the District Court upon entry of this Court's decision and mandate in this appeal.

## CONCLUSION

For the foregoing reasons, Defendants' motion to dismiss should be denied.

Dated: January 17, 2025          Respectfully submitted,

*/s/ Matthew Borden*
Matthew Borden
(CA Bar No. 214323)
Marissa R. Benavides
(NY Bar No. 5796891)
Kory James DeClark
(CA Bar No. 310571)
BraunHagey & Borden LLP
747 Front Street, 4th Floor
Tel.: 415-599-0209
Fax: 415-276-1808
borden@braunhagey.com
benavides@braunhagey.com
declark@braunhagey.com

Katherine P. Chiarello
(TX Bar No. 24006994)
Ryan A. Botkin
(TX Bar No. 00793366)
María Amelia Calaf
(TX Bar No. 24081915)
BOTKIN CHIARELLO CALAF PLLC
1209 Nueces Street
Austin, Texas 78701
Tel: 512-615-2341
Fax: 737-289-4695
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com

*Attorneys for Plaintiffs-Appellees*

## <u>CERTIFICATE OF COMPLIANCE</u>

This document complies with the word limit of <u>Fed. R. App. P. 27(d)(2)(A)</u> because, excluding the parts of the document exempted by <u>Fed. R. App. P. 32(f)</u>, this document contains 1068 words.

This document complies with the typeface requirements of <u>Fed. R. App. P. 32(a)(5)</u> and the type-style requirements of <u>Fed. R. App. P. 32(a)(6)</u> because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Matthew Borden*
Matthew Borden

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of January, 2025, I electronically submitted the foregoing to the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit using the Court's ECF system, which sent a Notice of Electronic Filing to the following attorneys of record:

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dwain K. Rogers
Texas Bar No. 00788311
County Attorney

Matthew L. Rienstra
Texas Bar No. 16908020
First Assistant County Attorney

First Assistant County Attorney
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us

*/s/ Matthew Borden*
Matthew Borden

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs-Appellees, | § § | |
| v. | § § | Case No. 23-50224 |
| Llano County, *et al.*, | § § § | |
| Defendants-Appellants. | § § § | |

## <u>DECLARATION OF LEILA GREEN LITTLE</u>

I, Leila Green Little, declare:

1.      I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently to the facts stated herein.

2.      I am a plaintiff and appellee in this litigation. I submit this declaration in support of Plaintiffs-Appellees' opposition to Defendants-Appellants' motion to dismiss Plaintiffs' claims against the Defendants named in their capacity as Llano County Library Advisory Board members.

3.      I am a resident of Llano County, Texas, and an active participant in the Llano County community.

4.      In early 2024, I learned from Llano County community members that Defendant Rochelle Wells planned to move to Como, Italy as part of a religious mission.

5.      Attached hereto as **Exhibit 1** is a true and accurate copy of a Facebook post advertising a local church's raffle of Defendant Wells' car to support her mission trip to Italy.

6.      In March 2024, individuals listed Defendant Wells' home on Facebook as available for rent on a twelve-month lease starting April 2, 2024. Attached hereto as **Exhibit 2** are true and accurate copies of two separate Facebook posts listing Defendant Wells' home for rent.

7.      According to current property registration documents, Defendant Wells still owns her house in Llano County. Attached hereto as **Exhibit 3** is a true and accurate copy of the most recent property registration information for Defendant Wells' home.

8.      Defendant Wells' newsletter to subscribers detailing her missionary events lists her address as her home in Llano County. Attached hereto as **Exhibit 4** is a true and accurate copy of Defendant Wells' newsletter sign-up page with her Llano County address.

9.      I understand from Llano County Commissioners Court minutes that Defendant Wells worked with the Llano County Commissioners to confirm a real estate deal in which she rented out her home to the Llano County and Hamilton County Emergency Medical Services for a portion of the time that she has been living in Italy. Attached hereto as **Exhibit 5** is a true and accurate copy of the

Llano County Commissioners Court minutes of May 13, 2024, referencing the rental agreement at Agenda Item #12.

10.     The Llano County Commissioners Court has also granted Defendant Wells a homestead or "HS" exemption for her home, *see* **Exhibit 3**, which gives homeowners a property tax reduction so long as they have ownership of the property and use the property as their principal place of residence. In Llano County, people understand that you have to physically live at the property more than fifty percent of the year in order to have a homestead exemption.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 17, 2025            /s/ _____

                                   Leila G. Little

# EXHIBIT 1

## Search results

### Filters

 All

 Posts

People

 Photos

Videos

 Marketplace

Pages

Places



**Llano Tea Party**
May 4 · 🌐

7am-7pm Go Vote! Llano library all day. Last chance to vote your values.
Stop by the Square marketplace and grab some raffle tickets! Car raffle $100 each benefiting the Wells mission trip. AR G//n tickets are $20 each or 7 for $100 go get some! PayPal and credit card accepted! See link! https://square.link/u/JIAmBeg3?src=sms





# EXHIBIT 2

 **Llano Area -- Texas**

Julie Black · Mar 27 · 🌐                                    •••

Llano 4/2 for rent! PM to see it 👌
1406 Ash St Llano
It's pet friendly, chicken friendly, already set up for chickens, goats, sheep etc almost 2 acres and a high fence garden. Move in special if you apply by Friday 👇



zillow.com

**1406 Ash St, Llano, TX 78643 | Zillow**

👍😆❤️ 8

 Like        💬 Comment         Send         Share



**Llano Tea Party** · **Follow**

Mar 3 · 🌐

Here are inside  pics of the rental for those of you who are asking. Ash st in city of Llano 2k a month on a 12 month lease. Over one and a half acres complete with dog runs chicken, coops, goat or sheet pens lots of play space (get roommates together and split the rent!) Available now can show anytime after 4pm great culdesac, great neighborhood dm for showings





+8

 Like     Comment    Send     Share

# EXHIBIT 3

# Llano CAD Property Search

## Property ID: 35144 For Year 2024

### 🔖 Property Details

| Account | | | |
|---|---|---|---|
| **Property ID:** | 35144 | **Geographic ID:** | 13280-038-0010-0 |
| **Type:** | R | | |
| **Property Use:** | | **Condo:** | |
| **Location** | | | |
| **Situs Address:** | 1406 ASH ST LLANO, TX 78643 | | |
| **Map ID:** | G5 | **Mapsco:** | |
| **Legal Description:** | BARLERS ADDN BLK 38 LTS 10-12 | | |
| **Abstract/Subdivision:** | 13280 | | |
| **Neighborhood:** | | | |
| **Owner** | | | |
| **Owner ID:** | 73576 | | |
| **Name:** | WELLS ANDREW L & ROCHELLE V | | |
| **Agent:** | | | |
| **Mailing Address:** | 1302 E LUCE ST<br>LLANO, TX 78643 | | |
| **% Ownership:** | 100.0% | | |
| **Exemptions:** | HS -<br>For privacy reasons not all exemptions are shown online. | | |

### 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $156,660 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $61,090 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |

| | |
|---|---|
| **Market Value:** | $217,750 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| | |
| **Appraised Value:** | $217,750 (=) |
| **HS Cap Loss:** ❓ | $35,403 (-) |
| **Circuit Breaker:** ❓ | $0 (-) |
| | |
| **Assessed Value:** | $182,347 |
| **Ag Use Value:** | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** WELLS ANDREW L & ROCHELLE V

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CLN | CITY OF LLANO | 0.487200 | $217,750 | $145,878 | $710.72 | |
| GLL | LLANO COUNTY | 0.223120 | $217,750 | $145,878 | $325.48 | |
| RDB | ROAD AND BRIDGE | 0.027000 | $217,750 | $145,878 | $39.39 | |
| SLL | LLANO ISD | 0.784300 | $217,750 | $64,112 | $502.83 | |
| CAD | CAD | 0.000000 | $217,750 | $182,347 | $0.00 | |

**Total Tax Rate:** 1.521620

**Estimated Taxes With Exemptions:** $1,578.42

**Estimated Taxes Without Exemptions:** $3,313.32

## 🔖 Property Improvement - Building

**Type:** RESIDENTIAL IMP **Living Area:** 1510.0 sqft **Value:** $156,660

| Type | Description | Class CD | Year Built | SQFT | Assessed Value |
|---|---|---|---|---|---|
| MA | MAIN AREA | R2 | 1990 | 1380 | $136,920 |
| CP | COVERED PORCH | * | 0 | 144 | $3,570 |

| MAD | ADDN TO MAIN AREA | * | 0 | 130 | $12,900 |
| STG | STORAGE | STG3 | 2000 | 256 | $2,180 |
| STG | STORAGE | STG3 | 2018 | 96 | $820 |
| CP | COVERED PORCH | * | 2018 | 32 | $270 |

## 🔖 Property Land

| Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|
| SINGLE FAMILY RESIDENCE | 0.47 | 20,430.00 | | | $61,090 | $0 |

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|
| 2024 | $156,660 | $61,090 | $0 | $217,750 | $35,403 | $182,347 |
| 2023 | $136,660 | $34,320 | $0 | $170,980 | $5,210 | $165,770 |
| 2022 | $127,920 | $34,320 | $0 | $162,240 | $11,540 | $150,700 |
| 2021 | $111,670 | $25,330 | $0 | $137,000 | $0 | $137,000 |
| 2020 | $105,530 | $24,110 | $0 | $129,640 | $0 | $129,640 |
| 2019 | $98,850 | $24,110 | $0 | $122,960 | $0 | $122,960 |
| 2018 | $94,290 | $24,110 | $0 | $118,400 | $0 | $118,400 |
| 2017 | $84,730 | $24,110 | $0 | $108,840 | $0 | $108,840 |
| 2016 | $78,960 | $21,860 | $0 | $100,820 | $0 | $100,820 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| | CND | CONTRACT FOR DEED | BIERSCHWALE CREDIT AND LENDING CO | BIERSCHWALE CREDIT AND LENDING CO | | | 0 |
| 6/28/1999 | WDL | WARRANTY DEED W/VENDORS LIEN | BIERSCHWALE CREDIT AND LENDING CO | BRIDGES GEOFFREY E & KATHRYN J | 1002 | 0155 | 0 |
| 9/28/2001 | WDL | WARRANTY DEED W/VENDORS LIEN | BRIDGES GEOFFREY E & KATHRYN J | FINK MONTENA | 1133 | 0938 | 0 |

| 7/28/2008 | WDL | WARRANTY DEED W/VENDORS LIEN | FINK MONTENA | MC DONALD ROBERT B & KENDRA S | 1482 | 0070 | |
| 3/18/2014 | WDL | WARRANTY DEED W/VENDORS LIEN | MC DONALD ROBERT B & KENDRA S | WELLS ANDREW L & ROCHELLE V | 1549 | 3287 | |

## 🔖 ARB Data

| Hearing Date And Time | Board Members | Owner's Opinion Of Value | Cad Value | Board's Determination Of Value | ARB Determination |
| --- | --- | --- | --- | --- | --- |

# EXHIBIT 4

Sign up to Stay in Touch with the Wells Family!



**Wells Family Ministry: Como, Italy**

*Sign up for our newsletter below!*

**First name**

**Last name**

**\* Email**

Sign Up

If you just opted in, you're consenting to receive marketing emails from: Wells, 1406 Ash St, , , Llano, TX 78643. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact

# EXHIBIT 5

## LLANO COUNTY COMMISSIONERS COURT
### MEETING MAY 13, 2024  9:00 A.M.

STATE OF TEXAS
COUNTY OF LLANO

On this the 13th day of May 2024, the Llano County Commissioners Court met in regular session.

| Members Present: | Presiding Officer | Judge Ron Cunningham |
| --- | --- | --- |
| | Commissioner Precinct 1 | Peter Jones |
| | Commissioner Precinct 2 | Linda Raschke |
| | Commissioner Precinct 3 | Mike Sandoval |
| | Commissioner Precinct 4 | Jerry Don Moss |

| Attendees: | 1st Assistant County Attorney | Matt Rienstra |
| --- | --- | --- |
| | County Auditor | Kelly Eckhardt |
| | County Clerk | Cecilia McClintock |
| | County Sheriff | Bill Blackburn |
| | Building and Maintenance Supervisor | Billy Carney |
| | Development / 911 Services | Cristy Vaught |
| | Emergency Management | Gilbert Bennett |
| | Human Resources | Lisa Otto |
| | IT Manager | Clay Etter |
| | Road and Bridge Supervisor | Monty Roberts |

Estimated Audience Attendance: 16

## AGENDA ITEM #1:

Announce to Call for Public Participation Signup

## AGENDA ITEM #2:

Consent Agenda:
   a. Commissioners Court Minutes – Regular Meeting April 22, 2024
   b. Call, Discussions, Approvals, Awarding of all Bids – Kelly Eckhardt, Auditor
   c. Budget Transfers/Accounts Payable/Financial Reports – Kelly Eckhardt, Auditor
   d. Interlocal/Agreements/Contracts – Dwain Rogers & Matt Rienstra, County Attorney's Office
   e. 1st CC Of Month – Treasurer/Investment Report – Cheryl Regmund, Treasurer
   f. 2nd CC Of Month – Payroll Certification – Lisa Otto, HR Department
      2nd CC Of Month – Leave Balance Report – Lisa Otto, HR Department
   g. Monthly Reports:
      1. AgriLife
      2. BizProtec
      3. Constable (1, 4)
      4. County Clerk
      5. Development Services
      6. District Clerk
      7. Elections
      8. EMS
      9. Indigent Health Care Program

10. Justice of the Peace (1, 2, 3, 4)
11. Library System
12. Office of Emergency Management (March & April)
13. Tax Assessor Collector

**MOTION**: Moss; Second: Raschke;   **UNANIMOUS. MOTION PASSED.**
Motion that we approve the consent agenda with the one exception we're going to pull the bids for the fire alarms in the jail and vote on that separate.

**MOTION**: Jones; Second: Sandoval;   **UNANIMOUS. MOTION PASSED.**
Motion to award the bid for the Llano County Law Enforcement fire alarm replacement to San Saba Safety Equipment.

## AGENDA ITEM #3:

Public Service Announcements

## AGENDA ITEM #4:

Discussion/Action:  Prohibiting Or Restricting Outdoor Burning In Llano County.

**MOTION**: Raschke; Second: Moss;   **UNANIMOUS. MOTION PASSED.**
Move to table.

## AGENDA ITEM #5:

Public Participation - See Public Participation Sign Up Sheets

## AGENDA ITEM #6:

Discussion/Action:    Presentation and approval of Proclamation that the Week of May 19- 25, 2024 is National Emergency Services (EMS) Week.

**MOTION**: Raschke; Second: Sandoval;   **UNANIMOUS. MOTION PASSED.**
Move to approve the Proclamation that the week of May 19-25, 2024 is National Emergency Services Week.

## AGENDA ITEM #7:

Discussion/Action:  Presentation and approval of Proclamation Declaring May as Mental Health Awareness Month.

**MOTION**: Raschke; Second: Moss;   **UNANIMOUS. MOTION PASSED.**
Move to approve.

Case: 23-50224     Document: 324     Page: 31     Date Filed: 01/17/2025

LLANO COUNTY COMMISSIONERS COURT
MEETING MAY 13, 2024  9:00 A.M.

**AGENDA ITEM #8:**

Discussion/Action:   Approve expenditure of $6,998.89 for the purposes of acquisition of (2) iPads, (1) Drone, (4) Seats of Training and Certification to be used by Permitting Department for visual inspections of scheduled septic and floodplain inspections which will integrate into the existing iWorQ program currently being utilized by the Permitting Office. This action will enhance the effectiveness and efficiencies of operations within the Permitting Office. Funds will be used from the Permitting Department line item #010-402-576.

**MOTION**: Jones; Second: Sandoval;   **UNANIMOUS. MOTION PASSED.**
Move to approve.

**AGENDA ITEM #9:**

Discussion/Action:  Authorize Llano County Judge Ron Cunningham to initiate and complete the USDA Rural Development Community Facilities Program application process in order to receive 2024 CPF funding through Congressman Pfluger's Office in the approximate amount of $4,837,000. Funding will be utilized for construction of the new Llano County Criminal Justice Center.

**MOTION**: Sandoval; Second: Raschke;   **UNANIMOUS. MOTION PASSED.**
Motion that we authorize Judge Ron Cunningham to initiate and complete the USDA Rural Development Community Facilities Program application process in order to receive the 2024 CPF funding through Congressman Pfluger's office in the approximate amount of $4,837,000. Funding will be utilized for the construction of the new Llano County Criminal Justice Center.

**AGENDA ITEM #10:**

Discussion/Action:  Authorize Riley Mountain Engineering to reengage efforts to serve as Llano County Contract representative in Application and Construction of Llano County Criminal Justice Center.

**MOTION**: Jones; Second: Raschke;   **UNANIMOUS. MOTION PASSED.**
Motion to authorize Riley Mountain Engineering to reengage efforts to serve as Llano County Contract representatives in the application and construction of the Llano County Criminal Justice Center subject to agreement between Llano County Attorney Office and Riley Mountain.

**AGENDA ITEM #11:**

Discussion/Action:   Approve Western Surety Company Bond for the following:
    Michael Scoggins – Bailiff, John H. Scott – Bailiff, Nicasio Martinez – Deputy Sheriff

**MOTION**: Moss; Second: Sandoval;   **UNANIMOUS. MOTION PASSED.**
Motion we approve the Western Surety Bond for the following: Michael Scoggins – Bailiff, John H. Scott – Bailiff, Nicasio Martinez – Deputy Sheriff.

Case: 23-50224     Document: 324     Page: 32     Date Filed: 01/17/2025

LLANO COUNTY COMMISSIONERS COURT
MEETING MAY 13, 2024  9:00 A.M.

## AGENDA ITEM #12:

Discussion/Action:    Approval to amend Llano County and Hamilton County EMS Interlocal Agreement to increase rental for EMS quarters from $3,000 per month to $4,750 per month.

**MOTION**: Jones; Second: Moss;   **UNANIMOUS. MOTION PASSED.**
Motion that we approve to amend Llano County and Hamilton County EMS Interlocal Agreement to increase rental for EMS quarters from $3,000 per month to $4,750 per month.


## AGENDA ITEM #13:

Public Hearings/Discussion/Approval of Plats/Replats/Vacating Of Lot/Lots


## AGENDA ITEM #14:

Executive/Closed Session:  Receive legal advice regarding pending or contemplated litigation or settlement offers, or other legal advice pursuant to §551.071(1) and (2), regarding purchases, exchanges, leases, or value of real property pursuant to §551.072, or security devices or security audits pursuant to §551.076 of the Texas Government Code, including but not limited to the following items:

- Llano County Sheriff's Office including the jail, audit, and current inmate census
- Mirelez v Llano County, Sheriff Bill Blackburn, Robert Nichols
- 88(R) Texas Legislative Session Senate Bill 22
- Llano County School Lands: ATMOS Energy Above ground Facilities and Access Easement Agreement, and ATMOS Energy Partial Release and Restrictive Covenant
- Barbara Suzette Baker v Llano County, et al.
- Laura Pressley, Robert Bagwell, Teresa Soll, Thomas L Korkmas & Madelon Highsmith v Jane Nelson, Christina Adkins, Bridgette Escobedo, Desi Roberts, Andrea Wilson

Legal advice includes the Texas Local Government Code, the Open Meetings Act, the Public Information Act, Llano Jail, Employment and Personnel Law, Utility Law, Llano Local Health Authority, Property Law, Potential Litigation, Procurement, and Contract Law, Evidentiary and Procedural Law, Road and Bridge Law, Ethics Law and General Government Law and any additional Federal or State Law regarding any item on this Open or Executive/Closed Session Meeting Agenda.

9:45 a.m. Entered Executive Session


## AGENDA ITEM #15:

Return To Open Session:  Further discussion and possible action on any matter posted for discussion in Executive Session.  Any matter posted in Executive Session also may be subject of discussion and/or action in Open Session prior to Executive Session.

10:25 a.m. Returned to Open Session – No action taken.

**AGENDA ITEM #16:**

Close Regular Commissioners Court. 10:25 a.m.

**AGENDA ITEM #17:**

Open Budget Workshop for FY 2025.

      10:36 a.m. Discussion Only – Building & Maintenance; Road & Bridge

      12:05 p.m. Break for Lunch

      1:07 p.m. Discussion Only – Elections; Sheriff's Office; Justice of the Peace Precinct 4

**AGENDA ITEM #18:**

Close Budget Workshop.  3:36 p.m.

Meeting adjourned by Judge Ron Cunningham

Attest: _Cecilia McClintock_____
      Cecilia McClintock, County Clerk