# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                        USDC No. 1:22-CV-424

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Christy Combel*
                         By: _____
                         Christy M. Combel, Deputy Clerk
                         504-310-7651

cc:
       Mr. Thomas F. Allen Jr.
       Ms. Marissa Benavides
       Mr. Matthew Borden
       Mr. Ryan A. Botkin
       Ms. Maria Amelia Calaf
       Ms. Katherine Patrice Chiarello
       Mr. Robert Corn-Revere
       Mr. Ian Crichton
       Mr. Kory James DeClark
       Ms. Vera Eidelman
       Ms. Katrina Feldkamp
       Mr. Marc Aaron Fuller
       Mr. Ryan W Goellner
       Mr. J. Noah Hagey
       Mr. Allen Huang
       Ms. Ellen Valentik Leonida

Mr. Brian Meadors  
Mr. Jonathan F. Mitchell  
Mr. JT Morris  
Ms. Katherine May Raunikar  
Mr. Kevin T. Shook  
Mr. Benjamin Arnold West