# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Leila Green Little et al. v. Llano County et al. No. 23-50224

The Clerk is requested to tax the following costs against: Plaintiffs-Appellees Leila Green Little et al.

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| **Docket Fee ($450.00)** | | | | 450 | | | | |
| **Appendix or Record Excerpts** | 26 | 72 | 0.15 | 280.8 | | | | |
| **Appellant's Brief** | 29 | 54 | 0.15 | 234.9 | | | | |
| **Appellee's Brief** | | | | | | | | |
| **Appellant's Reply Brief** | 29 | 37 | 0.15 | 160.95 | | | | |
| **Other:** En Banc Briefs | 22 | 75 | 0.15 | 247.5 | | | | |
| | | | Total $ | 1374.15 | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of
County of _____ By _____
Deputy Clerk

I Jonathan F. Mitchell _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 23rd day of May, 2025.

/s/ Jonathan F. Mitchell
**(Signature)**

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for Defendants-Appellants Llano County et al.

**39.1 Taxable Rates.** The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs. The cost of the binding required by 5TH CIR. R. 32.2.3that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate. This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates. Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.

**39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.** Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.

**39.3 Time for Filing Bills of Costs.** The clerk must receive bills of costs and any objections within the times set forth in FED. R. APP. P. 39(D). See 5TH CIR. R. 26.1.

**FED. R. APP. P. 39.    COSTS**

**(a)** *Against Whom Assessed.* The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

**(b)** *Costs For and Against the United States.* Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

**©)** *Costs of Copies* Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

**(d)** *Bill of costs: Objections; Insertion in Mandate.*

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 14 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

**(e)** *Costs of Appeal Taxable in the District Court.* The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.

# Cockle Legal Briefs

2311 Douglas Street  
Omaha, NE  68102  
(800) 225-6964  
(402) 342-4850  **FAX**  
Website: cocklelegalbriefs.com  
E-Mail:  contact@cocklelegalbriefs.com  

# Invoice

Customer No.:  MITCHELLJON  
Invoice No.:  51638  

Bill To:  **MITCHELL LAW PLLC**  
111 CONGRESS AVE  
STE 400  
AUSTIN, TX  78701  

Ship To:  JONATHAN MITCHELL  
512.686.3940  
TG  

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 06/05/23 | Fed Ex Priority | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 43887 | 06/05/23 |  | 51676 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 |  | LAW BRIEFS | 7 COPIES: NO 23-50224; LITTLE ET AL v LLANO COUNTY ET AL<br><br>APPELLANTS' REPLY BRIEF | 450.00 | 450.00 |

|  |  |
|---|---|
| Invoice subtotal | 450.00 |
| Proofs & Postage | 121.06 |
| Invoice total | 571.06 |
| Less payments received | 571.06 |
| Net balance due | 0.00 |

Thank You    -    Federal Tax ID #47-0533063

Following are the additional charges for items requiring extra services or quantities other than the standard or minimum order.

Overtime charges will be made when, in our estimation, we are not allowed sufficient time to complete your brief during our regular working hours. The charge for overtime is $50 per hour per person, in addition to the regular brief charge. Sundays and holidays - $75 per hour.

A charge of $50 per hour will be made for any alterations, repaging or extra work required by the customer.

An extra charge per page will be made for such things as difficult-to-read copy, copy in longhand, etc.

Pages "killed" (set up but discarded) by attorneys will be charged at $13 per page.

Footnotes are charged at 90¢ per line (extra). Tabular matter, or copy that might require greater time, effort or skill than needed for the average law brief, will be charged at $50 per hour (extra).

Reproduced exhibits are $31.90 per page. Larger exhibits that must be reproduced and folded in are $34.90 per page.

For a brief of over 70 pages, perfect binding (hot glue) will be required at an additional cost.

When an extra set of proofs is required, there will be an additional charge, depending on brief length.

Extra copies of the printed brief are charged at 10¢ per page, per copy up to 150 extra copies and 7¢ thereafter.

Normally, if needed, we can send proofs (up to 35 pages) the same day, when your copy arrives in our office by 10:00 a.m. Central Time, with no overtime. Advance scheduling will save on *possible* additional costs.

We require a down payment of the estimated cost. Pro se cases require full payment in advance of printing.

> **We print law briefs for you, the attorney. Therefore, you are responsible for payment. We do not extend terms of credit to your client.**

**The attorney has the responsibility for determining and meeting their brief's filing deadline.**

***United States Supreme Court Briefs*** - $21.90 per page - 50 copies. Cover and index pages are charged as two pages each.

**Reproduced briefs or appendices** are done at $9.50 per page for 50 copies.

* $2.00 savings per page (excluding cover and index which are charged as 2 pages each) when copy is sent in Word or WordPerfect format.

43887

| Qty | Item | Amt. | Charge |
|---|---|---|---|

**ITEMIZED CHARGES**

| Qty | Item | Amt. | Charge |
|---|---|---|---|
| 1 | Brief Printing | 450.00 | 450.00 |
| | **Total ITEMIZED CHARGES:** | | **450.00** |

**MAILING**

| Qty | Who | How Sent | Charge |
|---|---|---|---|
| 7 | Clerk | FedEx Priority | 121.06 |
| 0 | Service | | |
| 0 | Attorney | | |
| 0 | Courtesy | | |
| 0 | Return | 1st Class | |

| | | |
|---|---|---|
| Total Postage: | | 121.06 |
| Total: | | 571.06 |
| Less Downpayment: | | -571.06 |
| **Invoice Amount:** | | **0.00** |

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009148617
Date: 05/26/2023
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701   USA

Attention: Jonathan F. Mitchell, Esq.

File No.: 321271
Court: USCOA - 5TH
Case Name: Little v. Llano County

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | APPELLANTS' RECORD EXCERPTS | | | |
| | Preparation of Record - 1 Volume | | | |
| 1.00 | Cover(s) - 1st Side - (repro only) | @ | $75.00 | $75.00 |
| 68.00 | Page(s) | @ | $4.15 | $282.20 |
| 15.00 | Tabs - (5 x 3) | @ | $2.45 | $36.75 |
| 1.00 | Hour(s) Insert Tabs | @ | $100.00 | $100.00 |
| 5.00 | Volumes Spiral Bound | @ | $5.25 | $26.25 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $189.00 | $189.00 |
| | APPELLANT'S OPENING BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $750.00 | $750.00 |
| | Page(s) | | | |

01-JG
06/07/2023 11:05 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal   $1,539.20
Sales Tax   $0.00
            $0.00
Payment/Credit   $0.00
Balance   $1,539.20

Page 1 of 1

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009164888
Date: 07/30/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701   USA

Attention: Jonathan F. Mitchell, Esq.

File No.: 116958
Court: USCOA - 5TH
Case Name: Little v. Llano County

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | EXCERPTS OF RECORD | | | |
| 1.00 | Set up Chrg for RecExcerpts | @ | $100.00 | $100.00 |
| 22.00 | Print Rec Excerpts | @ | $7.30 | $160.60 |
| 22.00 | Bind RecExcerpts | @ | $1.00 | $22.00 |
| 66.00 | Tabs for RecExcerpts | @ | $1.00 | $66.00 |
| 1.00 | Time to Bind Tabs | @ | $75.00 | $75.00 |
| 1.00 | Shipping & Handling | @ | $591.00 | $591.00 |
| | APPELLANT'S OPENING BRIEF | | | |
| 1.00 | Print/Bind Appellant's Brief | @ | $450.00 | $450.00 |
| | REPLY BRIEF | | | |
| 1.00 | Seet up Chrg Reply Brief | @ | $100.00 | $100.00 |
| 22.00 | Print Reply Brief | @ | $3.80 | $83.60 |
| 22.00 | Bind Reply Brief | @ | $1.00 | $22.00 |

**23-SB**
08/08/2024 16:21 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal $1,670.20
Sales Tax $0.00
$0.00
Payment/Credit $0.00
Balance $1,670.20

Page 1 of 1

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009165502
Date: 08/13/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701   USA

Attention:   Jonathan F. Mitchell, Esq.

File No.: 117047
Court: USCOA - 5TH
Case Name: Little v. Llano County

| | | Amount |
|---|---|---|
| SUPPLEMENTAL BRIEF | | |
| 1.00  Print/Bind Supplemental Brief     @     $450.00 | | $450.00 |
| 1.00  Shipping & Handling     @     $121.00 | | $121.00 |

**23-SB**
08/14/2024 16:57 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal       $571.00
Sales Tax       $0.00
               $0.00
Payment/Credit  $0.00
Balance       $571.00

Page 1 of 1

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009167659
Date: 09/26/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701   USA

Attention:   Jonathan F. Mitchell, Esq.

File No.: 117136
Court: USCOA - 5TH
Case Name: Little v. Llano County

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | SUPPLEMENTAL REPLY BRIEF | | | |
| 1.00 | Print/Bind Supplemental Reply Brief | @ | $625.00 | $625.00 |
| 12.00 | Extra Copies | @ | $25.00 | $300.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $200.00 | $200.00 |

**23-SB**
09/27/2024 16:32 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---:|
| Subtotal | $1,205.00 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| **Balance** | **$1,205.00** |

Page 1 of 1

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA -  CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY